1  **FOLEY & LARDNER LLP**
   975 PAGE MILL ROAD
2  PALO ALTO, CA 94304-1125
   TELEPHONE: (650) 856-3700
   FACSIMILE: (650) 856-3710
3  MICHAEL J. SONG (CA BAR NO. 243675)
   MSONG@FOLEY.COM

4  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3500
5  LOS ANGELES, CA 90071-2411
   TELEPHONE: (213) 972-4500
   FACSIMILE: (213) 486-0065
6  GRANT E. KINSEL (CA BAR NO. 172407)
   GKINSEL@FOLEY.COM

7  **FOLEY & LARDNER LLP**
   777 E. WISCONSIN AVENUE
8  MILWAUKEE, WI 53202-5306
   TELEPHONE: (414) 271-2400
   FACSIMILE: (202) 297-4900
9  RONALD M. WAWRZYN (TO BE ADMITTED *PRO HAC VICE*)
   RWAWRZYN@FOLEY.COM

10 ATTORNEYS FOR PLAINTIFF ABBY USA SOFTWARE HOUSE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| ABBYY USA SOFTWARE HOUSE, INC. | CASE NO: C 08-01035 MEJ |
|---|---|
| Plaintiff, | **CERTIFICATE OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| NUANCE COMMUNICATIONS, INC. | |
| Defendant. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

ABBYY USA SOFTWARE HOUSE, INC. (Plaintiff)

ABBYY SOFTWARE, LTD. (Parent of Plaintiff)

NUANCE COMMUNICATIONS, INC. (Defendant)

1  ABBYY SOFTWARE HOUSE (Party in related litigation)

2  LEXMARK INTERNATIONAL, INC. (Party in related litigation)

3

4

5  DATED: MARCH 13, 2008          RESPECTFULLY SUBMITTED,

6                                  BY: _____/S/_____
                                         MICHAEL J. SONG
7
                                    FOLEY & LARDNER LLP
8                                   ATTORNEYS FOR PLAINTIFF ABBYY USA
                                    SOFTWARE HOUSE, INC.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS
CASE NO. C 08-01035 MEJ

SVCA_149520.1