1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
2  975 PAGE MILL ROAD
   PALO ALTO CA 94304
3  TELEPHONE: 650.856.3700
   FACSIMILE: 650.856.3710
   MICHAEL J. SONG (CA BAR NO. 243675)
4  MSONG@FOLEY.COM

5  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   777 E. WISCONSIN AVENUE
6  MILWAUKEE, WI
   TELEPHONE: 414.271.2400
   FACSIMILE: 414.297.4900
7  RONALD M. WAWRZYN (*TO BE ADMITTED PRO HAC VICE*)
   RWAWRZYN@FOLEY.COM

8  **ATTORNEYS FOR PLAINTIFF ABBYY USA SOFTWARE HOUSE, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Abbyy USA Software House, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Nuance Communications, Inc.<br><br>Defendant. | Case No: CV-08-1035-MEJ<br><br>**PROOF OF SERVICE**<br><br>Judge:   Maria-Elena James |

<strong>PROOF OF SERVICE</strong>

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my current business address is **975 Page Mill Road, Palo Alto, CA 94304.**

On May 6, 2008, I served the foregoing document(s) described as:

    1. **SUMMONS**
    2. **COMPLAINT FOR DECLARATORY JUDGMENT (AND EXHIBITS A-E)**
    4. **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
    5. **STANDING ORDER OF JUDGE PATEL**
    6. **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA - CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**
    7. **STANDING ORDER OF MAGISTRATE JUDGE JAMES**
    8. **CONSENT TO ASSIGNMENT OR REQUEST FOR REASSIGNMENT**

\_\_\_    by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

\_\_\_    BY MAIL
      \_\_\_    I placed such envelope with postage thereon fully prepaid to be placed in the United States mail, at Palo Alto, California.

      \_\_\_    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California.

 X    BY HAND DELIVERY. I caused said document(s) to be delivered **by hand** to addressee(s).
S. Michael Song
Wilson Sonsini Goodrich & Rosati LLP
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Attorneys for Defendant Nuance Communications, Inc.

\_\_\_    BY FEDERAL EXPRESS. I sent via Federal Express. I am "readily familiar" with the firm's practice of collection and processing packages for Federal Express delivery. Under that practice, the packages are picked up by a Federal Express representative on the same day with the Airbill listing the account number for billing to sender at Palo Alto, California, in the ordinary course of business. The packages were picked up on that date following ordinary business practices.

\_\_\_    BY ELECTRONIC MAIL. I sent such document(s) by Electronic Mail.

\_\_\_    BY FAX. I served such document by facsimile transmission on. I had printed a facsimile transmission report and no errors in transmission were reported.

 X    Executed on May 6, 2008, at Palo Alto, California.

1
PROOF OF SERVICE
CASE NO. CV 08-1035-MEJ

SVCA_184526.1

___ (State)   I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

X   (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Sanmathi Murthy