GRANT KINSEL (CA BAR NO. 172407)
gkinsel@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TELEPHONE:     213.972.4500
FACSIMILE:      213.486.0065

Attorneys for Defendant
ABBYY USA SOFTWARE HOUSE, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBYY USA SOFTWARE HOUSE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>NUANCE COMMUNICATIONS, INC.<br><br>Defendant. | Case No: CV 08-1035 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND RESPONSE DATE** |

GRANTED

Judge Maria-Elena James

STIPULATION
CV 08-1035 MEJ

LACA_1706420.1

ABBYY USA Software House, Inc. ("Abbyy USA") and Nuance Communications, Inc. ("Nuance") stipulate with respect to the following facts:

1. ABBYY USA Software House, Inc. ("Abbyy USA") filed this action on February 20, 2008.

2. Defendant Nuance Communications, Inc. ("Nuance") filed an action against ABBYY USA, ABBYY Software House and Lexmark International, Inc. on February 19, 2008 in the United States District Court for the Central District of California (the "Central District Action").  The Central District Action is pending before the Hon. A. Howard Matz.

3. Abbyy USA has moved to transfer venue of the Central District Action to this Court.  A hearing on Abbyy USA's motion was originally set for May 12, 2008.  On May 8, 2008, the Court took off-calendar and under submission Abbyy USA's motion.

4. Abbyy USA served the complaint in this action on May 6, 2008.

5. Pursuant to the Court's Case Management Schedule, the Court has set May 29, 2008 as the Case Management Conference.

6. The parties believe that if the Central District Action is transferred to this Court as requested by Abbyy USA, then it should be consolidated with this action, and if the Central District Action is not transferred, this action will be dismissed without prejudice.

WHEREFORE, the parties stipulate as follows:

To continue the Case Management Conference from May 29, 2008 to July 10, 2008 to provide the Central District with an opportunity to rule on Abbyy USA's Motion to Transfer Venue;

To continue Nuance's last day to respond to the Complaint until twenty days after the issuance of a ruling from the Court in the Central District Action as to

whether Abbyy USA's Motion to Transfer Venue is granted or denied.

SO STIPULATED:

Dated: May 13, 2008  FOLEY & LARDNER LLP
GRANT E. KINSEL


By: /s/ Grant Kinsel _____
    GRANT E. KINSEL
    Attorneys for Plaintiff
    Abbyy USA Software House, Inc.

Dated: May 13, 2008  WILSON SONSINI GOODRICH &
ROSATI, P.C.
TUNG-ON KONG


By: /s/ Tung-On Kong _____
    TUNG-ON KONG
    Attorneys for Defendant
    Nuance Communications, Inc.

1 **PROOF OF SERVICE**

I am employed in the **County of Los Angeles**, **State of California**. I am over the age of 18 and not a party to this action; my current business address is **555 South Flower Street, Suite 3500, Los Angeles, CA 90071-2411**.

On **March 19, 2008**, I served the foregoing document(s) described as: on the interested parties in this action as follows:

____    BY THE FOLLOWING MEANS:
         I placed a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Terry Kearney<br>Julie M. Holloway<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>650 Page Mill Road<br>Palo Alto, CA  94304-1050 | Attorneys for Plaintiff<br>Nuance Communications, Inc. |
| Tung-On Kong<br>WILSON SONSINI GOODRICH & ROSATI, PC<br>One Market Street<br>Spear Tower, Suite 3300<br>San Francisco, CA  94105-1123 | Attorneys for Plaintiff<br>Nuance Communications, Inc. |
| Eugene A. Feher<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br> Boston, MA  02111 | Attorneys for Defendant<br>Lexmark International, Inc. |

____    BY MAIL

____    I placed the envelope(s) with postage thereon fully prepaid in the United States mail, at **Los Angeles, California**.

____    I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the United States Postal Service; the firm deposits the collected correspondence with the United States Postal Service that same day, in the ordinary course of business, with postage thereon fully prepaid, at **Los Angeles, California**.  I placed the envelope(s) for collection and mailing on the above date following ordinary business practices.

____    BY FACSIMILE

____    I transmitted the document(s) by facsimile transmission from a facsimile transmission machine, at **Los Angeles, California**, with the telephone number, **213.486.0065,** to Click and Type Name  whose facsimile transmission telephone number is Click and Type Number .

1

| | |
|---|---|
| ___ | I am readily familiar with the firm's practice for delivery by facsimile transmission: the firm transmits the document(s) from a facsimile transmission machine to the person to be served. I placed the document(s) in the place designated by the firm, at **Los Angeles, California**, for facsimile transmission to Click and Type Name whose facsimile transmission telephone number is Click and Type Number on the above date following ordinary business practices. The document(s) was transmitted from a facsimile transmission machine with the telephone number of **213.486.0065**. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission machine upon which the transmission was made, immediately following the transmission. |
| ___ | BY HAND DELIVERY. I delivered the envelope(s) **by hand** to addressee(s). |
| ___ | BY EXPRESS MAIL (**Via United States Postal Service**) |
| ___ | I deposited the envelope(s) in a facility regularly maintained by the United States Postal Service for receipt of Express Mail, with Express postage fully prepaid. |
| ___ | I am readily familiar with the firm's practice for collection and processing of correspondence for Express Mail; the firm deposits the collected correspondence with a facility regularly maintained by the United States Postal Service for receipt of Express Mail that same day, in the ordinary course of business, with Express Mail postage thereon fully prepaid, at **Los Angeles, California**. I placed the envelope(s) for collection and Express Mailing on the above date following ordinary business practices. |
| ___ | BY EXPRESS SERVICE CARRIER (**Via Overnight Courier Service**) |
| ___ | I placed the envelope(s) in a box or other facility regularly maintained by Click and Type Name of Courier , or delivered the document(s) to a courier or driver authorized by the express service carrier to receive document(s), in an envelope(s) or package designated by the express service carrier, with delivery fees paid or provided for, at **Los Angeles, California**. |
| ___ | I am readily familiar with the firm's practice for collection and processing of correspondence for delivery by Click and Type Name of Courier : collected packages are picked up by an express carrier representative on the same day, with the Airbill listing the account number for billing to sender, at **Los Angeles, California**, in the ordinary course of business. I placed the envelope(s) in an envelope or package designated by the express service carrier for collection and processing for express service delivery on the above date following ordinary business practices. |
| ___ | Executed on **March 19, 2008**, at **Los Angeles, California**. |
| ___ | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| ___ | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

_____
Click and Type Name

2