Grant E. Kinsel (State Bar No. 172407)
E-Mail:      gkinsel@foley.com
**FOLEY & LARDNER LLP**
555 South Flower Street, Suite 3500
Los Angeles, Ca 90071-2411
Telephone:  213.972.4500
Facsimile:  213.486.0065

Michael J. Song (State Bar No. 243675)
E-Mail:  msong@foley.com
**FOLEY & LARDNER LLP**
975 Page Mill Road
Palo Alto, CA 94304-1125
Telephone:  (650) 856-3700
Facsimile:  (650) 856-3710

Attorneys for Defendant
ABBYY USA SOFTWARE HOUSE, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBY USA SOFTWARE HOUSE, INC.<br><br>            Plaintiff,<br><br>      vs.<br><br>NUANCE COMMUNICATIONS, INC.<br><br>            Defendant. | Case No:  CV 08-1035 MEJ<br><br>**FIRST AMENDED COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

LACA_1814730.1

Plaintiff Abbyy USA Software House, Incorporated ("Abbyy USA") brings this First Amended Complaint against defendant, Nuance Communications, Incorporated, ("Nuance") as follows:

## JURISDICTION AND VENUE

1.    This is an action for a declaratory judgment that U.S. Patent Nos. 5,131,053 ("the '053 patent"); 5,381,489 ("the '489 patent"); 5,436,983 ("the '983 patent"), 6,038,342 ("the '342 patent"); and 5,261,009 ("the '009 patent") (collectively "the patents-in-suit") are invalid and not infringed by any device made, used, offered for sale or sold by Abbyy USA. This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq. and the declaratory judgment statute, 28 U.S.C. § 2201 et seq., and is based upon an actual justiciable controversy between the parties with respect to alleged infringement and invalidity of the '053, '489, '983, '342 and '009 patents.  This action also arises under the Sherman and Clayton Acts.

2.    This Court has exclusive jurisdiction over this action pursuant to 28 U.S.C. §§ 1338(a), 2201 and 2202.

3.    Venue is proper before this Court pursuant to 28 U.S.C. §§ l391 and 1400.

## THE PARTIES

4.    Plaintiff, Abbyy USA, is a California corporation having a principal place of business at 47221 Freemont Boulevard, Freemont, California 94538.

5.    Upon information and belief, Defendant, Nuance, is a Delaware corporation having a principal place of business at 1 Wayside Road, Burlington, Massachusetts.

## ACTUAL CONTROVERSY WITHIN THIS COURT'S JURISDICTION

6.    Abbyy USA is in the business of selling OCR software in this judicial district.

7.    Nuance is doing business in this judicial district and elsewhere

1

LACA_1814730.1

throughout the United States by, inter alia, offering and selling optical character recognition and other software. Nuance has asserted, and continues to assert, in this judicial district and elsewhere that it is the owner of the '053, '489, '983, '342 and '009 patents, that the '053, '489, '983, '342 and '009 patents are valid, and that the '053, '489, '983, '342 and '009 patents are infringed by certain printer products made, used, offered for sale and/or sold by Abbyy USA in this judicial district and elsewhere. True and correct copies of the '053, '489, '983, '342 and '009 patents are attached as Exhibits A through E, respectively.

8.    For example, in a Complaint filed by Nuance on January 16, 2008, in the U.S. District Court for the Western District of Wisconsin (Civil Action No. 08-C-0042-S) ("the Wisconsin Action"), Nuance alleged, inter alia, with respect to each of the '053, '489, '983, '342 and '009 patents that "Abbyy USA has infringed and is continuing to infringe one or more claims of the [] patent, directly, contributorily and/or by inducement, by making, using, selling and/or offering to sell in this country, and/or importing into this country, devices for performing optical character recognition in violation of 35 U.S.C. § 271." Although Nuance recently filed a Notice of Dismissal in the Wisconsin Action, that dismissal was without prejudice and Nuance has not withdrawn its allegations of infringement, leaving Abbyy USA in apprehension of further suit.

9.    Nuance has asserted rights under the '053, '489, '983, '342 and '009 patents based upon certain identifiable ongoing activity of Abbyy USA (including the activities of Abbyy USA identified by Nuance in the Wisconsin Action, above), and Abbyy USA contends that it has the right to engage in the accused activity without license under the '053, '489, '983, '342 and '009 patents. Nuance's threats of infringement with respect to the '053, '489, '983, '342 and '009 patents continue against Abbyy USA, and as a result of Nuance's above acts, Abbyy USA is apprehensive that Nuance will again file suit against Abbyy USA for infringement of the '053, '489, '983, '342 and '009 patents.

FIRST AMENDED COMPLAINT
CV 08-1035 MEJ

LACA_1814730.1

10.    Accordingly, there is an actual present justiciable controversy as to infringement of the '053, '489, '983, '342 and '009 patents by Abbyy USA, and as to the validity of these patents.

## FIRST CLAIM FOR RELIEF

### (Declaratory Judgment Of Non-Infringement And Invalidity Of U.S. Patent No. 5,131,053)

11.    Abbyy USA incorporates by reference paragraphs 1-10, above.

12.    Abbyy USA has not infringed, and is not infringing, literally or under the doctrine of equivalents, any valid and enforceable claim of the '053 patent directly, indirectly, contributorily or by inducement.

13.    Upon information and belief, and subject to further investigation, one or more of the claims of the '053 patent are invalid because they fail to satisfy one or more of the conditions for patentability under Title 35 of the United States Code, including inter alia sections 101, 102, 103 and/or 112.

14.    Accordingly, Abbyy USA seeks a judgment of this Court declaring that Abbyy USA has not infringed and is not infringing any claim of the '053 patent, and that one or more claims of the '053 patent are invalid.

## SECOND CLAIM FOR RELIEF

### (Declaratory Judgment Of Non-Infringement And Invalidity Of U.S. Patent No. 5,381,489)

15.    Abbyy USA incorporates by reference paragraphs 1-14, above.

16.    Abbyy USA has not infringed, and is not infringing, literally or under the doctrine of equivalents, any valid and enforceable claim of the '489 patent directly, indirectly, contributorily or by inducement.

17.    Upon information and belief, and subject to further investigation, one or more of the claims of the '489 patent are invalid because they fail to satisfy one or more of the conditions for patentability under Title 35 of the United States Code, including inter alia sections 101, 102, 103 and/or 112.

3

LACA_1814730.1

18.    Accordingly, Abbyy USA seeks a judgment of this Court declaring that Abbyy USA has not infringed and is not infringing any claim of the '489 patent, and that one or more claims of the '489 patent are invalid.

### THIRD CLAIM FOR RELIEF

### (Declaratory Judgment Of Non-Infringement And Invalidity Of U.S. Patent No. 5,436,983)

19.    Abbyy USA incorporates by reference paragraphs 1-18, above.

20.    Abbyy USA has not infringed, and is not infringing, literally or under the doctrine of equivalents, any valid and enforceable claim of the '983 patent directly, indirectly, contributorily or by inducement.

21.    Upon information and belief, and subject to further investigation, one or more of the claims of the '983 patent are invalid because they fail to satisfy one or more of the conditions for patentability under Title 35 of the United States Code, including inter alia sections 101, 102, 103 and/or 112.

22.    Accordingly, Abbyy USA seeks a judgment of this Court declaring that Abbyy USA has not infringed and is not infringing any claim of the '983 patent, and that one or more claims of the '983 patent are invalid.

### FOURTH CLAIM FOR RELIEF

### (Declaratory Judgment Of Non-Infringement And Invalidity of U.S. Patent NO. 6,038,342)

23.    Abbyy USA incorporates by reference paragraphs 1-22, above.

24.    Abbyy USA has not infringed, and is not infringing, literally or under the doctrine of equivalents, any valid and enforceable claim of the '342 patent directly, indirectly, contributorily or by inducement.

25.    Upon information and belief, and subject to further investigation, one or more of the claims of the '342 patent are invalid because they fail to satisfy one or more of the conditions for patentability under Title 35 of the United States Code, including inter alia sections 101, 102, 103 and/or 112.

4

LACA_1814730.1

26.    Accordingly, Abbyy USA seeks a judgment of this Court declaring that Abbyy USA has not infringed and is not infringing any claim of the '342 patent, and that one or more claims of the '342 patent are invalid.

## FIFTH CLAIM FOR RELIEF

### (Declaratory Judgment Of Non-Infringement

### And Invalidity Of U.S. Patent No. 5,261,009)

27.    Abbyy USA incorporates by reference paragraphs 1-26, above.

28.    Abbyy USA has not infringed, and is not infringing, literally or under the doctrine of equivalents, any valid and enforceable claim of the '009 patent directly, indirectly, contributorily or by inducement.

29.    Upon information and belief, and subject to further investigation, one or more of the claims of the '009 patent are invalid because they fail to satisfy one or more of the conditions for patentability under Title 35 of the United States Code, including inter alia sections 101, 102, 103 and/or 112.

30.    Accordingly, Abbyy USA seeks a judgment of this Court declaring that Abbyy USA has not infringed and is not infringing any claim of the '009 patent, and that one or more claims of the '009 patent are invalid.

## SIXTH CLAIM FOR RELIEF

### (Actual Monopolization in Violation of § 2 of the Sherman Act)

31.    Abbyy USA incorporates by reference paragraphs 1-30, above.

32.    Over the last several years, electronic storage and exchange of documents has proliferated.  One of the reasons for the growth in electronic documents is the development of imaging software which converts paper originated documents into electronic data.  The growth of the Internet and e-mail has resulted in a rapid expansion of the market for software to manage the electronic exchange of information.

33.    At all times material hereto, Nuance has been dominant in the market for imaging software in the geographic market of the United States.  Nuance

5

LACA_1814730.1

software has been sold directly to consumers, home offices, small businesses and Original Equipment Manufacturers (OEMs).

34.    Nuance sells and licenses imaging software to a number of large OEMs, which bundle the software with multifunction devices such as printers and scanners.

35.    Nuance also sells and licenses its imaging software to other software companies for various office applications.

36.    Nuance has enhanced its dominance of these software markets by acquiring competitors and patents, so that the markets would have fewer competitors.

37.    Nuance also has used its dominate position in these software markets to stabilize prices and exclude competition, all to the detriment of the consuming public.

38.    Nuance has engaged in the following predatory acts, all with the purpose of stabilizing prices and/or excluding competition:

(a)    entered into exclusive contracts with retail outlets in an attempt to foreclose the number of outlets available to competitors' products;

(b)    sought to reach agreement with competitors on pricing so that Nuance could raise prices without regard to market pressure;

(c)    acquired and sought to acquire competitors to reduce supply and raise prices;

(d)    threatened competitors and customers of competitors with increased litigation; and

(e)    acquired patents covering OCR technology, with the purpose of substantially lessening competition in software

6

markets.

39.    All of said predatory conduct by Nuance was done with the intent of enhancing Nuance's market share, increasing Nuance's market power, and excluding competition, so that Nuance could charge higher prices, all to the detriment of the consuming public.

40.    At times material hereto, Nuance has had in excess of 70% of the product market of Full Text OCR software in the geographic market of the United States.  This market share has given Nuance market power in Full Text OCR software products.

41.    Nuance has used its market power to engage in actual monopolization of the Full Text OCR software market through the above-referenced predatory acts and has exerted control over the prices of Full Text OCR software products by excluding competition.

42.    Nuance's actual monopolization has resulted in stabilized prices for Nuance's Full Text OCR software, all to the detriment of the consuming public.

43.    Through the above-referenced acts, Nuance has directly and proximately damaged the business and property of Abbyy USA, by, among other things, eliminating Abbyy USA as a potential and actual competitor in certain retail outlets, all to the detriment of Abbyy USA's business and property.

### SEVENTH CLAIM FOR RELIEF

### (Attempted Monopolization in Violation of § 2 of the Sherman Act)

44.    Abbyy USA incorporates by reference paragraphs 1-43, above.

45.    At certain times materials hereto, and in certain geographic sub-markets within the United States, Nuance has had less than enough market power to actually monopolize these markets.  In these cases, Nuance has attempted to monopolize the market for Full Text OCR software products by engaging in the aforementioned conduct and predatory acts.

46.    Nuance has manifested a specific intent to monopolize the market for

7

LACA_1814730.1

Full Text OCR software products.

47.    There is a dangerous probability that Nuance will successfully achieve monopoly power in the market for Full Text OCR software products in those markets where it has not achieved actual monopolization.

48.    Nuance's conduct in attempting to monopolize the market for Full Text OCR software products has resulted in stabilized prices, all to the detriment of the consuming public.

49.    Through the above-referenced acts, Nuance has directly and proximately damaged the business and property of Abbyy USA, by, among other things, eliminating Abbyy USA as a potential and actual competitor, all to the detriment of Abbyy USA's business and property.

### EIGHTH CLAIM FOR RELIEF

### (Contracts in Restraint of Trade - § 1 Sherman Act Violation)

50.    Abbyy USA incorporates by reference paragraphs 1-49, above.

51.    Nuance has entered into exclusive dealing contracts with retailers whereby the retailer is prohibited from selling, marketing and/or displaying competitors' OCR software products.

52.    Said exclusion of OCR software, including Abbyy USA software, has had an anticompetitive effect on United States commerce by restricting the supply of OCR software and rendering Nuance as the only seller of OCR software in certain retail outlets.  Said restriction has affected the public interest by limiting choice and supply in the market for OCR software products.

53.    Said exclusion of OCR software products, including those of Abbyy USA, has resulted in damage to the business and property of Abbyy USA.

### NINTH CLAIM FOR RELIEF

### (§ 7 Clayton Act Violation)

54.    Abbyy USA incorporates by reference paragraphs 1-53, above.

55.    Using assets acquired through acquisitions, Nuance has engaged in

8

conduct, which has had the effect of substantially lessening competition in certain relevant markets, including the market for Full Text OCR software products.

56.    In 2000, Nuance acquired Caere Corporation ("Caere").    This acquisition included the acquisition of patented OCR technology.    Following Nuance's acquisition of Caere and its OCR patent portfolio, Nuance engaged in conduct such as that alleged above, which has had the effect of eliminating capacity for the production of software with a resulting stabilizing of prices all to the detriment of the consuming public.

57.    Nuance's conduct as alleged above has directly and proximately caused Abbyy USA to lose customers and potential customers, all to the damage of Abbyy USA's business and property, and has damaged the consuming public.

### PRAYER FOR RELIEF

WHEREFORE, Abbyy USA requests the following relief:

A.    Judgment declaring that Abbyy USA has not infringed and will not infringe, directly or indirectly, by inducing or contributory infringement, any valid or enforceable claim of the '053 patent;

B.    Judgment declaring that the claims of the '053 patent are invalid;

C.    Judgment declaring that Abbyy USA has not infringed and will not infringe, directly or indirectly, by inducing or contributory infringement, any valid or enforceable claim of the '489 patent;

D.    Judgment declaring that the claims of the '489 patent are invalid;

E.    Judgment declaring that Abbyy USA has not infringed and will not infringe, directly or indirectly, by inducing or contributory infringement, any valid or enforceable claim of the '983 patent;

F.    Judgment declaring that the claims of the '983 patent are invalid;

G.    Judgment declaring that Abbyy USA has not infringed and will not infringe, directly or indirectly, by inducing or contributory infringement, any valid or enforceable claim of the '342 patent;

9

LACA_1814730.1

H.    Judgment declaring that the claims of the '342 patent are invalid;

I.    Judgment declaring that Abbyy USA has not infringed and will not infringe, directly or indirectly, by inducing or contributory infringement, any valid or enforceable claim of the '009 patent;

J.    Judgment declaring that the claims of the '009 patent are invalid;

K.    A declaration that this case is exceptional within the meaning of 35 U.S.C. § 285 and an award of reasonable attorney fees and costs;

L.    An award of damages incurred by Abbyy USA proximately caused by the anticompetitive conduct of Nuance;

M.    A tripling of the damages found to be due Abbyy USA;

N.    An award of Abbyy USA's reasonable attorneys' fees;

O.    Abbyy USA's costs, disbursements, and other expenses; and

P.    Such other relief as the Court deems appropriate.

Dated:  June 4, 2008                    FOLEY & LARDNER LLP
                                        GRANT E. KINSEL


                                        By:    /s/ Grant E. Kinsel
                                               GRANT E. KINSEL
                                               Attorneys for Defendant
                                               Abbyy USA Software House, Inc.

FIRST AMENDED COMPLAINT
CV 08-1035 MEJ

LACA_1814730.1

1    Abbyy USA Software House, Inc. hereby demands a trial by jury.

2

3

4    Dated:  June 4, 2008                    FOLEY & LARDNER LLP
                                             GRANT E. KINSEL

5

6

7                                  By:    /s/ Grant E. Kinsel
                                          GRANT E. KINSEL
8                                         Attorneys for Defendant
                                          Abbyy USA Software House, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

11

FIRST AMENDED COMPLAINT
CV 08-1035 MEJ



US005131053A

# United States Patent [19]

## Bernzott et al.

[11] Patent Number: 5,131,053

[45] Date of Patent: Jul. 14, 1992

[54] OPTICAL CHARACTER RECOGNITION METHOD AND APPARATUS

[75] Inventors: Philip Bernzott; John Dilworth; David George, all of Oakland; Bryan Higgins; Jeremy Knight, both of Berkeley, all of Calif.

[73] Assignee: Caere Corporation, Los Gatos, Calif.

[21] Appl. No.: 230,847

[22] Filed: Aug. 10, 1988

[51] Int. Cl.5 .......................... G06K 9/34; G06K 9/48; G06K 9/72; G06K 9/68

[52] U.S. Cl. .......................................... 382/9; 382/22; 382/38; 382/40

[58] Field of Search .......................... 382/38, 22, 40, 9; 358/462

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,613,081 | 10/1971 | Morimoto | 340/146.3 |
| 3,641,495 | 2/1972 | Kiji | 340/146.3 |
| 3,930,231 | 12/1975 | Henrichon, Jr. et al. | 340/146.3 |
| 4,177,448 | 12/1979 | Brayton | 430/146.3 |
| 4,491,965 | 1/1985 | Yoshimura | 382/57 |
| 4,589,142 | 5/1986 | Bednar | 382/9 |
| 4,611,346 | 9/1986 | Bednar et al. | 382/37 |
| 4,741,046 | 4/1988 | Matsunawa et al. | 382/9 |
| 4,742,556 | 5/1988 | Davis, Jr. et al. | 382/51 |
| 4,893,188 | 1/1990 | Murakami et al. | 358/456 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0138079 | 9/1984 | European Pat. Off. . |
| 0144202 | 11/1984 | European Pat. Off. . |
| 86/00445 | 1/1986 | PCT Int'l Appl. . |
| 1403816 | 10/1973 | United Kingdom . |
| 2182796 | 10/1986 | United Kingdom . |

Primary Examiner—David K. Moore
Assistant Examiner—Michael Cammarata
Attorney, Agent, or Firm—Blakely, Sokoloff, Taylor & Zafman

[57] ABSTRACT

A system for recognition of characters on a medium. The system includes a scanner for scanning a medium such as a page of printed text and graphics and producing a bit-mapped representation of the page. The bit-mapped representation of the page is then stored in a memory means such as the memory of a computer system. A processor processes the bit-mapped image to produce an output comprising coded character representation of the text on the page. The present invention discloses parsing a page to allow for production of the output characters in a logical sequence, a combination of feature detection methods and template matching methods for recognition of characters and a number of methods for feature detection such as use of statistical data and polygon fitting.

15 Claims, 21 Drawing Sheets





**FIGURE 1**



# FIGURE 2 (a)



FIGURE 2 (b)



FIGURE 2 (c)



FIGURE 2 (d)



**FIG.—3A**





FIG_3B



FIGURE 4



FIGURE 5



FIGURE 6



FIGURE 7



**FIGURE 8**



FIGURE 9



# FIGURE 10 (a)



# FIGURE 10 (b)



FIGURE 11 (a)



FIGURE 11 (b)

# FIG 12A

# FIG 12B



FIGURE 13



FIGURE 14 (a)

FIGURE 14 (b)

FIGURE 14 (c)



FIGURE 15

5,131,053

**1**

## OPTICAL CHARACTER RECOGNITION METHOD AND APPARATUS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention relates to the field of optical character recognition systems and, more specifically, to a method and apparatus for performing optical character recognition of printed text.

2. Prior Art

A number of optical character recognition (OCR) systems are known in the art. Typically, such systems comprise apparatus for scanning a page of printed text and performing a character recognition process on a bit-mapped image of the text. The characters may then be stored in a file on a computer system for processing by a word processor or the like.

Some known OCR systems comprise a hand held scanner for scanning a page. In such systems, the individual performing the scan, sweeps the hand held device over printed text on the page and will normally avoid scanning of graphics or non-text portions of the page. Normally, the page is scanned in the order in which it is normally read (i.e. the scan is performed down columns, scanning across columns from left to right).

Other known systems comprise a ruler apparatus which may be utilized for measuring or indicating portions of the text which are to be processed by the OCR system. Some of such systems are capable of discriminating graphic portions of the indicated page areas from text portions. However, such a system still requires manual intervention to mark off text in the order it is normally read and to mark off graphics portions.

Other systems utilize a registration mark to indicate the beginning of columns of text. These systems still require manual intervention to add registration marks.

Therefore, as one object of the present invention, it is desired to develop an optical character recognition method and apparatus which allows for scanning of a page of text without requiring manual intervention to mark off columns or otherwise indicate the normal order in which the text will be read. Further, it is an object of the present invention to develop an optical character recognition system which allows for a page of mixed text and non-text images to be scanned and for the system to recognize and distinguish between text and non-text for purposes of processing.

Known optical character recognition systems may be generally divided into two categories. Optical character recognition systems in the first category recognize either a single font or a limited number of fonts and their input is usually restricted to monospaced type of a specific point size. Optical character recognition systems in the second category are typically termed omnifont systems. Such systems are capable of recognizing a large number of typefaces in a wide range of point sizes, either monospaced or proportionally spaced. In general, optical character recognition systems which recognize a large number of typefaces are not capable of processing documents as quickly as systems which recognize a limited number of specific fonts.

It is another object of the present invention to develop an optical character recognition system which allows for recognition of any number of typefaces while still allowing for the rapid processing of documents.

**2**

These and other objects of the present invention will be described in more detail with reference to the Detailed Description of the Present Invention and the accompanying drawings.

### SUMMARY OF THE INVENTION

An optical character recognition method and apparatus is described. The system of the present invention comprises a scanning means for scanning a document and producing a bit-mapped image of the document. The scanning means is coupled with a computer system having a memory for storing the bit-mapped image and a processor for processing the bit-mapped image and providing as output, data representing the characters on the page.

The present invention discloses methods and apparatus to allow the page to be scanned and characters on the page to be recognized and output in an order which is logically the same order as that employed by a person reading the page. The present invention accomplishes this object by parsing the page into a plurality of blocks and outputting the blocks to a character recognition process in an order which is usually the logical reading order of the page.

The present invention further discloses a character recognition process comprising a combination of a template matching process and a feature analysis process. The feature analysis process allows characters to be recognized based on their shapes. Utilizing the feature analysis process of the present invention, it is possible to recognize characters in any number of different fonts. Further, by utilizing the template matching processes of the present invention in concert with the feature analysis processes, reasonable throughput of documents is achieved without the requirement of providing template libraries.

The present invention further discloses a context analysis process which completes the recognition process by iteratively resolving ambiguities of shape so as to minimize the number of typographic or semantic inconsistencies; residual inconsistencies are flagged as low confidence level identifications.

The present invention further discloses a number of techniques to provide for template matching such as producing representations of characters showing bits in a bit-mapped image of the character which must be off for the character to be recognized and, similarly, producing representations showing bits which must be on. This technique allows for recognition of characters within certain tolerances. The present invention further discloses a process for recognizing characters using character templates when characters are joined closely together.

Further, the present invention discloses use of a plurality of routines utilized in the feature analysis process. Each of these plurality of routines is designed for recognition of one character shape. The present invention discloses methods of describing characters with statistical information and fitting polygons onto different views of the shape of the character. Based on this statistical information and the polygons, the feature analysis processes are able to recognize shapes of characters.

The present invention further discloses a number of methods for distinguishing between text and graphics in a document. During processing of a document for purposes of character recognition, the present invention identifies areas of a document which contain graphics and ignores such areas during the recognition process.

5,131,053

| 3 | 4 |

The present invention discloses methods of measuring the relative texture of small areas of the document in order to determine whether the area contains text or graphics.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall flow diagram of the optical character recognition process of the present invention.

FIG. 2(a) is a flow diagram of an overall parsing process of the optical character recognition process of the present invention.

FIG. 2(b) is a flow diagram illustrating a page parsing process of the present invention.

FIG. 2(c) is a flow diagram illustrating a block parsing process of the present invention.

FIG. 2(d) is a flow diagram illustrating a line parsing process of the present invention.

FIG. 3(a) illustrates a portion of a page as may be processed by the apparatus and methods of the present invention.

FIG. 3(b) illustrates a bit-mapped image of the portion of the page of FIG. 3(a).

FIG. 4 is a flow diagram illustrating a method of the present invention for producing a text map array.

FIG. 5 is a flow diagram illustrating a method of the present invention for de-skewing a page.

FIG. 6 is a flow diagram illustrating a method of the present invention for locating paths in a scanned page.

FIG. 7 is a block diagram illustrating two data structures of the present invention.

FIG. 8 is a flow diagram illustrating a method of the present invention for locating blocks.

FIG. 9 is a first page image as may be scanned by the apparatus and methods of the present invention illustrating the first page image being divided into a plurality of blocks.

FIG. 10(a) is second page image as may be scanned by the apparatus and methods of the present invention illustrating the second page image being divided into a plurality of blocks.

FIG. 10(b) is a second illustration of the second page image as may be scanned by the apparatus and methods of the present invention.

FIG. 11(a) is an overall flow diagram of a character recognition process as may be utilized by the present invention.

FIG. 11(b) is a flow diagram of a template matching process as may be utilized by the present invention.

FIG. 12(a) is an illustration of a bit-mapped image of a character as may be utilized by the present invention.

FIG. 12(b) is an illustration of a second version of a bit-mapped image of a character as may be utilized by the present invention.

FIG. 13 is a flow diagram of a feature analysis process as may be utilized by the present invention.

FIG. 14(a) is an illustration of a first character window as may be utilized by the present invention.

FIG. 14(b) is an illustration of a second character window as may be utilized by the present invention.

FIG. 14(c) illustrates a polygon fitting method of the present invention.

FIG. 15 is a flow diagram of a context analysis process as may be utilized by the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

An optical character recognition system is described. In the following description, numerous specific details

are set forth such as pixel densities, byte sizes, etc., in order to provide a thorough understanding of the present invention. It will be obvious, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known circuits, structures and techniques have not been shown in detail in order not to unnecessarily obscure the present invention.

Referring now to FIG. 1, an overall flow diagram of the present invention is shown. Utilizing methods and apparatus of the present invention, first a page is scanned, block 101. As will be described, the present invention is capable of isolating and translating the text on a page not only when the page contains only text but also when the page contains a combination of text and non-text areas. Further, the present invention requires no manual intervention to indicate the normal order of reading the text.

After scanning the page, the page is parsed, block 102. Parsing of the page will be described in more detail below and may generally be divided into the functions of page parsing, block parsing and line parsing. After parsing the page, the shapes of individual characters are recognized through a character recognition process, block 103. The present invention is capable of recognizing characters in any number of character fonts.

A process termed context analysis is employed to examine the relative sizes and positions of the shapes recognized during the character recognition process to divide the text into words and to resolve ambiguity of shape, block 104.

Finally, the recognized characters are formatted for output, block 105.

## SCANNER

The method and apparatus of the present invention, in its preferred embodiment, is designed to work in conjunction with commercially available microprocessors with 32-bit address spaces. Examples of such microprocessors are the Motorola 68020 and the Intel 80386 microprocessors.

It will be obvious to one of ordinary skill that the present invention may be practiced with any number of computer systems having a processor and memory available for practicing the described methods.

The scanner of the present invention may be any one of several known scanners presently commercially available or may comprise a yet unannounced scanner means. The present invention is designed to work in conjunction with a scanner which is capable of scanning a page of printed information and producing a bit-mapped image of the page. The present invention, in its preferred embodiment, seeks to utilize low-cost optical scanners and personal computer systems in order to provide a low-cost economical optical character recognition system.

## PARSING

After a page is scanned, a bit-mapped image of the page is stored in the memory of a computer system or in other means capable of storing such a bit-mapped image. With reference to FIG. 2(a), the parsing process begins with page parsing, block 201. The page parsing process acts on the bit-mapped image to divide the page into a plurality of blocks. The page parsing process attempts to divide the non-blank portions of the page into a plurality of blocks and attempts to distinguish between text and non-text or graphics. The page pars-

5,131,053

| 5 | 6 |

ing process attempts to ensure that any individual block contains either only text or only non-text. Blocks containing only non-text are eliminated from further processing.

Briefly, the page parsing process, block 201, analyzes the texture of the scanned image to separate text from graphics and to detect the presence of columns and headlines. Based on a normalized two-dimensional measure of the local density of black-to-white transitions, areas on the page are characterized as either graphics, text or rulings. The areas are grouped into blocks by finding paths of white space surrounding areas of similar texture (e.g. having similar density of black to white transitions). If they are not separated by rulings or excessive white space, adjacent blocks with similar characteristics of texture and alignment are merged together. The page parsing process, block 201, then analyzes the relative placement of blocks to determine which blocks overshadow other blocks in terms of line height, block width and vertical position on the page. The page parsing process can then construct a reasonable interpretation of the page layout. The final output of the page parsing process block 201, is an ordered set of block descriptors that trace the normal reading sequence implied by the derived page layout.

A block parsing process block 202, analyzes black-to-white transitions to compute degrees of skew and locate horizontal paths that divide a given text block into individual lines of text. The block parsing process, block 202, detects vertical rulings and eliminates the ruling from further processing.

The line parsing process, block 203, searches each line from left to right locating vertical paths of clear space. Such vertical paths typically separate individual words and characters from each other. The sections delimited by clear space are processed from the left end of each line and are passed to the recognition routines in a buffer.

A character recognition algorithm, block 103, processes the buffered sections to attempt to recognize individual characters. As will be explained in more detail with reference to the character recognition processing section below, unrecognized line sections are run through a number of processing steps in an attempt to recognize characters. A "delining" process locates and erases from view of the character recognition process underlinings and horizontal rulings. An "unkerning" process isolates characters that are separated by sinuous paths of free space. A "blanding" process erases "pepper" noise. A "thinning" process thins extremely condensed characters to make them recognizable. A "patching" process mends slightly broken character shapes. Line sections which still remain unidentified after applying these processes are buffered in a reject cache for later processing by a "side matching" process and a context analysis process, block 104.

PAGE PARSING

Referring now to FIG. 2(b), a flow diagram of the page parsing process is shown in more detail. The purpose of the page parsing process is to accept as input the bit-mapped page image and provide as output an ordered list of blocks of text. After a page is scanned, a bit-mapped image of the page is produced. From this bit-mapped image, three arrays are produced, block 212.

In the preferred embodiment, the page image is scanned at a resolution of 300 dots per inch, and the parsing process produces its arrays by analyzing every eighth scan line of the page image. It has been determined experimentally that sampling the page every eighth scan line (every 8/300th of an inch in the preferred embodiment) gives sufficient resolution to locate and categorize occupied areas on the page. Further, utilizing only every eighth scan line of the image substantially reduces processing time and storage requirements. However, it will be obvious to one of ordinary skill in the art that different samplings may be utilized without departure from the spirit and scope of the present invention.

Referring to FIG. 3(a), an enlarged portion of a page 300 is shown. The portion of the page 300 shown represents an area of a page which may be covered in 40 scan lines of the preferred embodiment. Each of the squares, such as square 301, represents an area 8 scan lines high and 8 bits wide. The area of the page shown 300 comprises an area 5 squares high and 4 squares wide.

Referring to FIG. 3(b), a bit-mapped image of the same portion of a page is shown. FIG. 3(a) and FIG. 3(b) are illustrative of a problem encountered in optical character recognition systems. In such systems, a letter, such as the letter "0" 302 in FIG. 3(a), may be represented by a relatively rough approximation of the letter "0", such as the representation 312 in FIG. 3(b). Further, text and graphics may be intermixed on a single page. For example, graphics image 303 is shown mixed with the text of FIG. 3(a). The equivalent bit-mapped area is shown at 313. It is obvious to one of ordinary skill in the art that images may suffer from further problems of clarity and crispness as a result of being transformed to a digital bit-mapped image.

A first array generated by the page parsing process of the preferred embodiment is a horizontal population count array. Each element in this array contains a count of the number of one ("1") bits in four consecutive bytes (32 bits of a sampled scan line). Therefore, the area represented by each element of this array is 32 bits wide by 8 bits high. For example, with reference to FIG. 3(b), the 32 bits at scan line 320 has 14 1-bits. Therefore, the 8-bit high by 32-bit wide area, contained in blocks 331, 332, 333 and 334, is represented in the horizontal population count array by an element containing the value 14, the total count of one bits in scan line 320. Scan line 321 has 0 1-bits, line 332 has 9 1-bits, line 323 has 5 1-bits and line 324 has 26 1-bits and each of these 8-bit high by 32-bit wide areas would be represented in the horizontal population count array with corresponding values.

A second array utilized by the preferred embodiment of the present invention is a vertical population count array. Each byte in the vertical population count array contains the total number of one ("1") bits in 4 bytes, one byte from each of four consecutive sampled scan lines. For example, an entry in the vertical population count array may represent bytes 340, 341, 342 and 343 and have a value of 4 (byte 340 has 2 1-bits, byte 341 has 0 1-bits, byte 342 has 2 1-bits and byte 343 has 0 1-bits). In the preferred embodiment, the vertical population count array comprises an array in which rows of the array represent columns of the bit mapped image and columns of the array represent rows of the bit-mapped image. This leads to processing efficiencies in the implementation of the preferred embodiment.

A third array built by the page parsing process of the preferred embodiment is a horizontal phase change array. Each entry in this array represents 32 bits of a sampled scan line and, therefore, the horizontal phase

5,131,053

7

change array has the same dimensions as the horizontal population count array. Each array element contains the count of horizontal phase changes (transitions between runs of 1s and runs of 0s) in the 32 bits. The area represented by each element of the horizontal phase change array is 32 wide by 8 bits high. For example, the 32 bits at line 320 have 7 transitions from 1s to 0s or from 0s to 1s, the 32 bits at line 321 have no transitions, the 32 bits at line 322 have 8 transitions, the 32 bits at line 323 have 2 transitions and the 32 bits at line 324 have 2 transitions.

Based on the horizontal population count and horizontal phase change arrays, a text map array is produced, block 213. Each element of the text map array represents an area 32 bits wide by 8 bits high.

Referring to FIG. 4, a flow diagram of the process for constructing the text map array is illustrated. The text map array is built by a process which scans down each column of the horizontal population count array searching for a non-zero element, block 401. A non-zero element in the horizontal population count array indicates the presence of text, graphics or rulings in the corresponding area of the bit-mapped image. After finding a non-zero element, the process searches down the column of the horizontal population count array for a zero element. For each element processed in a run of non-zero elements, the corresponding horizontal phase change counts are summed. The process also counts the total number of elements in a run of non-zero elements, block 402.

If the number of rows in a run is greater than or equal to 2 and less than or equal to 12, branch 403, and the summed total of the phase change counts is greater than or equal to 8 and less than or equal to 22, branch 404, the corresponding area of the bit-mapped image has the textural signature of text. The text map array elements corresponding to each of the row elements in the run are set to a code indicating text is present, block 405. In the preferred embodiment, these elements are set to a value of TXTX.

If the row count is not greater than or equal to 2 and less than or equal to 12, branch 406, a check is made to determine if the row count is greater than or equal to 24, branch 407. If the row count is greater than or equal to 24, the corresponding area of the bit-mapped image contains a vertical ruling. The text map array elements corresponding to the horizontal population count elements in the run are set to a value indicating a vertical ruling is present, block 408. In the preferred embodiment these elements are set to a value of TXVR.

If the row count is less than 2 or between 12 and 24, branch 409, it is an indication that graphics are present. The corresponding text map array elements are set to a value indicating graphics are present, block 410. In the preferred embodiment these elements are set to a value of TXGR.

If the row count lies between 2 and 12, but the phase change count is either less than 8 or greater than 22, branch 411, it also indicates the presence of graphics. The corresponding text map array elements are set to the code indicating the corresponding bits of the bit-mapped page image contain graphics, block 412.

If the end of the horizontal population count array has not been reached, branch 413, column-wise processing continues, searching for the next non-zero element, block 401. Otherwise, processing is completed, branch 414.

8

It has been determined experimentally that the above process for determining whether areas of the bit-mapped image contain text, graphics or vertical rulings is a reasonably accurate mapping. Typically, characters in ordinary text occur in a wide range of heights normally occupying 2 to 12 sampled scan lines. Therefore, the above process tests for run row counts of non-zero elements in the range of 2 to 12 lines.

It has also been determined experimentally that although larger height characters have fewer phase changes in each sample than smaller height characters, the total number of phase changes in a given run of non-zero elements remains substantially constant over a character size range of approximately 4 to 24 points. Therefore, in the presently preferred embodiment a phase change count total for a run of non-zero elements in the horizontal population count array between 8 and 22 is an indicator of printed text.

The page parsing process then makes another pass to attempt to locate relatively large text, block 214. The procedure for locating large text is essentially the same as the procedure described above for building the text map array except that the procedure for locating large text examines every fourth scan line and fourth element in the phase change array. Thus, the large text routine looks at the bit-mapped image with approximately ¼ of the resolution of the process for locating normal sized text and identifies text up to four times larger. In the preferred embodiment, the largest text found by this routine is 48 sample scan lines high. At 300 scan lines per inch, this is equivalent to text of 1.28 inches in height or about 92 points. Text map array cells corresponding to areas in the bit-mapped page image which are found to contain large text by the above process are set to a value to indicate they contain large text. In the preferred embodiment this value is TXTH.

The page parsing process attempts to locate and isolate blocks containing only text from blocks containing only white space, blocks containing graphics, or blocks containing vertical rulings. As part of this process, in the preferred embodiment, the page parsing process attempts to determine the approximate skew of the page and adjust the text map array and the vertical population count array for such skew, block 215.

Referring to FIG. 5, a flow diagram illustrating the method utilized by the preferred embodiment of the present invention for deskewing a page is illustrated. First, a skew total and a sample count variable are initialized to zero, block 501.

The text map array is then scanned down each column searching for runs of text cells, block 502. When a run of text cells is located a first variable, utilized when examining cells to the left of the present text cell (LEFT), is set to −1. A second variable, utilized when examining cells to the right of the present text cell (RIGHT), is set to 1, block 503.

For each text cell following the first text cell in the run, cells to the left and right of the text cell in the text map array are examined. If the cell to the left is empty (i.e. the cell is not indicated as containing text, graphics or vertical rulings using the above-described TXTX, TXVR, TXTH or TXGR codes), the skew total variable is incremented by the current value of LEFT and the sample count variable is incremented by 1. If the cell is occupied (it contains TXTX, TXVR, TXTH or TXGR), LEFT is set to 1 and the skew total variable and sample count variable are not modified, block 504. If the cell in the text map array to the right of the cur-

5,131,053

9                                                                    10

rent cell is empty, the skew total variable is incremented by the value of RIGHT and the sample count variable is incremented by 1. If the cell is occupied, RIGHT is set to −1 and the skew total variable and sample count variable are not modified, block 505.

If there are more cells in the run of text cells, the processing of blocks 504 and 505 is repeated for those cells, branch 506. Otherwise, branch 507, if there are more cells in the text map array they are scanned for another run of text cells, branch 508. After the entire text map has been examined, branch 509, an approximate skew for the page is computed and the text map array and vertical population count array are shifted to compensate for the calculated skew, block 510. The approximated skew is calculated by dividing the skew total variable by the sample count. This process yields an approximation of the skew for the page in number of rows per 4,096 columns. The text map and vertical population count arrays are then adjusted.

The above described process for adjusting for skew assumes that text on a page is generally arranged in horizontal lines on the page. The text map array of the present invention has good vertical resolution (to within 1/38th of an inch). When a page is skewed, blank cells will tend to appear in what should be text cells. The above-described method utilizes these assumptions to determine an approximate skew.

After adjusting for an approximate skew, horizontal and vertical paths of white space through the text are located, block 216. The purpose of locating these paths is to isolate blocks of text. In the preferred embodiment, the deskewed text map array is examined for horizontal paths of white space (white space may be defined as cells in the text map array which are not coded with TXTX, TXVR, TXTH or TXGR). The method of the present invention considers an area to be a horizontal path if a white space area exists which is at least 8 pixels wide and 192 pixels long in the horizontal direction of the page. Similarly, vertical paths are located utilizing the text map array. The preferred embodiment of the present invention considers an area to be a vertical path if it is a white space area which is at least 16 pixels wide and 192 pixels long in the vertical direction of the page. The above-mentioned lengths and widths for horizontal and vertical paths have been determined experimentally by the Applicant to locate horizontal and vertical paths through printed text.

Referring now to FIG. 6, a flow diagram illustrating a method utilized by the preferred embodiment of the present invention for locating paths through the text is illustrated. As a first step in locating paths, a process is utilized to cause top, bottom, left and right margins of the page to be effectively ignored, block 601.

The preferred embodiment of the present invention accomplishes masking of the margins by creating a version of the vertical population count array in which each cell of the vertical population count array represents a 32×32 pixel square area of the original bit-mapped image. Effectively, each cell in this version of the vertical population count array represents four consecutive cells in a column of the original vertical population count array. The compressed version of the vertical population count array is then "smeared".

Smearing is a technique utilized by the present invention to shift an image in a number of directions and to preform a logical OR operation on the original bit-mapped image and the shifted bit-mapped image. Effectively, this technique expands areas containing text or

graphics while narrowing the intervening spaces and margin areas. Remaining white margin areas are marked as unavailable for the path finding process in the vertical population count array. The smearing technique is described in more detail with reference to the description of character recognition, below.

An array called a path map array is then created for storing horizontal and vertical path information, block 602. The path map array has the same resolution as the text map array. Each column represent 32 bits of a sampled scan line and each row represents a sample taken every 8th scan line of the image. In the path map array, the existence of a horizontal path is indicated by setting one of the bits in an entry in the array; the existence of a vertical path indicated by setting another one of the bits in the entry.

In the preferred embodiment, as a first step in populating the path map array, the left most and right most columns and the top and bottom rows of the path map array are set to indicate the presence of paths. This step ensures that a path that runs into the margin of a page will generate a block. When fully populated, the path map array outlines blocks of text and blocks of graphics with horizontal and vertical paths.

After the path map is created and the left most and right most columns and top and bottom rows of the path map are initialized, horizontal paths are generated, block 603. Each row of the text map array is scanned for runs of empty entries (i.e. entries that are not set to TXTX, TXVR, TXTH or TXGR). If a run is at least a predetermined number of bytes in length, horizontal path bits in the corresponding entries in the path map array are set. In the currently preferred embodiment, the predetermined number of bytes is 6. Each horizontal path that is found utilizing this process is extended by one column to the left of the horizontal path and by one column to the right of the horizontal path. This ensures that the horizontal paths at block edges will meet vertical paths at the edge of the block even if there is either graphics or a headline within 32 pixels of the left or right edge of the block.

The text map array is then scanned to find vertical rulings (i.e. entries which are set to TXVR), block 604. The corresponding entries in the path map array have a bit set to indicate that there is a vertical ruling at that location in the image. This bit will be examined in a later processing set in which relatively narrow paths are removed from the path map array.

Next, vertical paths are populated in the path map array, block 605. Each row of the vertical population count array is scanned for runs of empty entries. If a run is at least a predetermined number of entries long, it is considered as a possible vertical path. In the preferred embodiment the predetermined number is six. If either end of a vertical path fails to coincide with a horizontal path, the vertical path is truncated until it does coincide at both ends with a horizontal path. Vertical paths always extend from an intersection with a horizontal path to an intersection with another horizontal path.

The path map is then examined and all vertical paths which are only one entry wide are removed unless the entry indicates the vertical path was set because of a corresponding vertical ruling in the image. The path map is then scanned again and portions of horizontal paths are erased where they do not begin and end at a vertical path, block 606.

A block locating routine, block 217, utilizes data structures previously built by the page parsing process,

5,131,053

| 11 | 12 |

such as the page map array, and builds two new data structures; a block map array and a block list.

Referring now to FIG. 7, the block map array 701, comprises an array of the same dimensions as the text map array. Each 1-byte cell in the block map array, such as cell 702, contains a block number for that cell. Cells which have not yet been designated as part of a block are designated in the preferred embodiment with a 0. In the preferred embodiment there can be a maximum of 255 blocks per page image. The block number, such as block number 1 at cell 702, is a pointer into a block list 703. Each entry in the block list comprises information about each block such as coordinates of the block, column 705, cell count information, column 706, and distance to other blocks, column 707. The coordinate information 705 comprises information on each block's top most, bottom most, left most and right most pixels. The cell count information 706 comprises information on the number of text cells, number of large text cells and number of graphic cells within the boundaries of the block.

Referring now to FIG. 8, the process of locating blocks, block 217 from FIG. 2, comprises the steps of a block finding routine first scanning through columns of the path map, block 801. The block finding routine scans each cell of the path map for cells which have neither horizontal or vertical paths through them. After finding a cell which has neither a horizontal or vertical path through it, the block finding routine checks the corresponding cell in the block map array. If the corresponding cell in the block map array is unoccupied (i.e. current value is a 0), the block finding routine calls a block carving routine, block 802. The block carving routine examines the path map array for the current cell to find vertical paths on the left and right sides of the current cell. The block carving routine then scans up rows of the path map array. For each row, the block carving routine locates vertical paths on the left and right of each cell above the current cell. When the block carving routine locates a cell whose left or right edge, as determined by the vertical paths, differs from the left or right edge, respectively, of the current cell by more than 1 cell, the block carving routine creates a horizontal path at that cell. The block carving routine similarly processes down the column of the current cell to determine the bottom row for the current block. This process produces a roughly rectangular block to be processed by later described methods of present invention.

After the block carving routine has determined the left, right, top and bottom edges of a roughly rectangular block of cells, a block statistics routine, block 803, is utilized to mark other cells as belonging to the same block. The block statistics routine marks each cell in the block map array bounded by the left, right, top and bottom paths of the current block as belonging to the current block. Further, the block statistics routine counts the number of text cells and graphics cells in the current block by examining the text map array. The relative number of text cells versus graphics cells is used in determining whether the block is classified as a text or graphics block for later processing. The block statistics routine further gathers information on the average length of runs of occupied cells in the text map array for each column in the block. This information is used to determine the approximate height of the characters in the text blocks. The block statistics routine further histograms the number of runs of occupied cells in the columns of the text map array. The median point in this histogram approximates the number of lines of text in the block. The block statistics routine also computes the extreme left, right, top and bottom coordinates of block. As discussed above, the above described coordinate, count and statistical information is stored in the block list, block 703.

As previously described, the block list of the present invention allows for only 255 entries. The number of entries is limited in the preferred embodiment to allow for certain processing efficiencies. However, it will be obvious to one of ordinary skill in the art that a different number of entries may be utilized in the block list without departure from the spirit and scope of the present invention. In the preferred embodiment, if more than 255 blocks are found utilizing the above-described process, the process is repeated requiring a wider vertical path width to determine block boundaries. It will be further obvious that the present invention could employ a method of requiring wider horizontal paths as well as vertical paths.

After completing processing for a first block, processing continues with the block finding routine, block 801, if more cells remain to be processed, branch 804. After processing has been completed for all cells in the block map array, branch 806, the process of locating blocks is completed.

Blocks are then grouped, block 218. Blocks are grouped according to their location relative to one another, their contents (graphics or text) and their texture (font size and line spacing). Block grouping information is recorded in a group list. Each block in the block list is assigned a group number. The group number is used as an index into the group list.

For each block in the block list, the block map array is scanned above the block, below the block, to the left of the block and to the right of the block. Blocks which are of a different type or texture are not grouped together. Further, blocks which are more than a predetermined vertical distance apart or more than a predetermined horizontal distance apart are not grouped together.

Referring now to FIG. 9, an example of grouping blocks is shown. For example, each of block 1, block 6 and block 11 are grouped as group 1, 901. In the particular example, these blocks might comprise a heading on the page. A heading is often distinguished by having a larger type font than the rest of the text on the page. Because of the different font size, these blocks would be grouped together and not grouped with the remaining blocks on the page.

Block 2, block 3, block 4 and block 5 are grouped together as group 2, 902. The method of the present invention examines blocks adjacent to a current block to determine whether the horizontal distance H 903 is greater than a predetermined value. In the currently preferred embodiment, this predetermined value is 6 columns of cells. Since the horizontal distance H 903 between block 2 and block 7 is greater than the predetermined horizontal distance limit, blocks 7 and 8 are not grouped with group 1.

Blocks 7 and 8 are grouped together as group 3, 904. Blocks 9 and 10 are grouped separate from blocks 7 and 8 and designated group 4, 906, because the vertical distance 905 between block 8 and block 9 exceeds a predetermined limit. In the preferred embodiment, the predetermined limit for vertical distance between blocks is 12 rows of cells. Blocks 12, 13, 14 and 15 are

5,131,053

13

grouped together as group 5, 907. Block 16 is grouped separately as group 6, 909. Block 16 is not grouped with blocks 12, 13, 14 and 15 because of the existence of a graphics block 908.

The present invention further discloses detecting edges of columns on a page by examining successive blocks down the page to determine if the left edge of each block is approximately lined up with the block below it and to determine if the block is vertically within a predetermined distance from its neighbor. If the block is not approximately lined with the block below it or the block is not a predetermined distance from its neighbor, it is assumed that the blocks are not in a column.

After the blocks are grouped, he block map array is rebuilt using the group numbers rather than the block numbers in each element in the block map array. This reduces subsequent processing requirements.

After completing grouping of blocks, blocks are arranged for output to the line parsing routines, block 219. The purpose of arranging the groups for output is to attempt to output groups to the line parsing routines in the logical order in which they would be read. Referring to FIG. 10(a), a block diagram illustrating a page image consisting of 7 blocks of text is shown. The page image comprises a header area 1001 and 3 logic columns of text.

As a first step in arranging groups for output, vertically adjacent groups of blocks are located. Using the information regarding the location of vertically adjacent blocks, a tree is constructed linking the blocks. Each node in the tree represents a text or graphics block and contains pointers to up to 8 blocks above it. If there is more than 1 block above the current block, the pointers are arranged so that blocks are ordered from left to right. The root of the tree is at the bottom of the page. Each block is assigned a node number based on the left-to-right tree traversal order. Node 0 is assigned to the root.

As illustrated in FIG. 10(a), node 1011 comprises a first vertical group 1002. Node 2 1001, Node 3 1013, Node 4 1014 and Node 5 1015 may comprise a second vertical group 1003 being roughly adjacent to the first vertical group. Node 6 1016 and Node 0 1010 may comprise a third vertical group 1004 roughly adjacent to the second vertical group.

To determine the output order of the blocks, the tree is traversed from left to right and each branch of the tree is followed to its end traversing each subbranch from left to right. In general, a node at the end of a branch is output first and nodes from each branch of a subtree are output before the root node for that subtree.

By way of example, with reference to FIG. 10(a), to determine the normal output sequence for blocks 0–6 the tree is traversed from block 0 (the root) 1010 to the first node on the left, block 5 1015. Nodes branching off of block 5 1015 are then traversed from left to right. Therefore, block 1 1011 is the next block examined. Since no blocks branch off of block 1 1011, it is designated as the first block to be pruned from the tree and sent to the line parsing routines. The next node branching off of block 5 1015 is block 4 1014. Therefore, block 4 1014 is processed next. Block 4 1014 has branches. Therefore, it is traversed and block 3 1013 is examined next. Likewise, branch 1013 is traversed and block 2 1001 is examined since it branches from block 3 1013. As there are no other blocks which branch from block

14

2 1001, block 2 1001 is the next block output to the line parsing routines. Block 3 1013, having no more branches, is the next block to be output to the line parsing routines, followed by block 4 1014. Since there are no more blocks branching off of block 5 15, block 5 1015 is the next block output to the line parsing routines. The root node 1010 continues to be traversed from left to right and block 6 1016 is processed. Again, since no blocks branch off of block 6 1016, block 6 1016 is the next block sent to the line parsing routines. Finally, since no further blocks branch off of the root node 1010, the root node is passed to the line parsing routines.

In processing blocks, those blocks designated as graphics blocks are included in the above described traversing and sorting process, however, graphics blocks are not passed to the line parsing routines.

When utilizing the above-described method for outputting blocks to the line parser, certain page layouts tend to obtain erroneous results. For example, in the page layout of FIG. 10(a) blocks 2 and 3 may have been headers. In such a case, the logical reading order of the page would differ from the results produced by the above-described process. Therefore, the output order, in the preferred embodiment of the present invention of blocks, is rearranged by a recursively called routine. The routine is called for each node having more than one upward branch. For example, with reference to FIG. 10(a), the routine would be called when processing block 5 1015 and the root block 1010.

The recursive routine finds the top block of each branch. Starting with the left most branch, the routine examines the nodes on the next branch to the right. If the top of a node of the right branch is higher on the page image than the top of a node of the left branch (either the right node overlaps the left node or the bottom of the right node is above the top of the left node) the subtree on the right branch is grafted onto the left branch. This process repeats for each node which satisfies the above criteria.

For example, block 2 1001 and node 3 1013 are both above node 1 1011 so node 3 1013 is logically grafted, for purposes of output to the block parsing routines, to node 1 1011. The tree after processing by this recursive routine is shown with reference to FIG. 10(b). In FIG. 10(b), the block numbers have been reassigned in left-to-right tree traversal order. The new block numbers indicate the order of output to the page parsing routines. The blocks are output to the page parsing routines starting with block 1 1001, then block 2 1013, block 3 1011, block 4 1014, block 5 1015, block 6 1016 and then the root node, block 0 2020. The logical connection between blocks has been modified at branch 1020.

A number of final adjustments are made as part of the page parsing process. These adjustments include processes for further merging of adjacent blocks after the block output order is known, enlarging blocks into the white space surrounding the block, constructing a mock-up of the page image showing the placement and order of text blocks, reskewing the block map and path map arrays to reverse for the skew correction applied earlier in the process and building a block descriptor array comprising descriptive information about each block.

Importantly, the mock-up of the page image showing the placing and order of text blocks may be displayed on a device such as a graphics terminal by the user. The user may then alter the output order of the blocks if desired. The process allows for user correction of the

5,131,053

15 | 16

output order of the blocks where the page parsing routines have made incorrect assumptions regarding the logical reading order of the page.

## BLOCK PARSING

Each block produced by the page parsing routine is passed, in the desired order, to the block parsing routine. The block parsing routine attempts to parse each block into individual lines of text. The block parsing routines utilize data structures built by the page parsing routines and the bit-mapped image of the input block to isolate individual lines and to add data to the block descriptive information in the block list. The data added to the block list comprises information identifying the leftmost column in the block, the width of the block, the height of the block, the number of lines in the block and the starting line number.

After receiving an input block, the block parsing routine computes the skew of the block, block 221 of FIG. 2(c). The skew of the block is computed based on a detailed analysis of the phase change counts in the horizontal phase change array. Next, individual lines are isolated, block 222, by examining the bit-mapped image for the block in conjunction with the phase change count analysis to determine the location of the possibly skewed horizontal white space which separates lines.

The block parsing process isolates and cuts between lines, block 223, by locating horizontal paths of least resistance that most closely approximate the calculated skew. The roughly horizontal path that separates lines of text may be interrupted by characters which have descenders or ascenders. For example, lowercase "g", "j", "p", "q", and "y", all have descenders. The block parsing routine cuts around such characters to ensure that the tails of such characters are left with the proper line when the line is passed to the line parsing routines.

Whenever the block parsing routine is unable to avoid or skirt around an obstacle within given tolerance levels, the block parsing routine measures the dimensions of the obstacle to determine whether the obstacle is a vertical ruling. If the obstacle is a vertical ruling, the obstacle is erased. If the obstacle is not a vertical ruling, the block parsing routines cut through the obstacle. Individual lines are isolated and buffered for processing by the line parsing routines, block 224.

## LINE PARSING

Each line output by the block parsing routines is used as input to the line parsing routines. The line parsing routines attempt to segment a line of text into individual characters. Referring to FIG. 2(d), the line parsing routines of the preferred embodiment first find all columns in the line that have white space from the top of the line to the bottom of the line, block 231.

The columns or segments having white space from the top of the line to the bottom of the line are then isolated and framed, block 232. To frame segments, the line parsing process determines the left, right, top and bottom boundaries for pixel areas bounded by vertical white space. The boundaries are computed such that as little white space as possible is left around the pixel area.

If the resulting "framed" pixel area is wider than 64 pixels (the widest character width that may be processed by the preferred embodiment without reducing the resolution of the character) or the ratio of the width to the height of the framed pixel area is greater than 3 to

2, it is assumed that the framed pixel area comprises more than one character.

In such a case, the framed pixel area may comprise "kerned" characters. Kerned characters are characters which overlap each other, although they do not actually touch. In such a case, vertical white space may not exist between the characters. An example may be the letter "T" followed by "o". If a "T" is placed sufficiently close to an "o", no vertical white space occurs between them.

An unkerning process is applied to such relatively wide pixel frame areas. The unkerning process computes the leftmost clear path from the top of the line to the bottom. A clear path is defined as a list of connected vertical and horizontal segments that trace a clear path between two characters. If the unkerning processing is successful in finding a clear path, the left, right, top and bottom boundaries are recomputed for the pixel frame area to the left of the clear path. If the resulting frame is still wider than 64 pixels or still has a ratio of width to height of greater than 3 to 2 or if no clear path was found, an attempt is made to detect and remove underlining. If the process is successful in removing underlining, the line parsing process again attempts to find vertical white space.

After a pixel frame has been found which is not too wide, a character is considered to have been isolated, block 282 and a character window is created for the character recognition routines, block 233. In the preferred embodiment of the present invention, a character window is a buffer area capable of holding characters up to 128 rows by 128 columns or 64 rows by 192 columns. If the pixel frame is too large to be placed into a character window, the pixel frame is scaled to allow it to fit into the window. The pixel frame is copied one row at a time into the window. If the framed pixel area was derived as a result of an unkerning process, the right border of the pixel area is defined as the clear path found during the unkerning process. Otherwise, each row copied into the window consists of the bits in corresponding rows of the pixel frame area between vertical white spaces (i.e. the presumed isolated character).

Any window which is built which has a column width of more than 128 pixels is put into a reject cache for later processing. Otherwise, the character recognition routines are called and the window is passed to the character recognition routines, block 234. If a character is successfully processed by the character recognition routines, a code for its recognized shape is placed in a buffer area termed a "galley". Windows which are rejected by all of the character recognition routines are added to the reject cache for later processing.

## CHARACTER RECOGNITION

Referring now to FIG. 11, the character recognition process comprises the steps of template matching, block 1101, followed by feature analysis, block 1105, if the character was not recognized by the template matching step, block 1101.

The template matching process, block 1101, attempts to match characters passed in windows from the line parsing process to templates of already identified characters. The feature analysis process, block 1105, attempts to recognize features of characters which could not be matched to templates. Based on recognizing these features, the character shapes are identified.

As one inventive aspect of the present invention, characters which are recognized by the feature analysis

5,131,053

17                                                                18

process are used as templates for recognition of later occurring characters. In the preferred embodiment, a template cache is built for each new document. The template cache comprises characters which have been recognized through the feature analysis process for the current document. Characters in the template cache are utilized in the template matching process. By building the template cache based on characters recognized in the document through the feature recognition process, the present invention allows for recognition of any font which is recognizable with the feature analysis routines. By combining elements of feature analysis and template matching, the present invention offers the performance advantages of a template matching system with the omnifont characteristics of a feature analysis system.

TEMPLATE MATCHING

The template cache comprises information for each available template for the current document. For each template, a header field contains identification information for that particular template. The header field also comprises offset pointers to three pixel patterns which are used by the template matching process.

The first pixel pattern is the original pattern of the character as recognized by the feature analysis process. In the preferred embodiment, the original pattern of x rows by y columns is stored as a two-dimensional array with the rows zero padded up to a word boundary.

A second pixel pattern, termed a "must-be-off" pattern, is derived from the original pattern. The must-be-off pattern comprises $x+1$ rows and $y+1$ columns with the rows also being zero padded to a word boundary.

A third pixel pattern, termed a "must-be-on" pattern, is derived from the original pattern and comprises $x-1$ rows by $y+1$ columns. The actual image of the must-be-on pattern only occupies $x-2$ rows by $y-2$ columns. However, in the preferred embodiment an area of $x-1$ rows by $y+1$ columns is reserved for processing convenience to ensure that the array is as wide as the must-be-off array.

As will be apparent from the following description of the template matching methods of the present invention, characters will be recognized by the template matching process when the characters are within certain predetermined tolerances of the templates. Allowance for characters being within predetermined tolerances is essential because two bit-mapped images of the same character rarely, if ever, match exactly. Image digitization is sensitive to differences in registration and the digitization process itself introduces edge noise. Furthermore, characters are often broken or otherwise deformed due to poor image quality when the characters were originally printed, when the substrate which is being scanned has been copied or when the substrate is optically scanned for the character recognition process. Therefore, a simple bit-by-bit comparison is not adequate for a recognition process. The must-be-on and must-be-off image patterns are utilized by the present invention to allow for some margin of difference between characters.

The must-be-off array comprises a pixel image indicating which pixels in the window must be off (i.e. be set to 0) in order for the window to be considered a match against the template. Referring to FIG. 12(a) a bit-mapped image of the character e 1201 is illustrated. The x's in character e 1201 designate pixels which are on the original image in the template cache.

In the preferred embodiment, the must-be-off image indicates pixels which are one or more pixels away from any on pixel in the original bit-mapped image. FIG. 12(b) illustrates the character e 1202 showing the must-be-off pixels as dashes. In the preferred embodiment, the must-be-off pixels are computed by "smearing" the original pixel image. The smearing is accomplished by performing logical OR processes on each row of the original pixel image. Each row of the original pixel image is logically OR'ed with a copy of itself shifted left one bit. The result is logically OR'ed with the original row shifted right one bit. The result of this step is logically OR'ed with the result of applying the same step to the row immediately prior to, or above, the current row. The result of this step is logically OR'ed with the similarly processed row immediately subsequent to or below the current row. The result of this operation is an image of the original character in which every pixel of the original bit-mapped image is surrounded by eight on pixels; the pixel above, below, to the right, to the left, and the 4 pixels at 45°, 135°, 225° and 315° from the original pixel. This effectively adds a one pixel layer of girth to the original character image. The complement of the resultant image is saved as the must-be-off pattern.

The must-be-on image comprises a character image showing bits which must be on for a match to occur. In FIG. 12(b), the character image of the character e 1202 is illustrated with plus signs showing pixels which must be one for a match to have occurred. To compute a must-be-on image, each row of the original pixel image is logically AND'ed with a copy of the row shifted one bit to the left. The result is logically AND'ed with a copy of the row shifted one bit to the right. That result is logically AND'ed with a similarly processed image of the row immediately above the current row. The result of the operation is then logically AND'ed with the similarly processed row immediately below the current row. When performing the logical AND operation with the rows above and below the current row, the above and below rows have been logically AND'ed with images of themselves as described in the first two steps of this process before performing the logical AND operations with the current row. This process produces an image of the original character in which only those pixels which were surrounded on all eight sides remain on. Effectively, this causes the image to be one pixel layer less thick than the original image.

Utilizing the must-be-on and must-be-off arrays for comparing the input characters to templates allows for tolerances to be used in performing the matching. Although the preferred embodiment allows for a one pixel tolerance in testing for matches, it will be obvious to one of ordinary skill in the art that alternative embodiments may allow for different tolerance levels. An alternative embodiment which allows for less stringent tolerances may lead to higher early match rates and, thus, faster processing. However, such an embodiment may have a greater rate of errors in identification of characters due to the less stringent tolerances.

Referring now to 11(b), each time a new window comprising unidentified pixel information is received from the line parsing routine, must-be-on and must-be-off images are created for the unidentified image using the above-described processes, block 1120. The unidentified image in the window is then compared against characters in the template cache. The templates are ordered, for purposes of comparison, in a most recently

5,131,053

19                                                                  20

matched order. Each time a match occurs against a template a counter stored in the template header is incremented.

When a template is first created as a result of being recognized by the feature analysis routines, the template's match counter is set to 0. In the preferred embodiment, new templates (i.e. templates with a match count of 0) are inserted at the beginning of the template queue. When an unidentified image processed by the template matching routines matches a particular template, the particular template's match count is tested to determined if the match count is 0. If the match count is 0, the preferred embodiment of the present invention examines the image in the character window utilizing the feature analysis routines (described below) to obtain confirmation that the image in the character window is the same character as identified by the template. If the feature analysis routines confirm the template and the image in the character window is the same character, the match count is incremented. Otherwise, the process assumes that the template yields unreliable results and the template is discarded from further processing. The recognition of the image in the character window then continues by attempting to match the image in the character window against other templates in the template cache.

The first step in matching an image in a window against the template is to construct must-be-on and must-be-off arrays from the unidentified image, block 1120. Next, a dimension check is made, block 1121. Images which differ from a template in their height or width by more than one pixel can't match the template, branch 1122. If the dimension check is passed, branch 1123, the must-be-on array for the unidentified image in the window is compared against the original bit-mapped image of the template. If all of the pixels in the must-be-on array for the unidentified image are on in the original template, branch 1124, a second test is performed.

The second test determines whether all of the pixels in the must-be-on array for the template are on in the unidentified bit-mapped image in the window. If all such bits are on, branch 1125, the original bit-mapped image of the template is compared against the must-be-off array for the image in the window. All pixels indicated in the must-be-off array for the image in the window must be off in the original template for a match to have occurred. If this test is passed, branch 1126, the unidentified bit-mapped image in the window is tested against the must-be-off array for the template. If all of the pixels indicated by the must-be-off array for the template are off in the bit-mapped image in the window, the template is judged a match and branch 1127 is taken.

As described above if the template has a match count of 0, the image in the character window is also analyzed with the feature analysis routines to confirm the identification. Otherwise, the identification code for the recognized shape is placed in the galley for later processing by the context analysis routines.

If any of branches 1122, 1128, 1129, 1130 or 1131 are taken as a result of not passing the corresponding test described above and if more templates exist in the template cache, branch 1132, the same series of tests are made against each successive template in the template cache until a match occurs or the cache is exhausted.

If there are no more templates in the template cache, branch 1133, none of the current templates match the unidentified image. This occurs whenever the unidenti-

fied image differs in font, size or registration from all of the characters in the template cache. The no-match condition may also be a result of characters which, although of the same font and size, are not a close enough match to be within the "edge noise" tolerances of the template matching routines.

In any event, if the image is not recognized, branch 1104 of FIG. 11(a), the feature analysis routines are called using the image in the character window as input, block 1105.

## FEATURE ANALYSIS

The preferred embodiment of the present invention discloses use of a plurality of routines for analyzing the features of images passed as input to the feature analysis process to determine the category of the shape of an unidentified image in the character window. The plurality of routines comprises one routine for each unique species of shape in the standard character set. Each of these individual routines is capable of analyzing an image in a character window and providing as output an indication whether or not the image belongs to the generic shape category discriminated by the routine. The character recognition routines are exited when one of the routines responds with a positive indication that the image in the character window is the shape corresponding to that particular routine. If none of the feature analysis routines respond positively, the shape of the image in the character window remains unidentified. In such a case, further processing is performed to try to identify the shape of the image in the character window.

Each of the plurality of routines will be termed an "isit". The name "isit" is useful in describing the routines of the preferred embodiment because the routines determine whether a character in the character window is a particular character (e.g. "is it" an a). In the preferred embodiment isits exist for letters, numerals and special symbols such as commas, quotation marks, semicolons, etc. It will be obvious to one of ordinary skill in the art that the method of utilizing isits for determining whether an image in a character window is a particular character may be implemented for a wide number of alphabetic character sets. For example, isits may be implemented for cyrillic character sets such as the character set used in the slavic languages or other character sets such as the character sets for Hebrew or Arabic.

In the preferred embodiment, the isits distinguish characters based on their shape. Therefore, characters sharing the same topography are recognized by a single isit. For example, the letter lower case "p" and the letter upper case "P" are recognized by the same isit. The letters lower case "u" and upper case "U", lower case "s" and upper case "S", lower case "o", upper case "O" and zero "0", etc., are other examples of characters with the same or similar topography which would be recognized by the same isit. For each shape or topography, characteristics of the shape have been chosen and measured experimentally such that a particular isit can distinguish the shape of its character from the shape of other characters through a wide range of font styles.

In the preferred embodiment, an isit provides as output either an ASCII code for a particular character or a code indicating the character is recognized as belonging to a particular class of characters or a reject code indicating the character is not recognized. An output of the ASCII code for a particular character indicates the character's identification by the isit routine is unequivo-

5,131,053

21

cal. The ASCII code returned is the standard ASCII code for the particular character. A code indicating the character belongs to a particular class of characters restricts any subsequent feature analysis to a particular set of isits.

Referring now to FIG. 13, a flow diagram illustrating the feature analysis process of the present invention is shown. For each image received as input to the feature analysis process, statistical data from a horizontal window and a vertical window is used by the isits. The horizontal window is the original character window having the bit-mapped image of the character. For example, referring to FIG. 14($a$), the character "b" is shown in horizontal character window 1401. A vertical window is derived from the horizontal window 1401, block 1301. The vertical window may be thought of as the image in the horizontal window 1401 laid on its side with each of the rows of the horizontal window reversed in position. For example, FIG. 14($b$) illustrates a vertical window for the image of the character "b" in vertical window 1410.

Statistical information is produced by examining the bit-mapped images in the horizontal window 1401 and vertical window 1410. The statistical information comprises profile data, polygon representations of the characters, phase change information, and counts of the number of on pixels in each row of the character.

The present invention's polygon fitting algorithms dampen the effects of noise in the images to be identified and greatly reduce of the volume of data that has to be processed by the feature-direction routines. Further, it has been determined that polygon representations of character images are consistent over a wide range of character sizes, e.g., the character "i" produces substantially the same polygon representations in a wide range of type fonts.

For each face of a character window, profile data and four polygons are derived. The faces of a character comprise the left and right sides 1403, 1404, 1413 and 1414 of the horizontal and vertical windows. The profile data comprises an array having one element for each row of the window. Each element holds a value, measured in columns, representing the distance from the edge of the frame to the first on pixel in that row. For example, referring to FIG. 14($a$) the first on pixel in each row of face 1403 would be the first on pixel in the spine of the letter b. For face 1404, the first on pixel for the top half of the letter b would be the first on pixel in the spine of the letter b. For the bottom half of face 1404, the first on pixel for each row is the pixel located at the outside edge of the loop 1405 of the character b.

A first polygon is developed for each face. The polygon comprises a plurality of line segments fitted to a profile of the character viewed from the face. The line segments of the polygon are within a predetermined tolerance value of the profile of the character. For example, with reference to FIG. 14($c$), a profile 1420 of the character b viewed from face 1404 of FIG. 14($a$) is shown. The points on a polygon for describing this profile are shown at points 1421 through 1429. In the preferred embodiment, there are a maximum of 16 points in the polygon used to described a particular profile and for each segment, its slope and the difference in slope from the prior segment are computed and saved. It will be obvious to one of ordinary skill in the art that a larger number of points may be used to described a polygon with a corresponding increase in processing and memory resources.

22

The polygon fitting algorithms determine the points such as points 1421 to 1429 on the profile image 1420. The first step in the polygon fitting process is to assign polygon points 1421 and 1429 at each end of the polygon. A recursive routine is called using as inputs the end points of a line segment, such as points 1421 and 1429, the profile image 1420 and a tolerance value. The tolerance value determines the "snugness" of the fit of the polygon to the profile image 1420.

In the preferred embodiment, the tolerance (t) is measured in 128ths of a pixel and is computed based on the long and short dimensions of a window, according to the following formula:

Tolerance $(t) = (13/4)x + 64$ if $x < 28$;

and

$(t) = 5x$ if $x \geq 28$;

where
$x = (3 * \text{(length of the long side)} + \text{(length of the short side)})/4$.

The polygon fitting algorithm effectively draws a line between the end points 1421 and 1429 and locates the points furthest above and below the line (points 1422 and 1426). If either extreme point lies beyond the allowed tolerance, it is incorporated into the polygon, thereby breaking the original line segment into subsegments. The algorithm continues, by recursively applying the same procedure to each subsegment until no raw data point lies further than the allowed tolerance form the nearest polygon segment. In the current example, both of the extreme points (1422 and 1426) are outside of the acceptable tolerance, so the original line segment is broken into three subsegments: 1421 to 427, 1422 to 1426, and 1426 to 1429. The algorithm continues by drawing the line segment between points 1421 and 1422. This line segment has no points more than the allowed tolerance level above or below it, so it is not subdivided further. The algorithm then draws the line between points 1422 and 1426 and locates points furthest above and below the line. In this case, point 1425 is determined to be furthest above tolerance and no points lie below. This creates two new subsegments, 1422 to 1425 and 1425 to 1526, which are refined recursively before the process examines the last subsegment that resulted from the first iteration of the process. The process eventually draws a line between point 1426 and 1429 and determines that point 1428 is furthest above the line and no points lie further than the tolerance value below it. The resulting subsegments are similarly refined by recursive application of the same procedure.

The process of iteratively creating subsegments by determining points that are maximally above and below the tolerance boundaries of existing segments continues until no raw data point lies more than the tolerance value from the nearest polygon segment of the profile 1420.

A second polygon is comprised of line segments connecting points fitted to a representation of a face profile of a character called a shaded profile. The shaded profile is derived from a profile of the face of the character by traversing the polygon from the bottom row to the top row and subtracting the minimum X value encountered in traversing the polygon from the current outside point on the polygon. The same procedure is then re-

.

5,131,053

**23**

peated from the top of the polygon to the bottom. The effect is that the remaining non-zero X points in the profile represent areas which effectively would be shaded if the character were imagined as being illuminated by lights on both sides. The shaded polygon is used in detecting and analyzing openings into the interior of a character.

A third polygon is comprised of points on a profile on a face of a character which is developed by subtracting the shaded profile from the original profile. This is termed the filled polygon. Both the shaded and filled polygons have the same number of points with the same y coordinates as the original polygon.

Finally, a fourth polygon is developed which has a looser fit than the original polygon to the original profile. This is done by developing a polygon from the original polygon having fewer points (i.e. utilizing a larger tolerance value).

Data is developed for both the horizontal and vertical windows which counts the number of phase changes from white to black in each row of the respective windows. For example, the character "I" in the horizontal window is generally comprised of rows having one horizontal phase change from white to black and the character "H" is generally comprised of rows having two phase changes from white to black. The phase change information is used to generate statistics used by the isit routines.

A first statistic is developed showing the percentage of rows in which a particular phase change value occurs. For example, for the character "I", the value one (representing the occurrence of one phase change from white to black in the row) may occur close to 100% of the time. For the character "H", the value one may occur 5% of the time and the value 2 may occur 85% of the time. For the character "d", in the horizontal window, there may be 0 phase change counts of the value 0 indicating that every row has at least one pixel on. There may be approximately 55% of the rows having one phase change, these rows comprising the upper half of the character "d". The remaining approximately 45% of the rows have two phase changes, these rows comprising the loop of the character "d". There are no rows having 3 or 4 phase changes.

In the preferred embodiment, rows with more than 4 phase changes are counted with rows that have exactly 4 phase changes for purposes of calculation of these percentage values. The limit of 4 phase changes is developed from experimental data and observations developed by the Applicant. Typically, occurrences of more than 4 phase changes represent noise in the bit-mapped image.

A second statistic is developed indicating where in the image of the character the average location of a particular phase change count occurs. For example, for the character "I" for a phase change count value of 1, the "where" value may be close to 50. This indicates the average location of a line with a phase change count of 1 occurs approximately at the middle of the character. For the character "d" the where value for the phase change count for the value of 1 may be approximately 20, indicating the average of the row numbers containing one phase change is approximately 20% of the way down the character. The where value for a phase change count of 2 may be approximately 75, indicating the average of the row numbers containing 2 phase changes is approximately three-quarters of the way

**24**

down the character. This is because the loop on a lower case "d" is at the bottom half of the character.

An array is also developed for both the horizontal and vertical windows comprising an element for each row of the respective windows showing a count of the number of on pixels in that row. Polygons are also fitted to these arrays.

The isits are used to individually analyze the character, block 1304, until the character is recognized. A particular isit routine may utilize any one of a number of techniques for identifying whether a character is the character to be identified by the particular isit. In some cases, where a particular character's style varies significantly from type font to type font, a plurality of different techniques may be utilized to recognize the character. Typically, the isit routines analyze the shape of the faces of the character by utilizing the above described polygons and by utilizing the above described statistical information. The use of polygons to approximate characters tends to allow an isit routine to ignore small perturbations in the character.

A first technique utilized by isits to determine whether an image is the character to be identified by the particular isit is to examine the statistical information derived from the phase change data. For example, a particular isit may reject any character in which the percentage of rows having two changes from white to black exceeds 10%. An example of such an isit may be an isit for recognizing the character "I". In general, this method of examining statistical information allows most isits to eliminate 70 to 85% of all images input to them with a maximum of processing resources.

Another method of determining whether a particular character is a character to be recognized by a particular isit is to examine peaks in the polygons. For example, the letter upper case "F" is characterized by having two extreme peaks when examined from its right horizontal face. Isits may identify characters based on both the number of peaks and the relative position of such peaks. For example, an isit for recognizing the character "F" might reject the character "c" because the number and relative position of the peaks in one of its faces or in one of its population count arrays.

Certain characters are characterized by having a "spine" or "stroke" (i.e. the left face of a B, b, h, k, A, D, E, etc.). An isit for recognizing such characters may examine a character to find the longest single line segment in the character and look for characteristics such as the percentage of the length of the longest segment to the length of the character as a whole and the slope of the segment.

Another technique used by isits for identification of characters is to identify loops in the characters. A loop may be identified as a line having primarily two changes from white to black across each row of the loop. The isits identify the steepness of the curve of the loop, the relative symmetry of the curve and information about the corners of the loop. For example, the numeral "8" can often be distinguished from the letter "B" because of the difference in the corners.

As discussed above, after completing an analysis an isit returns either the ASCII code or the shape code for the particular image or information identifying the reason why the image was rejected. If the image is recognized, branch 1306, a template is built as described above in connection with template matching, block 1307. The identification code is then moved to the character galley.

5,131,053

25

26

Otherwise, the next isit is selected based on parameters such as the frequency of occurrence of the character represented by the isit and information obtained from prior isits showing reasons those isits rejected the character, branch **1310**. If there are no more isits, branch **1311**, the image in the character window is moved to the reject cache. Otherwise, branch **312**, the next isit analyzes the character, block **1304**.

### SIDE MATCHING

In many cases, a character can not be recognized by either the template matching or feature analysis routines because the character is "stuck" to a character adjacent to it. This occurs, for example, when characters are spaced too closely together for the quality of the printing process. As one particular instance, such "stuck" together characters may occur when the ink bleeds in a document composed of proportionally spaced text.

The present invention discloses a method termed "side matching" for identifying such stuck characters. When analyzing a character window using side matching, templates are effectively laid on the sides of the character window to determine if a match would occur with that template if all pixels in the "shadow" of that template were ignored. The side matching methods of the present invention utilize the same template comparison algorithms as discussed above in reference to template matching but the side matching methods effectively ignore the images right or left sides.

For example, if a character window comprises the character "ite", all effectively stuck together, the side matching process attempts to lay templates on the left and right sides of the character window. Each of the templates would be aligned with the left side of the character window when looking for a match on the left and pixels to right of the on pixels in the template would be ignored. In the current example, laying a template for the character "i" on the left side of the character window could produce a match. If it did, the ASCII code for an "i" would be registered in the galley, and the side matching process would remove the pixels representing the character "i" from the window. The process would continue by attempting side matching on the remaining pixels in the window. In this case, a match might occur when using a template for the character "t".

The side matching method of the present invention may be applied from either the right or left side of a character window and is applied at all possible vertical registrations. If side matching from the left side of the character window leaves unrecognized characters, side matching is attempted from the right side.

Since some letter shapes are subsets of others (e.g., r-n-m or c-o-d), the templates are ranked and ordered by size prior to using the templates in side matching. Some templates (e.g., a period) are excluded from the side matching process because such templates would produces matches on virtually all images.

In the preferred embodiment, side matching is attempted on character windows in the reject cache after completion of processing of all characters in the document. This allows for a relatively large library of templates to been created and increases chances for successful identification of characters with the side matching technique.

### CONTEXT ANALYSIS

The character recognition process identifies characters by their shape. However the shape of the character alone may not be deterministic of what the character is. For example, a lower case "s" may not be distinguishable from an upper case "S". As another example, an apostrophe is not distinguishable from a comma based strictly on its shape. The context analysis routine accepts as input and utilizes as output the galley of character codes created by the character recognition routines. Context analysis is performed on one line of the page at a time to attempt to resolve ambiguities. Referring now to FIG. **15**, the process utilized by the preferred embodiment of the present invention is illustrated.

The preferred embodiment of the present invention comprises a data base of characteristic attributes of various characters. These attributes may include information on whether the character is typically found entirely above the baseline of the character line or whether a tail or other portion of the character typically extends below the baseline. The data base also comprises information regarding the relative size of characters which are normally ambiguous when identified by shape alone. For example, the data base may comprises information for distinguishing between an upper case "S" and a lower case "s" based on the expected relative size.

Each line from the page is copied from the galley into a buffer to prepare the line for further processing, block **1501**. During the process of copying a line to the buffer, values are assigned to characters from the character attribute data base such as information on whether the character sits above the baseline and whether the relative size of the character indicates whether it is upper or lower case. Spacing between words is also determined at this point by constructing and analyzing a histogram of the distances between letters. Importantly, as ambiguities are resolved for one character, the present invention utilizes information gained from resolving such ambiguities to assist in resolving ambiguities about neighboring characters.

The base line is also adjusted for skew. In the preferred embodiment, the skew may be adjusted by examining the expected baseline for each individual character and attempting to adjust the baseline for the entire line based on this information. If, however, the values for the baseline disagree significantly from character to character or from word to word, a character near each end of the line is found which is reliably known to sit on the baseline (e.g. the character "B" is known to sit on the baseline, the character "Q" can not be reliably predicted to sit exactly on the baseline because in some fonts its tail may extend below the baseline). An adjusted base line is then determined by effectively drawing a line connecting the bottom of these two characters near each end of the line.

The typical heights of upper and lower case letters in the line are determined by preparing histogram information showing the heights of non-ambiguous characters. Normally, such a histogram will show two levels of peaks, a first level corresponding to lower case characters and a second level corresponding to upper case characters.

Certain character types such as underlines are moved to the end of the buffer area. This allows these characters to be effectively ignored during the majority of the context analysis processing. Such characters are re-

5,131,053

27

28

stored to their previous positions in the line near the completion of the character analysis processing.

Finally, a histogram type analysis of the width of white space between adjacent characters on the line is prepared. In the preferred embodiment, punctuation characters are not included in the histogram analysis unless the line consists entirely of punctuation lines. Typically, the histogram has two peak levels. The first peak level is assumed to represent character spacing between letters within words and the second peak level is assumed to represent spacing between words. If there not two distinct peak levels, words spacing is assumed to be some midpoint between peak levels. If there are not at least two peaks, an arbitrary word spacing point is determined based on the average height of characters in the line.

After preparing the line for context analysis, block 1501, a first pass is made through each character on the line, block 1502, to attempt to resolve ambiguities. This first pass looks at such characteristics as the relative height of characters in each word, the positions relative to the baseline, etc. For cases in which there is an ambiguity in determining whether a character is a numeral or a letter, the character is analyzed in relation to the other characters that neighbor it to determine whether they are numeric or alphabetic. Determining character ambiguities is an iterative process in which information which is known about neighboring characters is used in analyzing a particular character. After all characters in a word have been examined, consistency checks are performed. If one or more characters are found to have inconsistent characteristics, all characters in the word are flagged as being possibly wrongly interpreted. A second pass of the context analysis routine is intended to correct the interpretation.

After completing the first pass context analysis for each line in the galley, the context analysis routine attempts to assign a font identification number to each character in the galley and to determine character sizes for each font, block 1503. Font identification is propagated through the galley by tracing through all of the characters which were identified by templates. All of the characters that matched a particular template are linked together in a linked list having a root pointing to a particular template. Based on these linked lists of characters, words are assigned to fonts on the premise that words containing characters identified by the same template are of the same font. This is a lengthy, iterative process. Histogram information is then prepared detailing the height of the upper and lower case characters for each font.

A second pass is then made through each line in the galley, block 1504. Words which were flagged during the first pass as having inconsistencies are again analyzed to determine which characters are incorrect. The second pass context checks such items as baseline uniformity, character size uniformity, alphabetic/numeric context, etc.

Finally, a series of miscellaneous clean-up routines are utilized, block 1505. Such things as punctuation are checked to ensure reasonable size and position. For example, a very large punctuation mark is probably an unrecognized character and is flagged as such. Periods and relatively wide commas or apostrophes which are located above the baseline or below the top of lower case character may be short dashes or bullets. These characters are assigned the ASCII code for a dash. When recognition is attempted on a bit-mapped image

which is not printed text, such as a signature or a logo, the result is typically a string comprising unrecognized characters and a set of other characters such as punctuation and dashes. Such strings are collapsed into a single unrecognized character. Successive single quotes are combined into double quotation marks.

The context analysis routine also attempts to merge characters which may have been split by the character recognition routines. For example, two characters which may have been recognized by the character recognition routines as an open parenthesis "(" followed by a close parenthesis ")" may actually be the letter "o". The context analysis routines attempt to merge such split characters by recognizing the proximity of particular character pairs.

Other characters, such as underlines, are analyzed to determine whether they are within a predetermined distance from the baseline. If the underline is more than the predetermined distance or if its edges do not coincide with the word boundaries, it is considered to be a ruling rather than an underline. Otherwise, the characters above the underline are flagged as being underlined. The predetermined distance is determined based on the relative context of the line including such factors as the size of the characters.

The context analysis routines attempt to identify unidentified characters by merging together broken pieces of characters, resubmitting characters to the character recognition routines allowing less stringent constraints for the recognition, etc.

The output from the context analysis routines is the completed scanned page having ASCII character representations for characters on the page in the normal reading sequence of the characters.

Thus, an optical character recognition method and apparatus has been described.

We claim:

1. A method for performing optical character recognition of textual material on a medium, said medium having at least one array element, said method identifying said array element as consisting essentially of text or as comprising non-text, said identification of said array element as consisting essentially of text, comprising the steps of;

(a) determining whether the number of on-bits in a first predetermined number of bytes of said array element is greater than or equal to a second predetermined number and less than or equal to a third predetermined number; and

(b) determining whether the number of phase changes from on-bits to off-bits in said first predetermined number of bytes of said array element is greater than or equal to a fourth predetermined number and less than or equal to a fifth predetermined number.

2. The method as recited by claim 1, wherein said first predetermined number is four, said second predetermined number is 2, said third predetermined number is 12, said fourth predetermined number is 8 and said fifth predetermined number is 12.

3. A system for optically scanning a medium, said medium having thereon an unknown character, said system comprising:

scanning means for scanning said medium, said scanning means providing as output a bit-mapped image of said medium;

a first memory means coupled with said scanning means for storing said bit-mapped image;

5,131,053

29

30

a second memory means for storing a plurality of bit-mapped templates representing known characters;

processing means coupled with said first memory means and said second memory means, said processing means including means for parsing said bit-mapped image of said medium and providing as output a bit-mapped representation of said unknown character, means for generating polygon representations descriptive of the shape of said unknown character, means for generating statistical information concerning said polygon representations and means for analyzing said statistical information to identify said unknown character.

4. The system as recited in claim 3, wherein said processing means further includes means for identifying said unknown character by comparing said bit-mapped representation of said unknown character with each associated one of said plurality of templates of known characters.

5. The system as recited in claim 4, wherein said processing means further includes means for identifying said unknown character based on the surrounding context of said medium.

6. The system as recited in claim 5, wherein said system further comprises a third memory means for storing a recognized character.

7. The system as recited in claim 6, wherein said system is further comprised of a bus means for coupling said first memory means, said second memory means, said third memory means and said processing means.

8. The system as recited in claim 3, wherein said means for parsing said bit-mapped image of said medium and providing as output a bit-mapped representation of said medium further includes means for distinguishing material consisting essentially of text or as comprising non-text.

9. A method for performing optical character recognition of textual material on a medium, said medium having at least one array element, said method identifying said array element as consisting essentially of text or as comprising non-text, said identification of said array element as consisting essentially of text, comprising the steps of:

(a) determining whether the number of bits in a first state in a predetermined set of bits of said array element is within a first range of values; and

(b) determining whether the number of phase changes from said first state to a second state of said predetermined set of bits of said array element is within a second range of values.

10. The method as recited by claim 9, wherein said predetermined set of bits is a set of 32 bits, said first range of values is between 2 and 12 and said second range of values is between 8 and 12.

11. In an optical character recognition system, a method for identifying a bit-mapped image of an unknown character, comprising the steps of:

(a) generating polygon representations descriptive of the shape of said unknown character;

(b) generating statistical information from said polygon representations descriptive of the shape of said unknown character, and

(c) analyzing said statistical information to identify said unknown character.

12. In an optical character recognition system, a method for identifying a bit-mapped image of an unknown character, comprising the steps of:

(a) comparing said bit-mapped image of an unknown character with each of a plurality of templates in a template cache;

(b) determining if said bit-mapped image of an unknown character matches any of said plurality of templates in said template cache;

if said bit-mapped image of an unknown character does not match any of said plurality of templates in said template cache;

(c) generating polygon representations descriptive of the shape of said unknown character,

(d) generating statistical information from said polygon representations descriptive of the shape of said unknown character; and

(e) analyzing said statistical information to identify said unknown character.

13. The method as recited by claim 11, wherein said step of analyzing said statistical information to identify said unknown character comprises analyzing said statistical information with a plurality of separate processes, each of said plurality of separate processes for identifying a separate shape.

14. The method as recited by claim 12, wherein said step of analyzing said statistical information to identify said unknown character comprises analyzing said statistical information with a plurality of separate processes, each of said plurality of separate processes for identifying a separate shape.

15. A system for optically scanning a medium for determining if said medium is comprised essential of text of non-text, said medium having thereon an unknown character, said system comprising:

scanning means for scanning said medium, said scanning means providing as output a bit-mapped image of said medium;

a first memory means coupled with said scanning means for storing said bit-mapped image;

processing means for discriminating text from non-text coupled with said first memory means, said processing means including means for generating at least one array element from said bit mapped image, means for determining that the number of on-bits in a first predetermined number of bytes of said array element is greater than or equal to a second predetermined number and less than or equal to a third predetermined number and means for determining that the number of phase changes from on-bits to off-bits in said first predetermined number of bytes of said array element is greater than or equal to a fourth predetermined number and less than or equal to a fifth predetermined number.

•  •  •  •  •

65



US005381489A

# United States Patent [19]

## Bernzott et al.

[11] **Patent Number:** **5,381,489**

[45] **Date of Patent:** * **Jan. 10, 1995**

[54] **OPTICAL CHARACTER RECOGNITION METHOD AND APPARATUS**

[75] Inventors: **Philip Bernzott; John Dilworth; David George,** all of Oakland; **Bryan Higgins; Jeremy Knight,** both of Berkeley, all of Calif.

[73] Assignee: **Caere Corporation,** Los Gatos, Calif.

[ * ] Notice: The portion of the term of this patent subsequent to Jul. 14, 2009 has been disclaimed.

[21] Appl. No.: **914,442**

[22] Filed: **Jul. 15, 1992**

### Related U.S. Application Data

[60] Division of Ser. No. 799,549, Dec. 27, 1991, Pat. No. 5,278,918, which is a continuation of Ser. No. 230,847, Aug. 10, 1988, Pat. No. 5,131,053.

[51] Int. Cl.6 .......................... G06K 9/72; G06K 9/34; G06K 9/68
[52] U.S. Cl. .......................................... 382/40; 382/9; 382/38
[58] Field of Search ................... 382/40, 9, 22, 38, 41, 382/36, 57; 358/462

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,613,081 | 10/1971 | Morimoto | 340/146.3 |
| 3,641,495 | 2/1972 | Kiji | 340/146.3 |
| 3,713,099 | 1/1973 | Hemstreet | 340/146.3 |
| 3,713,100 | 1/1973 | Hemstreet | 340/146.3 |
| 3,930,231 | 12/1975 | Henrichon, Jr. et al. | 340/146.3 |
| 4,177,448 | 12/1979 | Brayton | 340/146.3 |
| 4,491,965 | 1/1985 | Yoshimura | 382/57 |

| | | | |
|---|---|---|---|
| 4,589,142 | 5/1986 | Bednar | 382/9 |
| 4,611,346 | 9/1986 | Bednar et al. | 382/37 |
| 4,741,046 | 4/1988 | Matsunawa et al. | 382/9 |
| 4,742,556 | 5/1988 | Davis, Jr. et al. | 382/51 |
| 4,860,376 | 8/1989 | Tanaka et al. | 382/57 |
| 4,893,188 | 1/1990 | Murakami et al. | 358/456 |
| 5,033,098 | 7/1991 | Tanaka et al. | 382/9 |
| 5,131,053 | 7/1992 | Bernzott et al. | 382/9 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 0138079 | 9/1984 | European Pat. Off. . |
| 0144202 | 11/1984 | European Pat. Off. . |
| 1403816 | 10/1973 | United Kingdom . |
| 2182796 | 10/1986 | United Kingdom . |
| WO8600445 | 1/1986 | WIPO . |

*Primary Examiner*—David K. Moore
*Assistant Examiner*—Michael Cammarata
*Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor

[57] **ABSTRACT**

A system for recognition of characters on a medium. The system includes a scanner for scanning a medium such as a page of printed text and graphics and producing a bit-mapped representation of the page. The bit-mapped representation of the page is then stored in a memory means such as the memory of a computer system. A processor processes the bit-mapped image to produce an output comprising coded character representations of the text on the page. The present invention discloses parsing a page to allow for production of the output characters in a logical sequence, a combination of feature detection methods and template matching methods for recognition of characters and a number of methods for feature detection such as use of statistical data and polygon fitting.

**7 Claims, 21 Drawing Sheets**





FIGURE 1



FIGURE 2 (a)

PAGE
PARSING

PRODUCE
POPULATIO
COUNT
ARRAYS  212

PRODUCE
TEXT MAP
ARRAY  213

LOCATE
LARGE TEXT  214

DE-SKEW
PAGE  215

LOCATE
PATHS  216

LOCATE
BLOCKS  217

GROUP
BLOCKS  218

**FIGURE 2 (b)**

RRANGE
ROUPS FOR
UTPUT  219

END



# FIGURE 2 (c)



**FIGURE 2 (d)**



**FIGURE 3(a)**



**FIGURE 3(b)**











PRODUCE
TEXT MAP ARRAY

SEARCH HORIZONTAL POPULATION COUNT ARRAY FOR NON-ZERO ELEMENT — 401

SEARCH HORIZONTAL POPULATION COUNT ARRAY FOR ZERO ELEMENT; TOTAL PHASE CHANGES FOR NON-ZERO RUN — 402

406 NO

RUN ROW COUNT ≥ 2 AND ≤ 12 ?

403 YES

411 NO

PHASE CHANGE ≥ 8 AND ≤ 22

RUN ROW COUNT ≥ 24 ?

409 NO

410

407 YES

404 YES

405

412

ET RRESPONDING MAP Y ELEME O GRAPHICS

CORRESPOND N G TEXT MAP Y ELEMENT O TEXT

408

RESPONDING MAP Y O RULING

ET RRESPONDI MAP Y ELEME GRAHPICS

413 NO

OF HORIZONTAL POPULATION ?

414

YES

END

**FIGURE 4**



FIGURE 5



**FIGURE 6**



**FIGURE 7(a)**

**FIGURE 7(b)**



FIGURE 8



FIGURE 9



FIGURE 10 (a)



# FIGURE 10 (b)

FIGURE 11 (a)



TEMPLATE
MATCHING

MUST-BE-ON
AND
MUST-BE-OFF          1120

1121

DIMENSION
CHECK          1122

1123          1129

MUST-BE-ON          NO
(WINDOW) =
ORIGINAL
MPLATE)

1124    YES    1130

MUST-BE          NO
(TEMPLATE) =
ORIGINAL
(WINDO

1125    YES    1131

ORIGINAL          NO
(TEMPLATE) ≠
MUST-BE-OFF          1132
(WINDO

1126    YES          YES

ORIGINAL          NO    MORE
(WINDOW) ≠          TEMPLATES ?
MUST-BE-OFF          1128
(TEMPLATE)          1133

1127    YES          NO

END

FIGURE 11(b)

```
                    1201                              1202
        XXXXXXXXX                      -----   XXXXXXXXX    ------
      XXXXXXXXXXXXX                    ---   XXX+++++++XXX  -----
    XXXXXXXXXXXXXXXX                   --  XXX++XXXXXX+++XX   ----
     XXXXXXX    XXXXXXX                -  XX++XXX    XXX++XX  ---
    XXXXXX       XXXXX                 - XX++XX   --   XX++XX ---
    XXXXX         XXXXX                  X++XX  ------  XX++X --
   XXXX           XXXX                 XX+XX  --------  XX+XX --
   XXXX           XXXX                 X++X  ----------  X++X --
   XXXX           XXXX                 X++X  -----------  X++X --
   XXXXX          XXXX                XX++X  ------------  X++X  -
   XXXXX          XXXXX               X+++X            X++XX -
   XXXXXXXXXXXXXXXXXXXXXXXXX          X+++XXXXXXXXXXXXXXXXX+++X -
   XXXXXXXXXXXXXXXXXXXXXXXX           X++++++++++++++++++++++X -
   XXXXXXXXXXXXXXXXXXXXXXXX           X+++++++++++++++++++++XX -
   XXXXXXXXXXXXXXXXXXXXXX             X++XXXXXXXXXXXXXXXXXXXXX -
   XXXX                               X++X                  --
   XXXX                               X++X  -------------------
   XXXX                               X++X  ---------------  --
   XXXX              XX               X++X  --------------- XX --
   XXXX              XXX              X++X  ------------  XXX --
   XXXXX             XXXX             XX+XX  ------------ XX+X --
   XXXX              XXXX              X++X  ----------  X++X --
   XXXXX             XXXXX             XX+XX  --------  XX++X --
    XXXXX           XXXXX               X++XX  -----  XX++XX --
     XXXXXXX       XXXXX              - XX++XXX      XX++XX  --
      XXXXXXXX XXXXXXXX               -  XX+++XXX  XXXXX++XX  --
       XXXXXXXXXXXXXX                 --  XX++++XXX++++XX   ----
        XXXXXXXXXXXXX                 ---  XXX++++++++XXX  -----
         XXXXXXXXXX                   ----   XXXXXXXXX   ------
                                      ------            -------
```

# Figure 12(a)    Figure 12(b)



FIGURE 13



FIGURE 14 (a)

FIGURE 14 (b)

FIGURE 14 (c)



FIGURE 15

5,381,489

1

**OPTICAL CHARACTER RECOGNITION METHOD
AND APPARATUS**

This is a divisional of application Ser. No. 07/799,549, filed Dec. 27, 1991 now U.S. Pat. No. 5,278,918 which is a continuation of application Ser. No. 07/230,847, filed Aug. 10, 1978, now U.S. Pat. No. 5,131,053.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the field of optical character recognition systems and, more specifically, to a method and apparatus for performing optical character recognition of printed text.

### 2. Prior Art

A number of optical character recognition (OCR) systems are known in the art. Typically, such systems comprise apparatus for scanning a page of printed text and performing a character recognition process on a bit-mapped image of the text. The characters may then be stored in a file on a computer system for processing by a word processor or the like.

Some known OCR systems comprise a hand held scanner for scanning a page. In such systems, the individual performing the scan, sweeps the hand held device over printed text on the page and will normally avoid scanning of graphics or non-text portions of the page. Normally, the page is scanned in the order in which it is normally read (i.e. the scan is performed down columns, scanning across columns from left to right).

Other known systems comprise a ruler apparatus which may be utilized for measuring or indicating portions of the text which are to be processed by the OCR system. Some of such systems are capable of discriminating graphic portions of the indicated page areas from text portions. However, such a system still requires manual intervention to mark off text in the order it is normally read and to mark off graphics portions.

Other systems utilize a registration mark to indicate the beginning of columns of text. These systems still require manual intervention to add registration marks.

Therefore, as one object of the present invention, it is desired to develop an optical character recognition method and apparatus which allows for scanning of a page of text without requiring manual intervention to mark off columns or otherwise indicate the normal order in which the text will be read. Further, it is an object of the present invention to develop an optical character recognition system which allows for a page of mixed text and non-text images to be scanned and for the system to recognize and distinguish between text and non-text for purposes of processing.

Known optical character recognition systems may be generally divided into two categories. Optical character recognition systems in the first category recognize either a single font or a limited number of fonts and their input is usually restricted to monospaced type of a specific point size. Optical character recognition systems in the second category are typically termed omnifont systems. Such systems are capable of recognizing a large number of typefaces in a wide range of point sizes, either monospaced or proportionally spaced. In general, optical character recognition systems which recognize a large number of typefaces are not capable of processing documents as quickly as systems which recognize a limited number of specific fonts.

2

It is another object of the present invention to develop an optical character recognition system which allows for recognition of any number of typefaces while still allowing for the rapid processing of documents.

These and other objects of the present invention will be described in more detail with reference to the Detailed Description of the Present Invention and the accompanying drawings.

## SUMMARY OF THE INVENTION

An optical character recognition method and apparatus is described. The system of the present invention comprises a scanning means for scanning a document and producing a bit-mapped image of the document. The scanning means is coupled with a computer system having a memory for storing the bit-mapped image and a processor for processing the bit-mapped image and providing as output, data representing the characters on the page.

The present invention discloses methods and apparatus to allow the page to be scanned and characters on the page to be recognized and output in an order which is logically the same order as that employed by a person reading the page. The present invention accomplishes this object by parsing the page into a plurality of blocks and outputting the blocks to a character recognition process in an order which is usually the logical reading order of the page.

The present invention further discloses a character recognition process comprising a combination of a template matching process and a feature analysis process. The feature analysis process allows characters to be recognized based on their shapes. Utilizing the feature analysis process of the present invention, it is possible to recognize characters in any number of different fonts. Further, by utilizing the template matching processes of the present invention in concert with the feature analysis processes, reasonable throughput of documents is achieved without the requirement of providing template libraries.

The present invention further discloses a context analysis process which completes the recognition process by iteratively resolving ambiguities of shape so as to minimize the number of typographic or semantic inconsistencies; residual inconsistencies are flagged as low confidence level identifications.

The present invention further discloses a number of techniques to provide for template matching such as producing representations of characters showing bits in a bit-mapped image of the character which must be off for the character to be recognized and, similarly, producing representations showing bits which must be on. This technique allows for recognition of characters within certain tolerances. The present invention further discloses a process for recognizing characters using character templates when characters are joined closely together.

Further, the present invention discloses use of a plurality of routines utilized in the feature analysis process. Each of these plurality of routines is designed for recognition of one character shape. The present invention discloses methods of describing characters with statistical information and fitting polygons onto different views of the shape of the character. Based on this statistical information and the polygons, the feature analysis processes are able to recognize shapes of characters.

The present invention further discloses a number of methods for distinguishing between text and graphics in

5,381,489

3

a document. During processing of a document for purposes of character recognition, the present invention identifies areas of a document which contain graphics and ignores such areas during the recognition process. The present invention discloses methods of measuring the relative texture of small areas of the document in order to determine whether the area contains text or graphics.

## BRIEF DESCRIPTION OF THE DRAWINGS.

FIG. 1 is an overall flow diagram of the optical character recognition process of the present invention.

FIG. 2(a) is a flow diagram of an overall parsing process of the optical character recognition process of the present invention.

FIG. 2(b) is a flow diagram illustrating a page parsing process of the present invention.

FIG. 2(c) is a flow diagram illustrating a block parsing process of the present invention.

FIG. 2(d) is a flow diagram illustrating a line parsing process of the present invention.

FIG. 3(a) illustrates a portion of a page as may be processed by the apparatus and methods of the present invention.

FIG. 3(b) illustrates a bit-mapped image of the portion of the page of FIG. 3(a) .

FIG. 4 is a flow diagram illustrating a method of the present invention for producing a text map array.

FIG. 5 is a flow diagram illustrating a method of the present invention for de-skewing a page.

FIG. 6 is a flow diagram illustrating a method of the present invention for locating paths in a scanned page.

FIG. 7(a) and FIG. 7(b) are a block diagram illustrating two data structures of the present invention.

FIG. 8 is a flow diagram illustrating a method of the present invention for locating blocks.

FIG. 9 is a first page image as may be scanned by the apparatus and methods of the present invention illustrating the first page image being divided into a plurality of blocks.

FIG. 10(a) is second page image as may be scanned by the apparatus and methods of the present invention illustrating the second page image being divided into a plurality of blocks.

FIG. 10(b) is a second illustration of the second page image as may be scanned by the apparatus and methods of the present invention.

FIG. 11(a) is an overall flow diagram of a character recognition process as may be utilized by the present invention.

FIG. 11(b) is a flow diagram of a template matching process as may be utilized by the present invention.

FIG. 12(a) is an illustration of a bit-mapped image of a character as may be utilized by the present invention.

FIG. 12(b) is an illustration of a second version of a bit-mapped image of a character as may be utilized by the present invention.

FIG. 13 is a flow diagram of a feature analysis process as may be utilized by the present invention.

FIG. 14(a) is an illustration of a first character window as may be utilized by the present invention.

FIG. 14(b) is an illustration of a second character window as may be utilized by the present invention.

FIG. 14(c) illustrates a polygon fitting method of the present invention.

FIG. 15 is a flow diagram of a context analysis process as may be utilized by the present invention.

4

## DETAILED DESCRIPTION OF THE INVENTION

An optical character recognition system is described. In the following description, numerous specific details are set forth such as pixel densities, byte sizes, etc., in order to provide a thorough understanding of the present invention. It will be obvious, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known circuits, structures and techniques have not been shown in detail in order not to unnecessarily obscure the present invention.

Referring now to FIG. 1, an overall flow diagram of the present invention is shown. Utilizing methods and apparatus of the present invention, first a page is scanned, block 101. As will be described, the present invention is capable of isolating and translating the text on a page not only when the page contains only text but also when the page contains a combination of text and non-text areas. Further, the present invention requires no manual intervention to indicate the normal order of reading the text.

After scanning the page, the page is parsed, block 102. Parsing of the page will be described in more detail below and may generally be divided into the functions of page parsing, block parsing and line parsing. After parsing the page, the shapes of individual characters are recognized through a character recognition process, block 103. The present invention is capable of recognizing characters in any number of character fonts.

A process termed context analysis is employed to examine the relative sizes and positions of the shapes recognized during the character recognition process to divide the text into words and to resolve ambiguity of shape, block 104.

Finally, the recognized characters are formatted for output, block 105.

## SCANNER

The method and apparatus of the present invention, in its preferred embodiment, is designed to work in conjunction with commercially available microprocessors with 32-bit address spaces. Examples of such microprocessors are the Motorola 68020 and the Intel 80386 microprocessors.

It will be obvious to one of ordinary skill that the present invention may be practiced with any number of computer systems having a processor and memory available for practicing the described methods.

The scanner of the present invention may be any one of several known scanners presently commercially available or may comprise a yet unannounced scanner means. The present invention is designed to work in conjunction with a scanner which is capable of scanning a page of printed information and producing a bit-mapped image of the page. The present invention, in its preferred embodiment, seeks to utilize low-cost optical scanners and personal computer systems in order to provide a low-cost economical optical character recognition system.

## PARSING

After a page is scanned, a bit-mapped image of the page is stored in the memory of a computer system or in other means capable of storing such a bit-mapped image. With reference to FIG. 2(a), the parsing process begins with page parsing, block 201. The page parsing

5,381,489

| 5 | 6 |

process acts on the bit-mapped image to divide the page into a plurality of blocks. The page parsing process attempts to divide the non-blank portions of the page into a plurality of blocks and attempts to distinguish between text and non-text or graphics. The page parsing process attempts to ensure that any individual block contains either only text or only non-text. Blocks containing only non-text are eliminated from further processing.

Briefly, the page parsing process, block 201, analyzes the texture of the scanned image to separate text from graphics and to detect the presence of columns and headlines. Based on a normalized two-dimensional measure of the local density of black-to-white transitions, areas on the page are characterized as either graphics, text or rulings. The areas are grouped into blocks by finding paths of white space surrounding areas of similar texture (e.g. having similar density of black to white transitions). If they are not separated by rulings or excessive white space, adjacent blocks with similar characteristics of texture and alignment are merged together. The page parsing process, block 201, then analyzes the relative placement of blocks to determine which blocks overshadow other blocks in terms of line height, block width and vertical position on the page. The page parsing process can then construct a reasonable interpretation of the page layout. The final output of the page parsing process block 201, is an ordered set of block descriptors that trace the normal reading sequence implied by the derived page layout.

A block parsing process block 202, analyzes black-to-white transitions to compute degrees of skew and locate horizontal paths that divide a given text block into individual lines of text. The block parsing process, block 202, detects vertical rulings and eliminates the ruling from further processing.

The line parsing process, block 203, searches each line from left to right locating vertical paths of clear space. Such vertical paths typically separate individual words and characters from each other. The sections delimited by clear space are processed from the left end of each line and are passed to the recognition routines in a buffer.

A character recognition algorithm, block 103, processes the buffered sections to attempt to recognize individual characters. As will be explained in more detail with reference to the character recognition processing section below, unrecognized line sections are run through a number of processing steps in an attempt to recognize characters. A "delining" process locates and erases from view of the character recognition process underlinings and horizontal rulings. An "unkerning" process isolates characters that are separated by sinuous paths of free space. A "blanding" process erases "pepper" noise. A "thinning" process thins extremely condensed characters to make them recognizable. A "patching" process mends slightly broken character shapes. Line sections which still remain unidentified after applying these processes are buffered in a reject cache for later processing by a "side matching" process and a context analysis process, block 104.

PAGE PARSING

Referring now to FIG. 2(b) , a flow diagram of the page parsing process is shown in more detail. The purpose of the page parsing process is to accept as input the bit-mapped page image and provide as output an ordered list of blocks of text. After a page is scanned, a bit-mapped image of the page is produced. From this bit-mapped image, three arrays are produced, block 212.

In the preferred embodiment, the page image is scanned at a resolution of 300 dots per inch, and the parsing process produces its arrays by analyzing every eighth scan line of the page image. It has been determined experimentally that sampling the page every eighth scan line (every 8/300th of an inch in the preferred embodiment) gives sufficient resolution to locate and categorize occupied areas on the page. Further, utilizing only every eighth scan line of the image substantially reduces processing time and storage requirements. However, it will be obvious to one of ordinary skill in the art that different samplings may be utilized without departure from the spirit and scope of the present invention.

Referring to FIG. 3(a), an enlarged portion of a page 300 is shown. The portion of the page 300 shown represents an area of a page which may be covered in 40 scan lines of the preferred embodiment. Each of the squares, such as square 301, represents an area 8 scan lines high and 8 bits wide. The area of the page shown 300 comprises an area 5 squares high and 4 squares wide.

Referring to FIG. 3(b) , a bit-mapped image of the same portion of a page is shown. FIG. 3(a) and FIG. 3(b) are illustrative of a problem encountered in optical character recognition systems. In such systems, a letter, such as the letter "0"302 in FIG. 3(a), may be represented by a relatively rough approximation of the letter "0" such as the representation 312 in FIG. 3(b) . Further, text and graphics may be intermixed on a single page. For example, graphics image 303 is shown mixed with the text of FIG. 3(a) . The equivalent bit-mapped area is shown at 313. It is obvious to one of ordinary skill in the art that images may suffer from further problems of clarity and crispness as a result of being transformed to a digital bit-mapped image.

A first array generated by the page parsing process of the preferred embodiment is a horizontal population count array. Each element in this array contains a count of the number of one ("1") bits in four consecutive bytes (32 bits of a sampled scan line). Therefore, the area represented by each element of this array is 32 bits wide by 8 bits high. For example, with reference to FIG. 3(b) , the 32 bits at scan line 320 has 14 1-bits. Therefore, the 8-bit high by 32-bit wide area, contained in blocks 331, 332, 333 and 334, is represented in the horizontal population count array by an element containing the value 14, the total count of one bits in scan line 320. Scan line 321 has 0 1-bits, line 332 has 9 1-bits, line 323 has 5 1-bits and line 324 has 26 1-bits and each of these 8-bit high by 32-bit wide areas would be represented in the horizontal population count array with corresponding values.

A second array utilized by the preferred embodiment of the present invention is a vertical population count array. Each byte in the vertical population count array contains the total number of one ("1") bits in 4 bytes, one byte from each of four consecutive sampled scan lines. For example, an entry in the vertical population count array may represent bytes 340, 341, 342 and 343 and have a value of 4 (byte 340 has 2 1-bits, byte 341 has 0 1-bits, byte 342 has 2 1-bits and byte 343 has 0 1-bits). In the preferred embodiment, the vertical population count array comprises an array in which rows of the array represent columns of the bit mapped image and columns of the array represent rows of the bit-mapped

5,381,489

7

image. This leads to processing efficiencies in the implementation of the preferred embodiment.

A third array built by the page parsing process of the preferred embodiment is a horizontal phase change array. Each entry in this array represents 32 bits of a sampled scan line and, therefore, the horizontal phase change array has the same dimensions as the horizontal population count array. Each array element contains the count of horizontal phase changes (transitions between runs of 1s and runs of 0s) in the 32 bits. The area represented by each element of the horizontal phase change array is 32 wide by 8 bits high. For example, the 32 bits at line 320 have 7 transitions from 1s to 0s or from 0s to 1s, the 32 bits at line 321 have no transitions, the 32 bits at line 322 have 8 transitions, the 32 bits at line 323 have 2 transitions and the 32 bits at line 324 have 2 transitions.

Based on the horizontal population count and horizontal phase change arrays, a text map array is produced, block 213. Each element of the text map array represents an area 32 bits wide by 8 bits high.

Referring to FIG. 4, a flow diagram of the process for constructing the text map array is illustrated. The text map array is built by a process which scans down each column of the horizontal population count array searching for a non-zero element, block 401. A non-zero element in the horizontal population count array indicates the presence of text, graphics or rulings in the corresponding area of the bit-mapped image. After finding a non-zero element, the process searches down the column of the horizontal population count array for a zero element. For each element processed in a run of non-zero elements, the corresponding horizontal phase change counts are summed. The process also counts the total number of elements in a run of non-zero elements, block 402.

If the number of rows in a run is Greater than or equal to 2 and less than or equal to 12, branch 403, and the summed total of the phase change counts is greater than or equal to 8 and less than or equal to 22, branch 404, the corresponding area of the bit-mapped image has the textural signature of text. The text map array elements corresponding to each of the row elements in the run are set to a code indicating text is present, block 405. In the preferred embodiment, these elements are set to a value of TXTX.

If the row count is not greater than or equal to 2 and less than or equal to 12, branch 406, a check is made to determine if the row count is greater than or equal to 24, branch 407. If the row count is greater than or equal to 24, the corresponding area of the bit-mapped image contains a vertical ruling. The text map array elements corresponding to the horizontal population count elements in the run are set to a value indicating a vertical ruling is present, block 408. In the preferred embodiment these elements are set to a value of TXVR.

If the row count is less than 2 or between 12 and 24, branch 409, it is an indication that graphics are present. The corresponding text map array elements are set to a value indicating graphics are present, block 410. In the preferred embodiment these elements are set to a value of TXGR.

If the row count lies between 2 and 12, but the phase change count is either less than 8 or greater than 22, branch 411, it also indicates the presence of graphics. The corresponding text map array elements are set to the code indicating the corresponding bits of the bit-mapped page image contain graphics, block 412.

8

If the end of the horizontal population count array has not been reached, branch 413, column-wise processing continues, searching for the next non-zero element, block 401. Otherwise, processing is completed, branch 414.

It has been determined experimentally that the above process for determining whether areas of the bit-mapped image contain text, graphics or vertical rulings is a reasonably accurate mapping. Typically, characters in ordinary text occur in a wide range of heights normally occupying 2 to 12 sampled scan lines. Therefore, the above process tests for run row counts of non-zero elements in the range of 2 to 12 lines.

It has also been determined experimentally that although larger height characters have fewer phase changes in each sample than smaller height characters, the total number of phase changes in a given run of nonzero elements remains substantially constant over a character size range of approximately 4 to 24 points. Therefore, in the presently preferred embodiment a phase change count total for a run of non-zero elements in the horizontal population count array between 8 and 22 is an indicator of printed text.

The page parsing process then makes another pass to attempt to locate relatively large text, block 214. The procedure for locating large text is essentially the same as the procedure described above for building the text map array except that the procedure to locate large text examines every fourth scan line and fourth element in the phase change array. Thus, the large text routine looks at the bit-mapped image with approximately 174 of the resolution of the process for locating normal sized text and identifies text up to four times larger. In the preferred embodiment, the largest text found by this routine is 48 sample scan lines high. At 300 scan lines per inch, this is equivalent to text of 1.28 inches in height or about 92 points. Text map array cells corresponding to areas in the bit-mapped page image which are found to contain large text by the above process are set to a value to indicate they contain large text. In the preferred embodiment this value is TXTH.

The page parsing process attempts to locate and isolate blocks containing only text from blocks containing only white space, blocks containing graphics, or blocks containing vertical rulings. As part of this process, in the preferred embodiment, the page parsing process attempts to determine the approximate skew of the page and adjust the text map array and the vertical population count array for such skew, block 215.

Referring to FIG. 5, a flow diagram illustrating the method utilized by the preferred embodiment of the present invention for deskewing a page is illustrated. First, a skew total and a sample count variable are initialized to zero, block 501.

The text map array is then scanned down each column searching for runs of text cells, block 502. When a run of text cells is located a first variable, utilized when examining cells to the left of the present text cell (LEFT), is set to −1. A second variable, utilized when examining cells to the right of the present text cell (RIGHT), is set to 1, block 503.

For each text cell following the first text cell in the run, cells to the left and right of the text cell in the text map array are examined. If the cell to the left is empty (i.e. the cell is not indicated as containing text, graphics or vertical rulings using the above-described TXTX, TXVR, TXTH or TXGR codes), the skew total variable is incremented by the current value of LEFT and

5,381,489

9 10

the sample count variable is incremented by 1. If the cell is occupied (it contains TXTX, TXVR, TXTH or TXGR), LEFT is set to 1 and the skew total 2.9 variable and sample count variable are not modified, block 504. If the cell in the text map array to the right of the current cell is empty, the skew total variable is incremented by the value of RIGHT and the sample count variable is incremented by 1. If the cell is occupied, RIGHT is set to −1 and the skew total variable and sample count variable are not modified, block 505.

If there are more cells in the run of text cells, the processing of blocks 504 and 505 is repeated for those cells, branch 506. Otherwise, branch 507, if there are more cells in the text map array they are scanned for another run of text cells, branch 508. After the entire text map has been examined, branch 509, an approximate skew for the page is computed and the text map array and vertical population count array are shifted to compensate for the calculated skew, block 510. The approximated skew is calculated by dividing the skew total variable by the sample count. This process yields an approximation of the skew for the page in number of rows per 4,096 columns. The text map and vertical population count arrays are then adjusted.

The above described process for adjusting for skew assumes that text on a page is generally arranged in horizontal lines on the page. The text map array of the present invention has good vertical resolution (to within 1/38th of an inch). When a page is skewed, blank cells will tend to appear in what should be text cells. The above-described method utilizes these assumptions to determine an approximate skew.

After adjusting for an approximate skew, horizontal and vertical paths of white space through the text are located, block 216. The purpose of locating these paths is to isolate blocks of text. In the preferred embodiment, the deskewed text map array is examined for horizontal paths of white space (white space may be defined as cells in the text map array which are not coded with TXTX, TXVR, TXTH or TXGR). The method of the present invention considers an area to be a horizontal path if a white space area exists which is at least 8 pixels wide and 192 pixels long in the horizontal direction of the page. Similarly, vertical paths are located utilizing the text map array. The preferred embodiment of the present invention considers an area to be a vertical path if it is a white space area which is at least 16 pixels wide and 192 pixels long in the vertical direction of the page. The above-mentioned lengths and widths for horizontal and vertical paths have been determined experimentally by the Applicant to locate horizontal and vertical paths through printed text.

Referring now to FIG. 6, a flow diagram illustrating a method utilized by the preferred embodiment of the present invention for locating paths through the text is illustrated. As a first step in locating paths, a process is utilized to cause top, bottom, left and right margins of the page to be effectively ignored, block 601.

The preferred embodiment of the present invention accomplishes masking of the margins by creating a version of the vertical population count array in which each cell of the vertical population count array represents a 32×32 pixel square area of the original bit-mapped image. Effectively, each cell in this version of the vertical population count array represents four consecutive cells in a column of the original vertical population count array. The compressed version of the vertical population count array is then "smeared".

Smearing is a technique utilized by the present invention to shift an image in a number of directions and to preform a logical OR operation on the original bit-mapped image and the shifted bit-mapped image. Effectively, this technique expands areas containing text or graphics while narrowing the intervening spaces and margin areas. Remaining white margin areas are marked as unavailable for the path finding process in the vertical population count array. The smearing technique is described in more detail with reference no the description of character recognition, below.

An array called a path map array is then created for storing horizontal and vertical path information, block 602. The path map array has the same resolution as the text map array. Each column represent 32 bits of a sampled scan line and each row represents a sample taken every 8th scan line of the image. In the path map array, the existence of a horizontal path is indicated by setting one of the bits in an entry in the array; the existence of a vertical path indicated by setting another one of the bits in the entry.

In the preferred embodiment, as a first step in populating the path map array, the left most and right most columns and the top and bottom rows of the path map array are set to indicate the presence of paths. This step ensures that a path that runs into the margin of a page will generate a block. When fully populated, the path map array outlines blocks of text and blocks of graphics with horizontal and vertical paths.

After the path map is created and the left most and right most columns and top and bottom rows of the path map are initialized, horizontal paths are generated, block 603. Each row of the text map array is scanned for runs of empty entries (i.e. entries that are not set to TXTX, TXVR, TXTH or TXGR). If a run is at least a predetermined number of bytes in length, horizontal path bits in the corresponding entries in the path map array are set. In the currently preferred embodiment, the predetermined number of bytes is 6. Each horizontal path that is found utilizing this process is extended by one column to the left of the horizontal path and by one column to the right of the horizontal path. This ensures that the horizontal paths at block edges will meet vertical paths at the edge of the block even if there is either graphics or a headline within 32 pixels of the left or right edge of the block.

The text map array is then scanned to find vertical rulings (i.e. entries which are set to TXVR), block 604. The corresponding entries in the path map array have a bit set to indicate that there is a vertical ruling at that location in the image. This bit will be examined in a later processing set in which relatively narrow paths are removed from the path map array.

Next, vertical paths are populated in the path map array, block 605. Each row of the vertical population count array is scanned for runs of empty entries. If a run is at least a predetermined number of entries long, it is considered as a possible vertical path. In the preferred embodiment the predetermined number is six. If either end of a vertical path fails to coincide with a horizontal path, the vertical path is truncated until it does coincide at both ends with a horizontal path. Vertical paths always extend from an intersection with a horizontal path to an intersection with another horizontal path.

The path map is then examined and all vertical paths which are only one entry wide are removed unless the entry indicates the vertical path was set because of a corresponding vertical ruling in the image. The path

5,381,489

11

map is then scanned again and portions of horizontal paths are erased where they do not begin and end at a vertical path, block 606.

A block locating routine, block 217, utilizes data structures previously built by the page parsing process, such as the page map array, and builds two new data structures; a block map array and a block list.

Referring now to FIG. 7(a) and FIG. 7(b), the block map array 701, comprises an array of the same dimensions as the text map array. Each 1-byte cell in the block map array, such as cell 702, contains a block number for that cell. Cells which have not yet been designated as part of a block are designated in the preferred embodiment with a 0. In the preferred embodiment there can be a maximum of 255 blocks per page image. The block number, such as block number 1 at cell 702, is a pointer into a block list 703. Each entry in the block list comprises information about each block such as coordinates of the block, column 705, cell count information, column 706, and distance to other blocks, column 707. The coordinate information 705 comprises information on each block's top most, bottom most, left most and right most pixels. The cell count information 706 comprises information on the number of text cells, number of large text cells and number of graphic cells within the boundaries of the block.

Referring now to FIG. 8, the process of locating blocks, block 217 from FIG. 2, comprises the steps of a block finding routine first scanning through columns of the path map, block 801. The block finding routine scans each cell of the path map for cells which have neither horizontal or vertical paths through them. After finding a cell which has neither a horizontal or vertical path through it, the block finding routine checks the corresponding cell in the block map array. If the corresponding cell in the block map array is unoccupied (i.e. current value is a 0), the block finding routine calls a block carving routine, block 802. The block carving routine examines the path map array for the current cell to find vertical paths on the left and right sides of the current cell. The block carving routine then scans up rows of the path map array. For each row, the block carving routine locates vertical paths on the left and right of each cell above the current cell. When the block carving routine locates a cell whose left or right edge, as determined by the vertical paths, differs from the left or right edge, respectively, of the current cell by more than 1 cell, the block carving routine creates a horizontal path at that cell. The block carving routine similarly processes down the column of the current cell to determine the bottom row for the current cell. This process produces a roughly rectangular block to be processed by later described methods of present invention.

After the block carving routine has determined the left, right, top and bottom edges of a roughly rectangular block of cells, a block statistics routine, block 803, is utilized to mark other cells as belonging to the same block. The block statistics routine marks each cell in the block map array bounded by the left, right, top and bottom paths of the current block as belonging to the current block. Further, the block statistics routine counts the number of text cells and graphics cells in the current block by examining the text map array. The relative number of text cells versus graphics cells is used in determining whether the block is classified as a text or graphics block for later processing. The block statistics routine further gathers information on the average

12

length of runs of occupied cells in the text map array for each column in the block. This information is used to determine the approximate height of the characters in the text blocks. The block statistics routine further histograms the number of runs of occupied cells in the columns of the text map array. The median point in this histogram approximates the number of lines of text in the block. The block statistics routine also computes the extreme left, right, top and bottom coordinates of the block. As discussed above, the above described coordinate, count and statistical information is stored in the block list, block 703.

As previously described, the block list of the present invention allows for only 255 entries. The number of entries is limited in the preferred embodiment to allow for certain processing efficiencies. However, it will be obvious to one of ordinary skill in the art that a different number of entries may be utilized in the block list without departure from the spirit and scope of the present invention. In the preferred embodiment, if more than 255 blocks are found utilizing the above-described process, the process is repeated requiring a wider vertical path width to determine block boundaries. It will be further obvious that the present invention could employ a method of requiring wider horizontal paths as well as vertical paths.

After completing processing for a first block, processing continues with the block finding routine, block 801, if more cells remain to be processed, branch 804. After processing has been completed for all cells in the block map array, branch 806, the process of locating blocks is completed.

Blocks are then grouped, block 218. Blocks are grouped according to their location relative to one another, their contents (graphics or text) and their texture (font size and line spacing). Block grouping information is recorded in a group list. Each block in the block list is assigned a group number. The group number is used as an index into the group list.

For each block in the block list, the block map array is scanned above the block, below the block, to the left of the block and to the right of a block. Blocks which are of a different type or texture are not grouped together. Further, blocks which are more than a predetermined vertical distance apart or more than a predetermined horizontal distance apart are not grouped together.

Referring now to FIG. 9, an example of grouping blocks is shown. For example, each of block 1, block 6 and block 11 are grouped as group 1, 901. In the particular example, these blocks might comprise a heading on the page. A heading is often distinguished by having a larger type font than the rest of the text on the page. Because of the different font size, these blocks would be grouped together and not grouped with the remaining blocks on the page.

Block 2, block 3, block 4 and block 5 are grouped together as group 2, 902. The method of the present invention examines blocks adjacent to a current block to determine whether the horizontal distance H 903 is greater than a predetermined value. In the currently preferred embodiment, this predetermined value is 6 columns of cells. Since the horizontal distance H 903 between block 2 and block 7 is greater than the predetermined horizontal distance limit, blocks 7 and 8 are not grouped with group 1.

Blocks 7 and 8 are grouped together as group 3, 904. Blocks 9 and 10 are grouped separate from blocks 7 and

5,381,489

13                                                              14

8 and designated group 4, **906**, because the vertical distance **905** between block **8** and block **9** exceeds a predetermined limit. In the preferred embodiment, the predetermined limit for vertical distance between blocks is 12 rows of cells. Blocks **12, 13, 14** and **15** are grouped together as group **5, 907**. Block **16** is grouped separately as group **6, 909**. Block **16** is not grouped with blocks **12, 13, 14** and **15** because of the existence of a graphics block **908**.

The present invention further discloses detecting edges of columns on a page by examining successive blocks down the page to determine if the left edge of each block is approximately lined up with the block below it and to determine if the block is vertically within a predetermined distance from its neighbor. If the block is not approximately lined with the block below it or the block is not a predetermined distance from its neighbor, it is assumed that the blocks are not in a column.

After the blocks are grouped, the block map array is rebuilt using the group numbers rather than the block numbers in each element in the block map array. This reduces subsequent processing requirements.

After completing grouping of blocks, blocks are arranged for output to the line parsing routines, block **219**. The purpose of arranging the groups for output is to attempt to output groups to the line parsing routines in the logical order in which they would be read. Referring to FIG. **10(a)**, a block diagram illustrating a page image consisting of 7 blocks of text is shown. The page image comprises a header area **1001** and 3 logic columns of text.

As a first step in arranging groups for output, vertically adjacent groups of blocks are located. Using the information regarding the location of vertically adjacent blocks, a tree is constructed linking the blocks. Each node in the tree represents a text or graphics block and contains pointers to up to 8 blocks above it. If there is more than 1 block above the current block, the pointers are arranged so that blocks are ordered from left to right. The root of the tree is at the bottom of the page. Each block is assigned a node number based on the left-to-right tree traversal order. Node **0** is assigned to the root.

As illustrated in FIG. **10(a)**, node **1011** comprises a first vertical group **1002**. Node **2 1001**, Node **3 1013**, Node **4 1014** and Node **5 1015** may comprise a second vertical group **1003** being roughly adjacent to the first vertical group. Node **6 1016** and Node **0 1010** may comprise a third vertical group **1004** roughly adjacent to the second vertical group.

To determine the output order of the blocks, the tree is traversed from left to right and each branch of the tree is followed to its end traversing each subbranch from left to right. In general, a node at the end of a branch is output first and nodes from each branch of a subtree are output before the root node for that subtree.

By way of example, with reference to FIG. **10(a)**, to determine the normal output sequence for blocks 0–6 the tree is traversed from block **0** (the root) **1010** to the first node on the left, block **5 1015**. Nodes branching off of block **5 1015** are then traversed from left to right. Therefore, block **1 1011** is the next block examined. Since no blocks branch off of block **1 1011**, it is designated as the first block to be pruned from the tree and sent to the line parsing routines. The next node branching off of block **5 1015** is block **4 1014**. Therefore, block

4 **1014** is processed next. Block **4 1014** has branches. Therefore, it is traversed and block **3 1013** is examined next. Likewise, branch **1013** is traversed and block **2 1001** is examined since it branches from block **3 1013**. As there are no other blocks which branch from block **2 1001**, block **2 1001** is the next block output to the line parsing routines. Block **3 1013**, having no more branches, is the next block to be output to the line parsing routines, followed by block **4 1014**. Since there are no more blocks branching off of block **5 1015**, block **5 1015** is the next block output to the line parsing routines. The root node **1010** continues to be traversed from left to right and block **6 1016** is processed. Again, since no blocks branch off of block **6 1016**, block **6 1016** is the next block sent to the line parsing routines. Finally, since no further blocks branch off of the root node **1010**, the root node is passed to the line parsing routines.

In processing blocks, those blocks designated as graphics blocks are included in the above described traversing and sorting process, however, graphics blocks are not passed to the line parsing routines.

When utilizing the above-described method for outputting blocks to the line parser, certain page layouts tend to obtain erroneous results. For example, in the page layout of FIG. **10(a)** blocks 2 and 3 may have been headers. In such a case, the logical reading order of the page would differ from the results produced by the above-described process. Therefore, the output order, in the preferred embodiment of the present invention of blocks, is rearranged by a recursively called routine. The routine is called for each node having more than one upward branch. For example, with reference to FIG. **10(a)**, the routine would be called when processing block **5 1015** and the root block **1010**.

The recursive routine finds the top block of each branch. Starting with the left most branch, the routine examines the nodes on the next branch to the right. If the top of a node of the right branch is higher on the page image than the top of a node of the left branch (either the right node overlaps the left node or the bottom of the right node is above the top of the left node) the subtree on the right branch is grafted onto the left branch. This process repeats for each node which satisfies the above criteria.

For example, block **2 1001** and node **3 1013** are both above node **1 1011** so node **3 1013** is logically grafted, for purposes of output to the block parsing routines, to node **1 1011**. The tree after processing by this recursive routine is shown with reference to FIG. **10(b)**. In FIG. **10(b)**, the block numbers have been reassigned in left-to-right tree traversal order. The new block numbers indicate the order of output to the page parsing routines. The blocks are output to the page parsing routines starting with block **1 1001**, then block **2 1013**, block **3 1011**, block **4 1014**, block **5 1015**, block **6 1016** and then the root node, block **0 2020**. The logical connection between blocks has been modified at branch **1020**.

A number of final adjustments are made as part of the page parsing process. These adjustments include processes for further merging of adjacent blocks after the block output order is known, enlarging blocks into the white space surrounding the block, constructing a mock-up of the page image showing the placement and order of text blocks, reskewing the block map and path map arrays to reverse for the skew correction applied earlier in the process and building a block descriptor array comprising descriptive information about each block.

5,381,489

**15**

Importantly, the mock-up of the page image showing the placing and order of text blocks may be displayed on a device such as a graphics terminal by the user. The user may then alter the output order of the blocks if desired. The process allows for user correction of the output order of the blocks where the page parsing routines have made incorrect assumptions regarding the logical reading order of the page.

### BLOCK PARSING

Each block produced by the page parsing routine is passed, in the desired order, to the block parsing routine. The block parsing routine attempts to parse each block into individual lines of text. The block parsing routines utilize data structures built by the page parsing routines and the bit-mapped image of the input block to isolate individual lines and to add data to the block descriptive information in the block list. The data added to the block list comprises information identifying the leftmost column in the block, the width of the block, the height of the block, the number of lines in the block and the starting line number.

After receiving an input block, the block parsing routine computes the skew of the block, block 221 of FIG. 2(c). The skew of the block is computed based on a detailed analysis of the phase change counts in the horizontal phase change array. Next, individual lines are isolated, block 222, by examining the bit-mapped image for the block in conjunction with the phase change count analysis to determine the location of the possibly skewed horizontal white space which separates lines.

The block parsing process isolates and cuts between lines, block 223, by locating horizontal paths of least resistance that most closely approximate the calculated skew. The roughly horizontal path that separates lines of text may be interrupted by characters which have descenders or ascenders. For example, lowercase "g", "j", "p", "q", and "y" all have descenders. The block parsing routine cuts around such characters to ensure that the tails of such characters are left with the proper line when the line is passed to the line parsing routines.

Whenever the block parsing routine is unable to avoid or skirt around an obstacle within given tolerance levels, the block parsing routine measures the dimensions of the obstacle to determine whether the obstacle is a vertical ruling. If the obstacle is a vertical ruling, the obstacle is erased. If the obstacle is not a vertical ruling, the block parsing routines cut through the obstacle. Individual lines are isolated and buffered for processing by the the line parsing routines, block 224.

### LINE PARSING

Each line output by the block parsing routines is used as input to the line parsing routines. The line parsing routines attempt to segment a line of text into individual characters. Referring to FIG. 2(d), the line parsing routines of the preferred embodiment first find all columns in the line that have white space from the top of the line to the bottom of the line, block 231.

The columns or segments having white space from the top of the line to the bottom of the line are then isolated and framed, block 232. To frame segments, the line parsing process determines the left, right, top and bottom frame boundaries for pixel areas bounded by vertical white space. The boundaries are computed such that as little white space as possible is left around the pixel area.

**16**

If the resulting "framed" pixel area is wider than 64 pixels (the widest character width that may be processed by the preferred embodiment without reducing the resolution of the character) or the ratio of the width to the height of the framed pixel area is greater than 3 to 2, it is assumed that the framed pixel area comprises more than one character.

In such a case, the framed pixel area may comprise "kerned" characters. Kerned characters are characters which overlap each other, although they do not actually touch. In such a case, vertical white space may not exist between the characters. An example may be the letter "T" followed by "o". If a "T" is placed sufficiently close to an "o", no vertical white space occurs between them.

An unkerning process is applied to such relatively wide pixel frame areas. The unkerning process computes the leftmost clear path from the top of the line to the bottom. A clear path is defined as a list of connected vertical and horizontal segments that trace a clear path between two characters. If the unkerning processing is successful in finding a clear path, the left, right, top and bottom boundaries are recomputed for the pixel frame area to the left of the clear path. If the resulting frame is still wider than 64 pixels or still has a ratio of width to height of greater than 3 to 2 or if no clear path was found, an attempt is made to detect and remove underlining. If the process is successful in removing underlining, the line parsing process again attempts to find vertical white space.

After a pixel frame has been found which is not too wide, a character is considered to have been isolated, block 282 and a character window is created for the character recognition routines, block 233. In the preferred embodiment of the present invention, a character window is a buffer area capable of holding characters up to 128 rows by 128 columns or 64 rows by 192 columns. If the pixel frame is too large to be placed into a character window, the pixel frame is scaled to allow it to fit into the window. The pixel frame is copied one row at a time into the window. If the framed pixel area was derived as a result of an unkerning process, the right border of the pixel area is defined as the clear path found during the unkerning process. Otherwise, each row copied into the window consists of the bits in corresponding rows of the pixel frame area between vertical white spaces (i.e. the presumed isolated character).

Any window which is built which has a column width of more than 128 pixels is put into a reject cache for later processing. Otherwise, the character recognition routines are called and the window is passed to the character recognition routines, block 234. If a character is successfully processed by the character recognition routines, a code for its recognized shape is placed in a buffer area termed a "galley". Windows which are rejected by all of the character recognition routines are added to the reject cache for later processing.

### CHARACTER RECOGNITION

Referring now to FIG. 11, the character recognition process comprises the steps of template matching, block **1101**, followed by feature analysis, block **1105**, if the character was not recognized by the template matching step, block **1101**.

The template matching process, block **1101**, attempts to match characters passed in windows from the line parsing process to templates of already identified characters. The feature analysis process, block **1105**, at-

5,381,489

17

tempts to recognize features of characters which could not be matched to templates. Based on recognizing these features, the character shapes are identified.

As one inventive aspect of the present invention, characters which are recognized by the feature analysis process are used as templates for recognition of later occurring characters. In the preferred embodiment, a template cache is built for each new document. The template cache comprises characters which have been recognized through the feature analysis process for the current document. Characters in the template cache are utilized in the template matching process. By building the template cache based on characters recognized in the document through the feature recognition process, the present invention allows for recognition of any font which is recognizable with the feature analysis routines. By combining elements of feature analysis and template matching, the present invention offers the performance advantages of a template matching system with the omnifont characteristics of a feature analysis system.

## TEMPLATE MATCHING

The template cache comprises information for each available template for the current document. For each template, a header field contains identification information for that particular template. The header field also comprises offset pointers to three pixel patterns which are used by the template matching process.

The first pixel pattern is the original pattern of the character as recognized by the feature analysis process. In the preferred embodiment, the original pattern of x rows by y columns is stored as a two-dimensional array with the rows zero padded up to a word boundary.

A second pixel pattern, termed a "must-be-off" pattern, is derived from the original pattern. The must-be-off pattern comprises $x+1$ rows and $y+1$ columns with the rows also being zero padded to a word boundary.

A third pixel pattern, termed a "must-be-on" pattern, is derived from the original pattern and comprises $x-1$ rows by $y+1$ columns. The actual image of the must-be-on pattern only occupies $x-2$ rows by $y-2$ columns. However, in the preferred embodiment an area of $x-1$ rows by $y+1$ columns is reserved for processing convenience to ensure that the array is as wide as the must-be-off array.

As will be apparent from the following description of the template matching methods of the present invention, characters will be recognized by the template matching process when the characters are within certain predetermined tolerances of the templates. Allowance for characters being within predetermined tolerances is essential because two bit-mapped images of the same character rarely, if ever, match exactly. Image digitization is sensitive to differences in registration and the digitization process itself introduces edge noise. Furthermore, characters are often broken or otherwise deformed due to poor image quality when the characters were originally printed, when the substrate which is being scanned has been copied or when the substrate is optically scanned for the character recognition process. Therefore, a simple bit-by-bit comparison is not adequate for a recognition process. The must-be-on and must-be-off image patterns are utilized by the present invention to allow for some margin of difference between characters.

The must-be-off array comprises a pixel image indicating which pixels in the window must be off (i.e. be set to 0) in order for the window to be considered a

18

match against the template. Referring to FIG. 12(a) a bit-mapped image of the character e 1201 is illustrated. The x's in character e 1201 designate pixels which are on in the original image in the template cache.

In the preferred embodiment, the must-be-off image indicates pixels which are one or more pixels away from any on pixel in the original bit-mapped image. FIG. 12(b) illustrates the character e 1202 showing the must-be-off pixels as dashes. In the preferred embodiment, the must-be-off pixels are computed by "smearing" the original pixel image. The smearing is accomplished by performing logical OR processes on each row of the original pixel image. Each row of the original pixel image is logically OR'ed with a copy of itself shifted left one bit. The result is logically OR'ed with the original row shifted right one bit. The result of this step is logically OR'ed with the result of applying the same step to the row immediately prior to, or above, the current row. The result of this step is logically OR'ed with the similarly processed row immediately subsequent to or below the current row. The result of this operation is an image of the original character in which every pixel on pixels; the pixel above, below, to the right, to the left, and the 4 pixels at 45°, 135° 225° and 315° from the original pixel. This effectively adds a one pixel layer of girth to the original character image. The complement of the resultant image is saved as the must-be-off pattern.

The must-be-on image comprises a character image showing bits which must be on for a match to occur. In FIG. 12(b), the character image of the character e 1202 is illustrated with plus signs showing pixels which must be one for a match to have occurred. To compute a must-be-on image, each row of the original pixel image is logically AND'ed with a copy of the row shifted one bit to the left. The result is logically AND'ed with a copy of the row shifted one bit to the right. That result is logically AND'ed with a similarly processed image of the row immediately above the current row. The result of the operation is then logically AND'ed with the similarly processed image of the row immediately below the current row. When performing the logical AND operation with the rows above and below the current row, the above and below rows have been logically AND'ed with images of themselves as described in the first two steps of this process before performing the logical AND operations with the current row. This process produces an image of the original character in which only those pixels which were surrounded on all eight sides remain on. Effectively, this causes the image to be one pixel layer less thick than the original image.

Utilizing the must-be-on and must-be-off arrays for comparing the input characters to templates allows for tolerances to be used in performing the matching. Although the preferred embodiment allows for a one pixel tolerance in testing for matches, it will be obvious to one of ordinary skill in the art that alternative embodiments may allow for different tolerance levels. An alternative embodiment which allows for less stringent tolerances may lead to higher early match rates and, thus, faster processing. However, such an embodiment may have a greater rate of errors in identification of characters due to the less stringent tolerances.

Referring now to 11(b), each time a new window comprising unidentified pixel information is received from the line parsing routine, must-be-on and must-be-off images are created for the unidentified image using

5,381,489

19                                                          20

the above-described processes, block 1120. The unidentified image in the window is then compared against characters in the template cache. The templates are ordered, for purposes of comparison, in a most recently matched order. Each time a match occurs against a template stored in the template header is incremented.

When a template is first created as a result of being recognized by the feature analysis routines, the template's match counter is set to 0. In the preferred embodiment, new templates (i.e. templates with a match count of 0) are inserted at the beginning of the template queue. When an unidentified image processed by the template matching routines matches a particular template, the particular template's match count is tested to determined if the match count is 0. If the match count is 0, the preferred embodiment of the present invention examines the image in the character window utilizing the feature analysis routines (described below) to obtain confirmation that the image in the character window is the same character as identified by the template. If the feature analysis routines confirm the template and the image in the character window is the same character, the match count is incremented. Otherwise, the process assumes that the template yields unreliable results and the template is discarded from further processing. The recognition of the image in the character window then continues by attempting to match the image in the character window against other templates in the template cache.

The first step in matching an image in a window against the template is to construct must-be-on and must-be-off arrays from the unidentified image, block 1120. Next, a dimension check is made, block 1121. Images which differ from a template in their height or width by more than one pixel can't match the template, branch 1122. If the dimension check is passed, branch 1123, the must-be-on array for the unidentified image in the window is compared against the original bit-mapped image of the template. If all of the pixels in the must-be-on array for the unidentified image are on in the original template, branch 1124, a second test is performed.

The second test determines whether all of the pixels in the must-be-on array for the template are on in the unidentified bit-mapped image in the window. If all such bits are on, branch 1125, the original bit-mapped image of the template is compared against the must-be-off array for the image in the window. All pixels indicated in the must-be-off array for the image in the window must be off in the original template for a match to have occurred. If this test is passed, branch 1126, the unidentified bit-mapped image in the window is tested against the must-be-off array for the template. If all of the pixels indicated by the must-be-off array for the template are off in the bit-mapped image in the window, the template is judged a match and branch 1127 is taken.

As described above if the template has a match count of 0, the image in the character window is also analyzed with the feature analysis routines to confirm the identification. Otherwise, the identification code for the recognized shape is placed in the galley for later processing by the context analysis routines.

If any of branches 1122, 1128, 1129, 1130 or 1131 are taken as a result of not passing the corresponding test described above and if more templates exist in the template cache, branch 1132, the same series of tests are made against each successive template in the template cache until a match occurs or the cache is exhausted.

If there are no more templates in the template cache, branch 1133, none of the current templates match the unidentified image. This occurs whenever the unidentified image differs in font, size or registration from all of the characters in the template cache. The no-match condition may also be a result of characters which, although of the same font and size, are not a close enough match to be within the "edge noise" tolerances of the template matching routines.

In any event, if the image is not recognized, branch 1104 of FIG. 11(a), the feature analysis routines are called using the image in the character window as input, block 1105.

FEATURE ANALYSIS

The preferred embodiment of the present invention discloses use of a plurality of routines for analyzing the features of images passed as input to the feature analysis process to determine the category of the shape of an unidentified image in the character window. The plurality of routines comprises one routine for each unique species of shape in the standard character set. Each of these individual routines is capable of analyzing an image in a character window and providing as output an indication whether or not the image belongs to the generic shape category discriminated by the routine. The character recognition routines are exited when one of the routines responds with a positive indication that the image in the character window is the shape corresponding to that particular routine. If none of the feature analysis routines respond positively, the shape of the image in the character window remains unidentified. In such a case, further processing is performed to try to identify the shape of the image in the character window.

Each of the plurality of routines will be termed an "isit". The name "isit" is useful in describing the routines of the preferred embodiment because the routines determine whether a character in the character window is a particular character (e.g. "is it" an a ) . In the preferred embodiment isits exist for letters, numerals and special symbols such as commas, quotation marks, semicolons, etc. It will be obvious to one of ordinary skill in the art that the method of utilizing isits for determining whether an image in a character window is a particular character may be implemented for a wide number of alphabetic character sets. For example, isits may be implemented for cyrillic character sets such as the character set used in the slavic languages or other character sets such as the character sets for Hebrew or Arabic.

In the preferred embodiment, the isits distinguish characters based on their shape. Therefore, characters sharing the same topography are recognized by a single isit. For example, the letter lower case "p" and the letter upper case "P" are recognized by the same isit. The letters lower case "u" and upper case "U" lower case "s" and upper case "S" lower case "o" upper case "O" and zero "0" etc are other examples of characters with the same or similar topography which would be recognized by the same isits. For each shape or topography, characteristics of the shape have been chosen and measured experimentally such that a particular isit can distinguish the shape of its character from the shape of other characters through a wide range of font styles.

In the preferred embodiment, an isit provides as output either an ASCII code for a particular character or a

21                              5,381,489                              22

code indicating the character is recognized as belonging to a particular class of characters or a reject code indicating the character is not recognized. An output of the ASCII code for a particular character indicates the character's identification by the isit routine is unequivocal. The ASCII code returned is the standard ASCII code for the particular character. A code indicating the character belongs to a particular class of characters restricts any subsequent feature analysis to a particular set of isits.

Referring now to FIG. 13, a flow diagram illustrating the feature analysis process of the present invention is shown. For each image received as input to the feature analysis process, statistical data from a horizontal window and a vertical window is used by the isits. The horizontal window is the original character window having the bit-mapped image of the character. For example, referring to FIG. 14(a), the character "b" is shown in horizontal character window 1401. A vertical window is derived from the horizontal window 1401, block 1301. The vertical window may be thought of as the image in the horizontal window 1401 laid on its side with each of the rows of the horizontal window reversed in position. For example, FIG. 4(b) illustrates a vertical window for the image of the character "b" in vertical window 1410.

Statistical information is produced by examining the bit-mapped images in the horizontal window 1401 and vertical window 1410. The statistical information comprises profile data, polygon representations of the characters, phase change information, and counts of the number of on pixels in each row of the character.

The present invention's polygon fitting algorithms dampen the effects of noise in the images to be identified and greatly reduce of the volume of data that has to be processed by the feature-direction routines. Further, it has been determined that polygon representations of character images are consistent over a wide range of character sizes, e.g., the character "i" produces substantially the same polygon representations in a wide range of type fonts.

For each face of a character window, profile data and four polygons are derived. The faces of a character comprise the left and right sides 1403, 1404, 1413 and 1414 of the horizontal and vertical windows. The profile data comprises an array having one element for each row of the window. Each element holds a value, measured in columns, representing the distance from the edge of the frame to the first on pixel in that row. For example, referring to FIG. 14(a) the first on pixel in each row of face 1403 would be the first on pixel in the spine of the letter b. For face 1404, the first on pixel for the top half of the letter b would be the first on pixel in the spine of the letter b. For the bottom half of face 1404, the first on pixel for each row is the pixel located at the outside edge of the loop 1405 of the character b.

A first polygon is developed for each face. The polygon comprises a plurality of line segments fitted to a profile of the character viewed from the face. The line segments of the polygon are within a predetermined tolerance value of the profile of the character. For example, with reference to FIG. 14(c), a profile 1420 of the character b viewed from face 1404 of FIG. 14(a) is shown. The points on a polygon for describing this profile are shown at points 1421 through 1429. In the preferred embodiment, there are a maximum of 16 points in the polygon used to described a particular profile and for each segment, its slope and the difference

in slope from the prior segment are computed and saved. It will be obvious to one of ordinary skill in the art that a larger number of points may be used to described a polygon with a corresponding increase in processing and memory resources.

The polygon fitting algorithms determine the points such as points 1421 to 1429 on the profile image 1420. The first step in the polygon fitting process is to assign polygon points 1421 and 1429 at each end of the polygon. A recursive routine is called using as inputs the end points of a line segment, such as points 1421 and 1429, the profile image 1420 and a tolerance value. The tolerance value determines the "snugness" of the fit of the polygon to the profile image 1420.

In the preferred embodiment, the tolerance (t) is measured in 128ths of a pixel and is computed based on the long and short dimensions of a window, according to the following formula:

$$Tolerance\ (t) = (13/4)x + 64\ if\ x < 28;\ and$$

$$(t) = 5x\ if\ x \geqq 28;$$

where $x = (3 * (length\ of\ the\ long\ side) + (length\ of\ the\ short\ side)) / 4$.

The polygon fitting algorithm effectively draws a line between the end points 1421 and 1429 and locates the points furthest above and below the line (points 1422 and 1426). If either extreme point lies beyond the allowed tolerance, it is incorporated into the polygon, thereby breaking the original line segment into subsegments. The algorithm continues, by recursively applying the same procedure to each subsegment until no raw data point lies further than the allowed tolerance form the nearest polygon segment. In the current example, both of the extreme points (1422 and 1426) are outside of the acceptable tolerance, so the original line segment is broken into three subsegments: 1421 to 1427, 1422 to 1426, and 1426 to 1429. The algorithm continues by drawing the line segment between points 1421 and 1422. This line segment has no points more than the allowed tolerance level above or below it, so it is not subdivided further. The algorithm then draws the line between points 1422 and 1426 and locates points furthest above and below the line. In this case, point 1425 is determined to be furthest above tolerance and no points lie below. This creates two new subsegments, 1422 to 1425 and 1425 to 1526, which are refined recursively before the process examines the last subsegment that resulted from the first iteration of the process. The process eventually draws a line between point 1426 and 1429 and determines that point 1428 is furthest above the line and no points lie further than the tolerance value below it. The resulting subsegments are similarly refined by recursive application of the same procedure.

The process of iteratively creating subsegments by determining points that are maximally above and below the tolerance boundaries of existing segments continues until no raw data point lies more than the tolerance value from the nearest polygon segment of the profile 1420.

A second polygon is comprised of line segments connecting points fitted to a representation of a face profile of a character called a shaded profile. The shaded profile is derived from a profile of the face of the polygon by traversing the polygon from the bottom row to the top row and subtracting the minimum X value encountered in traversing the polygon from the current outside

5,381,489

23

24

point on the polygon. The same procedure is then repeated from the top of the polygon to the bottom. The effect is that the remaining non-zero X points in the profile represent areas which effectively would be shaded if the character were imagined as being illuminated by lights on both sides. The shaded polygon is used in detecting and analyzing openings into the interior of a character.

A third polygon is comprised of points on a profile on a face of a character which is developed by subtracting the shaded profile from the original profile. This is termed the filled polygon. Both the shaded and filled polygons have the same number of points with the same y coordinates as the original polygon.

Finally, a fourth polygon is developed which has a looser fit than the original polygon to the original profile. This is done by developing a polygon from the original polygon having fewer points (i.e. utilizing a larger tolerance value).

Data is developed for both the horizontal and vertical windows which counts the number of phase changes from white to black in each row of the respective windows. For example, the character "I" in the horizontal window is generally comprised of rows having one horizontal phase change from white to black and the character "H" is generally comprised of rows having two phase changes from white to black. The phase change information is used to generate statistics used by the isit routines.

A first statistic is developed showing the percentage of rows in which a particular phase change value occurs. For example, for the character "I", the value one (representing the occurrence of one phase change from white to black in the row) may occur close to 100% of the time. For the character "H", the value one may occur 5% of the time and the value 2 may occur 85% of the time. For the character "d", in the horizontal window, there may be 0 phase change counts of the value 0 indicating that every row has at least one pixel on. There may be approximately 55% of the rows having one phase change, these rows comprising the upper half of the character "d". The remaining approximately 45% of the rows have two phase changes, these rows comprising the loop of the character "d". There are no rows having 3 or 4 phase changes.

in the preferred embodiment, rows with more than 4 phase changes are counted with rows that have exactly 4 phase changes for purposes of calculation of these percentage values. The limit of 4 phase changes is developed from experimental data and observations developed by the Applicant. Typically, occurrences of more than 4 phase changes represent noise in the bit-mapped image.

A second statistic is developed indicating where in the image of the character the average location of a particular phase change count occurs. For example, for the character "I" for a phase change count value of I, the "where" value may be close to 50. This indicates the average location of a line with a phase change count of 1 occurs approximately at the middle of the character. For the character "d" the where value for the phase change count for the value of 1 may be approximately 20, indicating the average of the row numbers containing one phase change is approximately 20% of the way down the character. The where value for a phase change count of 2 may be approximately 75, indicating the average of the row numbers containing 2 phase changes is approximately three-quarters of the way

down the character. This is because the loop on a lower case "d" is at the bottom half of the character.

An array is also developed for both the horizontal and vertical windows comprising an element for each row of the respective windows showing a count of the number of on pixels in that row. Polygons are also fitted to these arrays.

The isits are used to individually analyze the character, block 1304, until the character is recognized. A particular isit routine may utilize any one of a number of techniques for identifying whether a character is the character to be identified by the particular isit. In some cases, where a particular character's style varies significantly from type font to type font, a plurality of different techniques may be utilized to recognize the character. Typically, the isit routines analyze the shape of the faces of the character by utilizing the above described polygons and by utilizing the above described statistical information. The use of polygons to approximate characters tends to allow an isit routine to ignore small perturbations in the character.

A first technique utilized by isits to determine whether an image is the character to be identified by the particular isit is to examine the statistical information derived from the phase change data. For example, a particular isit may reject any character in which the percentage of rows having two changes from white to black exceeds 10%. An example of such an isit may be an isit for recognizing the character "I". In general, this method of examining statistical information allows most isits to eliminate 70 to 85% of all images input to them with a minimum of processing resources.

Another method of determining whether a particular character is a character to be recognized by a particular isit is to examine peaks in the polygons. For example, the letter upper case "F" is characterized by having two extreme peaks when examined from its right horizontal face. Isits may identify characters based on both the number of peaks and the relative position of such peaks. For example, an isit for recognizing the character "F" might reject the character "c" because the number and relative position of the peaks in one of its faces or in one of its population count arrays.

Certain characters are characterized by having a "spine" or "stroke" (i.e. the left face of a B, b, h, k, A, D, E, etc.). An isit for recognizing such characters nay examine a character to find the longest single line segment in the character and look for characteristics such as the percentage of the length of the longest segment to the length of the character as a whole and the slope of the segment.

Another technique used by isits for identification of characters is to identify loops in the characters. A loop may be identified as a line having primarily two changes from white to black across each row of the loop. The isits identify the steepness of the curve of the loop, the relative symmetry of the curve and information about the corners of the loop. For example, the numeral "8" can often be distinguished from the letter "B" because of the difference in the corners.

As discussed above, after completing an analysis an isit returns either the ASCII code or the shape code for the particular image or information identifying the reason why the image was rejected. If the image is recognized, branch 1306, a template is built as described above in connection with template matching, block 1307. The identification code is then moved to the character galley.

5,381,489

25                    26

Otherwise, the next isit is selected based on parameters such as the frequency of occurrence of the character represented by the isit and information obtained from prior isits showing reasons those isits rejected the character, branch **1310**. If there are no more isits, branch **1311**, the image in the character window is moved to the reject cache Otherwise, branch **1312**, the next isit analyzes the character, block **1304**.

### SIDE MATCHING

In many cases, a character can not be recognized by either the template matching or feature analysis routines because the character is "stuck" to a character adjacent to it. This occurs, for example, when characters are spaced too closely together for the quality of the printing process. As one particular instance, such "stuck" together characters may occur when the ink bleeds in a document composed of proportionally spaced text.

The present invention discloses a method termed "side matching" for identifying such stuck characters. When analyzing a character window using side matching, templates are effectively laid on the sides of the character window to determine if a match would occur with that template if all pixels in the "shadow" of that template were ignored. The side matching methods of the present invention utilize the same template comparison algorithms as discussed above in reference to template matching but the side matching methods effectively ignore the images right or left sides.

For example, if a character window comprises the character "ite", all effectively stuck together, the side matching process attempts to lay templates on the left and right sides of the character window. Each of the templates would be aligned with the left side of the character window when looking for a match on the left and pixels to right of the on pixels in the template would be ignored. In the current example, laying a template for the character "i" on the left side of the character window could produce a match If it did, the ASCII code for an "i" would be registered in the galley, and the side matching process would remove the pixels representing the character "i" from the window. The process would continue by attempting side matching on the remaining pixels in the window. In this case, a match might occur when using a template for the character "t".

The side matching method of the present invention may be applied from either the right or left side of a character window and is applied at all possible vertical registrations. If side matching from the left side of the character window leaves unrecognized characters, side matching is attempted from the right side.

Since some letter shapes are subsets of others (e.g., r-n-m or c-o-d), the templates are ranked and ordered by size prior to using the templates in side matching. Some templates (e.g., a period) are excluded from the side matching process because such templates would produces matches on virtually all images.

In the preferred embodiment, side matching is attempted on character windows after completion of processing of all characters in the document. This allows for a relatively large library of templates to been created and increases chances for successful identification of characters with the side matching technique.

### CONTEXT ANALYSIS

The character recognition process identifies characters by their shape. However the shape of the character alone may not be deterministic of what the character is. For example, a lower case "s" may not be distinguishable from an upper case "S". As another example, an apostrophe is not distinguishable from a comma based strictly on its shape. The context analysis routine accepts as input and utilizes as output the galley of character codes created by the character recognition routines. Context analysis is performed on one line of the page at a time to attempt to resolve ambiguities. Referring now to FIG. 15, the process utilized by the preferred embodiment of the present invention is illustrated.

The preferred embodiment of the present invention comprises a data base of characteristic attributes of various characters. These attributes may include information on whether the character is typically found entirely above the baseline of the character line or whether a tail or other portion of the character typically extends below the baseline. The data base also comprises information regarding the relative size of characters which are normally ambiguous when identified by shape alone. For example, the data base may comprises information for distinguishing between a upper case "S" and a lower case "s" based on the expected relative size.

Each line from the page is copied from the galley into a buffer to prepare the line for further processing, block **1501**. During the process of copying a line to the buffer, values are assigned to characters from the character attribute data base such as information on whether the character sits above the baseline and whether the relative size of the character indicates whether it is upper or lower case. Spacing between words is also determined at this point by constructing and analyzing a histogram of the distances between letters. Importantly, as ambiguities are resolved for one character, the present invention utilizes information gained from resolving such ambiguities to assist in resolving ambiguities about neighboring characters.

The base line is also adjusted for skew. In the preferred embodiment, the skew may be adjusted by examining the expected baseline for each individual character and attempting to adjust the baseline for the entire line based on this information. If, however, the values for the baseline disagree significantly from character to character or from word to word, a character near each end of the line is found which is reliably known to sit on the baseline (e.g. the character "B" is known to sit on the baseline, the character "Q" can not be reliably predicted to sit exactly on the baseline because in some fonts its tail may extend below the baseline). An adjusted base line is then determined by effectively drawing a line connecting the bottom of these two characters near each end of the line.

The typical heights of upper and lower case letters in the line are determined by preparing histogram information showing the heights of non-ambiguous characters. Normally, such a histogram will show two levels of peaks, a first level corresponding to lower case characters and a second level corresponding to upper case characters.

Certain character types such as underlines are moved to the end of the buffer area. This allows these characters to be effectively ignored during the majority of the context analysis processing. Such characters are re-

5,381,489

27

stored to their previous positions in the line near the completion of the character analysis processing.

Finally, a histogram type analysis of the width of white space between adjacent characters on the line is prepared. In the preferred embodiment, punctuation characters are not included in the histogram analysis unless the line consists entirely of punctuation lines. Typically, the histogram has two peak levels. The first peak level is assumed to represent character spacing between letters within words and the second peak level is assumed to represent spacing between words. If there not two distinct peak levels, words spacing is assumed to be some midpoint between peak levels. If there are not at least two peaks, an arbitrary word spacing point is determined based on the average height of characters in the line.

After preparing the line for context analysis, block **1501**, a first pass is made through each character on the line, block **1502**, to attempt to resolve ambiguities. This first pass looks at such characteristics as the relative height of characters in each word, the positions relative to the baseline, etc. For cases in which there is an ambiguity in determining whether a character is a numeral or a letter, the character is analyzed in relation to the other characters that neighbor it to determine whether they are numeric or alphabetic. Determining character ambiguities is an iterative process in which information which is known about neighboring characters is used in analyzing a particular character. After all characters in a word have been examined, consistency checks are performed. If one or more characters are found to have inconsistent characteristics, all characters in the word are flagged as being possibly wrongly interpreted. A second pass of the context analysis routine is intended to correct the interpretation.

After completing the first pass context analysis for each line in the galley, the context analysis routine attempts to assign a font identification number to each character in the galley and to determine character sizes for each font, block **1503**. Font identification is propagated through the galley by tracing through all of the characters which were identified by templates. All of the characters that matched a particular template are linked together in a linked list having a root pointing to a particular template. Based on these linked lists of characters, words are assigned to fonts on the premise that words containing characters identified by the same template are of the same font. This is a lengthy, iterative process. Histogram information is then prepared detailing the height of the upper and lower case characters for each font.

A second pass is then made through each line in the galley, block **1504**. Words which were flagged during the first pass as having inconsistencies are again analyzed to determine which characters are incorrect. The second pass checks such items as baseline uniformity, character size uniformity, alphabetic/numeric context, etc.

Finally, a series of miscellaneous clean-up routines are utilized, block **1505**. Such things as punctuation are checked to ensure reasonable size and position. For example, a very large punctuation mark is probably an unrecognized character and is flagged as such. Periods and relatively wide commas or apostrophes which are located above the baseline or below the top of lower case character may be short dashes or bullets. These characters are assigned the ASCII code for a dash. When recognition is attempted on a bit-mapped image

28

which is not printed text, such as a signature or a logo, the result is typically a string comprising unrecognized characters and a set of other characters such as punctuation and dashes. Such strings are collapsed into a single unrecognized character. Successive single quotes are combined into double quotation marks.

The context analysis routine also attempts to merge characters which may have been split by the character recognition routines. For example, two characters which may have been recognized by the character recognition routines as an open parenthesis "(" followed by a close parenthesis ")" may actually be the letter "o", The context analysis routines attempt to merge such split characters by recognizing the proximity of particular character pairs.

Other characters, such as underlines, are analyzed to determine whether they are within a predetermined distance from the baseline. If the underline is more than the predetermined distance or if its edges do not coincide with the word boundaries, it is considered to be a ruling rather than an underline. Otherwise, the characters above the underline are flagged as being underlined. The predetermined distance is determined based on the relative context of the line including such factors as the size of the characters.

The context analysis routines attempt to identify unidentified characters by merging together broken pieces of characters, resubmitting characters to the character recognition routines allowing less stringent constraints for the recognition, etc.

The output from the context analysis routines is the completed scanned page having ASCII character representations for characters on the page in the normal reading sequence of the characters.

Thus, an optical character recognition method and apparatus has been described.

We claim:

1. A system for optically scanning a medium, said medium having thereon an unknown character, said system comprising:

scanning means for scanning said medium, said scanning means providing as output a bit-mapped image of said medium; memory means coupled with said scanning means for storing said bit-processing image;

processing means coupled with said memory means including means for parsing said bit-mapped image of said medium and providing as output a bit-mapped representation of said unknown character, means for identifying said unknown character and means for analyzing said unknown character based on the surrounding context of said medium;

said means for analyzing said unknown character based on the surrounding context of said medium includes means for preparing a line of text for context analysis and means for resolving character ambiguities, said means for resolving character ambiguities comprising means for analyzing said line of text to determine spatial information about said line of text in said medium and means for creating attribute data for each character in a line of text.

2. A method for recognizing characters on a medium, said method comprising the steps of:

scanning said medium to produce a bit-mapped image of said medium;

parsing said bit-mapped image to isolate individual characters and providing as output of said parsing

5,381,489

29
30

process a bit-mapped image of an unknown character;

identifying said unknown character; and

analyzing said unknown character based on the surrounding context of said medium;

said step of analyzing sad unknown character based on the surrounding context of said medium further comprising the steps of:

analyzing a line of text in said medium to determine spatial information about said line of text;

creating attribute data for each character in said line of text; and resolving ambiguities for a character based on said spatial information about said line of text and sad attribute data for each character in a line of text.

3. A system for optically scanning a medium, said medium having thereon an unknown character, said system comprising:

scanning means for scanning said medium, said scanning means providing as output a bit-mapped image of said medium;

memory means coupled with said scanning means for storing said bit-mapped image;

processing means coupled with said memory means including means for parsing said bit-mapped image of said medium and providing as output a bit-mapped representation of said unknown character, means for identifying said unknown character and means for analyzing said unknown character based on the surrounding context of said medium;

said means for analyzing said unknown character based on the surrounding context of said medium

includes means for preparing a line of text for context analysis and means for resolving character ambiguities;

said means for preparing a line of text for context analysis includes means for creating a histogram of the distances between characters in said line of text, means for determining average heights of known characters in said line of text and means for assigning attribute data to each character in said line of text.

4. A system for optically scanning a medium as recited in claim 1, wherein said means for analyzing said unknown character based on the surrounding context of said medium is further comprised of a database of characteristic attributes for known characters.

5. As system for optically scanning a medium as recited in claim 4, wherein said means for resolving character ambiguities is further comprised of means for accessing said database of characteristic attributes for known characters to retrieve characteristic attributes of said unknown character, and means for resolving character ambiguities based on retrieved characteristic attributes.

6. The method as recited in claim 1 wherein said spatial information comprises information describing said line of text's skew, character spacing information, and heights of character information.

7. The method as recited in claim 2 wherein said spatial information comprises information describing said line of text's skew, character spacing information, and heights of character information.

* * * * *

US005436983A

# United States Patent [19]

## Bernzott et al.

[11] **Patent Number:** 5,436,983

[45] **Date of Patent:** * **Jul. 25, 1995**

[54] **OPTICAL CHARACTER RECOGNITION METHOD AND APPARATUS**

[75] Inventors: **Philip Bernzott; John Dilworth; David George,** all of Oakland; **Bryan Higgins; Jeremy Knight,** both of Berkeley, all of Calif.

[73] Assignee: **Caere Corporation,** Los Gatos, Calif.

[ * ] Notice: The portion of the term of this patent subsequent to Jul. 14, 2009 has been disclaimed.

[21] Appl. No.: **914,191**

[22] Filed: **Jul. 15, 1992**

### Related U.S. Application Data

[60] Division of Ser. No. 799,549, Dec. 27, 1991, Pat. No. 5,278,918, which is a continuation of Ser. No. 230,847, Aug. 10, 1988, Pat. No. 5,131,053.

[51] **Int. Cl.[6]** .......................... **G06K 9/72; G06K 9/48; G06K 9/62**

[52] **U.S. Cl.** .................................... **382/229;** 382/127; 382/228

[58] **Field of Search** ................... 382/40, 9, 22, 38, 41, 382/25, 21, 39, 26, 30; 358/462

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

4,783,829  11/1988  Miyakawa et al. ................... 382/22

| | | | |
|---|---|---|---|
| 4,802,230 | 1/1989 | Horowitz | 382/22 |
| 4,837,842 | 6/1989 | Holt | 382/26 |
| 5,033,098 | 7/1991 | Tanaka et al. | 382/9 |
| 5,113,453 | 5/1992 | Simon | 382/24 |
| 5,131,053 | 7/1992 | Bernzott et al. | 382/9 |
| 5,133,023 | 7/1992 | Bokser | 382/40 |
| 5,524,453 | 6/1985 | Egami et al. | 382/1 |

*Primary Examiner*—David K. Moore
*Assistant Examiner*—Michael R. Cammarata
*Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman

[57] **ABSTRACT**

A system for recognition of characters on a medium. The system includes a scanner for scanning a medium such as a page of printed text and graphics and producing a bit-mapped representation of the page. The bit-mapped representation of the page is then stored in a memory means such as the memory of a computer system. A processor processes the bit-mapped image to produce an output comprising coded character representations of the text on the page. The present invention discloses parsing a page to allow for production of the output characters in a logical sequence, a combination of feature detection methods and template matching methods for recognition of characters and a number of methods for feature detection such as use of statistical data and polygon fitting.

**13 Claims, 14 Drawing Sheets**





FIG_1

FIG_2A

FIG_2B





FIG_2C          FIG_2D



FIG_3A



FIG_3B



FIG_4



FIG_5



FIG_6

FIG_7



FIG_8



FIG_9



FIG_10A



FIG_10B



FIG_11A

FIG_11B

1201

```
           XXXXXXXX
          XXXXXXXXXXXX
        XXXXXXXXXXXXXXXX
       XXXXXXX   XXXXXXX
      XXXXXX       XXXXX
       XXXXX       XXXXX
      XXXXX         XXXXX
       XXXX          XXXX
       XXXX          XXXX
      XXXXX          XXXX
      XXXXX          XXXXX
      XXXXXXXXXXXXXXXXXXXXXX
      XXXXXXXXXXXXXXXXXXXXXX
      XXXXXXXXXXXXXXXXXXXXXX
      XXXXXXXXXXXXXXXXXXXXXX
      XXXX
      XXXX
      XXXX
      XXXX                XX
      XXXX               XXX
      XXXXX              XXXX
       XXXX             XXXX
       XXXXX           XXXXX
        XXXXX         XXXXXX
       XXXXXXX       XXXXXX
       XXXXXXXX XXXXXXXXX
        XXXXXXXXXXXXXXXX
         XXXXXXXXXXXXXX
          XXXXXXXXXX
```

1202

```
    -----    XXXXXXXX    ------
    ---    XXX++++++XXX   -----
    --    XXX++XXXXXX+++XX    ----
    -   XX++XXX    XXX++XX   ---
    -  XX++XX    --    XX++XX  ---
        X++XX   ------   XX++X  --
      XX+XX    --------    XX+XX  --
      X++X    ----------    X++X  --
      X++X    ------------    X++X  --
      XX++X   -------------   X++X  --
      X+++X                  X++XX  -
      X++XXXXXXXXXXXXXXXX+++X  -
      X+++++++++++++++++++++X  -
      X+++++++++++++++++++XX  -
      X++XXXXXXXXXXXXXXXXXX   -
      X++X                    --
      X++X  ----------------------  --
      X++X  ---------------    --
      X++X  --------------    XX  --
      X++X   ------------   XXX  --
      XX+XX   -------------  XX+X  --
       X++X   ----------   X++X  --
       XX+XX   --------   XX+X  --
        X++XX   -----   XX+XX  --
      -  XX++XX         XX++XX  --
      -  XX+++XXX  XXXXX++XX  ---
      --  XX++++XXX+++++XXX  ---
      ---  XXX++++++++XXX   -----
      ----   XXXXXXXXXX    ------
       -------             --------
```

 

**FIG_12A**    **FIG_12B**



FEATURE
ANALYSIS

PRODUCE VERTICAL
WINDOW — 1301

PRODUCE STATISTICAL
DATA — 1302

ANALYZE
WITH ISIT — 1304

MORE
ISITS? — 1310

1312 YES

NO

1311 NO

MOVE CHARACTER
TO REJECT CACHE

CHARACTER
RECOGNIZED

YES — 1306

BUILD TEMPLATE;
MOVE IDENTIFICATION
TO GALLEY — 1307

END

BUILD
TEMPLATE;
MOVE

**FIG_13**

CONTEXT
ANALYSIS

PREPARE
LINE — 1501

FIRST PASS — 1502

DETERMINE
CHARACTER SIZES — 1503

SECOND PASS — 1504

FINAL
CLEAN-UP — 1505

END

**FIG_15**



**FIG_14A**



**FIG_14B**



**FIG_14C**

5,436,983

1

## OPTICAL CHARACTER RECOGNITION METHOD AND APPARATUS

This is a divisional of application Ser. No. 07/799,549, filed Dec. 27, 1991 now U.S. Pat. No. 5,278,918, which is a continuation of application Ser. No. 07/230,847, filed Aug. 10, 1988 now U.S. Pat. No. 5,131,053.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the field of optical character recognition systems and, more specifically, to a method and apparatus for performing optical character recognition of printed text.

### 2. Prior Art

A number of optical character recognition (OCR) systems are known in the art. Typically, such systems comprise apparatus for scanning a page of printed text and performing a character recognition process on a bit-mapped image of the text. The characters may then be stored in a file on a computer system for processing by a word processor or the like.

Some known OCR systems comprise a hand held scanner for scanning a page. In such systems, the individual performing the scan, sweeps the hand held device over printed text on the page and will normally avoid scanning of graphics or non-text portions of the page. Normally, the page is scanned in the order in which it is normally read (i.e. the scan is performed down columns, scanning across columns from left to right).

Other known systems comprise a ruler apparatus which may be utilized for measuring or indicating portions of the text which are to be processed by the OCR system. Some of such systems are capable of discriminating graphic portions of the indicated page areas from text portions. However, such a system still requires manual intervention to mark off text in the order it is normally read and to mark off graphics portions.

Other systems utilize a registration mark to indicate the beginning of columns of text. These systems still require manual intervention to add registration marks.

Therefore, as one object of the present invention, it is desired to develop an optical character recognition method and apparatus which allows for scanning of a page of text without requiring manual intervention to mark off columns or otherwise indicate the normal order in which the text will be read. Further, it is an object of the present invention to develop an optical character recognition system which allows for a page of mixed text and non-text images to be scanned and for the system to recognize and distinguish between text and non-text for purposes of processing.

Known optical character recognition systems may be generally divided into two categories. Optical character recognition systems in the first category recognize either a single font or a limited number of fonts and their input is usually restricted to monospaced type of a specific point size. Optical character recognition systems in the second category are typically termed omnifont systems. Such systems are capable of recognizing a large number of typefaces in a wide range of point sizes, either monospaced or proportionally spaced. In general, optical character recognition systems which recognize a large number of typefaces are not capable of

2

processing documents as quickly as systems which recognize a limited number of specific fonts.

It is another object of the present invention to develop an optical character recognition system which allows for recognition of any number of typefaces while still allowing for the rapid processing of documents.

These and other objects of the present invention will be described in more detail with reference to the Detailed Description of the Present Invention and the accompanying drawings.

## SUMMARY OF THE INVENTION

An optical character recognition method and apparatus is described. The system of the present invention comprises a scanning means for scanning a document and producing a bit-mapped image of the document. The scanning means is coupled with a computer system having a memory for storing the bit-mapped image and a processor for processing the bit-mapped image and providing as output, data representing the characters on the page.

The present invention discloses methods and apparatus to allow the page to be scanned and characters on the page to be recognized and output in an order which is logically the same order as that employed by a person reading the page. The present invention accomplishes this object by parsing the page into a plurality of blocks and outputting the blocks to a character recognition process in an order which is usually the logical reading order of the page.

The present invention further discloses a character recognition process comprising a combination of a template matching process and a feature analysis process. The feature analysis process allows characters to be recognized based on their shapes. Utilizing the feature analysis process of the present invention, it is possible to recognize characters in any number of different fonts. Further, by utilizing the template matching processes of the present invention in concert with the feature analysis processes, reasonable throughput of documents is achieved without the requirement of providing template libraries.

The present invention further discloses a context analysis process which completes the recognition process by iteratively resolving ambiguities of shape so as to minimize the number of typographic or semantic inconsistencies; residual inconsistencies are flagged as low confidence level identifications. .. The present invention further discloses a number of techniques to provide for template matching such as producing representations of characters showing bits in a bit-mapped image of the character which must be off for the character to be recognized and, similarly, producing representations showing bits which must be on. This technique allows for recognition of characters within certain tolerances. The present invention further discloses a process for recognizing characters using character templates when characters are joined closely together.

Further, the present invention discloses use of a plurality of routines utilized in the feature analysis process. Each of these plurality of routines is designed for recognition of one character shape. The present invention discloses methods of describing characters with statistical information and fitting polygons onto different views of the shape of the character. Based on this statistical information and the polygons, the feature analysis processes are able to recognize shapes of characters.

5,436,983

3

The present invention further discloses a number of methods for distinguishing between text and graphics in a document. During processing of a document for purposes of character recognition, the present invention identifies areas of a document which contain graphics and ignores such areas during the recognition process. The present invention discloses methods of measuring the relative texture of small areas of the document in order to determine whether the area contains text or graphics.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall flow diagram of the optical character recognition process of the present invention.

FIG. 2(a) is a flow diagram of an overall parsing process of the optical character recognition process of the present invention.

FIG. 2(b) is a flow diagram illustrating a page parsing process of the present invention.

FIG. 2(c) is a flow diagram illustrating a block parsing process of the present invention.

FIG. 2(d) is a flow diagram illustrating a line parsing process of the present invention.

FIG. 3(a) illustrates a portion of a page as may be processed by the apparatus and methods of the present invention.

FIG. 3(b) illustrates a bit-mapped image of the portion of the page of FIG. 3(a).

FIG. 4 is a flow diagram illustrating a method of the present invention for producing a text map array.

FIG. 5 is a flow diagram illustrating a method of the present invention for de-skewing a page.

FIG. 6 is a flow diagram illustrating a method of the present invention for locating paths in a scanned page.

FIG. 7 is a block diagram illustrating two data structures of the present invention.

FIG. 8 is a flow diagram illustrating a method of the present invention for locating blocks.

FIG. 9 is a first page image as may be scanned by the apparatus and methods of the present invention illustrating the first page image being divided into a plurality of blocks.

FIG. 10(a) is second page image as may be scanned by the apparatus and methods of the present invention illustrating the second page image being divided into a plurality of blocks.

FIG. 10(b) is a second illustration of the second page image as may be scanned by the apparatus and methods of the present invention.

FIG. 11(a) is an overall flow diagram of a character recognition process as may be utilized by the present invention.

FIG. 11(b) is a flow diagram of a template matching process as may be utilized by the present invention.

FIG. 12(a) is an illustration of a bit-mapped image of a character as may be utilized by the present invention.

FIG. 12(b) is an illustration of a second version of a bit-mapped image of a character as may be utilized by the present invention.

FIG. 13 is a flow diagram of a feature analysis process as may be utilized by the present invention.

FIG. 14(a) is an illustration of a first character window as may be utilized by the present invention.

FIG. 14(b) is an illustration of a second character window as may be utilized by the present invention.

FIG. 14(c) illustrates a polygon fitting method of the present invention.

4

FIG. 15 is a flow diagram of a context analysis process as may be utilized by the present invention.

## DETAILED DESCRIPTION OF THE INVENTION

An optical character recognition system is described. In the following description, numerous specific details are set forth such as pixel densities, byte sizes, etc., in order to provide a thorough understanding of the present invention. It will be obvious, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known circuits, structures and techniques have not been shown in detail in order not to unnecessarily obscure the present invention.

Referring now to FIG. 1, an overall flow diagram of the present invention is shown. Utilizing methods and apparatus of the present invention, first a page is scanned, block 101. As will be described, the present invention is capable of isolating and translating the text on a page not only when the page contains only text but also when the page contains a combination of text and non-text areas. Further, the present invention requires no manual intervention to indicate the normal order of reading the text.

After scanning the page, the page is parsed, block 102. Parsing of the page will be described in more detail below and may generally be divided into the functions of page parsing, block parsing and line parsing. After parsing the page, the shapes of individual characters are recognized through a character recognition process, block 103. The present invention is capable of recognizing characters in any number of character fonts.

A process termed context analysis is employed to examine the relative sizes and positions of the shapes recognized during the character recognition process to divide the text into words and to resolve ambiguity of shape, block 104.

Finally, the recognized characters are formatted for output, block 105.

## SCANNER

The method and apparatus of the present invention, in its preferred embodiment, is designed to work in conjunction with commercially available microprocessors with 32-bit address spaces. Examples of such microprocessors are the Motorola 68020 and the Intel 80386 microprocessors.

It will be obvious to one of ordinary skill that the present invention may be practiced with any number of computer systems having a processor and memory available for practicing the described methods.

The scanner of the present invention may be any one of several known scanners presently commercially available or may comprise a yet unannounced scanner means. The present invention is designed to work in conjunction with a scanner which is capable of scanning a page of printed information and producing a bit-mapped image of the page. The present invention, in its preferred embodiment, seeks to utilize low-cost optical scanners and personal computer systems in order to provide a low-cost economical optical character recognition system.

## PARSING

After a page is scanned, a bit-mapped image of the page is stored in the memory of a computer system or in other means capable of storing such a bit-mapped im-

5,436,983

5        6

age. With reference to FIG. 2(a), the parsing process begins with page parsing, block 201. The page parsing process acts on the bit-mapped image to divide the page into a plurality of blocks. The page parsing process attempts to divide the non-blank portions of the page into..a plurality of blocks and attempts to distinguish between text and non-text or graphics. The page parsing process attempts to ensure that any individual block contains either only text or only non-text. Blocks containing only non-text are eliminated from further processing.

Briefly, the page parsing process, block 201, analyzes the texture of the scanned image to separate text from graphics and to detect the presence of columns and headlines. Based on a normalized two-dimensional measure of the local density of black-to-white transitions, areas on the page are characterized as either graphics, text or rulings. The areas are grouped into blocks by finding paths of white space surrounding areas of similar texture (e.g. having similar density of black to white transitions). If they are not separated by rulings or excessive white space, adjacent blocks with similar characteristics of texture and alignment are merged together. The page parsing process, block 201, then analyzes the relative placement of blocks to determine which blocks overshadow other blocks in terms of line height, block width and vertical position on the page. The page parsing process can then construct a reasonable interpretation of the page layout. The final output of the page parsing process block 201, is an ordered set of block descriptors that trace the normal reading sequence implied by the derived page layout.

A block parsing process block 202, analyzes black-to-white transitions to compute degrees of skew and locate horizontal paths that divide a given text block into individual lines of text. The block parsing process, block 202, detects vertical rulings and eliminates the ruling from further processing.

The line parsing process, block 203, searches each line from left to right locating vertical paths of clear space. Such vertical paths typically separate individual words and characters from each other. The sections delimited by clear space are processed from the left end of each line and are passed to the recognition routines in a buffer.

A character recognition algorithm, block 103, processes the buffered sections to attempt to recognize individual characters. As will be explained in more detail with reference to the character recognition processing section below, unrecognized line sections are run through a number of processing steps in an attempt to recognize characters. A "delining" process locates and erases from view of the character recognition process underlinings and horizontal rulings. An "unkerning" process isolates characters that are separated by sinuous paths of free space. A "blanding" process erases "pepper" noise. A "thinning" process thins extremely condensed characters to make them recognizable. A "patching" process mends slightly broken character shapes. Line sections which still remain unidentified after applying these processes are buffered in a reject cache for later processing by a "side matching" process and a context analysis process, block 104.

## PAGE PARSING

Referring now to FIG. 2(b), a flow diagram of the page parsing process is shown in more detail. The purpose of the page parsing process is to accept as input the bit-mapped page image and provide as output an ordered list of blocks of text. After a page is scanned, a bit-mapped image of the page is produced. From this bit-mapped image, three arrays are produced, block 212.

In the preferred embodiment, the page image is scanned at a resolution of 300 dots per inch, and the parsing process produces its arrays by analyzing every eighth scan line of the page image. It has been determined experimentally that sampling the page every eighth scan line (every 8/300th of an inch in the preferred embodiment) gives sufficient resolution to locate and categorize occupied areas on the page. Further, utilizing only every eighth scan line of the image substantially reduces processing time and storage requirements. However, it will be obvious to one of ordinary skill in the art that different samplings may be utilized without departure from the spirit and scope of the present invention.

Referring to FIG. 3(a), an enlarged portion of a page 300 is shown. The portion of the page 300 shown represents an area of a page which may be covered in 40 scan lines of the preferred embodiment. Each of the squares, such as square 301, represents an area 8 scan lines high and 8 bits wide. The area of the page shown 300 comprises an area 5 squares high and 4 squares wide.

Referring to FIG. 3(b), a bit-mapped image of the same portion of a page is shown. FIG. 3(a) and FIG. 3(b) are illustrative of a problem encountered in optical character recognition systems. In such systems, a letter, such as the letter "0" 302 in FIG. 3(a), may be represented by a relatively rough approximation of the letter "0" such as the representation 312 in FIG. 3(b). Further, text and graphics may be intermixed on a single page. For example, graphics image 303 is shown mixed with the text of FIG. 3(a). The equivalent bit-mapped area is shown at 313. It is obvious to one of ordinary skill in the art that images may suffer from further problems of clarity and crispness as a result of being transformed to a digital bit-mapped image.

A first array generated by the page parsing process of the preferred embodiment is a horizontal population count array. Each element in this array contains a count of the number of one ("1") bits in four consecutive bytes (32 bits of a sampled scan line). Therefore, the area represented by each element of this array is 32 bits wide by 8 bits high. For example, with reference to FIG. 3(b), the 32 bits at scan line 320 has 14 1-bits. Therefore, the 8-bit high by 32-bit wide area, contained in blocks 331, 332, 333 and 334, is represented in the horizontal population count array by an element containing the value 14, the total count of one bits in scan line 320. Scan line 321 has 0 1-bits, line 332 has 9 1-bits, line 323 has 5 1-bits and line 324 has 26 1-bits and each of these 8-bit high by 32-bit wide areas would be represented in the horizontal population count array with corresponding values.

A second array utilized by the preferred embodiment of the present invention is a vertical population count array. Each byte in the vertical population count array contains the total number of one ("1") bits in 4 bytes, one byte from each of four consecutive sampled scan lines. For example, an entry in the vertical population count array may represent bytes 340, 341, 342 and 343 and have a value of 4 (byte 340 has 2 1-bits, byte 341 has 0 1-bits, byte 342 has 2 1-bits and byte 343 has 0 1-bits). In the preferred embodiment, the vertical population count array comprises an array in which rows of the array represent columns of the bit mapped image and

5,436,983

7

columns of the array represent rows of the bit-mapped image. This leads to processing efficiencies in the implementation of the preferred embodiment.

A third array built by the page parsing process of the preferred embodiment is a horizontal phase change array. Each entry in this array represents 32 bits of a sampled scan line and, therefore, the horizontal phase change array has the same dimensions as the horizontal population count array. Each array element contains the count of horizontal phase changes (transitions between runs of is and runs of 0s) in the 32 bits. The area represented by each element of the horizontal phase change array is 32 wide by 8 bits high. For example, the 32 bits at line 320 have 7 transitions from 1s to 0s or from 0s to 1s, the 32 bits at line 321 have no transitions, the 32 bits at line 322 have 8 transitions, the 32 bits at line 323 have 2 transitions and the 32 bits at line 324 have 2 transitions.

Based on the horizontal population count and horizontal phase change arrays, a text map array is produced, block 213. Each element of the text map array represents an area 32 bits wide by 8 bits high.

Referring to FIG. 4, a flow diagram of the process for constructing the text map array is illustrated. The text map array is built by a process which scans down each column of the horizontal population count array searching for a non-zero element, block 401. A non-zero element in the horizontal population count array indicates the presence of text, graphics or rulings in the corresponding area of the bit-mapped image. After finding a non-zero element, the process searches down the column of the horizontal population count array for a zero element. For each element processed in a run of non-zero elements, the corresponding horizontal phase change counts are summed. The process also counts the total number of elements in a run of non-zero elements, block 402.

If the number of rows in a run is greater than or equal to 2 and less than or equal to 12, branch 403, and the summed total of the phase change counts is greater than or equal to 8 and less than or equal to 22, branch 404, the corresponding area of the bit-mapped image has the textural signature of text. The text map array elements corresponding to each of the row elements in the run are set to a code indicating text is present, block 405. In the preferred embodiment, these elements are set to a value of TXTX.

If the row count is not greater than or equal to 2 and less than or equal to 12, branch 406, a check is made to determine if the row count is greater than or equal to 24, branch 407. If the row count is greater than or equal to 24, the corresponding area of the bit-mapped image contains a vertical ruling. The text map array elements corresponding to the horizontal population count elements in the run are set to a value indicating a vertical ruling is present, block 408. In the preferred embodiment these elements are set to a value of TXVR.

If the row count is less than 2 or between 12 and 24, branch 409, it is an indication that graphics are present. The corresponding text map array elements are set to a value indicating graphics are present, block 410. In the preferred embodiment these elements are set to a value of TXGR.

If the row count lies between 2 and 12, but the phase change count is either less than 8 or greater than 22, branch 411, it also indicates the presence of graphics. The corresponding text map array elements are set to

8

the code indicating the corresponding bits of the bit-mapped page image contain graphics, block 412.

If the end of the horizontal population count array has not been reached, branch 413, column-wise processing continues, searching for the next non-zero element, block 401. Otherwise, processing is completed, branch 414.

It has been determined experimentally that the above process for determining whether areas of the bit-mapped image contain text, graphics or vertical rulings is a reasonably accurate mapping. Typically, characters in ordinary text occur in a wide range of heights normally occupying 2 to 12 sampled scan lines. Therefore, the above process tests for run row counts of non-zero elements in the range of 2 to 12 lines.

It has also been determined experimentally that although larger height characters have fewer phase changes in each sample than smaller height characters, the total number of phase changes in a given run of non-zero elements remains substantially constant over a character size range of approximately 4 to 24 points. Therefore, in the presently preferred embodiment a phase change count total for a run of non-zero elements in the horizontal population count array between 8 and 22 is an indicator of printed text.

The page parsing process then makes another pass to attempt to locate relatively large text, block 214. The procedure for locating large text is essentially the same as the procedure described above for building the text map array except that the procedure for locating large text examines every fourth scan line and fourth element in the phase change array. Thus, the large text routine looks at the bit-mapped image with approximately ¼ of the resolution of the process for locating normal sized text and identifies text up to four times larger. In the preferred embodiment, the largest text found by this routine is 48 sample scan lines high. At 300 scan lines per inch, this is equivalent to text of 1.28 inches in height or about 92 points. Text map array cells corresponding to areas in the bit-mapped page image which are found to contain large text by the above process are set to a value to indicate they contain large text. In the preferred embodiment this value is TXTH.

The page parsing process attempts to locate and isolate blocks containing only text from blocks containing only white space, blocks containing graphics, or blocks containing vertical rulings. As part of this process, in the preferred embodiment, the page parsing process attempts to determine the approximate skew of the page and adjust the text map array and the vertical population count array for such skew, block 215.

Referring to FIG. 5, a flow diagram illustrating the method utilized by the preferred embodiment of the present invention for deskewing a page is illustrated. First, a skew total and a sample count variable are initialized to zero, block 501.

The text map array is then scanned down each column searching for runs of text cells, block 502. When a run of text cells is located a first variable, utilized when examining cells to the left of the present text cell (LEFT), is set to −1. A second variable, utilized when examining cells to the right of the present text cell (RIGHT), is set to 1, block 503.

For each text cell following the first text cell in the run, cells to the left and right of the text cell in the text map array are examined. If the cell to the left is empty (i.e. the cell is not indicated as containing text, graphics or vertical rulings using the above-described TXTX,

5,436,983

9                                                          10

TXVR, TXTH or TXGR codes), the skew total variable is incremented by the current value of LEFT and the sample count variable is incremented by 1. If the cell is occupied (it contains TXTX, TXVR, TXTH or TXGR), LEFT is set to 1 and the skew total variable and sample count variable are not modified, block 504. If the cell in the text map array to the right of the current cell is empty, the skew total variable is incremented by the value of RIGHT and the sample count variable is incremented by 1. If the cell is occupied, RIGHT is set to −1 and the skew total variable and sample count variable are not modified, block 505.

If there are more cells in the run of text cells, the processing of blocks 504 and 505 is repeated for those cells, branch 506. Otherwise, branch 507, if there are more cells in the text map array they are scanned for another run of text cells, branch 508. After the entire text map has been examined, branch 509, an approximate skew for the page is computed and the text map array and vertical population count array are shifted to compensate for the calculated skew, block 510. The approximated skew is calculated by dividing the skew total variable by the sample count. This process yields an approximation of the skew for the page in number of rows per 4,096 columns. The text map and vertical population count arrays are then adjusted.

The above described process for adjusting for skew assumes that text on a page is generally arranged in horizontal lines on the page. The text map array of the present invention has good vertical resolution (to within 1/38th of an inch). When a page is skewed, blank cells will tend to appear in what should be text cells. The above-described method utilizes these assumptions to determine an approximate skew.

After adjusting for an approximate skew, horizontal and vertical paths of white space through the text are located, block 216. The purpose of locating these paths is to isolate blocks of text. In the preferred embodiment, the deskewed text map array is examined for horizontal paths of white space (white space may be defined as Cells in the text map array which are not coded with TXTX, TXVR, TXTH or TXGR). The method of the present invention considers an area to be a horizontal path if a white space area exists which is at least 8 pixels wide and 192 pixels long in the horizontal direction of the page. Similarly, vertical paths are located utilizing the text map array. The preferred embodiment of the present invention considers an area to be a vertical path if it is a white space area which is at least 16 pixels wide and 192 pixels long in the vertical direction of the page. The above-mentioned lengths and widths for horizontal and vertical paths have been determined experimentally by the Applicant to locate horizontal and vertical paths through printed text.

Referring now to FIG. 6, a flow diagram illustrating a method utilized by the preferred embodiment of the present invention for locating paths through the text is illustrated. As a first step in locating paths, a process is utilized to cause top, bottom, left and right margins of the page to be effectively ignored, block 601.

The preferred embodiment of the present invention accomplishes masking of the margins by creating a version of the vertical population count array in which each cell of the vertical population count array represents a 32×32 pixel square area of the original bit-mapped image. Effectively, each cell in this version of the vertical population count array represents four consecutive cells in a column of the original vertical population count array. The compressed version of the vertical population count array is then "smeared".

Smearing is a technique utilized by the present invention to shift an image in a number of directions and to preform a logical OR operation on the original bit-mapped image and the shifted bit-mapped image. Effectively, this technique expands areas containing text or graphics while narrowing the intervening spaces and margin areas. Remaining white margin areas are marked as unavailable for the path finding process in the vertical population count array. The smearing technique is described in more detail with reference to the description of character recognition, below.

An array called a path map array is then created for storing horizontal and vertical path information, block 602. The path map array has the same resolution as the text map array. Each column represent 32 bits of a sampled scan line and each row represents a sample taken every 8th scan line of the image. In the path map array, the existence of a horizontal path is indicated by setting one of the bits in an entry in the array; the existence of a vertical path indicated by setting another one of the bits in the entry.

In the preferred embodiment, as a first step in populating the path map array, the left most and right most columns and the top and bottom rows of the path map array are set to indicate the presence of paths. This step ensures that a path that runs into the margin of a page will generate a block. When fully populated, the path map array outlines blocks of text and blocks of graphics with horizontal and vertical paths.

After the path map is created and the left most and right most columns and top and bottom rows of the path map are initialized, horizontal paths are generated, block 603. Each row of the text map array is scanned for runs of empty entries (i.e. entries that are not set to TXTX, TXVR, TXTH or TXGR). If a run is at least a predetermined number of bytes in length, horizontal path bits in the corresponding entries in the path map array are set. In the currently preferred embodiment, the predetermined number of bytes is 6. Each horizontal path that is found utilizing this process is extended by one column to the left of the horizontal path and by one column to the right of the horizontal path. This ensures that the horizontal paths at block edges will meet vertical paths at the edge of the block even if there is either graphics or a headline within 32 pixels of the left or right edge of the block.

The text map array is then scanned to find vertical rulings (i.e. entries which are set to TXVR), block 604. The corresponding entries in the path map array have a bit set to indicate that there is a vertical ruling at that location in the image. This bit will be examined in a later processing set in which relatively narrow paths are removed from the path map array.

Next, vertical paths are populated in the path map array, block 605. Each row of the vertical population count array is scanned for runs of empty entries. If a run is at least a predetermined number of entries long, it is considered as a possible vertical path. In the preferred embodiment the predetermined number is six. If either end of a vertical path fails to coincide with a horizontal path, the vertical path is truncated until it does coincide at both ends with a horizontal path. Vertical paths always extend from an intersection with a horizontal path to an intersection with another horizontal path.

The path map is then examined and all vertical paths which are only one entry wide are removed unless the

5,436,983

**11**

entry indicates the vertical path was set because of a corresponding vertical ruling in the image. The path map is then scanned again and portions of horizontal paths are erased where they do not begin and end at a vertical path, block 606.

A block locating routine, block 217, utilizes data structures previously built by the page parsing process, such as the page map array, and builds two new data structures; a block map array and a block list.

Referring now to FIG. 7, the block map array 701, comprises an array of the same dimensions as the text map array. Each 1-byte cell in the block map array, such as cell 702, contains a block number for that cell. Cells which have not yet been designated as part of a block are designated in the preferred embodiment with a 0. In the preferred embodiment there can be a maximum of 255 blocks per page image. The block number, such as block number 1 at cell 702, is a pointer into a block list 703. Each entry in the block list comprises information about each block such as coordinates of the block, column 705, cell count information, column 706, and distance to other blocks, column 707. The coordinate information 705 comprises information on each block's top most, bottom most, left most and right most pixels. The cell count information 706 comprises information on the number of text cells, number of large text cells and number of graphic cells within the boundaries of the block.

Referring now to FIG. 8, the process of locating blocks, block 217 from FIG. 2, comprises the steps of a block finding routine first scanning through columns of the path map, block 801. The block finding routine scans each cell of the path map for cells which have neither horizontal or vertical paths through them. After finding a cell which has neither a horizontal or vertical path through it, the block finding routine checks the corresponding cell in the block map array. If the corresponding cell in the block map array is unoccupied (i.e. current value is a 0), the block finding routine calls a block carving routine, block 802. The block carving routine examines the path map array for the current cell to find vertical paths on the left and right sides of the current cell. The block carving routine then scans up rows of the path map array. For each row, the block carving routine locates vertical paths on the left and right of each cell above the current cell. When the block carving routine locates a cell whose left or right edge, as determined by the vertical paths, differs from the left or right edge, respectively, of the current cell by more than 1 cell, the block carving routine creates a horizontal path at that cell. The block carving routine similarly processes down the column of the current cell to determine the bottom row for the current block. This process produces a roughly rectangular block to be processed by later described methods of present invention.

After the block carving routine has determined the left, right, top and bottom edges of a roughly rectangular block of cells, a block statistics routine, block 803, is utilized to mark other cells as belonging to the same block. The block statistics routine marks each cell in the block map array bounded by the left, right, top and bottom paths of the current block as belonging to the current block. Further, the block statistics routine counts the number of text cells and graphics cells in the current block by examining the text map array. The relative number of text cells versus graphics cells is used in determining whether the block is classified as a text

**12**

or graphics block for later processing. The block statistics routine further gathers information on the average length of runs of occupied cells in the text map array for each column in the block. This information is used to determine the approximate height of the characters in the text blocks. The block statistics routine further histograms the number of runs of occupied cells in the columns of the text map array. The median point in this histogram approximates the number of lines of text in the block. The block statistics routine also computes the extreme left, right, top and bottom coordinates of the block. As discussed above, the above described coordinate, count and statistical information is stored in the block list, block 703.

As previously described, the block list of the present invention allows for only 255 entries. The number of entries is limited in the preferred embodiment to allow for certain processing efficiencies. However, it will be obvious to one of ordinary skill in the art that a different number of entries may be utilized in the block list without departure from the spirit and scope of the present invention. In the preferred embodiment, if more than 255 blocks are found utilizing the above-described process, the process is repeated requiring a wider vertical path width to determine block boundaries. It will be further obvious that the present invention could employ a method of requiring wider horizontal paths as well as vertical paths.

After completing processing for a first block, processing continues with the block finding routine, block 801, if more cells remain to be processed, branch 804. After processing has been completed for all cells in the block map array, branch 806, the process of locating blocks is completed.

Blocks are then grouped, block 218. Blocks are grouped according to their location relative to one another, their contents (graphics or text) and their texture (font size and line spacing). Block grouping information is recorded in a group list. Each block in the block list is assigned a group number. The group number is used as an index into the group list.

For each block in the block list, the block map array is scanned above the block, below the block, to the left of the block and to the right of a block. Blocks which are of a different type or texture are not grouped together. Further, blocks which are more than a predetermined vertical distance apart or more than a predetermined horizontal distance apart are not grouped together.

Referring now to FIG. 9, an example of grouping blocks is shown. For example, each of block 1, block 6 and block 11 are grouped as group 1, 901. In the particular example, these blocks might comprise a heading on the page. A heading is often distinguished by having a larger type font than the rest of the text on the page. Because of the different font size, these blocks would be grouped together and not grouped with the remaining blocks on the page.

Block 2, block 3, block 4 and block 5 are grouped together as group 2, 902. The method of the present invention examines blocks adjacent to a current block to determine whether the horizontal distance H 903 is greater than a predetermined value. In the currently preferred embodiment, this predetermined value is 6 columns of cells. Since the horizontal distance H 903 between block 2 and block 7 is greater than the predetermined horizontal distance limit, blocks 7 and 8 are not grouped with group 1.

5,436,983

13

Blocks 7 and **8** are grouped together as group **3**, **904**. Blocks 9 and 10 are grouped separate from blocks 7 and **8** and designated group **4**, **906**, because the vertical distance **905** between block **8** and block 9 exceeds a predetermined limit. In the preferred embodiment, the predetermined limit for vertical distance between blocks is 12 rows of cells. Blocks **12**, **13**, **14** and **15** are grouped together as group **5**, **907**. Block 16 is grouped separately as group 6, **909**. Block 16 is not grouped with blocks **12**, **13**, **14** and **15** because of the existence of a graphics block **908**.

The present invention further discloses detecting edges of columns on a page by examining successive blocks down the page to determined if the left edge of each block is approximately lined up with the block below it and to determine if the block is vertically within a predetermined distance from its neighbor. If the block is not approximately lined with the block below it or the block is not a predetermined distance from its neighbor, it is assumed that the blocks are not in a column.

After the blocks are grouped, the block map array is rebuilt using the group numbers rather than the block numbers in each element in the block map array. This reduces subsequent processing requirements.

After completing grouping of blocks, blocks are arranged for output to the line parsing routines, block **219**. The purpose of arranging the groups for output is to attempt to output groups to the line parsing routines in the logical order in which they would be read. Referring to FIG. **10**(a), a block diagram illustrating a page image consisting of **7** blocks of text is shown. The page image comprises a header area **1001** and 3 logic columns of text.

As a first step in arranging groups for output, vertically adjacent groups of blocks are located. Using the information regarding the location of vertically adjacent blocks, a tree is constructed linking the blocks. Each node in the tree represents a text or graphics block and contains pointers to up to 8 blocks above it. If there is more than 1 block above the current block, the pointers are arranged so that blocks are ordered from left to right. The root of the tree is at the bottom of the page. Each block is assigned a node number based on the left-to-right tree traversal order. Node 0 is assigned to **45** the root.

As illustrated in FIG. **10**(a), node **1011** comprises a first vertical group **1002**. Node 2 **1001**, Node 3 **1013**, Node 4 **1014** and Node 5 **10! 5** may comprise a second vertical group **1003** being roughly adjacent to the first vertical group. Node 6 **1016** and Node 0 **1010** may comprise a third vertical group **1004** roughly adjacent to the second vertical group.

To determine the output order of the blocks, the tree is traversed from left to right and each branch of the tree is followed to its end traversing each subbranch from left to right. In general, a node at the end of a branch is output first and nodes from each branch of a subtree or are output before the root node for that subtree.

By way of example, with reference to FIG. **10**(a), to determine the normal output sequence for blocks **0–6** the tree is traversed from right (the root) **1010** to the first node on the left, block **5 1015**. Nodes branching off of block **5 1015** are then traversed from left to right. Therefore, block 1 **1011** is the next block examined. Since no blocks branch off of block 1 **1011**, it is designated as the first block to be pruned from the tree and

sent to the line parsing routines. The next node branching off of block 5 **1015** is block 4 **1014**. Therefore, block 4 **1014** is processed next. Block 4 **1014** has branches. Therefore, it is traversed and block 3 **1013** is examined next. Likewise, branch **1013** is traversed and block 2 **1001** is examined since it branches from block 3 **1013**. As there are no other blocks which branch from block 2 **1001**, block 2 **1001** is the next block output to the line parsing routines. Block 3 **1013**, having no more branches, is the next block to be output to the line parsing routines, followed by block 4 **1014**. Since there are no more blocks branching off of block 5 **1015**, block 5 **1015** is the next block output to the line parsing routines. The root node **1010** continues to be traversed from left to right and block 6 **1016** is processed. Again, since no blocks branch off of block 6 **1016**, block 6 **1016** is the next block sent to the line parsing routines. Finally, since no further blocks branch off of the root node **1010**, the root node is passed to the line parsing routines.

In processing blocks, those blocks designated as graphics blocks are included in the above described traversing and sorting process, however, graphics blocks are not passed to the line parsing routines.

When utilizing the above-described method for outputting blocks to the line parser, certain page layouts tend to obtain erroneous results. For example, in the page layout of FIG. **10**(a) blocks 2 and 3 may be headers. In such a case, the logical reading order of the page would differ from the results produced by the above-described process. Therefore, the output order, in the preferred embodiment of the present invention of blocks, is rearranged by a recursively called routine. The routine is called for each node having more than one upward branch. For example, with reference to FIG. **10**(a), the routine would be called when processing block 5 **1015** and the root block **1010**.

The recursive routine finds the top block of each branch. Starting with the left most branch, the routine examines the nodes on the next branch to the right. If the top of a node of the right branch is higher on the page image than the top of a node of the left branch (either the right node overlaps the left node or the bottom of the right node is above the top of the left node) the subtree on the right branch is grafted onto the left branch. This process repeats for each node which satisfies the above criteria.

For example, block 2 **1001** and node 3 **1013** are both above node 1 **1011** so node 3 **1013** is logically grafted, for purposes of output to the block parsing routines, to node 1 **1011**. The tree after processing by this recursive routine is shown with reference to FIG. **10**(b). In FIG. **10**(b), the block numbers have been reassigned in left-to-right tree traversal order. The new block numbers indicate the order of output to the page parsing routines. The blocks are output to the page parsing routines starting with block 1 **1001**, then block 2 **1013**, block 3 **1011**, block 4 **1014**, block 5 **1015**, block 6 **1016** and then the root node, block 0 **2020**. The logical connection between blocks has been modified at branch **1020**.

A number of final adjustments are made as part of the page parsing process. These adjustments include processes for further merging of adjacent blocks after the block output order is known, enlarging blocks into the white space surrounding the block, constructing a mock-up of the page image showing the placement and order of text blocks, reskewing the block map and path map arrays to reverse for the skew correction applied earlier in the process and building a block descriptor

5,436,983

**15**

array comprising descriptive information about each block.

Importantly, the mock-up of the page image showing the placing and order of text blocks may be displayed on a device such as a graphics terminal by the user. The user may then alter the output order of the blocks if desired. The process allows for user correction of the output order of the blocks where the page parsing routines have made incorrect assumptions regarding the logical reading order of the page.

## BLOCK PARSING

Each block produced by the page parsing routine is passed, in the desired order, to the block parsing routine. The block parsing routine attempts to parse each block into individual lines of text. The block parsing routines utilize data structures built by the page parsing routines and the bit-mapped image of the input block to isolate individual lines and to add data to the block descriptive information in the block list. The data added to the block list comprises information identifying the leftmost column in the block, the width of the block, the height of the block, the number of lines in the block and the starting line number.

After receiving an input block, the block parsing routine computes the skew of the block, block 221 of FIG. 2(c). The skew of the block is computed based on a detailed analysis of the phase change counts in the horizontal phase change array. Next, individual lines are isolated, block 222, by examining the bit-mapped image for the block in conjunction with the phase change count analysis to determine the location of the possibly skewed horizontal white space which separates lines.

The block parsing process isolates and cuts between lines, block 223, by locating horizontal paths of least resistance that most closely approximate the calculated skew. The roughly horizontal path that separates lines of text may be interrupted by characters which have descenders or ascenders. For example, lowercase "g", "j", "p,", "q", and "y", all have descenders. The block parsing routine cuts around such characters to ensure that the tails of such characters are left with the proper line when the line is passed to the line parsing routines.

Whenever the block parsing routine is unable to avoid or skirt around an obstacle within given tolerance levels, the block parsing routine measures the dimensions of the obstacle to determine whether the obstacle is a vertical ruling. If the obstacle is a vertical ruling, the obstacle is erased. If the obstacle is not a vertical ruling, the block parsing routines cut through the obstacle. Individual lines are isolated and buffered for processing by the line parsing routines, block 224.

## LINE PARSING

Each line output by the block parsing routines is used as input to the line parsing routines. The line parsing routines attempt to segment a line of text into individual characters. Referring to FIG. 2(d), the line parsing routines of the preferred embodiment first find all columns in the line that have white space from the top of the line to the bottom of the line, block 231.

The columns or segments having white space from the top of the line to the bottom of the line are then isolated and framed, block 232. To frame segments, the line parsing process determines the left, right, top and bottom boundaries for pixel areas bounded by vertical

**16**

white space. The boundaries are computed such that as little white space as possible is left around the pixel area.

If the resulting "framed" pixel area is wider than 64 pixels (the widest character width that may be processed by the preferred embodiment without reducing the resolution of the character) or the ratio of the width to the height of the framed pixel area is greater than 3 to 2, it is assumed that the framed pixel area comprises more than one character.

In such a case, the framed pixel area may comprise "kerned" characters. Kerned characters are characters which overlap each other, although they do not actually touch. In such a case, vertical white space may not exist between the characters. An example may be the letter "T" followed by "o". If a "T" is placed sufficiently close to an "o" no vertical white space occurs between them.

An unkerning process is applied to such relatively wide pixel frame areas. The unkerning process computes the leftmost clear path from the top of the line to the bottom. A clear path is defined as a list of connected vertical and horizontal segments that trace a clear path between two characters. If the unkerning processing is successful in finding a clear path, the left, right, top and bottom boundaries are recomputed for the pixel frame area to the left of the clear path. If the resulting frame is still wider than 64 pixels or still has a ratio of width to height of greater than 3 to 2 or if no clear path was found, an attempt is made to detect and remove underlining. If the process is successful in removing underlining, the line parsing process again attempts to find vertical white space.

After a pixel frame has been found which is not too wide, a character is considered to have been isolated, block 282 and a character window is created for the character recognition routines, block 233. In the preferred embodiment of the present invention, a character window is a buffer area capable of holding characters up to 128 rows by 128 columns or 64 rows by 192 columns. If the pixel frame is too large to be placed into a character window, the pixel frame is scaled to allow it to fit into the window. The pixel frame is copied one row at a time into the window. If the framed pixel area was derived as a result of an unkerning process, the right border of the pixel area is defined as the clear path found during the unkerning process. Otherwise, each row copied into the window consists of the bits in corresponding rows of the pixel frame area between vertical white spaces (i.e. the presumed isolated character).

Any window which is built which has a column width of more than 128 pixels is put into a reject cache for later processing. Otherwise, the character recognition routines are called and the window is passed to the character recognition routines, block 234. If a character is successfully processed by the character recognition routines, a code for its recognized shape is placed in a buffer area termed a "galley". Windows which are rejected by all of the character recognition routines are added to the reject cache for later processing.

## CHARACTER RECOGNITION

Referring now to FIG. 11, the character recognition process comprises the steps of template matching, block 1101, followed by feature analysis, block 1105, if the character was not recognized by the template matching step, block 1101.

The template matching process, block 1101, attempts to match characters passed in windows from the line

5,436,983

17

parsing process to templates of already identified characters. The feature analysis process, block 1105, attempts to recognize features of characters which could not be matched to templates. Based on recognizing these features, the character shapes are identified.

As one inventive aspect of the present invention, characters which are recognized by the feature analysis process are used as templates for recognition of later occurring characters. In the preferred embodiment, a template cache is built for each new document. The template cache comprises characters which have been recognized through the feature analysis process for the current document. Characters in the template cache are utilized in the template matching process. By building the template cache based on characters recognized in the document through the feature recognition process, the present invention allows for recognition of any font which is recognizable with the feature analysis routines. By combining elements of feature analysis and template matching, the present invention offers the performance advantages of a template matching system with the omnifont characteristics of a feature analysis system.

TEMPLATE MATCHING

The template cache comprises information for each available template for the current document. For each template, a header field contains identification information for that particular template. The header field also comprises offset pointers to three pixel patterns which are used by the template matching process.

The first pixel pattern is the original pattern of the character as recognized by the feature analysis process. In the preferred embodiment, the original pattern of x rows by y columns is stored as a two-dimensional array with the rows zero padded up to a word boundary.

A second pixel pattern, termed a "must-be-off" pattern, is derived from the original pattern. The must-be-off pattern comprises $x+1$ rows and $y+1$ columns with the rows also being zero padded to a word boundary.

A third pixel pattern, termed a "must-be-on" pattern, is derived from the original pattern and comprises $x-1$ rows by $y+1$ columns. The actual image of the must-be-on pattern only occupies $x-2$ rows by $y-2$ columns. However, in the preferred embodiment an area of $x-1$ rows by $y+1$ columns is reserved for processing convenience to ensure that the array is as wide as the must-be-off array.

As will be apparent from the following description of the template matching methods of the present invention, characters will be recognized by the template matching process when the characters are within certain predetermined tolerances of the templates. Allowance for characters being within predetermined tolerances is essential because two bit-mapped images of the same character rarely, if ever, match exactly. Image digitization is sensitive to differences in registration and the digitization process itself introduces edge noise. Furthermore, characters are often broken or otherwise deformed due to poor image quality when the characters were originally printed, when the substrate which is being scanned has been copied or when the substrate is optically scanned for the character recognition process. Therefore, a simple bit-by-bit comparison is not adequate for a recognition process. The must-be-on and must-be-off image patterns are utilized by the present invention to allow for some margin of difference between characters.

18

The must-be-off array comprises a pixel image indicating which pixels in the window must be off (i.e. be set to 0) in order for the window to be considered a match against the template. Referring to FIG. 12(a) a bit-mapped image of the character e 1201 is illustrated. The x's in character e 1201 designate pixels which are on in the original image in the template cache.

In the preferred embodiment, the must-be-off image indicates pixels which are one or more pixels away from any on pixel in the original bit-mapped image. FIG. 12(b) illustrates the character e 1202 showing the must-be-off pixels as dashes. In the preferred embodiment, the must-be-off pixels are computed by "smearing" the original pixel image. The smearing is accomplished by performing logical OR processes on each row of the original pixel image. Each row of the original pixel image is logically OR'ed with a copy of itself shifted left one bit. The result is logically OR'ed with the original row shifted right one bit. The result of this step is logically OR'ed with the result of applying the same step to the row immediately prior to, or above, the current row. The result of this step is logically OR'ed with the similarly processed row immediately subsequent to or below the current row. The result of this operation is an image of the original character in which every pixel of the original bit-mapped image is surrounded by eight on pixels; the pixel above, below, to the right, to the left, and the 4 pixels at 45°, 135°, 225° and 315° from the original pixel. This effectively adds a one pixel layer of girth to the original character image. The complement of the resultant image is saved as the must-be-off pattern.

The must-be-on image comprises a character image showing bits which must be on for a match to occur. In FIG. 12(b), the character image of the character e 1202 is illustrated with plus signs showing pixels which must be one for a match to have occurred. To compute a must-be-on image, each row of the original pixel image is logically AND'ed with a copy of the row shifted one bit to the left. The result is logically AND'ed with a copy of the row shifted one bit to the right. That result is logically AND'ed with a similarly processed image of the row immediately above the current row. The result of the operation is then logically AND'ed with the similarly processed row immediately below the current row. When performing the logical AND operation with the rows above and below the current row, the above and below rows have been logically AND'ed with images of themselves as described in the first two steps of this process before performing the logical AND operations with the current row. This process produces an image of the original character in which only those pixels which were surrounded on all eight sides remain on. Effectively, this causes the image to be one pixel layer less thick than the original image.

Utilizing the must-be-on and must-be-off arrays for comparing the input characters to templates allows for tolerances to be used in performing the matching. Although the preferred embodiment allows for a one pixel tolerance in testing for matches, it will be obvious to one of ordinary skill in the art that alternative embodiments may allow for different tolerance levels. An alternative embodiment which allows for less stringent tolerances may lead to higher early match rates and, thus, faster processing. However, such an embodiment may have a greater rate of errors in identification of characters due to the less stringent tolerances.

5,436,983

19 20

Referring now to 11(b), each time a new window comprising unidentified pixel information is received from the line parsing routine, must-be-on and must-be-off images are created for the unidentified image using the above-described processes, block 1120. The unidentified image in the window is then compared against characters in the template cache. The characters are ordered, for purposes of comparison, in a most recently matched order. Each time a match occurs against a template a counter stored in the template header is incremented.

When a template is first created as a result of being recognized by the feature analysis routines, the template's match counter is set to 0. In the preferred embodiment, new templates (i.e. templates with a match count of 0) are inserted at the beginning of the template queue. When an unidentified image processed by the template matching routines matches a particular template, the particular template's match count is tested to determined if the match count is 0. If the match count is 0, the preferred embodiment of the present invention examines the image in the character window utilizing the feature analysis routines (described below) to obtain confirmation that the image in the character window is the same character as identified by the template. If the feature analysis routines confirm the template and the image in the character window is the same character, the match count is incremented. Otherwise, the process assumes that the template yields unreliable results and the template is discarded from further processing. The recognition of the image in the character window then continues by attempting to match the image in the character window against other templates in the template cache.

The first step in matching an image in a window against the template is to construct must-be-on and must-be-off arrays from the unidentified image, block 1120. Next, a dimension check is made, block 1121. Images which differ from a template in their height or width by more than one pixel can't match the template, branch 1122. If the dimension check is passed, branch 1123, the must-be-on array for the unidentified image in the window is compared against the original bit-mapped image of the template. If all of the pixels in the must-be-on array for the unidentified image are on in the original template, branch 1124, a second test is performed.

The second test determines whether all of the pixels in the must-be-on array for the template are on in the unidentified bit-mapped image in the window. If all such bits are on, branch 1125, the original bit-mapped image of the template is compared against the must-be-off array for the image in the window. All pixels indicated in the must-be-off array for the image in the window must be off in the original template for a match to have occurred. If this test is passed, branch 1126, the unidentified bit-mapped image in the window is tested against the must-be-off array for the template. If all of the pixels indicated by the must-be-off array for the template are off in the bit-mapped image in the window, the template is judged a match and branch 1127 is taken.

As described above if the template has a match count of 0, the image in the character window is also analyzed with the feature analysis routines to confirm the identification. Otherwise, the identification code for the recognized shape is placed in the galley for later processing by the context analysis routines.

If any of branches 1122, 1128, 1129, 1130 or 1131 are taken as a result of not passing the corresponding test described above and if more templates exist in the template cache, branch 1132, the same series of tests are made against each successive template in the template cache until a match occurs or the cache is exhausted.

If there are no more templates in the template cache, branch 1133, none of the current templates match the unidentified image. This occurs whenever the unidentified image differs in font, size or registration from all of the characters in the template cache. The no-match condition may also be a result of characters which, although of the same font and size, are not a close enough match to be within the "edge noise" tolerances of the template matching routines.

In any event, if the image is not recognized, branch 1104 of FIG. 11(a), the feature analysis routines are called using the image in the character window as input, block 1105.

FEATURE ANALYSIS

The preferred embodiment of the present invention discloses use of a plurality of routines for analyzing the features of images passed as input to the feature analysis process to determine the category of the shape of an unidentified image in the character window. The plurality of routines comprises one routine for each unique species of shape in the standard character set. Each of these individual routines is capable of analyzing an image in a character window and providing as output an indication whether or not the image belongs to the generic shape category discriminated by the routine. The character recognition routines are exited when one of the routines responds with a positive indication that the image in the character window is the shape corresponding to that particular routine. If none of the feature analysis routines respond positively, the shape of the image in the character window remains unidentified. In such a case, further processing is performed to try to identify the shape of the image in the character window.

Each of the plurality of routines will be termed an "isit". The name "isit" is useful in describing the routines of the preferred embodiment because the routines determine whether a character in the character window is a particular character (e.g. "is it" an a). In the preferred embodiment isits exist for letters, numerals and special symbols such as commas, quotation marks, semi-colons, etc. It will be obvious to one of ordinary skill in the art that the method of utilizing isits for determining whether an image in a character window is a particular character may be implemented for a wide number of alphabetic character sets. For example, isits may be implemented for cyrillic character sets such as the character set used in the slavic languages or other character sets such as the character sets for Hebrew or Arabic.

In the preferred embodiment, the isits distinguish characters based on their shape. Therefore, characters sharing the same topography are recognized by a single isit. For example, the letter lower case "p" and the letter upper case "P" are recognized by the same isit. The letters lower case "u" and upper case "U" lower case "s" and upper case "S" lower case "o" upper case "O" and zero "0" etc are other examples of characters with the same or similar topography which would be recognized by the same isits. For each shape or topography, characteristics of the shape have been chosen and measured experimentally such that a particular isit can dis-

5,436,983

21

tinguish the shape of its character from the shape of other characters through a wide range of font styles.

In the preferred embodiment, an isit provides as output either an ASCII code for a particular character or a code indicating the character is recognized as belonging to a particular class of characters or a reject code indicating the character is not recognized. An output of the ASCII code for a particular character indicates the character's identification by the isit routine is unequivocal. The ASCII code returned is the standard ASCII code for the particular character. A code indicating the character belongs to a particular class of characters restricts any subsequent feature analysis to a particular set of isits.

Referring now to FIG. 13, a flow diagram illustrating the feature analysis process of the present invention is shown. For each image received as input to the feature analysis process, statistical data from a horizontal window and a vertical window is used by the isits. The horizontal window is the original character window having the bit-mapped image of the character. For example, referring to FIG. 14(a), the character "b" is shown in horizontal character window 1401. A vertical window is derived from the horizontal window 1401, block 1301. The vertical window may be thought of as the image in the horizontal window 1401 laid on its side with each of the rows of the horizontal window reversed in position. For example, FIG. 14(b) illustrates a vertical window for the image of the character "b" in vertical window 1410.

Statistical information is produced by examining the bit-mapped images in the horizontal window 1401 and vertical window 1410. The statistical information comprises profile data, polygon representations of the characters, phase change information, and counts of the number of on pixels in each row of the character.

The present invention's polygon fitting algorithms dampen the effects of noise in the images to be identified and greatly reduce of the volume of data that has to be processed by the feature-direction routines. Further, it has been determined that polygon representations of character images are consistent over a wide range of character sizes, e.g., the character "i" produces substantially the same polygon representations in a wide range of type fonts.

For each face of a character window, profile data and four polygons are derived. The faces of a character comprise the left and right sides 1403, 1404, 1413 and 1414 of the horizontal and vertical windows. The profile data comprises an array having one element for each row of the window. Each element holds a value, measured in columns, representing the distance from the edge of the frame to the first on pixel in that row. For example, referring to FIG. 14(a) the first on pixel in each row of face 1403 would be the first on pixel in the spine of the letter b. For face 1404, the first on pixel for the top half of the letter b would be the first on pixel in the spine of the letter b. For the bottom half of face 1404, the first on pixel for each row is the pixel located at the outside edge of the loop 1405 of the character b.

A first polygon is developed for each face. The polygon comprises a plurality of line segments fitted to a profile of the character viewed from the face. The line segments of the polygon are within a predetermined tolerance value of the profile of the character. For example, with reference to FIG. 14(c), a profile 1420 of the character b viewed from face 1404 of FIG. 14(a) is shown. The points on a polygon for describing this

22

profile are shown at points 1421 through 1429. In the preferred embodiment, there are a maximum of 16 points in the polygon used to described a particular profile and for each segment, its slope and the difference in slope from the prior segment are computed and saved. It will be obvious to one of ordinary skill in the art that a larger number of points may be used to described a polygon with a corresponding increase in processing and memory resources.

The polygon fitting algorithms determine the points such as points 1421 to 1429 on the profile image 1420. The first step in the polygon fitting process is to assign polygon points 1421 and 1429 at each end of the polygon. A recursive routine is called using as inputs the end points of a line segment, such as points 1421 and 1429, the profile image 1420 and a tolerance value. The tolerance value determines the "snugness" of the fit of the polygon to the profile image 1420.

In the preferred embodiment, the tolerance (t) is measured in 128ths of a pixel and is computed based on the long and short dimensions of a window, according to the following formula:

$$\text{Tolerance } (t) = (13/4)x + 64 \text{ if } x < 28; \text{ and}$$

$$(t) = 5x \text{ if } x \geq 28;$$

$$\text{where } x = (3 * (\text{length of the long side}) + (\text{length of the short side}))/4.$$

The polygon fitting algorithm effectively draws a line between the end points 1421 and 1429 and locates the points furthest above and below the line (points 1422 and 1426). If either extreme point lies beyond the allowed tolerance, it is incorporated into the polygon, thereby breaking the original line segment into subsegments. The algorithm continues, by recursively applying the same procedure to each subsegment until no raw data point lies further than the allowed tolerance form the nearest polygon segment. In the current example, both of the extreme points (1422 and 1426) are outside of the acceptable tolerance, so the original line segment is broken into three subsegments: 1421 to 1427, 1422 to 1426, and 1426 to 1429. The algorithm continues by drawing the line segment between points 1421 and 1422. This line segment has no points more than the allowed tolerance level above or below it, so it is not subdivided further. The algorithm then draws the line between points 1422 and 1426 and locates points furthest above and below the line. In this case, point 1425 is determined to be furthest above tolerance and no points lie below. This creates two new subsegments, 1422 to 1425 and 1425 to 1526, which are refined recursively before the process examines the last subsegment that resulted from the first iteration of the process. The process eventually draws a line between point 1426 and 1429 and determines that point 1428 is furthest above the line and no points lie further than the tolerance value below it. The resulting subsegments are similarly refined by recursive application of the same procedure.

The process of iteratively creating subsegments by determining points that are maximally above and below the tolerance boundaries of existing segments continues until no raw data point lies more than the tolerance value from the nearest polygon segment of the profile 1420.

A second polygon is comprised of line segments connecting points fitted to a representation of a face profile

5,436,983

23                                                    24

of a character called a shaded profile. The shaded profile is derived from a profile of the face of the polygon by traversing the polygon from the bottom row to the top row and subtracting the minimum X value encountered in traversing the polygon from the current outside point on the polygon. The same procedure is then repeated from the top of the polygon to the bottom. The effect is that the remaining non-zero X points in the profile represent areas which effectively would be shaded if the character were imagined as being illuminated by lights on both sides. The shaded polygon is used in detecting and analyzing openings into the interior of a character.

A third polygon is comprised of points on a profile on a face of a character which is developed by subtracting the shaded profile from the original profile. This is termed the filled polygon. Both the shaded and filled polygons have the same number of points with the same y coordinates as the original polygon.

Finally, a fourth polygon is developed which has a looser fit than the original polygon to the original profile. This is done by developing a polygon from the original polygon having fewer points (i.e. utilizing a larger tolerance value).

Data is developed for both the horizontal and vertical windows which counts the number of phase changes from white to black in each row of the respective windows. For example, the character "I" in the horizontal window is generally comprised of rows having one horizontal phase change from white to black and the character "H" is generally comprised of rows having two phase changes from white to black. The phase change information is used to generate statistics used by the isit routines.

A first statistic is developed showing the percentage of rows in which a particular phase change value occurs. For example, for the character "I", the value one (representing the occurrence of one phase change from white to black in the row) may occur close to 100% of the time. For the character "H", the value one may occur 5% of the time and the value 2 may occur 85% of the time. For the character "d", in the horizontal window, there may be 0 phase change counts of the value 0 indicating that every row has at least one pixel on. There may be approximately 55% of the rows having one phase change, these rows comprising the upper half of the character "d". The remaining approximately 45% of the rows have two phase changes, these rows comprising the loop of the character "d". There are no rows having 3 or 4 phase changes.

In the preferred embodiment, rows with more than 4 phase changes are counted with rows that have exactly 4 phase changes for purposes of calculation of these percentage values. The limit of 4 phase changes is developed from experimental data and observations developed by the Applicant. Typically, occurrences of more than 4 phase changes represent noise in the bit-mapped image.

A second statistic is developed indicating where in the image of the character the average location of a particular phase change count occurs. For example, for the character "I" for a phase change count value of 1, the "where" value may be close to 50. This indicates the average location of a line with a phase change count of 1 occurs approximately at the middle of the character. For the character "d" the where value for the phase change count for the value of 1 may be approximately 20, indicating the average of the row numbers containing one phase change is approximately 20% of the way down the character. The where value for a phase change count of 2 may be approximately 75, indicating the average of the row numbers containing 2 phase changes is approximately three-quarters of the way down the character. This is because the loop on a lower case "d" is at the bottom half of the character.

An array is also developed for both the horizontal and vertical windows comprising an element for each row of the respective windows showing a count of the number of on pixels in that row. Polygons are also fitted to these arrays.

The isits are used to individually analyze the character, block 1304, until the character is recognized. A particular isit routine may utilize any one of a number of techniques for identifying whether a character is the character to be identified by the particular isit. In some cases, where a particular character's style varies significantly from type font to type font, a plurality of different techniques may be utilized to recognize the character. Typically, the isit routines analyze the shape of the faces of the character by utilizing the above described polygons and by utilizing the above described statistical information. The use of polygons to approximate characters tends to allow an isit routine to ignore small perturbations in the character.

A first technique utilized by isits to determine whether an image is the character to be identified by the particular isit is to examine the statistical information derived from the phase change data. For example, a particular isit may reject any character in which the percentage of rows having two changes from white to black exceeds 10%. An example of such an isit may be an isit for recognizing the character "I". In general, this method of examining statistical information allows most isits to eliminate 70 to 85% of all images input to them with a minimum of processing resources.

Another method of determining whether a particular character is a character to be recognized by a particular isit is to examine peaks in the polygons. For example, the letter upper case "F" is characterized by having two extreme peaks when examined from its right horizontal face. Isits may identify characters based on both the number of peaks and the relative position of such peaks. For example, an isit for recognizing the character "F" might reject the character "c" because the number and relative position of the peaks in one of its faces or in one of its population count arrays.

Certain characters are characterized by having a "spine" or "stroke" (i.e. the left face of a B, b, h, k, A, D, E, etc.). An isit for recognizing such characters may examine a character to find the longest single line segment in the character and look for characteristics such as the percentage of the length of the longest segment to the length of the character as a whole and the slope of the segment.

Another technique used by isits for identification of characters is to identify loops in the characters. A loop may be identified as a line having primarily two changes from white to black across each row of the loop. The isits identify the steepness of the curve of the loop, the relative symmetry of the curve and information about the corners of the loop. For example, the numeral "8" can often be distinguished from the letter "B" because of the difference in the corners.

As discussed above, after completing an analysis an isit returns either the ASCII code or the shape code for the particular image or information identifying the rea-

5,436,983

25 26

son why the image was rejected. If the image is recognized, branch **1306**, a template is built as described above in connection with template matching, block **1307**. The identification code is then moved to the character galley.

Otherwise, the next isit is selected based on parameters such as the frequency of occurrence of the character represented by the isit and information obtained from prior isits showing reasons those isits rejected the character, branch **1310**. If there are no more isits, branch **1311**, the image in the character window is moved to the reject cache. Otherwise, branch **1312**, the next isit analyzes the character, block **1304**.

## SIDE MATCHING

In many cases, a character can not be recognized by either the template matching or feature analysis routines because the character is "stuck" to a character adjacent to it. This occurs, for example, when characters are spaced too closely together for the quality of the printing process. As one particular instance, such "stuck" together characters may occur when the ink bleeds in a document composed of proportionally spaced text.

The present invention discloses a method termed "side matching" for identifying such stuck characters. When analyzing a character window using side matching, templates are effectively laid on the sides of the character window to determine if a match would occur with that template if all pixels in the "shadow" of that template were ignored. The side matching methods of the present invention utilize the same template comparison algorithms as discussed above in reference to template matching but the side matching methods effectively ignore the images right or left sides.

For example, if a character window comprises the character "ite" all effectively stuck together, the side matching process attempts to lay templates on the left and right sides of the character window. Each of the templates would be aligned with the left side of the character window when looking for a match on the left and pixels to right of the on pixels in the template would be ignored. In the current example, laying a template for the character "i" on the left side of the character window could produce a match. If it did, the ASCII code for an "i" would be registered in the galley, and the side matching process would remove the pixels representing the character "i" from the window. The process would continue by attempting side matching on the remaining pixels in the window. In this case, a match might occur when using a template for the character "t".

The side matching method of the present invention may be applied from either the right or left side of a character window and is applied at all possible vertical registrations. If side matching from the left side of the character window leaves unrecognized characters, side matching is attempted from the right side.

Since some letter shapes are subsets of others (e.g., r-n-m or c-o-d), the templates are ranked and ordered by size prior to using the templates in side matching. Some templates (e.g., a period) are excluded from the side matching process because such templates would produces matches on virtually all images.

In the preferred embodiment, side matching is attempted on character windows in the reject cache after completion of processing of all characters in the document. This allows for a relatively large library of templates to be been created and increases chances for successful identification of characters with the side matching technique.

## CONTEXT ANALYSIS

The character recognition process identifies characters by their shape. However the shape of the character alone may not be deterministic of what the character is. For example, a lower case "s" may not be distinguishable from an upper case "S". As another example, an apostrophe is not distinguishable from a comma based strictly on its shape. The context analysis routine accepts as input and utilizes as output the galley of character codes created by the character recognition routines. Context analysis is performed on one line of the page at a time to attempt to resolve ambiguities. Referring now to FIG. 15, the process utilized by the preferred embodiment of the present invention is illustrated.

The preferred embodiment of the present invention comprises a data base of characteristic attributes of various characters. These attributes may include information on whether the character is typically found entirely above the baseline of the character line or whether a tail or other portion of the character typically extends below the baseline. The data base also comprises information regarding the relative size of characters which are normally ambiguous when identified by shape alone. For example, the data base may comprises information for distinguishing between a upper case "S" and a lower case "s" based on the expected relative size.

Each line from the page is copied from the galley into a buffer to prepare the line for further processing, block **1501**. During the process of copying a line to the buffer, values are assigned to characters from the character attribute data base such as information on whether the character sits above the baseline and whether the relative size of the character indicates whether it is upper or lower case. Spacing between words is also determined at this point by constructing and analyzing a histogram of the distances between letters. Importantly, as ambiguities are resolved for one character, the present invention utilizes information gained from resolving such ambiguities to assist in resolving ambiguities about neighboring characters.

The base line is also adjusted for skew. In the preferred embodiment, the skew may be adjusted by examining the expected baseline for each individual character and attempting to adjust the baseline for the entire line based on this information. If, however, the values for the baseline disagree significantly from character to character or from word to word, a character near each end of the line is found which is reliably known to sit on the baseline (e.g. the character "B" is known to sit on the baseline, the character "Q" can not be reliably predicted to sit exactly on the baseline because in some fonts its tail may extend below the baseline). An adjusted base line is then determined by effectively drawing a line connecting the bottom of these two characters near each end of the line.

The typical heights of upper and lower case letters in the line are determined by preparing histogram information showing the heights of non-ambiguous characters. Normally, such a histogram will show two levels of peaks, a first level corresponding to lower case characters and a second level corresponding to upper case characters.

Certain character types such as underlines are moved to the end of the buffer area. This allows these charac-

5,436,983

27

ters to be effectively ignored during the majority of the context analysis processing. Such characters are restored to their previous positions in the line near the completion of the character analysis processing.

Finally, a histogram type analysis of the width of white space between adjacent characters on the line is prepared. In the preferred embodiment, punctuation characters are not included in the histogram analysis unless the line consists entirely of punctuation lines. Typically, the histogram has two peak levels. The first peak level is assumed to represent character spacing between letters within words and the second peak level is assumed to represent spacing between words. If there not two distinct peak levels, words spacing is assumed to be some midpoint between peak levels. If there are not at least two peaks, an arbitrary word spacing point is determined based on the average height of characters in the line.

After preparing the line for context analysis, block 1501, a first pass is made through each character on the line, block 1502, to attempt to resolve ambiguities. This first pass looks at such characteristics as the relative height of characters in each word, the positions relative to the baseline, etc. For cases in which there is an ambiguity in determining whether a character is a numeral or a letter, the character is analyzed in relation to the other characters that neighbor it to determine whether they are numeric or alphabetic. Determining character ambiguities is an iterative process in which information which is known about neighboring characters is used in analyzing a particular character. After all characters in a word have been examined, consistency checks are performed. If one or more characters are found to have inconsistent characteristics, all characters in the word are flagged as being possibly wrongly interpreted. A second pass of the context analysis routine is intended to correct the interpretation.

After completing the first pass context analysis for each line in the galley, the context analysis routine attempts to assign a font identification number to each character in the galley and to determine character sizes for each font, block 1503. Font identification is propagated through the galley by tracing through all of the characters which were identified by templates. All of the characters that matched a particular template are linked together in a linked list having a root pointing to a particular template. Based on these linked lists of characters, words are assigned to fonts on the premise that words containing characters identified by the same template are the same font. This is a lengthy, iterative process. Histogram information is then prepared detailing the height of the upper and lower case characters for each font.

A second pass is then made through each line in the galley, block 1504. Words which were flagged during the first pass as having inconsistencies are again analyzed to determine which characters are incorrect. The second pass checks such items as baseline uniformity, character size uniformity, alphabetic/numeric context, etc.

Finally, a series of miscellaneous clean-up routines are utilized, block 1505. Such things as punctuation are checked to ensure reasonable size and position. For example, a very large punctuation mark is probably an unrecognized character and is flagged as such. Periods and relatively wide commas or apostrophes which are located above the baseline or below the top of lower case character may be short dashes or bullets. These

28

characters are assigned the ASCII code for a dash. When recognition is attempted on a bit-mapped image which is not printed text, such as a signature or a logo, the result is typically a string comprising unrecognized characters and a set of other characters such as punctuation and dashes. Such strings are collapsed into a single unrecognized character. Successive single quotes are combined into double quotation marks.

The context analysis routine also attempts to merge characters which may have been split by the character recognition routines. For example, two characters which may have been recognized by the character recognition routines as an open parenthesis "(" followed by a close parenthesis ")" may actually be the letter "o". The context analysis routines attempt to merge such split characters by recognizing the proximity of particular character pairs.

Other characters, such as underlines, are analyzed to determine whether they are within a predetermined distance from the baseline. If the underline is more than the predetermined distance or if its edges do not coincide with the word boundaries, it is considered to be a ruling rather than an underline. Otherwise, the characters above the underline are flagged as being underlined. The predetermined distance is determined based on the relative context of the line including such factors as the size of the characters.

The context analysis routines attempt to identify unidentified characters by merging together broken pieces of characters, resubmitting characters to the character recognition routines allowing less stringent constraints for the recognition, etc.

The output from the context analysis routines is the completed scanned page having ASCII character representations for characters on the page in the normal reading sequence of the characters.

Thus, an optical character recognition method and apparatus has been described.

We claim:

1. A processor for identifying an unknown character in an optical character recognition system, said system for providing a bit-mapped representation of said unknown character and for providing shape information for a plurality of known characters, said processor comprising:

  a) means for generating shape information corresponding to said unknown character, said shape information including statistical data and polygonal representation data; and

  b) identifying means for identifying said unknown character if a comparison between said shape information corresponding to said unknown character and said shape information corresponding to one known character of said plurality of said known characters is within a predetermined range.

2. The processor of claim 1 wherein said means for generating shape information includes:

  means for generating a first window and a second window, said first window corresponding to a first portion of said bit-mapped representation, said second window corresponding to a second portion of said bit-mapped representation;

  means for generating profile data from said first window and said second window; and

  means for generating shape information from said profile data.

3. The processor of claim 2 wherein said means for generating shape information includes:

5,436,983

29

means for generating a first polygon from said profile data;

means for generating a second shaded polygon from said profile data, and

means for generating a third polygon by subtracting the first polygon from the second polygon.

4. The processor of claim 1 wherein said shape information includes phase change data.

5. The processor of claim 1 wherein said unknown character has segments of varying length, and wherein said shape information includes relative length of segment data.

6. The processor of claim 1 wherein said polygonal representation data includes polygon peaks data, and said identifying means compares polygon peaks data of said unknown character to polygon peaks data of known characters.

7. The processor of claim 1 wherein said identifying means compares loops represented in said unknown character shape information to loops represented in said known character shape information.

8. The processor of claim 1 wherein said system further provides a plurality of templates of known characters and a bit-mapped representation of said unknown character, and said processor further comprises:

means for comparing said bit-mapped representation of said unknown character to said plurality of templates of known characters; and

means for determining if said bit-mapped representation of said unknown character matches one of said plurality of templates of known characters.

9. A method for identifying an unknown character in an optical character recognition system, said system for

30

providing shape information for a plurality of known characters, said method comprising:

a) generating shape information corresponding to said unknown character, said shape information including phase change data, statistical data and polygonal representation data, and

b) identifying said unknown character if a comparison between said shape information corresponding to said unknown character and a shape information corresponding to one of said plurality of said known characters is within a predetermined range.

10. The method of claim 9 wherein said generating shape information includes:

corresponding to a first portion of said bit-mapped representation, said second window corresponding to a second portion of said bit-mapped representation;

generating profile data from said first window and said second window; and

generating shape information from said profile data.

11. The method of claim 9 wherein said generating shape information includes:

generating a first polygon from said profile data;

generating a second shaded polygon from said profile data; and

generating a third polygon by subtracting the first polygon from the second polygon.

12. The method of claim 9 wherein said polygonal representation data includes polygon peaks data, and wherein said identifying step compares polygon peaks data of said unknown character to polygon peaks data of known characters.

13. The method of claim 9 wherein said identifying step compares loops represented in said unknown character.

* * * * *

US006038342A

# United States Patent [19]

## Bernzott et al.

[11] **Patent Number:** 6,038,342

[45] **Date of Patent:** Mar. 14, 2000

[54] **OPTICAL CHARACTER RECOGNITION METHOD AND APPARATUS**

[75] Inventors: **Phillip Bernzott; John Dilworth; David George**, all of Oakland; **Bryan Higgins; Jeremy Knight**, both of Berkeley, all of Calif.

[73] Assignee: **Caere Corporation**, Los Gatos, Calif.

[21] Appl. No.: **08/114,608**

[22] Filed: **Aug. 31, 1993**

### Related U.S. Application Data

[60] Continuation of application No. 07/914,120, Jul. 15, 1992, abandoned, which is a division of application No. 07/799,549, Nov. 27, 1991, Pat. No. 5,278,918, which is a continuation of application No. 07/230,847, Aug. 10, 1988, Pat. No. 5,131,053.

[51] **Int. Cl.**[7] .................................................... **G06K 9/34**
[52] **U.S. Cl.** ........................................................ **382/173**
[58] **Field of Search** ................................. 382/14, 15, 25, 382/30, 34, 33

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,104,369 | 9/1963 | Rabinow et al. | 382/30 |
| 3,713,099 | 1/1973 | Henstreet | 340/149 |
| 3,713,100 | 1/1973 | Henstreet | 340/149 |
| 3,717,848 | 2/1973 | Irvin et al. | 382/30 |
| 3,873,972 | 3/1975 | Levine | 382/14 |
| 3,930,231 | 12/1975 | Henrichan, Jr. et al. | 382/30 |
| 4,027,284 | 5/1977 | Hoshino et al. | 382/30 |
| 4,499,596 | 2/1985 | Casey et al. | 382/15 |
| 4,672,678 | 6/1987 | Koezuka et al. | 382/30 |
| 4,850,026 | 7/1989 | Jeng et al. | 380/14 |
| 4,887,304 | 12/1989 | Terzian | 382/30 |
| 4,944,022 | 7/1990 | Yasujima et al. | 382/14 |
| 5,014,327 | 5/1991 | Potter et al. | 382/14 |

*Primary Examiner*—Jose L. Couso
*Attorney, Agent, or Firm*—Blakely, Sokoloff, Taylor & Zafman LLP

[57] **ABSTRACT**

A system for recognition of characters on a medium. The system includes a scanner for scanning a medium such as a page of printed text and graphics and producing a bit-mapped representation of the page. The bit-mapped representation of the page is then stored in a memory means such as the memory of a computer system. A processor processes the bit-mapped image to produce an output comprising coded character representations of the text on the page. The present invention discloses parsing a page to allow for production of the output characters in a logical sequence, a combination of feature detection methods and template matching methods for recognition of characters and a number of methods for feature detection such as use of statistical data and polygon fitting.

**18 Claims, 21 Drawing Sheets**







**FIG. 1**



**FIG. 2A**



FIG. 2B



FIG. 2C



FIG. 2D



FIG. 3A



FIG. 3B



FIG. 4



**FIG. 5**



FIG. 6



FIG. 7



FIG. 8



**FIG. 9**



**FIG. 10A**



**FIG. 10B**



**FIG. 11A**



FIG. 11B

FIG. 12A



FIG. 12B



FIG. 13



FIG. 14A

FIG. 14B

FIG. 14C



FIG. 15

6,038,342

**1**

# OPTICAL CHARACTER RECOGNITION METHOD AND APPARATUS

This is a continuation of application Ser. No. 07/914,120, filed Jul. 15, 1992 now abandoned, which is a divisional of application Ser. No. 07/799,549, filed Nov. 27, 1991, now U.S. Pat. No. 5,278,918, which is a continuation of application Ser. No. 07/230,847, filed Aug. 10, 1988 now U.S. Pat. No. 5,131,053.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to the field of optical character recognition systems and, more specifically, to a method and apparatus for performing optical character recognition of printed text.

### 2. Prior Art

A number of optical character recognition (OCR) systems are known in the art. Typically, such systems comprise apparatus for scanning a page of printed text and performing a character recognition process on a bit-mapped image of the text. The characters may then be stored in a file on a computer system for processing by a word processor or the like.

Some known OCR systems comprise a hand held scanner for scanning a page. In such systems, the individual performing the scan, sweeps the hand held device over printed text on the page and will normally avoid scanning of graphics or non-text portions of the page. Normally, the page is scanned in the order in which it is normally read (i.e. the scan is performed down columns, scanning across columns from left to right).

Other known systems comprise a ruler apparatus which may be utilized for measuring or indicating portions of the text which are to be processed by the OCR system. Some of such systems are capable of discriminating graphic portions of the indicated page areas from text portions. However, such a system still requires manual intervention to mark off text in the order it is normally read and to mark off graphics portions.

Other systems utilize a registration mark to indicate the beginning of columns of text. These systems still require manual intervention to add registration marks.

Therefore, as one object of the present invention, it is desired to develop an optical character recognition method and apparatus which allows for scanning of a page of text without requiring manual intervention to mark off columns or otherwise indicate the normal order in which the text will be read. Further, it is an object of the present invention to develop an optical character recognition system which allows for a page of mixed text and non-text images to be scanned and for the system to recognize and distinguish between text and non-text for purposes of processing.

Known optical character recognition systems may be generally divided into two categories. Optical character recognition systems in the first category recognize either a single font or a limited number of fonts and their input is usually restricted to monospaced type of a specific point size. Optical character recognition systems in the second category are typically termed omnifont. Such systems are capable of recognizing a large number of typefaces in a wide range of point sizes, either monospaced or proportionally spaced. In general, optical character recognition systems which recognize a large number of typefaces are not capable of processing documents as quickly as systems which recognize a limited number of specific fonts.

**2**

It is another object of the present invention to develop an optical character recognition system which allows for recognition of any number of typefaces while still allowing for the rapid processing of documents.

These and other objects of the present invention will be described in more detail with reference to the Detailed Description of the Present Invention and the accompanying drawings.

## SUMMARY OF THE INVENTION

An optical character recognition method and apparatus is described. The system of the present invention comprises a scanning means for scanning a document and producing a bit-mapped image of the document. The scanning means is coupled with a computer system having a memory for storing the bit-mapped image and a processor for processing the bit-mapped image and providing as output, data representing the characters on the page.

The present invention discloses methods and apparatus to allow the page to be scanned and characters on the page to be recognized and output in an order which is logically the same order as that employed by a person reading the page. The present invention accomplishes this object by parsing the page into a plurality of blocks and outputting the blocks to a character recognition process in an order which is usually the logical reading order of the page.

The present invention further discloses a character recognition process comprising a combination of a template matching process and a feature analysis process. The feature analysis process allows characters to be recognized based on their shapes. Utilizing the feature analysis process of the present invention, it is possible to recognize characters in any number of different fonts. Further, by utilizing the template matching processes of the present invention in concert with the feature analysis processes, reasonable throughput of documents is achieved without the requirement of providing template libraries.

The present invention further discloses a context analysis process which completes the recognition process by iteratively resolving ambiguities of shape so as to minimize the number of typographic or semantic inconsistencies; residual inconsistencies are flagged as low confidence level identifications.

The present invention further discloses a number of techniques to provide for template matching such as producing representations of characters showing bits in a bit-mapped image of the character which must be off for the character to be recognized and, similarly, producing representations showing bits which must be on, This technique allows for recognition of characters within certain tolerances. The present invention further discloses a process for recognizing characters using character templates when characters are joined closely together.

Further, the present invention discloses use of a plurality of routines utilized in the feature analysis process. Each of these plurality of routines is designed for recognition of one character shape. The present invention discloses methods of describing characters with statistical information and fitting polygons onto different views of the shape of the character. Based on this statistical information and the polygons, the feature analysis processes are able to recognize shapes of characters.

The present invention further discloses a number of methods for distinguishing between text and graphics in a document. During processing of a document for purposes of character recognition, the present invention identifies areas

6,038,342

**3**

of a document which contain graphics and ignores such areas during the recognition process. The present invention discloses methods of measuring the relative texture of small areas of the document in order to determine whether the area contains text or graphics.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is an overall flow diagram of the optical character recognition process of the present invention.

FIG. 2(a) is a flow diagram of an overall parsing process of the optical character recognition process of the present invention.

FIG. 2(b) is a flow diagram illustrating a page parsing process of the present invention.

FIG. 2(c) is a flow diagram illustrating a block parsing process of the present invention.

FIG. 2(d) is a flow diagram illustrating a line parsing process of the present invention.

FIG. 3(a) illustrates a portion of a page as may be processed by the apparatus and methods of the present invention.

FIG. 3(b) illustrates a bit-mapped image of the portion of the page of FIG. 3(a).

FIG. 4 is a flow diagram illustrating a method of the present invention for producing a text map array.

FIG. 5 is a flow diagram illustrating a method of the present invention for de-skewing a page.

FIG. 6 is a flow diagram illustrating a method of the present invention for locating paths in a scanned page.

FIG. 7 is a block diagram illustrating two data structures of the present invention.

FIG. 8 is a flow diagram illustrating a method of the present invention for locating blocks.

FIG. 9 is a first page image as may be scanned by the apparatus and methods of the present invention illustrating the first page image being divided into a plurality of blocks.

FIG. 10(a) is second page image as may be scanned by the apparatus and methods of the present invention illustrating the second page image being divided into a plurality of blocks.

FIG. 10(b) is a second illustration of the second page image as may be scanned by the apparatus and methods of the present invention.

FIG. 11(a) is an overall flow diagram of a character recognition process as may be utilized by the present invention.

FIG. 11(b) is a flow diagram of a template matching process as may be utilized by the present invention.

FIG. 12(a) is an illustration of a bit-mapped image of a character as may be utilized by the present invention.

FIG. 12(b) is an illustration of a second version of a bit-mapped image of a character as may be utilized by the present invention.

FIG. 13 is a flow diagram of a feature analysis process as may be utilized by the present invention.

FIG. 14(a) is an illustration of a first character window as may be utilized by the present invention.

FIG. 14(b) is an illustration of a second character window as may be utilized by the present invention.

FIG. 14(c) illustrates a polygon fitting method of the present invention.

FIG. 15 is a flow diagram of a context analysis process as may be utilized by the present invention.

**4**

## DETAILED DESCRIPTION OF THE INVENTION

An optical character recognition system is described. In the following description, numerous specific details are set forth such as pixel densities, byte sizes, etc., in order to provide a thorough understanding of the present invention. It will be obvious, however, to one skilled in the art that the present invention may be practiced without these specific details. In other instances, well-known circuits, structures and techniques have not been shown in detail in order not to unnecessarily obscure the present invention.

Referring now to FIG. 1, an overall flow diagram of the present invention is shown. Utilizing methods and apparatus of the present invention, first a page is scanned, block **101**. As will be described, the present invention is capable of isolating and translating the text on a page not only when the page contains only text but also when the page contains a combination of text and non-text areas. Further, the present invention requires no manual intervention to indicate the normal order of reading the text.

After scanning the page, the page is parsed, block **102**. Parsing of the page will be described in more detail below and may generally be divided into the functions of page parsing, block parsing and line parsing. After parsing the page, the shapes of individual characters are recognized through a character recognition process, block **103**. The present invention is capable of recognizing characters in any number of character fonts.

A process termed context analysis is employed to examine the relative sizes and positions of the shapes recognized during the character recognition process to divide the text into words and to resolve ambiguity of shape, block **104**.

Finally, the recognized characters are formatted for output, block **105**.

## SCANNER

The method and apparatus of the present invention, in its preferred embodiment, is designed to work in conjunction with commercially available microprocessors with 32-bit address spaces. Examples of such microprocessors are the Motorola 68020 and the Intel 80386 microprocessors.

It will be obvious to one of ordinary skill that the present invention may be practiced with any number of computer systems having a processor and memory available for practicing the described methods.

The scanner of the present invention may be any one of several known scanners presently commercially available or may comprise a yet unannounced scanner means. The present invention is designed to work in conjunction with a scanner which is capable of scanning a page of printed information and producing a bit-mapped image of the page. The present invention, in its preferred embodiment, seeks to utilize low-cost optical scanners and personal computer systems in order to provide a low-cost economical optical character recognition system.

## PARSING

After a page is scanned, a bit-mapped image of the age is stored in the memory of a computer system or in other means capable of storing such a bit-mapped image. With reference to FIG. 2(a), the parsing process begins with page parsing, block **201**. The page parsing process acts on the bit-mapped image to divide the page into a plurality of blocks. The page parsing process attempts to divide the non-blank portions of the page into a plurality of blocks and

6,038,342

5

attempts to distinguish between text and non-text or graphics. The page parsing process attempts to ensure that any individual block contains either only text or only non-text. Blocks containing only non-text are eliminated from further processing.

Briefly, the page parsing process, block **201**, analyzes the texture of the scanned image to separate text from graphics and to detect the presence of columns and headlines. Based on a normalized two-dimensional measure of the local density of black-to-white transitions, areas on the page are characterized as either graphics, text or rulings. The areas are grouped into blocks by finding paths of white space surrounding areas of similar texture (e.g. having similar density of black to white transitions). If they are not separated by rulings or excessive white space, adjacent blocks with similar characteristics of texture and alignment are merged together. The page parsing process, block **201**, then analyzes the relative placement of blocks to determine which blocks overshadow other blocks in terms of line height, block width and vertical position on the page. The page parsing process can then construct a reasonable interpretation of the page layout. The final output of the page parsing process block **201**, is an ordered set of block descriptors that trace the normal reading sequence implied by the derived page layout.

A block parsing process block **202**, analyzes black-to-white transitions to compute degrees of skew and locate horizontal paths that divide a given text block into individual lines of text. The block parsing process, block **202**, detects vertical rulings and eliminates the ruling from further processing.

The line parsing process, block **203**, searches each line from left to right locating vertical paths of clear space. Such vertical paths typically separate individual words and characters from each other. The sections delimited by clear space are processed from the left end of each line and are passed to the recognition routines in a buffer.

A character recognition algorithm, block **103**, processes the buffered sections to attempt to recognize individual characters. As will be explained in more detail with reference to the character recognition processing section below, unrecognized line sections are run through a number of processing steps in an attempt to recognize characters. A "delining" process locates and erases from view of the character recognition process underlinings and horizontal rulings. An "unkerning" process isolates characters that are separated by sinuous paths of free space. A "blanding" process erases "pepper" noise. A "thinning" process thins extremely condensed characters to make them recognizable. A "patching" process mends slightly broken character shapes. Line sections which still remain unidentified after applying these processes are buffered in a reject cache for later processing by a "side matching" process and a context analysis process, block **104**.

PAGE PARSING

Referring now to FIG. **2**(*b*), a flow diagram of the page parsing process is shown in more detail. The purpose of the page parsing process is to accept as input the bit-mapped page image and provide as output an ordered list of blocks of text. After a page is scanned, a bit-mapped image of the page is produced. From this bit-mapped image, three arrays are produced, block **212**.

In the preferred embodiment, the page image is scanned at a resolution of 300 dots per inch, and the parsing process produces its arrays by analyzing every eighth scan line of the

6

page image. It has been determined experimentally that sampling the page every eighth scan line (every 8/300th of an inch in the preferred embodiment) gives sufficient resolution to locate and categorize occupied areas on the page. Further, utilizing only every eighth scan line of the image substantially reduces processing time and storage requirements. However, it will be obvious to one of ordinary skill in the art that different samplings may be utilized without departure from the spirit and scope of the present invention.

Referring to FIG. **3**(*a*), an enlarged portion of a page **300** is shown. The portion of the page **300** shown represents an area of a page which may be covered in **40** scan lines of the preferred embodiment. Each of the squares, such as square **301**, represents an area 8 scan lines high and 8 bits wide. The area of the page shown **300** comprises an area 5 squares high and 4 squares wide.

Referring to FIG. **3**(*b*), a bit-mapped image of the same portion of a page is shown. FIG. **3**(*a*) and FIG. **3**(*b*) are illustrative of a problem encountered in optical character recognition systems. In such systems, a letter, such as the letter "O"**302** in FIG. **3**(*a*), may be represented by a relatively rough approximation of the letter "O", such as the representation **312** in FIG. **3**(*b*). Further, text and graphics may be intermixed on a single page. For example, graphics image **303** is shown mixed with the text of FIG. **3**(*a*). The equivalent bit-mapped area is shown at **313**. It is obvious to one of ordinary skill in the art that images may suffer from further problems of clarity and crispness as a result of being transformed to a digital bit-mapped image.

A first array generated by the page parsing process of the preferred embodiment is a horizontal population count array. Each element in this array contains a count of the number of one ("1") bits in four consecutive bytes (32 bits of a sampled scan line). Therefore, the area represented by each element of this array is 32 bits wide by 8 bits high. For example, with reference to FIG. **3**(*b*), the 32 bits at scan line **320** has 14 1-bits. Therefore, the 8-bit high by 32-bit wide area, contained in blocks **331**, **332**, **333** and **334**, is represented in the horizontal population count array by an element containing the value 14, the total count of one bits in scan line **320**. Scan line **321** has 0 1-bits, line **332** has 9 1-bits, line **323** has 5 1-bits and line **324** has 26 1-bits and each of these 8-bit high by 32-bit wide areas would be represented in the horizontal population count array with corresponding values.

A second array utilized by the preferred embodiment of the present invention is a vertical population count array. Each byte in the vertical population count array contains the total number of one ("1") bits in 4 bytes, one byte from each of four consecutive sampled scan lines. For example, an entry in the vertical population count array may represent bytes **340**, **341**, **342** and **343** and have a value of 4 (byte **340** has 2 1-bits, byte **341** has 0 1-bits, byte **342** has 2 1-bits and byte **343** has 0 1-bits). In the preferred embodiment, the vertical population count array comprises an array in which rows of the array represent columns of the bit mapped image and columns of the array represent rows of the bitmapped image. This leads to processing efficiencies in the implementation of the preferred embodiment.

A third array built by the page parsing process of the preferred embodiment is a horizontal phase change array. Each entry in this array represents 32 bits of a sampled scan line and, therefore, the horizontal phase change array has the same dimensions as the horizontal population count array. Each array element contains the count of horizontal phase changes (transitions between runs of 1s and runs of 0s) in the 32 bits. The area represented by each element of the hori-

6,038,342

7

zontal phase change array is 32 wide by 8 bits high. For example, the 32 bits at line 320 have 7 transitions from 1s to 0s or from 0s to 1s, the 32 bits at line 321 have no transitions, the 32 bits at line 322 have 8 transitions, the 32 bits at line 323 have 2 transitions and the 32 bits at line 324 have 2 transitions.

Based on the horizontal population count and horizontal phase change arrays, a text map array is produced, block 213. Each element of the text map array represents an area 32 bits wide by 8 bits high.

Referring to FIG. 4, a flow diagram of the process for constructing the text map array is illustrated. The text map array is built by a process which scans down each column of the horizontal population count array searching for a non-zero element, block 401. A non-zero element in the horizontal population count array indicates the presence of text, graphics or rulings in the corresponding area of the bit-mapped image. After finding a non-zero element, the process searches down the column of the horizontal population count array for a zero element. For each element processed in a run of non-zero elements, the corresponding horizontal phase change counts are summed. The process also counts the total number of elements in a run of non-zero elements, block 402.

If the number of rows in a run is greater than or equal to 2 and less than or equal to 12, branch 403, and the summed total of the phase change counts is greater than or equal to 8 and less than or equal to 22, branch 404, the corresponding area of the bit-mapped image has the textural signature of text. The text map array elements corresponding to each of the row elements in the run are set to a code indicating text is present, block 405. In the preferred embodiment, these elements are set to a value of TXTX.

If the row count is not greater than or equal to 2 and less than or equal to 12, branch 406, a check is made to determine if the row count is greater than or equal to 24, branch 407. If the row count is greater than or equal to 24, the corresponding area of the bitmapped image contains a vertical ruling. The text map array elements corresponding to the horizontal population count elements in the run are set to a value indicating a vertical ruling is present, block 408. In the preferred embodiment these elements are set to a value of TXVR.

If the row count is less than 2 or between 12 and 24, branch 409, it is an indication that graphics are present. The corresponding text map array elements are set to a value indicating graphics are present, block 410. In the preferred embodiment these elements are set to a value of TXGR.

If the row count lies between 2 and 12, but the phase change count is either less than 8 or greater than 22, branch 411, it also indicates the presence of graphics. The corresponding text map array elements are set to the code indicating the corresponding bits of the bit-mapped page image contain graphics, block 412.

If the end of the horizontal population count array has not been reached, branch 413, column-wise processing continues, searching for the next non-zero element, block 401. Otherwise, processing is completed, branch 414.

It has been determined experimentally that the above process for determining whether areas of the bit-mapped image contain text, graphics or vertical rulings is a reasonably accurate mapping. Typically, characters in ordinary text occur in a wide range of heights normally occupying 2 to 12 sampled scan lines. Therefore, the above process tests for run row counts of non-zero elements in the range of 2 to 12 lines.

8

It has also been determined experimentally that although larger height characters have fewer phase changes in each sample than smaller height characters, the total number of phase changes in a given run of non-zero elements remains substantially constant over a character size range of approximately 4 to 24 points. Therefore, in the presently preferred embodiment a phase change count total for a run of non-zero elements in the horizontal population count array between 8 and 22 is an indicator of printed text.

The page parsing process then makes another pass to attempt to locate relatively large text, block 214. The procedure for locating large text is essentially the same as the procedure described above for building the text map array except that the procedure for locating large text examines every fourth scan line and fourth element in the phase change array. Thus, the large text routine looks at the bit-mapped image with approximately ¼ the resolution of the process for locating normal sized text and identifies text up to four times larger. In the preferred embodiment, the largest text found by this routine is 48 sample scan lines high. At 300 scan lines per inch, this is equivalent to text of 1.28 inches in height or about 92 points. Text map array cells corresponding to areas in the bit-mapped page image which are found to contain large text by the above process are set to a value to indicate they contain large text. In the preferred embodiment this value is TXTH.

The page parsing process attempts to locate and isolate blocks containing only text from blocks containing only white space, blocks containing graphics, or blocks containing vertical rulings. As part of this process, in the preferred embodiment, the page parsing process attempts to determine the approximate skew of the page and adjust the text map array and the vertical population count array for such skew, block 215.

Referring to FIG. 5, a flow diagram illustrating the method utilized by the preferred embodiment of the present invention for deskewing a page is illustrated. First, a skew total and a sample count variable are initialized to zero, block 501.

The text map array is then scanned down each column searching for runs of text cells, block 502. When a run of text cells is located a first variable, utilized when examining cells to the left of the present text cell (LEFT), is set to −1. A second variable, utilized when examining cells to the right of the present text cell (RIGHT), is set to 1, block 503.

For each text cell following the first text cell in the run, cells to the left and right of the text cell in the text map array are examined. If the cell to the left is empty (i.e. the cell is not indicated as containing text, graphics or vertical rulings using the above-described TXTX, TXVR, TXTH or TXGR codes), the skew total variable is incremented by the current value of LEFT and the sample count variable is incremented by 1. If the cell is occupied (it contains TXTX, TXVR, TXTH or TXGR), LEFT is set to 1 and the skew total variable and sample count variable are not modified, block 504. If the cell in the text map array to the right of the current text cell is empty, the skew total variable is incremented by the value of RIGHT and the sample count variable is incremented by 1. If the cell is occupied, RIGHT is set to −1 and the skew total variable and sample count variable are not modified, block 505.

If there are more cells in the run of text cells, the processing of blocks 504 and 505 is repeated for those cells, branch 506. Otherwise, branch 507, if there are more cells in the text map array they are scanned for another run of text cells, branch 508. After the entire text map has been

6,038,342

<table>
<tr><td>9</td><td>10</td></tr>
</table>

examined, branch **509**, an approximate skew for the page is computed and the text map array and vertical population count array are shifted to compensate for the calculated skew, block **510**. The approximated skew is calculated by dividing the skew total variable by the sample count. This process yields an approximation of the skew for the page in number of rows per 4,096 columns. The text map and vertical population count arrays are then adjusted.

The above described process for adjusting for skew assumes that text on a page is generally arranged in horizontal lines on the page. The text map array of the present invention has good vertical resolution (to within ⅓th of an inch). When a page is skewed, blank cells will tend to appear in what should be text cells. The above-described method utilizes these assumptions to determine an approximate skew.

After adjusting for an approximate skew, horizontal and vertical paths of white space through the text are located, block **216**. The purpose of locating these paths is to isolate blocks of text. In the preferred embodiment, the deskewed text map array is examined for horizontal paths of white space (white space may be defined as cells in the text map array which are not coded with TXTX, TXVR, TXTH or TXGR). The method of the present invention considers an area to be a horizontal path if a white space area exists which is at least 8 pixels wide and 192 pixels long in the horizontal direction of the page. Similarly, vertical paths are located utilizing the text map array. The preferred embodiment of the present invention considers an area to be a vertical path if it is a white space area which is at least 16 pixels wide and 192 pixels long in the vertical direction of the page. The above-mentioned lengths and widths for horizontal and vertical paths have been determined experimentally by the Applicant to locate horizontal and vertical paths through printed text.

Referring now to FIG. **6**, a flow diagram illustrating a method utilized by the preferred embodiment of the present invention for locating paths through the text is illustrated. As a first step in locating paths, a process is utilized to cause top, bottom, left and right margins of the page to be effectively ignored, block **601**.

The preferred embodiment of the present invention accomplishes masking of the margins by creating a version of the vertical population count array in which each cell of the vertical population count array represents a 32×32 pixel square area of the original bit-mapped image. Effectively, each cell in this version of the vertical population count array represents four consecutive cells in a column of the original vertical population count array. The compressed version of the vertical population count array is then "smeared."

Smearing is a technique utilized by the present invention to shift an image in a number of directions and to preform a logical OR operation on the original bit-mapped image and the shifted bit-mapped image. Effectively, this technique expands areas containing text or graphics while narrowing the intervening spaces and margin areas. Remaining white margin areas are marked as unavailable for the path finding process in the vertical population count array. The smearing technique is described in more detail with reference to the description of character recognition, below.

An array called a path map array is then created for storing horizontal and vertical path information, block **602**. The path map array has the same resolution as the text map array. Each column represent 32 bits of a sampled scan line and each row represents a sample taken every 8th scan line

of the image. In the path map array, the existence of a horizontal path is indicated by setting one of the bits in an entry in the array; the existence of a vertical path indicated by setting another one of the bits in the entry.

In the preferred embodiment, as a first step in populating the path map array, the left most and right most columns and the top and bottom rows of the path map array are set to indicate the presence of paths. This step ensures that a path that runs into the margin of a page will generate a block. When fully populated, the path map array outlines blocks of text and blocks of graphics with horizontal and vertical paths.

After the path map is created and the left most and right most columns and top and bottom rows of the path map are initialized, horizontal paths are generated, block **603**. Each row of the text map array is scanned for runs of empty entries (i.e. entries that are not set to TXTX, TXVR, TXTH or TXGR). If a run is at least a predetermined number of bytes in length, horizontal path bits in the corresponding entries in the path map array are set. In the currently preferred embodiment, the predetermined number of bytes is 6. Each horizontal path that is found utilizing this process is extended by one column to the left of the horizontal path and by one column to the right of the horizontal path. This ensures that the horizontal paths at block edges will meet vertical paths at the edge of the block even if there is either graphics or a headline within 32 pixels of the left or right edge of the block.

The text map array is then scanned to find vertical rulings (i.e. entries which are set to TXVR), block **604**. The corresponding entries in the path map array have a bit set to indicate that there is a vertical ruling at that location in the image. This bit will be examined in a later processing set in which relatively narrow paths are removed from the path map array.

Next, vertical paths are populated in the path map array, block **605**. Each row of the vertical population count array is scanned for runs of empty entries. If a run is at least a predetermined number of entries long, it is considered as a possible vertical path. In the preferred embodiment the predetermined number is six. If either end of a vertical path fails to coincide with a horizontal path, the vertical path is truncated until it does coincide at both ends with a horizontal path. Vertical paths always extend from an intersection with a horizontal path to an intersection with another horizontal path.

The path map is then examined and all vertical paths which are only one entry wide are removed unless the entry indicates the vertical path was set because of a corresponding vertical ruling in the image. The path map is then scanned again and portions of horizontal paths are erased where they do not begin and end at a vertical path, block **606**.

A block locating routine, block **217**, utilizes data structures previously built by the page parsing process, such as the page map array, and builds two new data structures; a block map array and a block list.

Referring now to FIG. **7**, the block map array **701**, comprises an array of the same dimensions as the text map array. Each 1-byte cell in the block map array, such as cell **702**, contains a block number for that cell. Cells which have not yet been designated as part of a block are designated in the preferred embodiment with a 0. In the preferred embodiment there can be a maximum of 255 blocks per page image. The block number, such as block number 1 at cell **702**, is a pointer into a block list **703**. Each entry in the block list

6,038,342

11

comprises information about each block such as coordinates of the block, column **705**, cell count information, column **706**, and distance to other blocks, column **707**. The coordinate information **705** comprises information on each block's top most, bottom most, left most and right most pixels. The cell count information **706** comprises information on the number of large text cells, number of text cells and number of graphic cells within the boundaries of the block.

Referring now to FIG. **8**, the process of locating blocks, block **217** from FIG. **2**, comprises the steps of a block finding routine first scanning through columns of the path map, block **801**. The block finding routine scans each cell of the path map for cells which have neither horizontal or vertical paths through them. After finding a cell which has neither a horizontal or vertical path through it, the block finding routine checks the corresponding cell in the block map array. If the corresponding cell in the block map array is unoccupied (i.e. current value is a 0), the block finding routine calls a block carving routine, block **802**. The block carving routine examines the path map array for the current cell to find vertical paths on the left and right sides of the current cell. The block carving routine then scans up rows of the path map array. For each row, the block carving routine locates vertical paths on the left and right of each cell above the current cell. When the block carving routine locates a cell whose left or right edge, as determined by the vertical paths, differs from the left or right edge, respectively, of the current cell by more than 1 cell, the block carving routine creates a horizontal path at that cell. The block carving routine similarly processes down the column of the current cell to determine the bottom row for the current block. This process produces a roughly rectangular block to be processed by later described methods of present invention.

After the block carving routine has determined the left, right, top and bottom edges of a roughly rectangular block of cells, a block statistics routine, block **803**, is utilized to mark other cells as belonging to the same block. The block statistics routine marks each cell in the block map array bounded by the left, right, top and bottom paths of the current block as belonging to the current block. Further, the block statistics routine counts the number of text cells and graphics cells in the current block by examining the text map array. The relative number of text cells versus graphics cells is used in determining whether the block is classified as a text or graphics block for later processing. The block statistics routine further gathers information on the average length of runs of occupied cells in the text map array for each column in the block. This information is used to determine the approximate height of the characters in the text blocks. The block statistics routine further histograms the number of runs of occupied cells in the columns of the text map array. The median point in this histogram approximates the number of lines of text in the block. The block statistics routine also computes the extreme left, right, top and bottom coordinates of the block. As discussed above, the above described coordinate, count and statistical information is stored in the block list, block **703**.

As previously described, the block list of the present invention allows for only 255 entries. The number of entries is limited in the preferred embodiment to allow for certain processing efficiencies. However, it will be obvious to one of ordinary skill in the art that a different number of entries may be utilized in the block list without departure from the spirit and scope of the present invention. In the preferred embodiment, if more than 255 blocks are found utilizing the above-described process, the process is repeated requiring a wider vertical path width to determine block boundaries. It

12

will be further obvious that the present invention could employ a method of requiring wider horizontal paths as well as vertical paths.

After completing processing for a first block, processing continues with the block finding routine, block **801**, if more cells remain to be processed, branch **804**. After processing has been completed for all cells in the block map array, branch **806**, the process of locating blocks is completed.

Blocks are then grouped, block **218**. Blocks are grouped according to their location relative to one another, their contents (graphics or text) and their texture (font size and line spacing). Block grouping information is recorded in a group list. Each block in the block list is assigned a group number. The group number is used as an index into the group list.

For each block in the block list, the block map array is scanned above the block, below the block, to the left of the block and to the right of a block. Blocks which are of a different type or texture are not grouped together. Further, blocks which are more than a predetermined vertical distance apart or more than a predetermined horizontal distance apart are not grouped together.

Referring now to FIG. **9**, an example of grouping blocks is shown. For example, each of block **1**, block **6** and block **11** are grouped as group **1**, **901**. In the particular example, these blocks might comprise a heading on the page. A heading is often distinguished by having a larger type font than the rest of the text on the page. Because of the different font size, these blocks would be grouped together and not grouped with the remaining blocks on the page.

Block **2**, block **3**, block **4** and block **5** are grouped together as group **2**, **902**. The method of the present invention examines blocks adjacent to a current block to determine whether the horizontal distance H **903** is greater than a predetermined value. In the currently preferred embodiment, this predetermined value is 6 columns of cells. Since the horizontal distance H **903** between block **2** and block **7** is greater than the predetermined horizontal distance limit, blocks **7** and **8** are not grouped with group **1**.

Blocks **7** and **8** are grouped together as group **3**, **904**. Blocks **9** and **10** are grouped separate from blocks **7** and **8** and designated group **4**, **906**, because the vertical distance **905** between block **8** and block **9** exceeds a predetermined limit. In the preferred embodiment, the predetermined limit for vertical distance between blocks is **12** rows of cells. Blocks **12**, **13**, **14** and **15** are grouped together as group **5**, **907**. Block **16** is grouped separately as group **6**, **909**. Block **16** is not grouped with blocks **12**, **13**, **14** and **15** because of the existence of a graphics block **908**.

The present invention further discloses detecting edges of columns on a page by examining successive blocks down the page to determined if the left edge of each block is approximately lined up with the block below it and to determine if the block is vertically within a predetermined distance from its neighbor. If the block is not approximately lined with the block below it or the block is not a predetermined distance from its neighbor, it is assumed that the blocks are not in a column.

After the blocks are grouped, the block map array is rebuilt using the group numbers rather than the block numbers in each element in the block map array. This reduces subsequent processing requirements.

After completing grouping of blocks, blocks are arranged for output to the line parsing routines, block **219**. The purpose of arranging the groups for output is to attempt to output groups to the line parsing routines in the logical order

6,038,342

13

in which they would be read. Referring to FIG. **10**(*a*), a block diagram illustrating a page image consisting of 7 blocks of text is shown. The page image comprises a header area **1001** and 3 logic columns of text.

As a first step in arranging groups for output, vertically adjacent groups of blocks are located. Using the information regarding the location of vertically adjacent blocks, a tree is constructed linking the blocks. Each node in the tree represents a text or graphics block and contains pointers to up to 8 blocks above it. If there is more than 1 block above the current block, the pointers are arranged so that blocks are ordered from left to right. The root of the tree is at the bottom of the page. Each block is assigned a node number based on the left-to-right tree traversal order. Node **0** is assigned to the root.

As illustrated in FIG. **10**(*a*), node **1011** comprises a first vertical group **1002**. Node **2 1001**, Node **3 1013**, Node **4 1014** and Node **5 1015** may comprise a second vertical group **1003** being roughly adjacent to the first vertical group. Node **6 1016** and Node **6 1010** may comprise a third vertical group **1004** roughly adjacent to the second vertical group.

To determine the output order of the blocks, the tree is traversed from left to right and each branch of the tree is followed to its end traversing each subbranch from left to right. In general, a node at the end of a branch is output first and nodes from each branch of a subtree or are output before the root node for that subtree.

By way of example, with reference to FIG. **10**(*a*), to determine the normal output sequence for blocks **0–6** the tree is traversed from root **0** (the root) **1010** to the first node on the left, block **5 1015**. Nodes branching off of block **5 1015** are then traversed from left to right. Therefore, block **1 1011** is the next block examined. Since no blocks branch off of block **1 1011**, it is designated as the first block to be pruned from the tree and sent to the line parsing routines. The next node branching off of block **5 1015** is block **4 1014**. Therefore, block **4 1014** is processed next. Block **4 1014** has branches. Therefore, it is traversed and block **3 1013** is examined next. Likewise, branch **1013** is traversed and block **2 1001** is examined since it branches from block **3 1013**. As there are no other blocks which branch from block **2 1001**, block **2 1001** is the next block output to the line parsing routines. Block **3 1013**, having no more branches, is the next block to be output to the line parsing routines, followed by block **4 1014**. Since there are no more blocks branching off of block **5 1015**, block **5 1015** is the next block output to the line parsing routines. The root node **1010** continues to be traversed from left to right and block **6 1016** is processed. Again, since no blocks branch off of block **6 1016**, block **6 1016** is the next block sent to the line parsing routines. Finally, since no further blocks branch off of the root node **1010**, the root node is passed to the line parsing routines.

In processing blocks, those blocks designated as graphics blocks are included in the above described traversing and sorting process, however, graphics blocks are not passed to the line parsing routines.

When utilizing the above-described method for outputting blocks to the line parser, certain page layouts tend to obtain erroneous results. For example, in the page layout of FIG. **10**(*a*) blocks **2** and **3** may have been headers. In such a case, the logical reading order of the page would differ from the results produced by the above-described process. Therefore, the output order, in the preferred embodiment of the present invention of blocks, is rearranged by a recursively called routine. The routine is called for each node having more than

14

one upward branch. For example, with reference to FIG. **10**(*a*), the routine would be called when processing block **5 1015** and the root block **1010**.

The recursive routine finds the top block of each branch. Starting with the left most branch, the routine examines the nodes on the next branch to the right. If the top of a node of the right branch is higher on the page image than the top of a node of the left branch (either the right node overlaps the left node or the bottom of the right node is above the top of the left node) the subtree on the right branch is grafted onto the left branch. This process repeats for each node which satisfies the above criteria.

For example, node **2 1001** and node **3 1013** are both above node **1 1011** so node **3 1013** is logically grafted, for purposes of output to the block parsing routines, to node **1 1011**. The tree after processing by this recursive routine is shown with reference to FIG. **10**(*b*). In FIG. **10**(*b*), the block numbers have been reassigned in left-to-right tree traversal order. The new block numbers indicate the order of output to the page parsing routines. The blocks are output to the page parsing routines starting with block **1 1001**, then block **2 1013**, block **3 1011**, block **4 1014**, block **5 1015**, block **6 1016** and then the root node, block **0 2020**. The logical connection between blocks has been modified at branch **1020**.

A number of final adjustments are made as part of the page parsing process. These adjustments include processes for further merging of adjacent blocks after the block output order is known, enlarging blocks into the white space surrounding the block, constructing a mock-up of the page image showing the placement and order of text blocks, reskewing the block map and path map arrays to reverse for the skew correction applied earlier in the process and building a block descriptor array comprising descriptive information about each block.

Importantly, the mock-up of the page image showing the placing and order of text blocks may be displayed on a device such as a graphics terminal by the user. The user may then alter the output order of the blocks if desired. The process allows for user correction of the output order of the blocks where the page parsing routines have made incorrect assumptions regarding the logical reading order of the page.

BLOCK PARSING

Each block produced by the page parsing routine is passed, in the desired order, to the block parsing routine. The block parsing routine attempts to parse each block into individual lines of text. The block parsing routines utilize data structures built by the page parsing routines and the bit-mapped image of the input block to isolate individual lines and to add data to the block descriptive information in the block list. The data added to the block list comprises information identifying the leftmost column in the block, the width of the block, the height of the block, the number of lines in the block and the starting line number.

After receiving an input block, the block parsing routine computes the skew of the block, block **221** of FIG. **2**(*c*). The skew of the block is computed based on a detailed analysis of the phase change counts in the horizontal phase change array. Next, individual lines are isolated, block **222**, by examining the bit-mapped image for the block in conjunction with the phase change count analysis to determine the location of the possibly skewed horizontal white space which separates lines.

The block parsing process isolates and cuts between lines, block **223**, by locating horizontal paths of least resistance that most closely approximate the calculated skew. The

6,038,342

15

roughly horizontal path that separates lines of text may be interrupted by characters which have descenders or ascenders. For example, lowercase "g", "j", "p", "q", and "y", all have descenders. The block parsing routine cuts around such characters to ensure that the tails of such characters are left with the proper line when the line is passed to the line parsing routines.

Whenever the block parsing routine is unable to avoid or skirt around an obstacle within given tolerance levels, the block parsing routine measures the dimensions of the obstacle to determine whether the obstacle is a vertical ruling. If the obstacle is a vertical ruling, the obstacle is erased. If the obstacle is not a vertical ruling, the block parsing routines cut through the obstacle. Individual lines are isolated and buffered for processing by the the line parsing routines, block **224**.

### LINE PARSING

Each line output by the block parsing routines is used as input to the line parsing routines. The line parsing routines attempt to segment a line of text into individual characters. Referring to FIG. **2**(*d*), the line parsing routines of the preferred embodiment first find all columns in the line that have white space from the top of the line to the bottom of the line, block **231**.

The columns or segments having white space from the top of the line to the bottom of the line are then isolated and framed, block **232**. To frame segments, the line parsing process determines the left, right, top and bottom boundaries for pixel areas bounded by vertical white space. The boundaries are computed such that as little white space as possible is left around the pixel area.

If the resulting "framed" pixel area is wider than 64 pixels (the widest character width that may be processed by the preferred embodiment without reducing the resolution of the character) or the ratio of the width to the height of the framed pixel area is greater than 3 to 2, it is assumed that the framed pixel area comprises more than one character.

In such a case, the framed pixel area may comprise "kerned" characters. Kerned characters are characters which overlap each other, although they do not actually touch. In such a case, vertical white space may not exist between the characters. An example may be the letter "T" followed by "o". If a "T" is placed sufficiently close to an "o", no vertical white space occurs between them.

An unkerning process is applied to such relatively wide pixel frame areas. The unkerning process computes the leftmost clear path from the top of the line to the bottom. A clear path is defined as a list of connected vertical and horizontal segments that trace a clear path between two characters. If the unkerning processing is successful in finding a clear path, the left, right, top and bottom boundaries are recomputed for the pixel frame area to the left of the clear path. If the resulting frame is still wider than 64 pixels or still has a ratio of width to height of greater than 3 to 2 or if no clear path was found, an attempt is made to detect and remove underlining. If the process is successful in removing underlining, the line parsing process again attempts to find vertical white space.

After a pixel frame has been found which is not too wide, a character is considered to have been isolated, block **282** and a character window is created for the character recognition routines, block **233**. In the preferred embodiment of the present invention, a character window is a buffer area capable of holding characters up to 128 rows by 128 columns or 64 rows by 192 columns. If the pixel frame is too

16

large to be placed into a character window, the pixel frame is scaled to allow it to fit into the window. The pixel frame is copied one row at a time into the window. If the framed pixel area was derived as a result of an unkerning process, the right border of the pixel area is defined as the clear path found during the unkerning process. Otherwise, each row copied into the window consists of the bits in corresponding rows of the pixel frame area between vertical white spaces (i.e. the presumed isolated character).

Any window which is built which has a column width of more than 128 pixels is put into a reject cache for later processing. Otherwise, the character recognition routines are called and the window is passed to the character recognition routines, block **234**. If a character is successfully processed by the character recognition routines, a code for its recognized shape is placed in a buffer area termed a "galley". Windows which are rejected by all of the character recognition routines are added to the reject cache for later processing.

### CHARACTER RECOGNITION

Referring now to FIG. **11**, the character recognition process comprises the steps of template matching, block **1101**, followed by feature analysis, block **1105**, if the character was not recognized by the template matching step, block **1101**.

The template matching process, block **1101**, attempts to match characters passed in windows from the line parsing process to templates of already identified characters. The feature analysis process, block **1105**, attempts to recognize features of characters which could not be matched to templates. Based on recognizing these features, the character shapes are identified.

As one inventive aspect of the present invention, characters which are recognized by the feature analysis process are used as templates for recognition of later occurring characters. In the preferred embodiment, a template cache is built for each new document. The template cache comprises characters which have been recognized through the feature analysis process for the current document. Characters in the template cache are utilized in the template matching process. By building the template cache based on characters recognized in the document through the feature recognition process, the present invention allows for recognition of any font which is recognizable with the feature analysis routines. By combining elements of feature analysis and template matching, the present invention offers the performance advantages of a template matching system with the omnifont characteristics of a feature analysis system.

### TEMPLATE MATCHING

The template cache comprises information for each available template for the current document. For each template, a header field contains identification information for that particular template. The header field also comprises offset pointers to three pixel patterns which are used by the template matching process.

The first pixel pattern is the original pattern of the character as recognized by the feature analysis process. In the preferred embodiment, the original pattern of x rows by y columns is stored as a two-dimensional array with the rows zero padded up to a word boundary.

A second pixel pattern, termed a "must-be-off" pattern, is derived from the original pattern. The must-be-off pattern comprises x+1 rows and y+1 columns with the rows also being zero padded to a word boundary.

6,038,342

**17**

A third pixel pattern, termed a "must-be-on" pattern, is derived from the original pattern and comprises x−1 rows by y+1 columns. The actual image of the must-be-on pattern only occupies x−2 rows by y−2 columns. However, in the preferred embodiment an area of x−1 rows by y+1 columns is reserved for processing convenience to ensure that the array is as wide as the must-be-off array.

As will be apparent from the following description of the template matching methods of the present invention, characters will be recognized by the template matching process when the characters are within certain predetermined tolerances of the templates. Allowance for characters being within predetermined tolerances is essential because two bit-mapped images of the same character rarely, if ever, match exactly. Image digitization is sensitive to differences in registration and the digitization process itself introduces edge noise. Furthermore, characters are often broken or otherwise deformed due to poor image quality when the characters were originally printed, when the substrate which is being scanned has been copied or when the substrate is optically scanned for the character recognition process. Therefore, a simple bit-by-bit comparison is not adequate for a recognition process. The must-be-on and must-be-off image patterns are utilized by the present invention to allow for some margin of difference between characters.

The must-be-off array comprises a pixel image indicating which pixels in the window must be off (i.e. be set to 0) in order for the window to be considered a match against the template. Referring to FIG. 12(a) a bit-mapped image of the character e 1201 is illustrated. The x's in character e 1201 designate pixels which are on in the original image in the template cache.

In the preferred embodiment, the must-be-off array indicates pixels which are one or more pixels away from any on pixel in the original bit-mapped image. FIG. 12(b) illustrates the character e 1202 showing the must-be-off pixels as dashes. In the preferred embodiment, the must-be-off pixels are computed by "smearing" the original pixel image. The smearing is accomplished by performing logical OR processes on each row of the original pixel image. Each row of the original pixel image is logically OR'ed with a copy of itself shifted left one bit. The result is logically OR'ed with the original row shifted right one bit. The result of this step is logically OR'ed with the result of applying the same step to the row immediately prior to, or above, the current row. The result of this step is logically OR'ed with the similarly processed row immediately subsequent to or below the current row. The result of this operation is an image of the original character in which every pixel of the original bit-mapped image is surrounded by eight on pixels; the pixels above, below, to the right, to the left, and the 4 pixels at 45°, 135°, 225° and 315° from the original pixel. This effectively adds a one pixel layer of girth to the original character image. The complement of the resultant image is saved as the must-be-off pattern.

The must-be-on image comprises a character image showing bits which must be on for a match to occur. In FIG. 12(b), the character image of the character e 1202 is illustrated with plus signs showing pixels which must be one for a match to have occurred. To compute a must-be-on image, each row of the original pixel image is logically AND'ed with a copy of the row shifted one bit to the left. The result is logically AND'ed with a copy of the row shifted one bit to the right. That result is logically AND'ed with a similarly processed image of the row immediately above the current row. The result of the operation is then logically AND'ed with the similarly processed row immediately below the

**18**

current row. When performing the logical AND operation with the rows above and below the current row, the above and below rows have been logically AND'ed with images of themselves as described in the first two steps of this process before performing the logical AND operations with the current row. This process produces an image of the original character in which only those pixels which were surrounded on all eight sides remain on. Effectively, this causes the image to be one pixel layer less thick than the original image.

Utilizing the must-be-on and must-be-off arrays for comparing the input characters to templates allows for tolerances to be used in performing the matching. Although the preferred embodiment allows for a one pixel tolerance in testing for matches, it will be obvious to one of ordinary skill in the art that alternative embodiments may allow for different tolerance levels. An alternative embodiment which allows for less stringent tolerances may lead to higher early match rates and, thus, faster processing. However, such an embodiment may have a greater rate of errors in identification of characters due to the less stringent tolerances.

Referring now to 11(b), each time a new window comprising unidentified pixel information is received from the line parsing routine, must-be-on and must-be-off images are created for the unidentified image using the above-described processes, block 1120. The unidentified image in the window is then compared against characters in the template cache. The templates are ordered, for purposes of comparison, in a most recently matched order. Each time a match occurs against a template a counter stored in the template header is incremented.

When a template is first created as a result of being recognized by the feature analysis routines, the template's match counter is set to 0. In the preferred embodiment, new templates (i.e. templates with a match count of 0) are inserted at the beginning of the template queue. When an unidentified image processed by the template matching routines matches a particular template, the particular template's match count is tested to determined if the match count is 0. If the match count is 0, the preferred embodiment of the present invention examines the image in the character window utilizing the feature analysis routines (described below) to obtain confirmation that the image in the character window is the same character as identified by the template. If the feature analysis routines confirm the template and the image in the character window is the same character, the match count is incremented. Otherwise, the process assumes that the template yields unreliable results and the template is discarded from further processing. The recognition of the image in the character window then continues by attempting to match the image in the character window against other templates in the template cache.

The first step in matching an image in a window against the template is to construct must-be-on and must-be-off arrays from the unidentified image, block 1120. Next, a dimension check is made, block 1121. Images which differ from a template in their height or width by more than one pixel can't match the template, branch 1122. If the dimension check is passed, branch 1123, the must-be-on array for the unidentified image in the window is compared against the original bit-mapped image of the template. If all of the pixels in the must-be-on array for the unidentified image are on in the original template, branch 1124, a second test is performed.

The second test determines whether all of the pixels in the must-be-on array for the template are on in the unidentified

**19**

bit-mapped image in the window. If all such bits are on, branch **1125**, the original bitmapped image of the template is compared against the must-be-off array for the image in the window. All pixels indicated in the must-be-off array for the image in the window must be off in the original template for a match to have occurred. If this test is passed, branch **1126**, the unidentified bit-mapped image in the window is tested against the must-be-off array for the template. If all of the pixels indicated by the must-be-off array for the template are off in the bit-mapped image in the window, the template is judged a match and branch **1127** is taken.

As described above if the template has a match count of 0, the image in the character window is also analyzed with the feature analysis routines to confirm the identification. Otherwise, the identification code for the recognized shape is placed in the galley for later processing by the context analysis routines.

If any of branches **1122, 1128, 1129, 1130** or **1131** are taken as a result of not passing the corresponding test described above and if more templates exist in the template cache, branch **1132**, the same series of tests are made against each successive template in the template cache until a match occurs or the cache is exhausted.

If there are no more templates in the template cache, branch **1133**, none of the current templates match the unidentified image. This occurs whenever the unidentified image differs in font, size or registration from all of the characters in the template cache. The no-match condition may also be a result of characters which, although of the same font and size, are not a close enough match to be within the "edge noise" tolerances of the template matching routines.

In any event, if the image is not recognized, branch **1104** of FIG. 11(*a*), the feature analysis routines are called using the image in the character window as input, block **1105**.

### FEATURE ANALYSIS

The preferred embodiment of the present invention discloses use of a plurality of routines for analyzing the features of images passed as input to the feature analysis process to determine the category of the shape of an unidentified image in the character window. The plurality of routines comprises one routine for each unique species of shape in the standard character set. Each of these individual routines is capable of analyzing an image in a character window and providing as output an indication whether or not the image belongs to the generic shape category discriminated by the routine. The character recognition routines are exited when one of the routines responds with a positive indication that the image in the character window is the shape corresponding to that particular routine. If none of the feature analysis routines respond positively, the shape of the image in the character window remains unidentified. In such a case, further processing is performed to try to identify the shape of the image in the character window.

Each of the plurality of routines will be termed an "isit". The name "isit" is useful in describing the routines of the preferred embodiment because the routines determine whether a character in the character window is a particular character (e.g. "is it" an a). In the preferred embodiment isits exist for letters, numerals and special symbols such as commas, quotation marks, semicolons, etc. It will be obvious to one of ordinary skill in the art that the method of utilizing isits for determining whether an image in a character window is a particular character may be implemented for a wide number of alphabetic character sets. For example,

**20**

isits may be implemented for cyrillic character sets such as the character set used in the slavic languages or other character sets such as the character sets for Hebrew or Arabic.

In the preferred embodiment, the isits distinguish characters based on their shape. Therefore, characters sharing the same topography are recognized by a single isit. For example, the letter lower case "p" and the letter upper case "P" are recognized by the same isit. The letters lower case "u" and upper case "U", lower case "s" and upper case "S", lower case "o", upper case "O" and zero "**0**", etc., are other examples of characters with the same or similar topography which would be recognized by the same isits. For each shape or topography, characteristics of the shape have been chosen and measured experimentally such that a particular isit can distinguish the shape of its character from the shape of other characters through a wide range of font styles.

In the preferred embodiment, an isit provides as output either an ASCII code for a particular character or a code indicating the character is recognized as belonging to a particular class of characters or a reject code indicating the character is not recognized. An output of the ASCII code for a particular character indicates the character's identification by the isit routine is unequivocal. The ASCII code returned is the standard ASCII code for the particular character. A code indicating the character belongs to a particular class of characters restricts any subsequent feature analysis to a particular set of isits.

Referring now to FIG. **13**, a flow diagram illustrating the feature analysis process of the present invention is shown. For each image received as input to the feature analysis process, statistical data from a horizontal window and a vertical window is used by the isits. The horizontal window is the original character window having the bit-mapped image of the character. For example, referring to FIG. **14**(*a*), the character "b" is shown in horizontal character window **1401**. A vertical window is derived from the horizontal window **1401**, block **1301**. The vertical window may be thought of as the image in the horizontal window **1401** laid on its side with each of the rows of the horizontal window reversed in position. For example, FIG. **14**(*b*) illustrates a vertical window for the image of the character "b" in vertical window **1410**.

Statistical information is produced by examining the bit-mapped images in the horizontal window **1401** and vertical window **1410**. The statistical information comprises profile data, polygon representations of the characters, phase change information, and counts of the number of on pixels in each row of the character.

The present invention's polygon fitting algorithms dampen the effects of noise in the images to be identified and greatly reduce of the volume of data that has to be processed by the feature-direction routines. Further, it has been determined that polygon representations of character images are consistent over a wide range of character sizes, e.g., the character "i" produces substantially the same polygon representations in a wide range of type fonts.

For each face of a character window, profile data and four polygons are derived. The faces of a character comprise the left and right sides **1403, 1404, 1413** and **1414** of the horizontal and vertical windows. The profile data comprises an array having one element for each row of the window. Each element holds a value, measured in columns, representing the distance from the edge of the frame to the first on pixel in that row. For example, referring to FIG. **14**(*a*) the first on pixel in each row of face **1403** would be the first on

6,038,342

<table>
<tr><td>

21

pixel in the spine of the letter b. For face **1404**, the first on pixel for the top half of the letter b would be the first on pixel in the spine of the letter b. For the bottom half of face **1404**, the first on pixel for each row is the pixel located at the outside edge of the loop **1405** of the character b.

A first polygon is developed for each face. The polygon comprises a plurality of line segments fitted to a profile of the character viewed from the face. The line segments of the polygon are within a predetermined tolerance value of the profile of the character. For example, with reference to FIG. 14(c), a profile **1420** of the character b viewed from face **1404** of FIG. 14(a) is shown. The points on a polygon for describing this profile are shown at points **1421** through **1429**. In the preferred embodiment, there are a maximum of 16 points in the polygon used to described a particular profile and for each segment, its slope and the difference in slope from the prior segment are computed and saved. It will be obvious to one of ordinary skill in the art that a larger number of points may be used to described a polygon with a corresponding increase in processing and memory resources.

The polygon fitting algorithms determine the points such as points **1421** to **1429** on the profile image **1420**. The first step in the polygon fitting process is to assign polygon points **1421** and **1429** at each end of the polygon. A recursive routine is called using as inputs the end points of a line segment, such as points **1421** and **1429**, the profile image **1420** and a tolerance value. The tolerance value determines the "snugness" of the fit of the polygon to the profile image **1420**.

In the preferred embodiment, the tolerance (t) is measured in 128ths of a pixel and is computed based on the long and short dimensions of a window, according to the following formula:

Tolerance (t)=(13/4)x+64 if x<28;

and

(t)=5x if x>28;

where

x=(3*(length of the long side)+(length of the short side))/ 4.

The polygon fitting algorithm effectively draws a line between the end points **1421** and **1429** and locates the points furthest above and below the line (points **1422** and **1426**). If either extreme point lies beyond the allowed tolerance, it is incorporated into the polygon, thereby breaking the original line segment into subsegments. The algorithm continues, by recursively applying the same procedure to each subsegment until no raw data point lies further than the allowed tolerance form the nearest polygon segment. In the current example, both of the extreme points (**1422** and **1426**) are outside of the acceptable tolerance, so the original line segment is broken into three subsegments: **1421** to **1427**, **1427** to **1426**, and **1426** to **1429**. The algorithm continues by drawing the line segment between points **1421** and **1422**. This line segment has no points more than the allowed tolerance level above or below it, so it is not subdivided further. The algorithm then draws the line between points **1422** and **1426** and locates points furthest above and below the line. In this case, point **1425** is determined to be furthest above tolerance and no points lie below. This creates two new subsegments, **1422** to **1425** and **1425** to **1526**, which are refined recursively before the process examines the last subsegment that resulted from

</td><td>

22

the first iteration of the process. The process eventually draws a line between point **1426** and **1429** and determines that point **1428** is furthest above the line and no points lie further than the tolerance value below it. The resulting subsegments are similarly refined by recursive application of the same procedure.

The process of iteratively creating subsegments by determining points that are maximally above and below the tolerance boundaries of existing segments continues until no raw data point lies more than the tolerance value from the nearest polygon segment of the profile **1420**.

A second polygon is comprised of line segments connecting points fitted to a representation of a face profile of a character called a shaded profile. The shaded profile is derived from a profile of the face of the polygon by traversing the polygon from the bottom row to the top row and subtracting the minimum X value encountered in traversing the polygon from the current outside point on the polygon. The same procedure is then repeated from the top of the polygon to the bottom. The effect is that the remaining non-zero X points in the profile represent areas which effectively would be shaded if the character were imagined as being illuminated by lights on both sides. The shaded polygon is used in detecting and analyzing openings into the interior of a character.

A third polygon is comprised of points on a profile on a face of a character which is developed by subtracting the shaded profile from the original profile. This is termed the filled polygon. Both the shaded and filled polygons have the same number of points with the same y coordinates as the original polygon.

Finally, a fourth polygon is developed which has a looser fit than the original polygon to the original profile. This is done by developing a polygon from the original polygon having fewer points (i.e. utilizing a larger tolerance value).

Data is developed for both the horizontal and vertical windows which counts the number of phase changes from white to black in each row of the respective windows. For example, the character "I" in the horizontal window is generally comprised of rows having one horizontal phase change from white to black and the character "H" is generally comprised of rows having two phase changes from white to black. The phase change information is used to generate statistics used by the isit routines.

A first statistic is developed showing the percentage of rows in which a particular phase change value occurs. For example, for the character "I", the value one (representing the occurrence of one phase change from white to black in the row) may occur close to 100% of the time. For the character "H", the value one may occur 5% of the time and the value 2 may occur 85% of the time. For the character "d", in the horizontal window, there may be 0 phase change counts of the value 0 indicating that every row has at least one pixel on. There may be approximately 55% of the rows having one phase change, these rows comprising the upper half of the character "d". The remaining approximately 45% of the rows have two phase changes, these rows comprising the loop of the character "d". There are no rows having 3 or 4 phase changes.

In the preferred embodiment, rows with more than 4 phase changes are counted with rows that have exactly 4 phase changes for purposes of calculation of these percentage values. The limit of 4 phase changes is developed from experimental data and observations developed by the Applicant. Typically, occurrences of more than 4 phase changes represent noise in the bitmapped image.

A second statistic is developed indicating where in the image of the character the average location of a particular

</td></tr>
</table>

6,038,342

23      24

phase change count occurs. For example, for the character "I" for a phase change count value of 1, the "where" value may be close to 50. This indicates the average location of a line with a phase change count of 1 occurs approximately at the middle of the character. For the character "d" the where value for the phase change count for the value of 1 may be approximately 20, indicating the average of the row numbers containing one phase change is approximately 20% of the way down the character. The where value for a phase change count of 2 may be approximately 75, indicating the average of the row numbers containing 2 phase changes is approximately three-quarters of the way down the character. This is because the loop on a lower case "d" is at the bottom half of the character.

An array is also developed for both the horizontal and vertical windows comprising an element for each row of the respective windows showing a count of the number of on pixels in that row. Polygons are also fitted to these arrays.

The isits are used to individually analyze the character, block 1304, until the character is recognized. A particular isit routine may utilize any one of a number of techniques for identifying whether a character is the character to be identified by the particular isit. In some cases, where a particular character's style varies significantly from type font to type font, a plurality of different techniques may be utilized to recognize the character. Typically, the isit routines analyze the shape of the faces of the character by utilizing the above described polygons and by utilizing the above described statistical information. The use of polygons to approximate characters tends to allow an isit routine to ignore small perturbations in the character.

A first technique utilized by isits to determine whether an image is the character to be identified by the particular isit is to examine the statistical information derived from the phase change data. For example, a particular isit may reject any character in which the percentage of rows having two changes from white to black exceeds 10%. An example of such an isit may be an isit for recognizing the character "I". In general, this method of examining statistical information allows most isits to eliminate 70 to 85% of all images input to them with a minimum of processing resources.

Another method of determining whether a particular character is a character to be recognized by a particular isit is to examine peaks in the polygons. For example, the letter upper case "F" is characterized by having two extreme peaks when examined from its right horizontal face. Isits may identify characters based on both the number of peaks and the relative position of such peaks. For example, an isit for recognizing the character "F" might reject the character "e" because the number and relative position of the peaks in one of its faces or in one of its population count arrays.

Certain characters are characterized by having a "spine" or "stroke" (i.e. the left face of a B, b, h, k, A, D, E, etc.). An isit for recognizing such characters may examine a character to find the longest single line segment in the character and look for characteristics such as the percentage of the length of the longest segment to the length of the character as a whole and the slope of the segment.

Another technique used by isits for identification of characters is to identify loops in the characters. A loop may be identified as a line having primarily two changes from white to black across each row of the loop. The isits identify the steepness of the curve of the loop, the relative symmetry of the curve and information about the corners of the loop. For example, the numeral "8" can often be distinguished from the letter "B" because of the difference in the corners.

As discussed above, after completing an analysis an isit returns either the ASCII code or the shape code for the particular image or information identifying the reason why the image was rejected. If the image is recognized, branch **1306**, a template is built as described above in connection with template matching, block **1307**. The identification code is then moved to the character galley.

Otherwise, the next isit is selected based on parameters such as the frequency of occurrence of the character represented by the isit and information obtained from prior isits showing reasons those isits rejected the character, branch **1310**. If there are no more isits, branch **1311**, the image in the character window is moved to the reject cache. Otherwise, branch **1312**, the next isit analyzes the character, block **1304**.

## SIDE MATCHING

In many cases, a character can not be recognized by either the template matching or feature analysis routines because the character is "stuck" to a character adjacent to it. This occurs, for example, when characters are spaced too closely together for the quality of the printing process. As one particular instance, such "stuck" together characters may occur when the ink bleeds in a document composed of proportionally spaced text.

The present invention discloses a method termed "side matching" for identifying such stuck characters. When analyzing a character window using side matching, templates are effectively laid on the sides of the character window to determine if a match would occur with that template if all pixels in the "shadow" of that template were ignored. The side matching methods of the present invention utilize the same template comparison algorithms as discussed above in reference to template matching but the side matching methods effectively ignore the images right or left sides.

For example, if a character window comprises the character "ite", all effectively stuck together, the side matching process attempts to lay templates on the left and right sides of the character window. Each of the templates would be aligned with the left side of the character window when looking for a match on the left and pixels to right of the on pixels in the template would be ignored. In the current example, laying a template for the character "i" on the left side of the character window could produce a match. If it did, the ASCII code for an "i" would be registered in the galley, and the side matching process would remove the pixels representing the character "i" from the window. The process would continue by attempting side matching on the remaining pixels in the window. In this case, a match might occur when using a template for the character "t".

The side matching method of the present invention may be applied from either the right or left side of a character window and is applied at all possible vertical registrations. If side matching from the left side of the character window leaves unrecognized characters, side matching is attempted from the right side.

Since some letter shapes are subsets of others (e.g., r-n-m or c-o-d), the templates are ranked and ordered by size prior to using the templates in side matching. Some templates (e.g., a period) are excluded from the side matching process because such templates would produces matches on virtually all images.

In the preferred embodiment, side matching is attempted on character windows in the reject cache after completion of processing of all characters in the document. This allows for a relatively large library of templates to be been created and increases chances for successful identification of characters with the side matching technique.

6,038,342

25

CONTEXT ANALYSIS

The character recognition process identifies characters by their shape. However the shape of the character alone may not be determinative of what the character is. For example, a lower case "s" may not be distinguishable from an upper case "S". As another example, an apostrophe is not distinguishable from a comma based strictly on its shape. The context analysis routine accepts as input and utilizes as output the galley of character codes created by the character recognition routines. Context analysis is performed on one line of the page at a time to attempt to resolve ambiguities. Referring now to FIG. **15**, the process utilized by the preferred embodiment of the present invention is illustrated.

The preferred embodiment of the present invention comprises a data base of characteristic attributes of various characters. These attributes may include information on whether the character is typically found entirely above the baseline of the character line or whether a tail or other portion of the character typically extends below the baseline. The data base also comprises information regarding the relative size of characters which are normally ambiguous when identified by shape alone. For example, the data base may comprises information for distinguishing between a upper case "S" and a lower case "s" based on the expected relative size.

Each line from the page is copied from the galley into a buffer to prepare the line for further processing, block **1501**. During the process of copying a line to the buffer, values are assigned to characters from the character attribute data base such as information on whether the character sits above the baseline and whether the relative size of the character indicates whether it is upper or lower case. Spacing between words is also determined at this point by constructing and analyzing a histogram of the distances between letters. Importantly, as ambiguities are resolved for one character, the present invention utilizes information gained from resolving such ambiguities to assist in resolving ambiguities about neighboring characters.

The base line is also adjusted for skew. In the preferred embodiment, the skew may be adjusted by examining the expected baseline for each individual character and attempting to adjust the baseline for the entire line based on this information. If, however, the values for the baseline disagree significantly from character to character or from word to word, a character near each end of the line is found which is reliably known to sit on the baseline (e.g. the character "B" is known to sit on the baseline, the character "Q" can not be reliably predicted to sit exactly on the baseline because in some fonts its tail may extend below the baseline). An adjusted base line is then determined by effectively drawing a line connecting the bottom of these two characters near each end of the line.

The typical heights of upper and lower case letters in the line are determined by preparing histogram information showing the heights of non-ambiguous characters. Normally, such a histogram will show two levels of peaks, a first level corresponding to lower case characters and a second level corresponding to upper case characters.

Certain character types such as underlines are moved to the end of the buffer area. This allows these characters to be effectively ignored during the majority of the context analysis processing. Such characters are restored to their previous positions in the line near the completion of the character analysis processing.

Finally, a histogram type analysis of the width of white space between adjacent characters on the line is prepared. In

26

the preferred embodiment, punctuation characters are not included in the histogram analysis unless the line consists entirely of punctuation lines. Typically, the histogram has two peak levels. The first peak level is assumed to represent character spacing between letters within words and the second peak level is assumed to represent spacing between words. If there not two distinct peak levels, words spacing is assumed to be some midpoint between peak levels. If there are not at least two peaks, an arbitrary word spacing point is determined based on the average height of characters in the line.

After preparing the line for context analysis, block **1501**, a first pass is made through each character on the line, block **1502**, to attempt to resolve ambiguities. This first pass looks at such characteristics as the relative height of characters in each word, the positions relative to the baseline, etc. For cases in which there is an ambiguity in determining whether a character is a numeral or a letter, the character is analyzed in relation to the other characters that neighbor it to determine whether they are numeric or alphabetic. Determining character ambiguities is an iterative process in which information which is known about neighboring characters is used in analyzing a particular character. After all characters in a word have been examined, consistency checks are performed. If one or more characters are found to have inconsistent characteristics, all characters in the word are flagged as being possibly wrongly interpreted. A second pass of the context analysis routine is intended to correct the interpretation.

After completing the first pass context analysis for each line in the galley, the context analysis routine attempts to assign a font identification number to each character in the galley and to determine character sizes for each font, block **1503**. Font identification is propagated through the galley by tracing through all of the characters which were identified by templates. All of the characters that matched a particular template are linked together in a linked list having a root pointing to a particular template. Based on these linked lists of characters, words are assigned to fonts on the premise that words containing characters identified by the same template are of the same font. This is a lengthy, iterative process. Histogram information is then prepared detailing the height of the upper and lower case characters for each font.

A second pass is then made through each line in the galley, block **1504**. Words which were flagged during the first pass as having inconsistencies are again analyzed to determine which characters are incorrect. The second pass checks such items as baseline uniformity, character size uniformity, alphabetic/numeric context, etc.

Finally, a series of miscellaneous clean-up routines are utilized, block **1505**. Such things as punctuation are checked to ensure reasonable size and position. For example, a very large punctuation mark is probably an unrecognized character and is flagged as such. Periods and relatively wide commas or apostrophes which are located above the baseline or below the top of lower case character may be short dashes or bullets. These characters are assigned the ASCII code for a dash. When recognition is attempted on a bit-mapped image which is not printed text, such as a signature or a logo, the result is typically a string comprising unrecognized characters and a set of other characters such as punctuation and dashes. Such strings are collapsed into a single unrecognized character. Successive single quotes are combined into double quotation marks.

The context analysis routine also attempts to merge characters which may have been split by the character recogni-

6,038,342

27

tion routines. For example, two characters which may have been recognized by the character recognition routines as an open parenthesis "(" followed by a close parenthesis ")" may actually be the letter "o". The context analysis routines attempt to merge such split characters by recognizing the proximity of particular character pairs.

Other characters, such as underlines, are analyzed to determine whether they are within a predetermined distance from the baseline. If the underline is more than the predetermined distance or if its edges do not coincide with the word boundaries, it is considered to be a ruling rather than an underline. Otherwise, the characters above the underline are flagged as being underlined. The predetermined distance is determined based on the relative context of the line including such factors as the size of the characters.

The context analysis routines attempt to identify unidentified characters by merging together broken pieces of characters, resubmitting characters to the character recognition routines allowing less stringent constraints for the recognition, etc.

The output from the context analysis routines is the completed scanned page having ASCII character representations for characters on the page in the normal reading sequence of the characters.

Thus, an optical character recognition method and apparatus has been described.

We claim:

1. A method for optically recognizing characters on a medium and storing a template of said recognized characters in a template cache, said template cache for recognition of subsequent characters on said medium, said method comprising the steps of:

(a) analyzing a first shape characteristic of a first character with a first shape characteristic analyzing process;

(b) analyzing a second shape characteristic of said first character with a second shape characteristic analyzing process;

(c) identifying said first character based upon the first and second shape characteristics;

(d) generating a template of said identified first character, and

(e) storing said template in said template cache.

2. The method as recited in claim 1 wherein said step of generating a template of said identified first character is further comprised of the steps of:

(a) generating a must be off pixel pattern, and

(b) generating a must be on pixel pattern.

3. The method as recited in claim 1 wherein said step of storing said template in said template cache is further comprised of the steps of:

(a) storing a pixel pattern of said identified character in said template cache;

(b) storing said must be off pixel pattern in said template cache;

(c) storing said must be on pixel pattern in said template cache, and

(d) storing a header in said template cache, said header for associating said pixel pattern, said must be off pixel pattern and said must be on pixel pattern.

4. In an optical character recognition system having a feature analysis process for identifying an unknown character, said optical character recognition system for identifying characters in a medium, a method for constructing a template library for use while processing said medium, said method comprising the steps of:

28

(a) identifying said unknown character with said feature analysis process;

(b) building a template for said unknown character subsequent to having identified said unknown character; and

(c) storing said template in template library.

5. The method as recited by claim 4 wherein said template library is created for each new medium presented to said optical character recognition system.

6. The method as recited in claim 4 wherein prior to said step of identifying said unknown character with said feature analysis process, performing said step of determining that said unknown character does not match a template in said template library.

7. In a character recognition system having template matching as a first character recognition process, a method for generating a template cache for recognizing characters on a medium being processed, said method comprising the steps of:

a) providing a first pixel pattern of an unrecognized character on said medium being processed;

b) determining said unrecognized character on said medium being processed does not match a template in said template cache;

c) recognizing said unrecognized character utilizing a second character recognition process to create a recognized character;

d) building a template of said recognized character; and

e) adding said template of said recognized character to said template cache.

8. The method as recited in claim 7 wherein said step of building a template of said recognized character is further comprised of the steps of:

a) generating a second pixel pattern corresponding to pixels which must be off;

b) generating a third pixel pattern corresponding to pixels which must be on; and

c) generating a header for associating said first pixel pattern, said second pixel pattern and said third pixel pattern.

9. The method as recited in claim 8 wherein said second character recognition process is a feature analysis process.

10. A system for optically scanning a medium to recognize characters thereon, said system comprising:

scanning means for providing as output a bit-mapped image of said medium;

a memory means coupled with said scanning means, said memory means for storing said bit-mapped image;

a parsing means coupled to said memory means, said parsing means for extracting unknown characters from said bit-mapped image;

a template cache memory for storing templates of recognized characters;

a template character recognition means coupled to said template cache and said parsing means, said template character recognition means for recognizing characters by comparing unknown characters to templates in said template cache;

a feature analysis recognition means coupled to said template cache and said memory means said feature analysis recognition means for recognizing characters not recognized by said template character recognition means; and

template generation means coupled to said feature analysis recognition means and said template cache memory,

6,038,342

29

said template generation means for generating a template of recognized character and storing in said template cache.

**11**. The system as recited in claim **10** wherein a template is comprised of:

a pixel pattern of a recognized character;

a must-be on pixel pattern of said recognized character; and

a must-be off pixel pattern of said recognized character.

**12**. The system as recited in claim **11** wherein said template generation means is further comprised of:

means for generating a must-be on bit pattern from a bit pattern of said recognized character; and

means for generating a must-be off bit pattern from said bit pattern of said recognized character.

**13**. A method of creating a character template using an image, said image including a representation of a character, said method including the steps of:

a) accessing said representation;

b) analyzing said representation using a first recognition process;

c) analyzing said scanned representation using a second recognition process, if said character is not recognized using said first recognition process;

d) generating a character template, if said character is recognized using said second recognition process, and

e) storing said character template, if a character template has been generated.

**14**. The method of claim **13** wherein said first recoginition process includes template matching and said second process includes feature analysis.

**15**. The method of claim **14** wherein said character template includes a first pixel pattern, a second pixel pattern, and a third pixel pattern, said first pixel pattern corresponds to said representation, said second pixel pattern includes a must-be-off pattern, and said third pixel pattern includes a must-be-on pattern.

**16**. A method of recognizing a first character in a character recognition system, said character recognition system

30

including an image, said image including a first image representation corresponding to said first character, said method comprising the steps of:

a) accessing said first image representation;

b) applying a template matching process to said first image representation;

c) applying a feature analysis process to said first image representation, if said template matching process does not successfully identify said first image represenation as corresponding to said first character,

d) identifying said first image representation as corresponding to said first character, and

e) including a first character template corresponding to said first image representation for use in subsequent template matching processing.

**17**. The method of claim **16** wherein said image includes a second image representation corresponding to said first charater, and said method further comprises the steps of:

f) accessing said second image representation, and

g) applying said templating matching process, including said first character template, to said second image representation.

**18**. A system for recognizing a character represented on an image, said system comprising:

a) a memory for storing said image and a set of character templates, and

b) a processor being coupled to said memory, said processor for accessing said image and generating a first representation of a portion of said image, said portion including a representation of said character, said processor further for applying a templating matching process to said portion, said processor further for applying a feature analysis process to said portion if said template matching process does not identify said portion as corresponding to said character, said processor further for generating a character template from said portion if said feature analysis identifies said portion as corresponding to said character.

*    *    *    *    *



US005261009A

# United States Patent [19]

**Bokser**

[11] **Patent Number:** **5,261,009**

[45] **Date of Patent:** **Nov. 9, 1993**

[54] **MEANS FOR RESOLVING AMBIGUITIES IN TEXT PASSED UPON CHARACTER CONTEXT**

[75] Inventor: **Mindy R. Bokser**, San Francisco, Calif.

[73] Assignee: **Palantir Corporation**, Sunnyvale, Calif.

[21] Appl. No.: **856,472**

[22] Filed: **Mar. 24, 1992**

**Related U.S. Application Data**

[63] Continuation of Ser. No. 157,399, May 19, 1988, Pat. No. 5,133,023.

[51] Int. Cl.$^5$ ............................................. **G06K 9/72**
[52] U.S. Cl. ........................................ **382/40;** 382/9; 382/15; 382/36
[58] Field of Search .................... 382/9, 30, 34, 36–40

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,003,025 | 1/1977 | Hilliard et al. | 382/40 |
| 4,058,795 | 11/1977 | Balm | 382/40 |
| 4,599,693 | 7/1986 | Denenberg | 382/15 |
| 4,754,489 | 6/1988 | Bokser | 382/40 |

*Primary Examiner*—Jose L. Couso
*Attorney, Agent, or Firm*—Steven F. Caserza

[57] **ABSTRACT**

A method of identifying an object within a set of object candidates includes the steps of:
calculating the probability of occurrence of each member of a set of string candidates, wherein each string candidate contains one member of the set of object candidates, the calculating employing formulae using a method of groups and projections; and
identifying one of the objects based on the calculated probability.

**53 Claims, 7 Drawing Sheets**





( PRIOR ART )

FIG 1

# FIG 2A

PREFIX

| BLANK | '' |
|-------|-----|

BUFFERED BLOCK OF POSSIBILITY SETS



| 0 0 o | n | 1 i l | c 0 0 o | n | s |
|-------|---|-------|---------|---|---|

# FIG 2B

| BLANK | '' | @ | n | @ | @ | n | s |
|-------|-----|---|---|---|---|---|---|



M355                    FIG 3



FIG 4

CHOOSE WINNING STRING

FIG 5





FIG 6

PREFILTER



FIG 7

5,261,009

1

## MEANS FOR RESOLVING AMBIGUITIES IN TEXT PASSED UPON CHARACTER CONTEXT

This application is a continuation of Ser. No. 07/157,399 filed May 19, 1988 now U.S. Pat. No. 5,133,023.

### BACKGROUND

Field of the Invention

This invention relates in general to character recognition systems and relates more particularly to such systems having provision for resolving detected ambiguities in sensed characters.

2. Prior Art

A wide variety of pattern recognition systems are known in the art. Each such system optically receives data depicting a pattern to be recognized, and performs certain tasks on this pattern to compare it to known patterns in order to "recognize" the input pattern. A basic flow chart depicting a pattern recognition system is shown in FIG. 1. The input pattern is the pattern which is to be recognized. Digitizer 12 converts input pattern 11 to a series of bytes for storage in system memory 13. These bytes are typically binary in nature, reflecting the fact that input pattern 11 is basically a black and white figure. Digitizers are well known in the art and typically are used in such devices as facsimile machines, electronic duplication machines (as opposed to optical photocopy machines) and optical character recognition systems of the prior art. Memory 13 can comprise any suitable memory device, including random access memories of well-known design. Segmentation 14 serves to divide the image data stored in memory 13 into individual characters. Such segmentation is known in the prior art, and is described, for example, in "Digital Picture Processing," Second Edition, Volume 2, Azriel Rosenfeld and Avinash C. Kak, Academic Press, 1982, specifically, Chapter 10 entitled "Segmentation".

Feature extraction 15 serves to transform each piece of data (i.e., each character) received from segmentation 14 into a standard predefined form for use by classification means 16, which in turn identifies each character as one of a known set of characters.

Classification means 16 can be any one of a number of prior art identification means typically used in pattern recognition systems, including, more specifically, optical character recognition systems. One such classification means suitable for use in accordance with the teachings of this invention is described in U.S. Pat. No. 4,259,661, issued Mar. 31, 1981 to Todd, entitled "Apparatus and Method for Recognizing a Pattern". Identification means 16 is also described in "Syntactic Pattern Recognition and Applications," K. S. Fu, Prentice Hall, Inc., 1982, specifically, Section 1.6, and Appendices A and B.

Postprocessing means 17 can be any one of a number of prior art postprocessing means typically used in pattern recognition systems, such as described in "n-Gram Statistics For Natural Language Understanding And Text Processing" Suen, IEEE Transactions on Pattern Analysis and Machine Intelligence," Vol. PAMI-1, No. 2, pp. 164–172, April 1979.

Output means 18 serves to provide data output (typically ASCII, or the like) to external circuitry (not shown).

2

Brief Description of the Drawings

FIG. 1 is a flow chart illustrating a typical prior art pattern recognition system;

FIG. 2a is an example of a prefix and a buffered block of possibility sets;

FIG. 2b is an example of a nonrecognition string;

FIG. 3 is a flow chart depicting the overall operation of the context module;

FIG. 4 is a flow chart depicting the operation of buffering a block of possibility sets;

FIG. 5 is a flow chart depicting the operation of choosing the winning string;

FIG. 6 is a flow chart depicting the operation of computing the confidence and status of each string candidate; and

FIG. 7 is a flow chart depicting the prefilter strings operation.

### DESCRIPTION OF THE PREFERRED EMBODIMENT

Preprocessing of Reference Data

Computing Character String Probabilities

The context algorithm employed in the present invention discussed later, assigns a probability value to each member of a set of character strings in order to determine which character string in the set has the highest probabilities. As used in this specification, a character string is an ordered list of characters of some selected length. The probability value assigned to a character string is computed by modeling the English language as a second order Markov process. That is

$$
\begin{aligned}
P(x_1 x_2 x_3 &\ldots x_n) \\
= P(x_1 x_2 x_3) \, &* \\
P(x_2 x_3 x_4 / x_2 x_3) \, &* \\
P(x_3 x_4 x_5 / x_3 x_4) \, &* \ldots \\
P(x_{n-2} x_{n-1} x_n / x_{n-2} x_{n-1})
\end{aligned}
$$

where $x_1 x_2 x_3 \ldots x_n$ is a string of n characters: In the above equation $P(A/B)$ denotes the relative probability of the event A given the event B. If, as above, the event A is a subset of the event B, then it is known that $P(A/B) = P(A)/P(B)$. Using this fact, the above equation is rewritten as

$$
\begin{aligned}
P(x_1 x_2 x_3 &\ldots x_n) \\
= P(x_1 x_2 x_3) \, &* \\
P(x_2 x_3 x_4) \, &\div \\
P(x_2 x_3) \, &* \\
P(x_3 x_4 x_5) \, &\div \\
P(x_3 x_4) \, &* \ldots \\
P(x_{n-2} x_{n-1} x_n) \, &\div \\
P(x_{n-2} x_{n-1})
\end{aligned}
$$

For any selected character string, after probability values for the appropriate character digrams and trigrams are obtained, the above equation is used to compute the probability value of the selected character string. As used in this specification, a character digram is a string of two characters, and a character trigram is a string of three characters. The problem of computing a probability value for a character string then reduces to the problem of computing probability values for the character digrams and character trigrams contained in the selected character string.

Computing Trigram/Digram Probabilities

One standard method of obtaining the probability value of any character trigram (digram) is to use a pre-

5,261,009

**3**

computed character trigram (digram) probability table. Such a character trigram probability table is constructed as follows. First, a large body of 'typical' English text is obtained, which is referred to in this specification as the source tape. The character trigram probability table is constructed so as to contain, for each possible character trigram, a value proportional to the number of occurrences of that selected character trigram in the source tape. The character digram probability table is constructed in a similar way.

The method of this invention does not, however, use a character trigram table to obtain the probability of any character trigram, nor does it use a character digram table to obtain the probability value of any character digram. Instead, it uses a total of eight different probability tables, in a manner fully described below, to obtain an estimate for the probability of any character digram or trigram. This is done for two reasons: to minimize memory requirements and to improve statistical significance.

A character trigram probability table containing a probability value for any character trigram would require $N^{3*}k$ bytes of memory, where N is the number of characters in the character set and k is the number of bytes used to store a single probability value. If, for example, the character set contains 120 different characters and one byte is used to store each probability value, the character trigram probability table would require approximately three megabytes of memory. In the method of this invention, the total amount of memory required to store the eight probability tables is approximately 30K bytes.

As mentioned above, the second problem with using a character trigram (digram) probability table to obtain a probability value for any character trigram (digram) is that the probability values generated by the source tape for low-probability trigrams (digrams) may not be statistically significant due to the limited size of the source tape. For example, referring to Table 1 below, the number of occurrences in the source tape of each of three character trigrams is given.

TABLE 1

| STRING | # OCCURRENCES |
|--------|---------------|
| 53e | 0 |
| 58e | 1 |
| 72e | 5 |

The character trigram probability values for these three character trigrams, generated by the source tape, would indicate that '72e' was five times as probable as '58e' and that '53e' was impossible. The method of this invention assigns more statistically significant probability values to low-frequency character digrams and trigrams.

As mentioned above, eight probability tables are computed. A formula is then derived to compute the probability of any character trigram or digram using values stored in these eight probability tables. This formula is referred to in this specification as the 'character ngram probability formula'. Prior to the construction of these tables, the following steps are taken:

Designate context independent groups
Designate generic letter independent nonletters
Define projections onto groups
Designate Context Independent Groups

Prior to the construction of probability tables, the first step is to designate certain groups of characters as 'context-independent'. As used in this specification, a group of characters is 'context-independent' if the mem-

**4**

bers of the group are assumed to be contextually indistinguishable. That is, a group of characters is context-independent if that group is assumed to satisfy the context independent model, discussed below. In one embodiment, the groups of characters which are designated as context-independent are as given in Table 2 below.

TABLE 2

| Group Name | Characters in Group |
|------------|---------------------|
| <digit> group | '0', '1', '2' . . . '9' |
| <sentence-ending punctuation> group | '!', '?' |
| <currency-suffix> group | 'e', '¥', '£' |
| <arithmetic> group | '+', '=', '÷' |

The context independent model, used in the derivation of the character ngram probability formula, is the statement that

$$P(\overline{x}y\overline{z}/\overline{x}g\overline{z}) = P(y/g)$$

where

$\overline{x}$ and $\overline{z}$ are strings of characters
g is a context-independent group
y is a member of g

Stated informally, the context-independent model asserts that, given that a character is a member of a particular context-independent group, the probability that it is a particular member of that group is independent of surrounding context.

The context-independent model is illustrated by examining the probability that a particular digit is the number '7' given that the digit is preceded by the letters 'MB':

$$P(<M><B><7>/<M><B><digit>)$$

The model is used to rewrite the above relative probability as follows:

$$P(<M><B><7>/<M><B><digit>) = P(<7>/<digit>)$$

The context-independent model asserts that the fact that a digit is preceded by the letters 'MB' has no bearing on the probability that the digit is the number '7'. If, for example, one out of every 10 digits in standard English usage is a '7', that is if $P(<7>/<digit>) = 10\%$, then it is expected that approximately 10% of all strings of the form $<M><B><digit>$ end in the number '7'.

The designation of context independent groups is dependent on the given language. For example, in English, the character '.' is not included in the <sentence-ending punctuation> group consisting of '!' and '?'. This is because the character '.' serves additional syntactic functions and so is sometimes contextually distinguishable from '!' and '?'. For example, the character '.' is sometimes used as a decimal point and so is more likely to separate two digits than either '!' or '?'. In general, characters are grouped, when possible, into the same context-independent group in order to reduce the amount of memory required to store the probability tables and in order to improve the statistical significance of the probabilities generated for low frequency character digrams and trigrams.

Designate Generic Letter Independent Nonletters

5,261,009

**5**

Prior to the construction of probability tables, the second step is to designate certain nonletter characters as 'generic letter independent'. As used in this specification, a selected nonletter character is 'generic letter independent' if it is assumed to satisfy the generic letter independent model, discussed below. In one embodiment, all nonletters except blank and apostrophe are designated as generic letter independent. As used in this specification, the $<$generic letter independent$>$ group is the set of all nonletters which have been designated as generic letter independent.

The generic letter independent model, which is incorporated into the relative independent model discussed later, is the statement that

$$P(x_1yx_2/(x_1<g.l.i.>x_2)=P(k_1yk_2<g.l.i.>k_2)$$

where

$\bar{x}_1$ and $\bar{x}_2$ are strings of characters $\bar{k}_1$ and $\bar{k}_2$ are obtained from $\bar{x}_1$ and $\bar{x}_2$ by replacing all occurrences of letters with the case of those letters

y is a nonletter that has been designated as generic letter independent

$<$g.l.i.$>$ is the generic letter independent group

Stated informally, the generic letter independent model states that, given that a character belongs to the $<$generic letter independent$>$ group, the probability that it is a particular member of the group is dependent on only the case (i.e., uppercase or lowercase) of the surrounding letters.

This model is illustrated by examining the relative probability that a string of three letters is the string 'MB?' given that the string consists of the letters 'MB' followed by a character in the $<$generic letter independent$>$ group:

$$P(<M><B><?>/<M><B><g.l.i.>)$$

In this example, the character '?' is assumed, as in one embodiment, to have been designated as generic letter independent. The model is used to rewrite the above probability as follows:

$$P(<M><B><?> / <M><B><g.l.i.>)$$
$$= P(<cap><cap><?> / <cap><cap><g.l.i>)$$

where $<$cap$>$ is the set of all capital letters

The generic letter independent model asserts that the pair of capital letters 'MB' is as likely to be followed by a question mark as is any other pair of capital letters. If, for example, 10% of all character strings of the form $<$cap$><$cap$><$g.l.i.$>$ are strings of the form $<$cap$><$cap$><?>$, then it is concluded that approximately 10% of all character strings of the form $<$M$><$B$><$g.l.i.$>$ are strings of the form $<$M$><$B$><?>$.

The designation of certain non-letter characters as generic letter independent is dependent on the given language. For example, in English, the character apostrophe is not designated as generic letter independent. This is because the character apostrophe is more likely to separate certain pairs of letters (such as 'n' and 't') than other pairs of letters (such as 'e' and 'm'). In general, nonletters are assumed to be generic letter independent whenever possible in order to reduce the amount of memory required to store the probability tables, discussed later, and to improve the statistical significance

**6**

of the probabilities generated for low frequency character trigrams.

Groups and Projections

The third and final step prior to the construction of probability tables is the creation of groups and projections. As used in this specification, a projection is a mapping from a set of characters (domain of the projection) onto a set of character groups (range of the projection) with the following properties:

1. Each selected character in the domain of the projection is mapped onto a character group that contains the selected character.

2. No two groups in the range of the projection contain the same character.

Also as used in this specification, a character group containing a single character is referred to as an 'identity' group.

A letter projection is a projection from the set of all letters onto a set of letter groups. In one embodiment, four letter projections are defined. These are:

letter - identity projection
letter - generic letter projection
letter - smallcap projection
letter - letter projection

The letter-identity projection maps each letter onto its corresponding identity letter group. The identity letter groups are

$$
\begin{aligned}
<a> \quad &group \quad = \quad \{`a`\} \\
<b> \quad &group \quad = \quad \{`b`\} \\
&\quad \cdots \\
<z> \quad &group \quad = \quad \{`z`\} \\
<A> \quad &group \quad = \quad \{`A`\} \\
<B> \quad &group \quad = \quad \{`B`\} \\
&\quad \cdots \\
<Z> \quad &group \quad = \quad \{`Z`\}
\end{aligned}
$$

Thus, for example, the letter-identity projection of the character lower-case 'e' is the $<$e$>$ group.

The letter-generic letter projection maps each letter onto its corresponding generic letter group. The generic letter groups are:

$$
\begin{aligned}
<generic\ a> \quad &= \quad \{`a`, `A`\} \\
<generic\ b> \quad &= \quad \{`b`, `B`\} \\
&\quad \cdots \\
<generic\ z> \quad &= \quad \{`z`, `Z`\}
\end{aligned}
$$

Thus, for example, the letter-generic letter projection of both lowercase 'e' and uppercase 'E' is the $<$generic e$>$ group.

The letter-smallcap projection maps all lower-case letters onto the $<$small$>$ group and all upper-case letters onto the $<$cap$>$ group.

Finally, the letter-letter projection maps all letters onto the single $<$letter$>$ group.

A nonletter projection is a projection from the set of all nonletters onto a set of nonletter groups. In one embodiment, three nonletter projections are defined. These are:

nonletter - identity projection
nonletter - fine projection
nonletter - coarse projection

5,261,009

**7**

The nonletter-identity projection maps each nonletter onto its corresponding identity group. Thus, for example, the nonletter-identity projection of '?' is the <?> group.

The nonletter-fine projection maps each nonletter onto either a context-independent group of nonletter characters or an identity group. That is, if a selected nonletter is a member of a group of nonletter characters which was designated, as described earlier, as a context-independent group, then that selected character is mapped onto that context-independent group. Otherwise, the selected character is mapped onto an identity group containing that single character. In one embodiment the groups <digit> group, <sentence-ending punctuation> group, <currency-suffix> group, and <arithmetic> group are, as earlier discussed, the groups designated as context-independent. Thus, in this embodiment, the nonletter-fine projection maps all digits onto the <digit> group, the characters '!' and '?' onto the <sentence-ending punctuation> group, the characters 'c', '¥' and '£' onto the <currency-suffix> group, the characters '+', '=', '÷' onto the <arithmetic> group, and all other nonletters onto identity groups.

The nonletter-coarse projection maps each nonletter which has been designated, as earlier discussed, as generic letter independent, onto the <generic letter independent> group and maps each nonletter that has not been designated generic letter independent (i.e., has been designated as generic letter dependent) onto an identity group containing that selected character. As discussed earlier, in one embodiment the characters blank and apostrophe are designated as generic letter dependent and all other nonletters are designated as generic letter independent. Thus, in this embodiment, the nonletter-coarse projection maps the character blank onto the <blank> group, the character apostrophe onto the <apostrophe> group, and all other nonletters onto the <generic letter independent> group.

The four letter projections and three non-letter projections are combined into nine different character projections. These are:

1. letter-identity/nonletter-coarse
2. letter-identity/nonletter-fine
3. letter-genericletter/nonletter-coarse
4. letter-genericletter/nonletter-fine
5. letter-smallcap/nonletter-coarse
6. letter-smallcap/nonletter-fine
7. letter-letter/nonletter-coarse
8. letter-letter/nonletter-fine
9. letter-identity/nonletter-identity

Thus, for example, the letter-smallcap/nonletter-coarse projection maps the letter lowercase 'e' onto the <small> group and the nonletter '\' onto the <generic letter independent> group.

Probability Tables

Eight probability tables are constructed using a source tape of 'typical' English text. These are:

1. letter-letter/nonletter-coarse trigram table
2. letter-letter/nonletter-coarse digram table
3. letter-genericletter/nonletter-coarse trigram table
4. letter-genericletter/nonletter-coarse digram table
5. letter-smallcap/nonletter-fine trigram table
6. letter-smallcap/nonletter-fine digram table
7. letter-smallcap/nonletter-fine unigram table
8. individual character unigram table

The first seven tables are group probability tables. For example, the letter-genericletter/nonletter-coarse tri-

**8**

gram table is a three dimensional probability table that contains a probability value for each group trigram of letter-generic/nonletter-coarse groups, such as the group trigrams <generic n> <apostrophe> <generic t>, <generic t> <generic h> <generic e>, and <generic t> <generic letter independent>. The last table in the list is a character probability table. For each selected character in the character set, it gives the relative frequency of that character in the source tape.

The method used to construct the first seven probability tables is illustrated by discussing the method used to construct the letter-genericletter/nonletter-coarse trigram table. The other six tables are constructed in a similar manner. First, the source tape of 'typical' English text is converted into a list of letter-generic/nonletter-coarse groups. This conversion takes place by projecting each character in the tape onto its corresponding group using the letter-genericletter/nonletter-coarse projection. Next, for each group trigram, its value in the trigram table is set to the number of occurrences of that group trigram in the converted source tape. Finally, these frequency values are converted into probability (relative frequency) values by dividing each frequency value in the table by the total number of group trigrams in the converted source tape. For example,

Prob (<generic 'n'> <apostrophe> <generic 't'>) =

$$\frac{\text{total \# occurrences}}{(\text{<generic 'n'> <apostrophe> <generic 't'>})}{\text{total \# trigrams in source tape}}$$

Relative Independent Model

The derivation of the character ngram probability formula uses the projections defined above together with two models. The first model is the context independent model, discussed earlier. The second model is the relative independent model. One embodiment of the relative independent model states that the letter-genericletter/nonletter-coarse projection and the letter-smallcap/nonletter-fine projection are independent relative to the letter-letter/nonletter-coarse projection. As used in this specification, two projections A and B are independent relative to a third projection C if for any string $\bar{x}$ of characters,

$$P(A(\bar{x}) \text{ and } B(\bar{x})/C(\bar{x})) = P(A(x)/C(\bar{x}))*P(B(\bar{x})/C(\bar{x}))$$

As used in this specification, if $\bar{x}$ is a string of characters and D is a projection, the notation $D(\bar{x})$ denotes the string of groups obtained by projecting each character in the string $\bar{x}$ onto a group using the projection D. Thus, this embodiment of the relative independent model asserts that for any string $\bar{x}$ of characters,

$$P(g - c(\bar{x}) \text{ and } sc - f(\bar{x}) / l - c(\bar{x}))$$
$$= P(g - c(\bar{x}) / l - c(\bar{x}))$$
$$* P(sc - f(\bar{x}) / l - c(\bar{x}))$$

where

g-c is the letter-genericletter/nonletter-coarse projection

sc-f is the letter-smallcap/nonletter-fine projection

l-c is the letter-letter/nonletter-coarse projection

Stated informally, this relative independent model asserts that:

5,261,009

**9**

1. Given a string of characters containing letters, the projection of those letters onto case groups (<small> or <cap>) is independent of the projection of those letters onto generic letter groups.

2. Given that a character is a member of the <generic letter independent> group, knowledge of what the surrounding generic letters are does not assist in computing the probability that the character is a particular member of the <generic letter independent> group.

As is illustrated by an example below, this relative independent model is an extension of the generic letter independent model discussed earlier.

In the derivation of the character ngram probability formula, this relative independent model is used in conjunction with the fact that the letter-genericletter/nonletter-coarse projection and the letter-smallcap/nonletter-fine projection 'span' the letter-identity/nonletter-fine projection. As used in this specification, two projections A and B span a third projection C if any event expressed in terms of the projection C can be reexpressed as the conjunction of events involving A and B. For example, if $\bar{x}$ is the string of characters 'MB7', its letter-identity/nonletter-fine projection is the string of groups <M><B><digit>. The event that a string of characters is of the form <M><B><digit> can be reexpressed as the conjunction of the following two events:

1. The event that the character string is of the form <generic m><generic b><generic letter independent>. Note that this is the letter-genericletter/nonletter-coarse projection of the character string 'MB7'.

2. The event that the character string is of the form <cap><cap><digit>. Note that this is the letter-smallcap/nonletter fine projection of the character string 'MB7'.

That is, the set of all character strings of the form <M><B><digit> is the intersection of the set of all character strings of the form <generic m><generic b><generic letter independent> and the set of all character strings of the form <cap><cap><digit>. As used in this specification, the reexpression of an event expressed in terms of the letter-identity/nonletter-fine projection as the conjunction of events expressed in terms of the letter-genericletter/nonletter-coarse projection and the letter-smallcap/nonletter-fine projection is referred to as the 'expansion' of the original event expressed in terms of the letter-identity/nonletter-fine projection.

Three examples are provided to illustrate the use of the relative independent model.

The first example applies the model to the problem of computing the relative probability that a given string of three characters is the string 'The' given that it is a string of three letters:

P(<T><h><e>/<letter><letter><letter>)

The relative independent model is used to 'factor' the above relative probability into the product of two relative probabilities as follows.

(I)   $P(<T><h><e>$ / $<letter><letter><letter>)$     (I.1)
= $P(<generic\ t><generic\ h><generic\ e>$ and     (I.2)
<cap><small><small>/<letter><letter><letter>)
= $P(<generic\ t><generic\ h><generic\ e>$ /     (I.3)
<letter><letter><letter>)

**10**

-continued
• $P(<cap><small><small>$ /<letter><letter><letter>)

The justification for reexpressing (I.1) as (I.2) is that the letter-genericletter projection and the letter-smallcap projection span the letter-identity projection. That is, the event

<T><h><e>

is expanded into the conjunction of events

<generic t><generic h><generic e> and
<cap><small><small>

Thus, in going from (I.1) to (I.2), no assumptions about the statistics of the given language are used.

In going from (I.2) to (I.3), the relative independent model is used to approximate the probability (I.2) as the product of two probabilities. The meaning of this model can be better understood if it is first noted that the probability (I.1) can also be expressed as follows:

(II)   $P(<T><h><e>$ / $<letter><letter><letter>)$
= $P(<generic\ t><generic\ h><generic\ e>$ /
<letter><letter><letter>)
• $P(<T><h><e>$ /
<generic t><generic h><generic e>)

Note that no assumptions about the statistics of the given language are made in (II). The only fact used is the following fact about relative probabilities: If A and B are events with A a subset of B, then P(A/B)=-P(A)/P(B). Comparing (I) and (II), it is seen that the relative independent model asserts that:

$P(<T><h><e>/<generic\ t><generic$
$h><generic$
$e>)=P(<cap><small><small>/<letter-$
$><letter><letter>)$

Thus, the relative independent model asserts that if, for example, 10% of all <letter><letter><letter> trigrams are <cap><small><small>, that is if:

$P(<cap><small><small>/<letter><letter-$
$><letter>=10\%.$

then it is expected that approximately 10% of all <generic t><generic h><generic e> trigrams are cap-small-small, that is

$P(<T><h><e>/<generic\ t><generic$
$h><generic\ e>)=10\%$

The second example applies the relative independent model to the problem of computing the relative probability:

P(<N><apostrophe><T>/<letter><apostrophe><letter>)

The computation proceeds as follows:

$P(<N><apostrophe><T>$ /
<letter><apostrophe><letter>)
= $P(<generic\ n><apostrophe><generic\ t>$ and
<cap><apostrophe><cap> /
<letter><apostrophe><letter>)
= $P(<generic\ n><apostrophe><generic\ t>$ /
<letter><apostrophe><letter>
• $P(<cap><apostrophe><cap>$ /

5,261,009

**11**

-continued
&lt;letter&gt; &lt;apostrophe&gt; &lt;letter&gt; )

In a manner similar to that described above in conjunction with the first example, the model asserts that if, for example, 10% of all &lt;letter&gt; &lt;apostrophe&gt; &lt;letter&gt; strings are &lt;cap&gt; &lt;apostrophe&gt; &lt;cap&gt; strings, then it is expected that about 10% of all &lt;generic n&gt; &lt;apostrophe&gt; &lt;generic t&gt; strings are of the form &lt;cap&gt; &lt;apostrophe&gt; &lt;cap&gt;.

In the English language, this relative independent model is most notably violated in the word:

'I'

Though in general, whether or not a character is uppercase is independent of what the generic letter is, that is not true for the string 'I'. That is, though 20% of all &lt;blank&gt; &lt;letter&gt; &lt;blank&gt; strings are &lt;blank&gt; &lt;cap&gt; &lt;blank&gt; strings, it is not the case that approximately 20% of all &lt;blank&gt; &lt;generic i&gt; &lt;blank&gt; strings are &lt;blank&gt; &lt;I&gt; &lt;blank&gt;. This case is discussed in more detail later.

The third example illustrates the fact that this relative independent model is an extension of the generic letter independent model discussed earlier. The relative independent model is applied to

$$P(<M><B><digit>/<letter><letter><g.l.i.>)$$

That is, given a string of two letters followed by a non-letter that has been designated as a generic letter independent character, the model is used to compute the probability that the string consists of the letters 'MB' followed by a digit. This is done as follows.

$$
\begin{aligned}
\text{(I)} \quad &P(<M><B><digit> / <letter><letter><g.l.i.>) &\text{(I.1)}\\
&= P(<generic\ m> <generic\ b> <g.l.i.> \text{ and}\\
&\quad <cap><cap><digit>/ <letter><letter><g.l.i.>) &\text{(I.2)}\\
&= P(<generic\ m> <generic\ b> <g.l.i.> /\\
&\quad <letter><letter><g.l.i.>) &\text{(I.3)}\\
&\quad * P(<cap><cap><digit> / <letter><letter><g.l.i.>)
\end{aligned}
$$

In going from (I.1) to (I.2) the event &lt;M&gt; &lt;B&gt; &lt;digit&gt; is expanded as the conjunction of events. In going form (I.2) to (I.3) the relative independent model is used. In a manner similar to that described in conjunction with the first example above, the model is seen to assert that

$$P(<M><B><digit>/<generic\ m> <generic\ b> <g.l.i.>)=P(<cap><cap><digit>/<letter><letter><g.l.i.>)$$

That is, if for example 10% of all &lt;letter&gt; &lt;letter&gt; &lt;generic letter independent&gt; strings are &lt;cap&gt; &lt;cap&gt; &lt;digit&gt;, then 10% of all &lt;generic m&gt; &lt;generic b&gt; &lt;generic letter independent&gt; strings are &lt;cap&gt; &lt;cap&gt; &lt;digit&gt;. The model asserts that whether a given generic letter independent character is, for example, a digit, is independent of the surrounding generic letters. A digit is as likely to follow &lt;generic m&gt; &lt;generic b&gt; as it is to follow any other generic letter pair.

Derivation of Character Ngram Probability Formula

The character ngram probability formula is derived for computing the probability of any character diagram or trigram using the eight probability tables discussed earlier. The derivation assumes the context independent

**12**

model and the relative independent model. These models, and hence the derivation itself, can be appropriately modified for languages other than English. The formula derived can be used to compute the probability of a string of characters of any length. Hence, for any integer n, the formula can be used to compute the probability of a string of characters of any length. Hence, for any integer n, the formula can be used in conjunction with a context algorithm that models the English language as an nth order Markov process.

In the derivation, $\bar{x}$ is a string of characters of any length. The first step of the derivation expresses the probability of the character string in terms of relative probabilities, using group projections.

$$
\begin{aligned}
\text{(I)} \quad &P(\bar{x}) = &\text{(I.1)}\\
&\quad P(l - c(\bar{x}))\\
&\quad * P(i - f(\bar{x}) / l - c\ (\bar{x})) &\text{(I.2)}\\
&\quad * P(i - i(\bar{x}) / i - f(\bar{x})) &\text{(I.3)}
\end{aligned}
$$

where

l-c($\bar{x}$) is the letter-letter/nonletter-coarse projection of $\bar{x}$

i-f($\bar{x}$) is the letter-identity/nonletter-fine projection of $\bar{x}$

i-i($\bar{x}$) is the letter-identity/nonletter-identity projection of $\bar{x}$

The only fact used here is that if the event A is a subset of the event B, then P(A/B)=P(A)/P(B).

The second step is to rewrite (I.2) above using the fact that the letter-genericletter/nonletter-coarse projection and the letter-smallcap/nonletter-fine projection span the letter-identity/nonletter-fine projection. Thus the letter-identity/nonletter-fine projection is expanded as the conjunction of projections as follows:

$$P(i\text{-}f(\bar{x})/l\text{-}c\ (\bar{x}))=P(g\text{-}c(\bar{x}) \text{ and } sc\text{-}f(\bar{x})/l\text{-}c\ (\bar{x}))\qquad\text{(I.2)}$$

where

g-c($\bar{x}$) is the letter-genericletter/nonletter-coarse projection of

sc-f($\bar{x}$) is the letter-smallcap/nonletter-fine projection of $\bar{x}$

Substituting this identity for (I.2) in (I) above, the following identity is obtained

$$
\begin{aligned}
\text{(II)} \quad &P(\bar{x}) = &\text{(II.1)}\\
&\quad P(l - c(\bar{x}))\\
&\quad * P(g - c(\bar{x}) \text{ and } sc - f(\bar{x}) / l - c\ (\bar{x})) &\text{(II.2)}\\
&\quad * P(i - i(\bar{x}) / i - f(\bar{x})) &\text{(II.3)}
\end{aligned}
$$

The third step applies the relative-independent model in order to replace (II.2) above with the product of two relative probabilities (III.2) and (III.3), as follows

$$
\begin{aligned}
\text{(III)} \quad &P(\bar{x}) = &\text{(III.1)}\\
&\quad P(l - c(\bar{x}))\\
&\quad * P(g - c(\bar{x}) / l - c\ (\bar{x})) &\text{(III.2)}\\
&\quad * P(sc - f(\bar{x}) / l - c\ (\bar{x})) &\text{(III.3)}\\
&\quad * P(i - i(\bar{x}) / i - f(\bar{x})) &\text{(III.4)}
\end{aligned}
$$

The fourth step applies the context-independent model to (III.3). This model asserts that all multiple character nonletter-fine groups are context-independent, and hence

$$P(i\text{-}i(\bar{x})/i\text{-}f(\bar{x}) = \text{product } \{P(\bar{x}_i / f(\bar{x}_i))\}\qquad\text{(III.4)}$$

5,261,009

**13**

where the product ranges over all characters $x_i$ in the string $\bar{x}$ which are members of context-independent groups. Substituting this identity for (III.4) in (III) above, the following identity is obtained.

$$
\begin{aligned}
\text{(IV)} \quad & P(\bar{x}) = && \text{(IV.1)} \\
& \quad P(l - c(\overline{x})) \\
& * P(g - c(\overline{x}) / l - c(\overline{x})) && \text{(IV.2)} \\
& * P(sc - f(\overline{x}) / l - c(\overline{x})) && \text{(IV.3)} \\
& * \text{product } \{P(\overline{x}_i / f(\overline{x}_i))\} && \text{(IV.4)}
\end{aligned}
$$

where $f(x_i)$ is the nonletter-fine projection and the product ranges over those $x_i$ for which $f(x_i)$ is a context-independent group.

The fourth and final step is to replace all occurrences in (IV) of P(A/B) with P(A)/P(B) which is justified because in all cases, the event A is a subset of the event B. After making the substitution and cancelling terms, the following equality is obtained.

$$
\begin{aligned}
\text{(V)} \quad & P(\overline{x}) = && \text{(V.1)} \\
& \quad P(g - c(\overline{x})) \\
& * P(sc - f(\overline{x})) && \text{(V.2)} \\
& \div P(l - c(\overline{x})) && \text{(V.3)} \\
& * \text{product } \{P(\overline{x}_i)\} && \text{(V.4)} \\
& \div \text{product } \{P_l(\overline{x}_i)\} && \text{(V.5)}
\end{aligned}
$$

where the $x_i$ in (V.3) and (V.4) range over all characters in the string $\bar{x}$ which are members of context-independent groups.

The above is the character ngram probability formula used to compute digram and trigram probabilities. A value for each term is determined by looking up the appropriate entry in the appropriate probability table.

Three examples are provided illustrating the steps used in the previous derivation. These steps were:
1. express in terms of projections and relative probabilities
2. expand letter-identity/nonletter-fine projection
3. apply relative independent model
4. apply context independent model
5. express P(A/B) as P(A)/P(B)

### EXAMPLE #1

The first example runs through the steps necessary to compute the probability of the string 'The':

$$P(<T><h><e>)$$

Step 1. Express in terms of projections and relative probabilities.

$$
\begin{aligned}
& P(<T><h><e>) = \\
& \quad P(<letter><letter><letter>) \\
& * P(<T><h><e> / <letter><letter><letter>) \\
& * P(<T><h><e> / <T><h><e>)
\end{aligned}
$$

In this example, $P(<T><h><e>/<T><h><e>)$ is equal to one, and hence is dropped from the equation.

Step 2: Expand $<T><h><e>$:

$$
\begin{aligned}
& P(<T><h><e>) = \\
& P(<letter><letter><letter>) * \\
& P(<generic t><generic h><generic e>) \\
& \text{and} \\
& <cap><small><small> / <letter><letter><letter>)
\end{aligned}
$$

Step 3. Apply relative independent model:

**14**

$$
\begin{aligned}
& P(<T><h><e>) = \\
& P(<letter><letter><letter>) \\
& * P(<generic t><generic h><generic e>) / \\
& \quad <letter><letter><letter>) \\
& * P(<ap><small><small> / <letter><letter><letter>)
\end{aligned}
$$

Step 4. Apply context independent model:
This step is not applicable because there are no characters in the original string which belong to context independent groups.

Step 5. Replace all probabilities of the form PP(A/B) with P(A)/P(B) and cancel terms:

$$
\begin{aligned}
& P(<T><h><e>) = \\
& * P(<generic t><generic h><generic e>) \\
& * P(<cap><small><small>) \\
& \div P(<letter><letter><letter>)
\end{aligned}
$$

The first probability, $P(<generic\ t><generic\ h><generic\ e>)$, is obtained from the letter-generic-cletter/nonletter-coarse trigram probability table. The second probability, $P(<cap><small><small>)$, is obtained from the letter-smallcap/nonletter-fine trigram probability table. The third probability, $P(<letter><letter><letter>)$, is obtained from the letter-letter/nonletter-coarse trigram probability table.

### EXAMPLE #2

The second example computes the probability of the string 'MB?'

$$P(<M><B><?>)$$

It is assumed, for the sake of illustration, that the character '?' was designated as a member of the generic letter independent group of nonletters by the second model discussed earlier, and was assigned to the context-independent group <sentence ending punctuation> group, consisting of the characters '?' and '!', by the first model discussed earlier. The abbreviation <s.e.p.> is used for the <sentence ending punctuation> group. The abbreviation <g.l.i.> is used for the <generic letter independent> group.

Step 1. Express in terms of projections and relative probabilities:

$$
\begin{aligned}
& P(<M><B><?>) = \\
& * P(<letter><letter><g.l.i.>) \\
& * P(<M><B><?><s.e.p.> / <letter><letter><g.l.i.>) \\
& * P(<M><B><?> / <M><B><s.e.p.>)
\end{aligned}
$$

Step 2. Expand $<M><B><s.e.p.>$:

$$
\begin{aligned}
& P(<M><B><?>) = \\
& * P(<letter><letter><g.l.i.>) \\
& * P(<generic m><generic b><g.l.i.> \\
& \quad \text{and} \\
& \quad <cap><cap><s.e.p.> / <letter><letter><g.l.i.>) \\
& * P(<M><B><?> / <M><B><s.e.p.>)
\end{aligned}
$$

Step 3. Apply relative independent model:

$$
\begin{aligned}
& P(<M><B><?>) = \\
& * P(<letter><letter><g.l.i.>) \\
& * P(<generic m><generic b><g.l.i.> / \\
& \quad <letter><letter><g.l.i.>) \\
& * P(<cap><cap><s.e.p.> / <letter><letter><g.l.i.>) \\
& * P(<M><B><?> / <M><B><s.e.p.>)
\end{aligned}
$$

Step 4. Apply context independent model:

5,261,009

**15**

$P(<M> <B> <?>) =$
$P(<letter> <letter> <g.l.i.>)$
• $P(<generic m> <generic b> <g.l.i.>) /$
  $<letter> <letter> <g.l.i.>)$
• $P(<cap> <cap> <s.e.p.>) / <letter> <letter> <g.l.i.>)$
• $P(<?> / <s.e.p.>)$

Step 5. Rewrite P(A/B) as P(A)/P(B) and cancel terms:

$P(<M> <B> <?>) =$
• $P(<generic m> <generic b> <g.l.i.>)$
• $P(<cap> <cap> <s.e.p.>)$
÷ $P(<letter> <letter> <g.l.i.>)$
• $P(<?>)$
÷ $P(<s.e.p.>)$

Each of the above probabilities is obtained from the appropriate probability table. The first probability is obtained from the letter-genericletter/nonletter-coarse trigram probability table. The second probability is obtained from the letter-smallcap/nonletter-fine trigram probability table. The third probability is obtained from the letter-letter/nonletter/coarse trigram probability table. The fourth probability is obtained from the character unigram probability table. The fifth probability is obtained from the letter-smallcap/nonletter-fine unigram table.

## EXAMPLE 3

The third example computes the probability of the string '53¢':

P(<5> <3> <¢>)

For the sake of illustration, it is assumed that '¢' was not assigned to a context-independent group by the first model. It is also assumed that all three characters were assigned to the <generic letter independent> group of nonletters by the second model.

Step 1. Express in terms of projections and relative probabilities:

$P(<5> <3> <¢>) =$
$P(<g.l.i.> <g.l.i.> <g.l.i.>)$
• $P(<digit> <digit> <¢> / <g.l.i.> <g.l.i.> <g.l.i.>)$
• $P(<5> <3> <¢> / <digit> <digit> <¢>)$

Step 2. Expand <digit> <digit> <¢>:

$P(<5> <3> <¢>) =$
$P(<g.l.i.> <g.l.i.> <g.l.i.>)$
• $P(<digit> <digit> <¢>)$
and
$<g.l.i.> <g.l.i.> <g.l.i.> / <g.l.i.> <g.l.i.> <g.l.i.>)$
• $P(<5> <3> <¢> / <digit> <digit> <¢>)$

Step 3. Apply relative independent model:

$P(<5> <3> <¢>) =$
$P(<g.l.i.> <g.l.i.>)$
• $P(<digit> <digit> <¢> / <g.l.i.> <g.l.i.> <g.l.i.>)$
• $P(<g.l.i.> <g.l.i.> <g.l.i.>) / <g.l.i.> <g.l.i.> <g.l.i.>)$  (1)
• $P(<5> <3> <¢> / <digit> <digit> <¢>)$

Since (1) above is equal to one it can be dropped from the equation.
Step 4. Apply context independent model:

**16**

In this example, the digit group is assumed to be context independent.

$P(<5> <3> <¢>) =$
$P(<g.l.i.> <g.l.i.> <g.l.i.>)$
• $P(<digit> <digit> <¢> / <g.l.i.> <g.l.i.> <g.l.i.>) /$
• $P(<5> / <digit>)$
• $P(<3> / <digit>)$

Step 5. Replace P(A/B) with P(A)/P(B) and cancel terms.

$P(<5> <3> <¢>) =$
$P(<digit> <digit> <¢>)$
$P(<5>)$
÷ $P(<digit>)$
• $P(<3>)$
÷ $P(<digit>)$

Each of these probabilities is then obtained from the appropriate probability table.

If, in the above example, the character '¢' is assumed to have been assigned to the context-independent group <currency suffix> group, consisting of '¢', '£', and '¥' then, in a manner similar to above, the derivation would have given:

$P(<5> <3> <¢>) =$
$P(<digit> <digit> <currency suffix>)$
$P(<5>)$
÷ $P(<digit>)$
• $P(<3>)$
÷ $P(<digit>)$
• $P(<¢>)$
÷ $P(<currency suffix>)$

## CONVERSION TO CONFIDENCES

Since multiplication and division are more costly than addition and subtraction, the probability tables are converted into confidence tables prior to the incorporation of these tables into the context module. Each probability value in each probability table is replaced with a number proportional to the logarithm of that probability value. As used in this specification, the logarithm of a probability value is referred to as a confidence value.

The character ngram probability formula is appropriately modified, using logarithms, so that instead of using probability values, it uses confidence values, as follows:

$\log P(\bar{x}) =$
$\log P(g - c(\bar{x}))$
$+ \log P(sc - f(\bar{x}))$
$- \log P(l - c(\bar{x}))$
$+ \text{sum } \{\log P(x_i)\}$  (1)
$- \text{sum } \{\log P(f(x_i))\}$  (2)

where the $x_i$ in (1) and (2) range over all characters in the string $\bar{x}$ which are members of context-independent groups.

As used in this specification the above formula is referred to as the character ngram confidence formula.

Similarly, the formula used to compute the probability of any character string is appropriately modified, using logarithms, so that instead of using probability values of character trigrams and digrams, it uses their confidence values, as follows:

5,261,009

17

$$
\begin{aligned}
\log P(x_1x_2x_3 \ldots x_n) &= \\
\log P(x_1x_2x_3) &+ \\
\log P(x_2x_3x_4) &- \\
\log P(x_2x_3) &+ \\
\log P(x_3x_4x_5) &- \\
\log P(x_3x_4) &+ \ldots \\
\log P(x_{n-2}x_{n-1}x_n) &- \\
\log P(x_{n-2}x_{n-1}) &
\end{aligned}
$$

The input to the context module is either a single character or a set of more than one character candidates. If the input is a set of more than one character candidate than, as used in this specification, each character candidate in the set is referred to as 'ambiguous'. In one embodiment, associated with each ambiguous character candidate is an 'a prior confidence value' which is set by previous modules, such as the classification module, to a value proportional to the logarithm of the probability that the unknown input character is the character candidate, as that probability was determined by such previous modules. In this embodiment, the a priori confidence values are incorporated into the computation of the probability of a character string as follows:

$$
\begin{aligned}
\log P(x_1x_2x_3 \ldots x_n) &= \\
\log P(x_1x_2x_3) &+ \\
\log P(x_2x_3x_4) &- \\
\log P(x_2x_3) &\bullet \\
\log P(x_3x_4x_5) &- \\
\log P(x_3x_4) &+ \ldots \\
\log P(x_{n-2}x_{n-1}x_n) &- \\
\log P(x_{n-2}x_{n-1}) &+ \\
\text{sum } \{\text{conf } (x_i)\} & \qquad (1)
\end{aligned}
$$

where the sum in (1) ranges over those characters in the string which were ambiguous and conf $(x_i)$ is a priori confidence of $x_i$

## OVERALL OPERATION OF CONTEXT ALGORITHM

FIG. 3 is a flowchart describing the overall operation of one embodiment of this invention. The operation

18

begins with two initialization steps. The first initialization step stores the single character 'blank' in the prefix buffer. In general, the prefix buffer stores the last two characters output by the context module. However, if the last character output was the character 'blank' or if no characters have yet been output, then the prefix stores the single character 'blank'. The second initialization stage sets the last character type buffer to 'miscellaneous'. The last character type buffer stores information pertaining to the type of the last nonmiscellaneous character read. The character types are either letter, digit, or miscellaneous (all characters other than letters and digits). In one embodiment, this buffer is used to assist in choosing between the word 'I' and the word 'l'.

Next, possibility sets are sequentially read. A possibility set contains one or more characters, together with an associated confidence value, which have been determined to possibly be the next unknown character in the sequence of unknown characters being read. If the possibility set contains a single character which indicates unambiguously that the unknown character is that single character contained in the possibility set, the prefix is updated by including the character contained in the possibility set just read as the most recently read character. The character type buffer is then updated in accordance with the character type of the character contained in the possibility set. The possibility set is then output for use by other circuitry (not shown) and the next possibility set is read.

On the other hand, if the possibility set read is not an unambiguous possibility set containing a single character, the context operation is performed in order to determine which of the characters contained in the possibility set is most likely the unknown character being read and thus which should be the sole character remaining in the possibility set for output.

In this event, a block of possibility sets is buffered, as is more fully described in conjunction with FIG. 4. The buffered prefix, together with the buffered block of possibility sets, is used to create a string candidates containing each permutation of the characters contained in the prefix and the buffered block of possibility sets. Table 3 below depicts the character strings that are created from the prefix and block of possibility sets depicted in FIG. 2a.

TABLE 3

| Character String Candidate | Group String Candidate | Status |
| --- | --- | --- |
| "On1cns | <blank> <"> <digit> <small> <digit> <small> <small> <small> | eliminated |
| "On1ons | <blank> <"> <digit> <small> <digit> <digit> <small> <small> | eliminated |
| "On1ns | <blank> <"> <digit> <small> <digit> <cap> <small> <small> | eliminated |
| "On1ons | <blank> <"> <digit> <small> <digit> <small> <small> <small> | eliminated |
| "Onicns | <blank> <"> <digit> <small> <small> <small> <small> <small> | eliminated |
| "Onions | <blank> <"> <digit> <small> <small> <digit> <small> <small> | eliminated |
| "Onions | <blank> <"> <digit> <small> <small> <cap> <small> <small> | eliminated |
| "Onions | <blank> <"> <digit> <small> <small> <small> <small> <small> | eliminated |
| "Oni0ns | <blank> <"> <digit> <small> <small> <small> <small> <small> | eliminated |
| "On10ns | <blank> <"> <digit> <small> <small> <digit> <small> <small> | eliminated |
| "On1ons | <blank> <"> <digit> <small> <small> <small> <small> <small> | eliminated |
| "On1cns | <blank> <"> <cap> <small> <digit> <small> <small> <small> | eliminated |
| "On10ns | <blank> <"> <cap> <small> <digit> <digit> <small> <small> | eliminated |
| "On1ons | <blank> <"> <cap> <small> <digit> <cap> <small> <small> | eliminated |
| "On1ons | <blank> <"> <cap> <small> <digit> <small> <small> <small> | eliminated |
| "Onicns | <blank> <"> <cap> <small> <small> <small> <small> <small> | contender |
| "Oni0ns | <blank> <"> <cap> <small> <small> <digit> <small> <small> | eliminated |

5,261,009

19                                                                                          20

TABLE 3-continued

| Character String Candidate | Group String Candidate | Status |
|---|---|---|
| "Oni0ns | <blank> <"> <cap> <small> <small> <cap> <small> <small> | eliminated |
| "Onions | <blank> <"> <cap> <small> <small> <small> <small> <small> | contender |
| "Onl0ns | <blank> <"> <cap> <small> <small> <small> <small> <small> | contender |
| "Onl0ns | <blank> <"> <cap> <small> <small> <digit> <small> <small> | eliminated |
| "Onl0ns | <blank> <"> <cap> <small> <small> <cap> <small> <small> | eliminated |
| "Onlons | <blank> <"> <cap> <small> <small> <small> <small> <small> | contender |
| "oni0ns | <blank> <"> <small> <small> <digit> <small> <small> <small> | eliminated |
| "on10ns | <blank> <"> <small> <small> <digit> <digit> <small> <small> | eliminated |
| "on10ns | <blank> <"> <small> <small> <digit> <cap> <small> <small> | eliminated |
| "on10ns | <blank> <"> <small> <small> <digit> <small> <small> <small> | eliminated |
| "onicns | <blank> <"> <small> <small> <small> <small> <small> <small> | contender |
| "oni0ns | <blank> <"> <small> <small> <small> <digit> <small> <small> | eliminated |
| "oni0ns | <blank> <"> <small> <small> <small> <cap> <small> <small> | eliminated |
| "onions | <blank> <"> <small> <small> <small> <small> <small> <small> | contender |
| "onlcns | <blank> <"> <small> <small> <small> <small> <small> <small> | contender |
| "onl0ns | <blank> <"> <small> <small> <small> <digit> <small> <small> | eliminated |
| "onl0ns | <blank> <"> <small> <small> <small> <cap> <small> <small> | eliminated |
| "onlons | <blank> <"> <small> <small> <small> <small> <small> <small> | contender |

The block contains three ambiguous possibility sets. The first two ambiguous possibility sets contain three character candidates each. The third ambiguous poset contains 4 character candidates. Thus three are $3 \times 3 \times 4 = 36$ candidate strings. These 36 candidate strings are listed in the first column of Table 3. The second and third columns of Table 3 are discussed later in conjunction with the prescan operation of FIG. 7.

Nest, the "winning" string of the string candidates contained in the list just prepared is determined, as is described in conjunction with FIG. 5. With the winning string selected, the prefix is updated to include the two most recently read characters. However, if the most recently read character is a blank, the prefix is initialized to a single blank character. Also, the last character type buffer is updated to correspond with the character type associated with the last nonmiscellaneous character read. Each ambiguous possibility set (i.e. a possibility set containing more than one possible character) contained in the block of possibility sets is then modified to contain only that single character associated with that possibility set and the winning string candidate. The possibility sets contained in the block of possibility sets are then output for use by additional circuitry (not shown). The operation is then reiterated by reading in the next possibility set, determining if the possibility set is unambiguous, etc.

## BUFFER BLOCK OF POSSIBILITY SETS

FIG. 4 is a flowchart depicting one embodiment of the step of buffering blocks of possibility sets, as described previously in conjunction with FIG. 3 (as shown in the example of FIG. 2a). As shown in FIG. 4, a block which consists of a plurality of possibility sets, is initialized to include the new, ambiguous possibility set just read. The next possibility set is then read and added to the end of the block. In one embodiment of this invention, if the block ends in a blank character, and the last word (character separated by a blank) contained in the block contains more than a single character in width (such as the word "I"), the operation of buffering blocks of possibility sets is complete, and the return is made to the operation of FIG. 3. On the other hand, if the block does not end in a blank character, or the last word in the block does not contain more than one character in width, but the last two possibility sets contained in the block are unambiguous (i.e., contain only a single character each), the operation of buffering a block of possi-

bility sets is complete. If not, a final test is made to determine if the size of the block of buffer end possibility sets has reached preset limit (in one embodiment 15 possibility sets), in which case the operation of buffering a block if possibility sets is complete. If not, the operation of buffering a block of possibility sets continues with the step of reading in the next possibility set.

In this manner the operation, such as is shown in FIG. 4, stores a plurality of possibility sets in a buffered block for further analysis, commencing with the step of building a list of string candidates (FIG. 3) containing each permutation of the characters contained in the buffered possibility sets.

## CHOOSE WINNING STRING

FIG. 5 is a flowchart depicting the step of choosing a winning candidate string, as previously described in conjunction with FIG. 3 First, as is described more fully below in conjunction with the flow chart of FIG. 7, the strings are prefiltered, if desired, for example, in order to eliminate from the list of string candidates certain strings which are highly unlikely.

Following the prefilter operation, a check is made to determine the number of candidate strings left. In the example depicted in Table 3, shown earlier, 28 of the original 36 string candidates have been eliminated by the prefilter operation. These strings are deleted from the list of string candidates. Table 4 depicts the 8 string candidates that remain after the prefilter operation.

TABLE 4

| String Candidate | Status | Confidence |
|---|---|---|
| "Onicns | eliminated | |
| "Onions | contender | 70 |
| "Onlons | eliminated | |
| "Onlons | contender | 50 |
| "onicns | eliminated | |
| "onions | contender | 65 |
| "onlcns | eliminated | |
| "onlons | contender | 45 |

If exactly one candidate string is left after the prefilter operation, this candidate string is selected as the appropriate string and a return is made to the context algorithm, of FIG. 3, which then updates the possibility sets in accordance with the information contained in the single remaining candidate string.

5,261,009

**21**

The prefilter operation always leaves at least one string; in one embodiment of this invention, if the prefilter operation would normally delete al candidate strings, the prefilter operation has not assisted in identifying the unknown text being read and thus all string candidates remain.

If more than one string candidate remains, the context mode flag is set to either full language context or structural context. In one embodiment of this invention, the setting of this flag is determined by an operator-actuated switch available on the front panel of the machine. If the context mode is set to "full language," then the confidence value assigned to a character digram or trigram is computed using the character ngram confidence formula earlier described. If, on the other hand, the context mode is set to "structural" than the confidence value is computed using the 'structural character ngram formula' which, in one embodiment, is

Log $P(\bar{x}) =$

Log $P(sc-f(\bar{x})) - \text{sum } \{Log (size(sc-f(x_i)))\}$
ps where

$\bar{x}$ is a string of candidates sc-f $(\bar{x})$ is the letter-small-cap/nonletter-fine projection of $\bar{x}$

$x_i$ is a character in the character string $\bar{x}$ size (sc-f$(X_i)$ is the number of characters in the letter-smallcap/-nonletter-fine projection group of $x_i$

The character ngram confidence formula uses knowledge of probability statistics in a given selected language. If the input document is written in a language whose probability statistics differ significantly from the probability statistics of the selected language, then the content mode is set to 'structural'. In this mode, the structural character ngram formula is used. Thus, in this mode, knowledge of generic letter, digram and trigram probabilities is not used, and the members of any letter-smallcap/nonletter-fine projection group are assumed to be uniformly distributed.

Next, the status (i.e, contender or eliminated) and the confidence value of each string candidate is computed, as is more fully described in conjunction with FIG. 6.

In one embodiment of this invention, a separate flag is available to set the recognition mode as being either "recognize only if certain", or "always take best guess". The setting of this flag is determined by an operator-activated switch available on the front panel of the machine. If this flag is set to "recognize only if certain" and if the context module decides there is some uncertainty as to which character candidate in the possibility set is the correct choice, then the context module outputs a possibility string containing a default, nonrecognition character, such as "@".

Referring again to FIG. 5, if the recognition mode is set to "recognize only if certain," then the number of candidate strings whose status is "contender" is determined. If the number of "contender" strings is equal to one, that is, if all but one candidate string has been eliminated by either the prefilter operation or the compute status and confidence operation, then the remaining string candidate, having its status equal to "contender," is selected as the winning string candidate, and a return is made to the operation of FIG. 3. Conversely, if the recognition mode is equal to the "recognize-only-if-certain" mode, and it is not the case that all but one candidate string has been eliminated, a "nonrecognition string" is created as the winning string. This nonrecognition string is constructed as follows. For each unambiguous possibility set forming the buffer block, the

**22**

character in the corresponding slot of the nonrecognition string is set equal to the character contained in its corresponding possibility set. The characters in the nonrecognition string corresponding to ambiguous possibility sets (containing more than a single possible character) are set to a default nonrecognition symbol, such as the "@". Referring to Table 4, more than one string candidate has the status value "contender." If the recognition mode is set to the "recognize-only-if-certain" mode, then the nonrecognition string is created as is depicted in FIG. 2b.

On the other hand, if the recognition mode is not set equal to the "recognize-only-if-certain" mode, i.e., the recognition mode is set equal to the "best guess" mode, a decision is made whether all string candidates have been "eliminated". If not, the string candidate whose status is still "contender", and has the highest confidence value, is selected as the winning string candidate, and a return is made to the context operation of FIG. 3. Referring to Table 4, there are 4 candidate strings whose status is "contender." Of these, the string

&lt;blank&gt;"Onions

is the string with the highest confidence and so is chosen as the winning string. Conversely, if all string candidates have a status of "eliminated", and the context mode is "structured context" rather than "full-language context", the winning string is selected such that each ambiguous character is set equal to the first character contained in the associated possibility set, which corresponds to that character in the associated possibility set having the highest confidence value assigned during the character recognition operation. Conversely, if the context mode is "full-language", the context mode is reset to the "structural-context" mode and another iteration of the choose winning string candidate operation of FIG. 5 is performed, beginning with the step of computing the status and confidence of each string candidate. This reiteration after changing the context mode flag to "structural context" may provide a different result because the confidence of each string candidate is dependent upon the context mode, as has been previously described. In this manner, the context module is able to process input documents containing words that do not conform to the statistics of the selected language. For example, if the input document contains the name

"Brznzski"

and, for each 'z' in the above word, the input to the context module is a possibility set containing the characters 'z', 'Z', and '?', then all strings will be assigned a status of 'eliminated' by the first iteration that uses a context mode of 'full language', but the correct string will be selected by the second iteration that uses a context mode of 'structural context'.

## COMPUTE CONFIDENCE

The compute confidence of string candidate operation of FIG. 5 is now described in more detail in conjunction with the flow chart of FIG. 6. The compute confidence of string candidate operation is called as a subroutine from the choose winning string operation of FIG. 5 and serves to establish a confidence value for each string candidate which has previously been estab-

5,261,009

23

lished during the build list of string candidates operation of FIG. 3 and has not been deleted by the prefilter operation of FIG. 7. The first step is to select the first such candidate string. Next, in one embodiment of this invention in which an extended ASCII code is used which includes certain specialized characters such as "ff" and "ffi", these characters are broken down into two and three characters, respectively, in order that each such character may be treated individually. Next, the string confidence is set to zero, and then the string status is set to "contender". A window is set to correspond to the first three characters of the string. Naturally, as will be appreciated by those of ordinary skill in the art, a window other than length 3 can be used, although for windows of greater length, a correspondingly greater amount of memory is required in order to store the corresponding probability tables. Next, the trigram confidence value of the three characters contained within the window is computed according the the equations previously given. That is, if the context mode is set equal to the "full language" context mode, then the character ngram confidence formula is used. If the context mode is set equal to the "structural" context mode, then the structural character ngram confidence formula is used. Next, if it is determined that the trigram probability is zero (i.e., the trigram is impossible), the status of the string being analyzed is set to "eliminated" and the operation continues if there are further strings to be obtained. If there are no further strings to be obtained, a return is made to the choose winning string algorithm of FIG. 5.

On the other hand, if the trigram probability is not equal to zero, indicating that this trigram is possible, the trigram confidence is added to the string confidence value. As described in this specification, confidence values during this operation are added, since they are stored in probability tables as logarithms of probabilities. Next, it is determined if the window currently contains the last three characters of the string candidate being analyzed. If so, the operation reiterates if there are further strings to be analyzed or makes an exit to the choose winning string operation of FIG. 5 is there are no further string candidates to be analyzed.

On the other hand, if the window does not contain the last three characters of the string, the window is shifted to the right by one character, and the trigram confidence of the characters contained in the window is again computed in accordance with the equations previously described. If the trigram confidence is determined to be impossible, the status of the string candidate being examined is set to "eliminated" and the operation continues if there are any remaining strings to be analyzed. On the other hand, if the trigram confidence is not impossible, the digram confidence of the first two characters in the window is calculated as previously described, and the value equal to the trigram confidence minus the digram confidence is added to the string candidate confidence value in order to provide the logarithm of the relative probability of the characters in the current window given the characters in the previous window, as was earlier described. Next, the operation branches back to the step of determining if the window contains the last three characters of the string, and if not, further analysis is made after shifting the window to the right by one character.

24

PREFILTER

FIG. 7 depicts the prefilter operation discussed earlier in conjunction with the flow chart of FIG. 5.

The first step is the coarse structural filter. The coarse structured filter uses a precalculated coarse structural trigram table, which in one embodiment is constructed as follows. The table has an entry of either 'good' or 'bad' for each trigram of letter-smallcap/nonletter-fine projection groups. The value of a selected group trigram is set to 'good' if the corresponding entry in the letter-smallcap/nonletter-fine trigram probability table indicates that the selected group trigram has a non-zero probability, otherwise the value is set to 'bad'. After this, certain group trigrams are deemed 'structurally improbable' and their values are reset from 'good' to 'bad'. In one embodiment, the following group trigrams are deemed structurally improbable.

TABLE 5

| |
| --- |
| <small> <small> <small> |
| <small> <cap> <small> |
| <small> <cap> <cap> |
| <cap> <small> <cap> |
| <cap> <cap> <small> |
| <small> <small> <digit> |
| <small> <cap> <digit> |
| <small> <digit> <small> |
| <small> <digit> <cap> |
| <small> <digit> <digit> |
| <cap> <small> <digit> |
| <cap> <cap> <digit> |
| <cap> <digit> <small> |
| <cap> <digit> <cap> |
| <cap> <digit> <digit> |
| <digit> <small> <small> |
| <digit> <small> <cap> |
| <digit> <small> <digit> |
| <digit> <cap> <small> |
| <digit> <cap> <cap> |
| <digit> <cap> <digit> |
| <digit> <digit> <cap> |
| <digit> <digit> <cap> |
| <blank> <small> <cap> |
| <blank> <small> <digit> |
| <blank> <cap> <cap> |
| <blank> <digit> <small> |
| <blank> <digit> <cap> |
| <small> <cap> <blank> |
| <small> <digit> <blank> |
| <cap> <digit> <blank> |
| <digit> <small> <blank> |
| <digit> <cap> <blank> |

The coarse structural filter operation uses the coarse structural trigram table to assign a temporary status value of either 'contender' or 'eliminated' to each candidate string. This is done as follows. For each selected character candidate string, a corresponding group candidate string is created, using, in one embodiment, the letter-smallcap/nonletter-fine projection. The group candidate string is then examined. If it contains any group trigram whose value, in the coarse structural trigram table, is 'bad', then the temporary status associated with the selected character candidate string is set to "ELIMINATED", otherwise it is set to "CANDIDATE". Referring to Table 3, the temporary status assigned to the string <blank>On1ons is set to "eliminated" because the value of the group trigram <digit> <small> <digit> in the coarse structural trigram table is 'bad'. Of the 36 original character strings in the example depicted in Table 3, 28 are assigned a temporary status value of "eliminated" by the coarse structural filter. After the coarse structural filter operation

5,261,009

25
26

assigns a temporary status value to each character candidate string, if it is not the case that all strings have been assigned a temporary status value of "eliminated", then those strings whose status value is "eliminated" are deleted. Table 4 depicts those candidate strings which were not deleted by the coarse structural filter operation.

In one embodiment, after the coarse structural filter operation is performed, the next step is the I/i filter operation. In one embodiment, the word 'i' is assigned a higher probability than the word 'I' by the character ngram confidence formula. To prevent the wrong string from being chose, the I/i filter operation checks to see if there are candidate strings containing 'i' and other candidate strings containing 'I' in the corresponding locations. If so, it deletes those candidate strings containing 'i'.

In one embodiment, after the I/i filter operation is performed, the I/1 filter operation is performed. In one embodiment, the word 'I' is assigned a higher probability value than the word '1'. The I/1 filter operation checks to see if there are candidate strings containing 'I' and other candidate strings containing '1' in the corresponding locations. If so, the I/1 filter operation uses information contained in the prefix, the buffered block of posets, and the last character type buffer to possibly delete all of the candidate strings containing 'I'. In one embodiment, if the last character type is 'digit', or the prefix contains a digit or there is an unambiguous possibility set in the buffered block of possibility sets that contains a digit, then the candidate strings containing 'I' are deleted.

While this specification illustrates specific embodiments of this invention, it is not to be interpreted as limiting the scope of the invention. Many embodiments of this invention will become evident to those of ordinary skill in the art in light of the teachings of this specification. For example, although the method described earlier used projections, models and group probability tables to derive a formula that is used to assign a probability to any character ngram, the present invention can be appropriately modified to assign a probability value to any object ngram where strings of such objects obey statistical rules. For example, the method of this invention can be used in a speech recognition system where an object is a phoneme and certain combinations of phonemes are more probable than other combinations.

I claim:

1. A method for determining a value related to the probability of occurrence, within a reference sequence of occurrences of elements, of an input window of N element candidates, comprising the steps of:
    predefining a plurality of sets of groups of elements, wherein each group is defined by an element property and contains exactly those elements which share said element property, and wherein, for each set, an element has at most one of the element properties associated with said set, and therefore no two groups within the same set share any elements in common;
    associating each element candidate in the input window to one group within each set of groups based on the properties of said element candidate, thereby forming, for each set of groups, an associated window of N groups;
    for each set of groups, determining a value related to the probability of occurrence of the associated window of groups in said reference sequence; and

computing said value related to the probability of occurrence of said input window by combining the values related to the probability of occurrence of each of said windows of groups to obtain an aggregate window value.

2. A method as in claim 1 wherein each of said groups is associated with a property such that all elements contained in said group share said property.

3. A method as in claim 2 wherein the property associated with each of a plurality of groups is a contextual property such that for each group within a set is distinguishable from the other groups within said set based on the order of elements occurring in said reference sequence.

4. A method as in claim 2 wherein the property associated with each group is a contextual property such that for each group within a set is distinguishable from the other groups within said set based on the order of elements occurring in said reference sequence.

5. A method as in claim 3 wherein selected elements are uniquely specified by the conjunction of the contextual properties associated with the groups to which each such element belongs though not uniquely specified by the property associated with any one of the groups to which is belongs.

6. A method as in claim 5 wherein said elements are characters and said selected elements comprise uppercase letters and lowercase letters.

7. A method as in claim 3 wherein each element which is contextually distinguishable from all other elements is uniquely specified by the conjunction of the contextual properties associated with the groups to which it belongs.

8. A method as in claim 2 wherein each group contains all elements having the property associated with said group.

9. A method as in claim 2 wherein said step of computing a value related to the probability of occurrence of said input window of element candidates further comprises the steps of:
    determining an aggregate unigram value related to the probability of occurrence of those elements in the input window which are not uniquely specified by the conjunction of the properties of the groups to which they belong; and
    combining said aggregate unigram value with said aggregate window value to obtain said value related to the probability of occurrence of said input window.

10. A method as in claim 9 wherein said aggregate unigram value is determined by the steps of:
    for each element candidate in said input window which is not uniquely specified by the conjunction of the properties of the groups to which they belong
    determining a first associated value related to the probability of occurrence of said element candidate in said reference string;
    determining a second associated value related to the probability of occurrence in said reference string of a selected group containing said element candidate;
    forming a value related to the ratio of said first and second associated values; and combining said values related to obtain said aggregate unigram value.

11. A method as in claim 1 wherein the groups contained in each set of groups collectively contain substantially all of said elements.

5,261,009

27

**12.** A method as in claim **11** wherein the number of groups in each set is substantially smaller than the number of said elements.

**13.** A method as in claim **1** wherein said input window comprises N element candidates and for each set of groups said step of determining a value related to the probability of occurrence of its associated window of groups comprises the steps of:

retrieving a value from a precalculated N-gram table associated with said set, said N-gram table containing one or more entries, each entry associated with a specific sequence of groups.

**14.** A method as in claim **13** wherein each precalculated N-gram table associated with a set of groups contains an entry for each possible sequence of N groups of elements contained in said set.

**15.** A method as in claim **3** wherein said elements are partitioned into a first collection of elements and a second collection of elements and wherein no group contains elements from both said first collection and said second collection.

**16.** A method as in claim **15** wherein, for one or more selected sets, each member of said second collection of elements is unambiguously specified by the conjunction of properties of the groups containing said elements in said selected sets.

**17.** A method as in claim **15** wherein, for a selected set, each member of said first collection of elements is assigned to a group in said selected set, having the property that its elements are substantially not distinguishable from each other based on the order of elements occurring in said reference sequence of occurrences of elements.

**18.** A method as in claim **16** wherein for one or more selected sets, each member of said second collection of elements is unambiguously specified by the conjunction of properties of the groups containing said elements in said selected areas.

**19.** A method as in claim **18** wherein said step of computing a value related to the probability of occurrence of said input window of element candidates further comprises the steps of:

determining an aggregate unigram value related to the probability of occurrence of those elements in the input window which are members of said first collection; and combining said aggregate unigram value with said aggregate window value to obtain said value related to the probability of occurrence of said input window.

**20.** A method as in claim **19** wherein said aggregate unigram value is determined by the steps of:

for each element candidate in said input window which is a member of said first collection:

determining a first associated value related to the probability of occurrence of said element candidate in said reference string;

determining a second associated value related to the probability of occurrence in said reference string of a selected group containing said element candidate; and

forming a value related to the ratio of said first and second associated values; and combining said values to obtain said aggregate unigram value.

**21.** A method as in claim **1** wherein said elements are characters.

**22.** A method as in claim **21** wherein said characters comprise characters selected from the types of charac-

28

ters consisting of letters, punctuation, digits, blank, and other nonletters.

**23.** A method as in claim **22** wherein said groups comprise groups selected from letter groups and nonletter groups and no group contains both letters and nonletters.

**24.** A method as in claim **23** wherein for a selected set of groups of characters the letter groups comprise a first group of characters having the property of being uppercase letters and a second group of characters having the property of being lowercase letters.

**25.** A method as in claim **24** wherein said selected set further comprises one or more nonletter groups.

**26.** A method as in claim **23** wherein for a selected set of groups of characters, the letter groups comprise a plurality of generic letter groups of characters, each of said plurality of generic letter group containing two letters: a specific lowercase character and its associated uppercase character.

**27.** A method as in claim **26** wherein said selected set further comprises one or more nonletter groups.

**28.** A method as in claim **60** wherein, for a selected set of groups of characters, each nonletter group has the property that the characters contained in said group are substantially not contextually distinguishable from each other based on the order of characters occurring in said reference sequence.

**29.** A method as in claim **28** wherein; for said selected set, each of said one or more nonletter groups is as large as possible.

**30.** A method as in claim **28** wherein, for said selected set, the characters in each of said one or more nonletter groups are contextually distinguishable from the characters in other groups of said selected set based on the order of characters occurring in said reference sequence.

**31.** A method as in claim **28** wherein, for said selected set, the nonletter groups comprise one or more of the following groups:

a first group containing the blank character;

a second group containing the apostrophe character;

a third group containing digit characters; a fourth group containing arithmetic symbols;

a fifth group containing sentence-ending punctuation;

a sixth group containing currency prefix characters; and

a seventh group containing currency suffix characters.

**32.** A method as in claim **23** wherein, for each of one or more selected sets of groups of characters, one nonletter group is a generic letter independent group which contains all and only nonletters which are not substantially more contextually distinguishable from other characters based on the order of generic letter groups and nonletter characters in the reference sequence than on the order of uppercase and lowercase groups and nonletter characters in the reference sequence and which are not substantially useful in contextually distinguishing among generic letters based on the order of characters in said reference sequence.

**33.** A method as in claim **32** wherein, for each of said one or more selected sets of groups of characters, each nonletter which is not a member of the generic letter independent group is assigned to a generic letter dependent group in such a way that the characters within a generic letter dependent group are contextually indistinguishable from each other based on the order of characters occurring in said reference sequence.

5,261,009

**29**

**34.** A method as in claim 33 wherein each generic letter dependent group is as large as possible.

**35.** A method as in claim 33 wherein, for each of said selected sets, the generic letter dependent groups comprise one or both of the following groups:

a first generic letter dependent group containing the blank character; and

a second generic letter dependent group containing the apostrophe character.

**36.** A method as in claim 35 wherein, for each of selected sets, all other nonletter characters are contained in the generic letter independent group.

**37.** A method as in claim 28 wherein the letter groups of said selected set comprise a first group containing all and only uppercase letters and a second group containing all and only lowercase letters.

**38.** A method as in claim 33 wherein the letter groups of one of said selected sets comprise one or more generic letter groups of characters, each of said generic letter groups containing two letters: a specific lowercase character and its associated uppercase character.

**39.** A method as in claim 33 wherein one of said selected sets includes a group containing all letters.

**40.** A method for determining a value related to the probability of occurrence, within a reference sequence of occurrences of elements, of an input window of N element candidates comprising the steps of:

predefining a plurality of sets of groups of elements, wherein each group is defined by an element property and contains exactly those elements which share said element property, and wherein, for each set, an element has at most one of the element properties associated with said set, and therefore no two groups within the same set share any elements in common;

associating each element candidate in the input window to one group within each set of groups based on the properties of said element candidate, thereby forming, for each set of groups, an associated window of N groups;

determining a value related to the probability of occurrence of the associated window of groups in said reference sequence; and

computing said value related to the probability of occurrence of said input window by combining said window value with an aggregate unigram value related to the probability of each element in the input window.

**41.** A method as in claim 40 wherein said aggregate unigram value is determined by the steps of:

for each element candidate in said input window:

determining a first associated value related to the probability of occurrence of said element candidate in said reference string;

determining a second associated value related to the probability of occurrence of its associated group in said reference string; and

forming a value related to the ratio of said first and second associated values; and combining said values related to obtain said aggregate unigram value.

**42.** A method as in claim 41 wherein said input window of element candidates is one of a plurality of input windows of element candidates obtained by dividing an input string of M element candidates into overlapping

**30**

windows of length N and N−1, where N is an integer less than M and wherein said step of calculating a value related to the probability of occurrence of each of said input windows is followed by the step of combining said values to obtain a value related to the probability of occurrence of said input string within said reference string.

**43.** A method as in claim 42 wherein said step of combining is performed using an Nth order Markov model.

**44.** A method as in claim 42 wherein each element candidate of said input string has an associated prior probability value and wherein the value related to the probability of occurrence of said input string is combined with said prior probability associated.

**45.** A method as in claim 42 wherein said input string is one of a plurality of input strings and said step of computing a value related to the probability of occurrence of each of said input strings is followed by the step of selected for output that string of element candidates having the highest computed probability.

**46.** A method as in claim 45 wherein, if after said first calculation, the probability of occurrence of each input string is zero, the probability of each string is recalculated a second time using fewer sets of groups than were used in said first calculation and the input string with the highest probability after the second calculation is selected for output.

**47.** A method as in claim 46 which further includes the step of, prior to the step of computing the probability of each input string, eliminating from contention those input strings which contain highly unlikely substrings.

**48.** A method as in claim 47 wherein said step of eliminating comprises the steps of:

for each input string, dividing said input string into overlapping windows of element candidates length N; and

for each window of element candidates, assigning each element candidate to one of a plurality of groups of elements thereby creating a window of groups and then eliminating said string of element candidates from contention if its probability of occurrence in said reference string is very small.

**49.** A method as in claim 47 wherein the step of eliminating further comprises the step of checking to see whether all input strings have been eliminated and, if so, again considering those input strings which have been eliminated.

**50.** A method as in claim 48 wherein a lookup table is used to determine whether the probability of the window of groups is small.

**51.** A method as in claim 3 wherein the step of combining the values uses relationships among contextual properties.

**52.** A method as in claim 1 wherein said selected group has the property that its elements are substantially not distinguishable from each other based on the order of elements occurring in said reference sequence.

**53.** A method as in claim 20 wherein said selected group has the property that its elements are substantially not distinguishable from each other based on the order of elements occurring in said reference sequence.

* * * * *