1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  TERRY KEARNEY, State Bar No. 160054
   tkearney@wsgr.com
3  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
4  TUNG-ON KONG, State Bar No. 205871
   tkong@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  650 Page Mill Road
   Palo Alto, CA 94304-1050
7  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
8
   Attorneys for Defendant,
9  NUANCE COMMUNICATIONS, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12

13  ABBYY USA SOFTWARE HOUSE, INC.,    )  Case No.: CV 08-1035-MEJ
                                        )
14              Plaintiff,              )  **REQUEST FOR REASSIGNMENT**
                                        )
15         v.                           )
                                        )
16  NUANCE COMMUNICATIONS, INC.,        )
                                        )
17                                      )
                Defendant.              )
18                                      )
                                        )
19                                      )
                                        )
20  _____)

21

22

23

24

25

26

27

28
   REQUEST FOR REASSIGNMENT
   CASE NO.: CV 08-1035 MEJ

1 | REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR
2 | TRIAL AND DISPOSITION

3 | The undersigned party hereby declines to consent to the assignment of this case to a
4 | United States Magistrate Judge for trial and disposition and hereby requests the reassignment of
5 | this case to a United States District Judge.

Dated: June 10, 2008          WILSON SONSINI GOODRICH & ROSATI PC

By:          /s/
     Tung-On Kong

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendant
**NUANCE COMMUNICATIONS, INC.**

REQUEST FOR REASSIGNMENT                -1-
CASE NO.: CV 08-1035 MEJ