1  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
2  975 PAGE MILL ROAD
   PALO ALTO CA 94304
3  TELEPHONE: 650.856.3700
   FACSIMILE: 650.856.3710
   MICHAEL J. SONG (CA BAR NO. 243675)
4  MSONG@FOLEY.COM

5  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
   555 SOUTH FLOWER STREET, SUITE 3500
6  LOS ANGELES, CA 90071
   TELEPHONE: 213.972.4500
   FASCIMILE: 213.486.0065
7  GRANT E. KINSEL  (CA BAR No. 172407)
   GKINSEL@FOLEY.COM

8  **FOLEY & LARDNER LLP**
   ATTORNEYS AT LAW
9  777 E. WISCONSIN AVENUE
   MILWAUKEE, WI 53202
   TELEPHONE: 414.271.2400
10 FACSIMILE: 414.297.4900
   RONALD M. WAWRZYN (*TO BE ADMITTED PRO HAC VICE*)
   RWAWRZYN@FOLEY.COM

**ATTORNEYS FOR PLAINTIFF ABBYY USA SOFTWARE HOUSE, INC.**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| Abbyy USA Software House, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Nuance Communications, Inc.<br><br>Defendant. | Case No:  CV-08-1035-JSW<br><br>**PROOF OF SERVICE**<br><br>Judge:   Hon. Jeffrey S. White |

## PROOF OF SERVICE

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my current business address is **975 Page Mill Road, Palo Alto, CA 94304.**

On June 19, 2008, I served the document(s) described as:

**ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

___ by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

___ BY MAIL

    ___ I placed such envelope with postage thereon fully prepaid to be placed in the United States mail, at Palo Alto, California.

    ___ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Palo Alto, California.

___ BY HAND DELIVERY. I caused said document(s) to be delivered **by hand** to addressee(s).

X   BY FEDERAL EXPRESS. I sent via Federal Express. I am "readily familiar" with the firm's practice of collection and processing packages for Federal Express delivery. Under that practice, the packages are picked up by a Federal Express representative on the same day with the Airbill listing the account number for billing to sender at Palo Alto, California, in the ordinary course of business. The packages were picked up on that date following ordinary business practices.

<u>Attorneys for Defendant, Nuance Communications, Inc.</u>
Terry Kearney
Julie M. Holloway
Wilson, Sonsini, Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, CA 94304

Tung-On Kong
Wilson, Sonsini, Goodrich & Rosati, P.C.
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105

<u>Attorney for Third Party, Lexmark International, Inc.</u>
Eugene A. Feher
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

| | | |
|---|---|---|
| ___ | | BY ELECTRONIC MAIL. I sent such document(s) by Electronic Mail. |
| ___ | | BY FAX. I served such document by facsimile transmission on. I had printed a facsimile transmission report and no errors in transmission were reported. |
| X | | Executed on June 19, 2008, at Palo Alto, California. |
| ___ | (State) | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| X | (Federal) | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

_____
Sanmathi Murthy

2
PROOF OF SERVICE
CASE NO. CV 08-1035-JSW

SVCA_192761.1