1  RON E. SHULMAN, State Bar No. 178263
   rshulman@wsgr.com
2  TERRY KEARNEY, State Bar No. 160054
   tkearney@wsgr.com
3  JULIE M. HOLLOWAY, State Bar No. 196942
   jholloway@wsgr.com
4  S. MICHAEL SONG, State Bar No. 198656
   msong@wsgr.com
5  TUNG-ON KONG, State Bar No. 205871
   tkong@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  650 Page Mill Road
   Palo Alto, CA 94304-1050
8  Telephone: (650) 493-9300
   Facsimile:  (650) 565-5100
9
   Attorneys for Defendant,
10 NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBYY USA SOFTWARE HOUSE, INC., | Case No.: CV 08-1035-JSW |
| Plaintiff, | **JOINT STIPULATION TO CONTINUE RESPONSE DATE** |
| v. | |
| NUANCE COMMUNICATIONS, INC., | |
| Defendant. | |

STIPULATION TO CONTINUE RESPONSE DATE
CASE NO.: CV 08-1035 JSW

1  Pursuant to Civil L. R. 6-1(a), Nuance Communications, Inc. ("Nuance") and ABBYY
2  USA Software House, Inc. ("ABBYY USA") stipulate to extend the time within which to answer
3  or otherwise respond to ABBYY USA'S FIRST AMENDED COMPLAINT filed June 4, 2008
4  until July 11, 2008.

5

6  Dated: June 25, 2008              WILSON SONSINI GOODRICH & ROSATI PC

7
                                    By:   /s/  S. Michael Song
8                                          S. Michael Song

9                                   WILSON SONSINI GOODRICH & ROSATI
                                    Professional Corporation
10                                  650 Page Mill Road
                                    Palo Alto, CA 94304-1050
11                                  Telephone:  (650) 493-9300
                                    Facsimile:   (650) 565-5100
12
                                    Attorneys for Defendant
13                                  **NUANCE COMMUNICATIONS, INC.**

14

15                                  FOLEY & LARDNER LLP

16
                                    By:   /s/ Grant Kinsel
17                                         Grant Kinsel

18                                  Attorneys for Plaintiff
19                                  **ABBYY USA SOFTWARE HOUSE, INC.**

20
21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE RESPONSE DATE          -1-
CASE NO.:  CV 08-1035 JSW