1
2
3
4
5
6
7                           UNITED STATES DISTRICT COURT
8                           NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 9 | Abbyy USA Software House, Inc., | ) Case No.: CV-08-1035-JSW |
| 10 | Plaintiff, | ) **[PROPOSED] ORDER GRANTING** |
| | | ) **DEFENDANT NUANCE** |
| 11 | v. | ) **COMMUNICATIONS, INC.'S** |
| | | ) **MOTION TO DISMISS CLAIMS SIX** |
| 12 | Nuance Communications Inc. | ) **THROUGH NINE OF ABBYY USA's** |
| | | ) **AMENDED COMPLAINT** |
| 13 | Defendant. | ) |

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER
GRANTING MOTION TO DISMISS
CASE NO.: CV-08-1035-JSW

1  On October 3, 2008, Defendant Nuance Communications, Inc.'s ("Nuance") Motion to
2  Dismiss Claims Six through Nine of Abbyy USA Software House Inc. ("Abbyy USA") came on
3  regularly for hearing. The parties appeared by counsel. Having considered the papers and
4  arguments submitted in support of, and in opposition to, Nuance's motion, and finding good
5  cause therefore,
6  IT IS HEREBY ORDERED THAT Nuance's motion is GRANTED, and Abbyy USA's
7  Claims Six through Nine are dismissed.

10 Dated: _____
   HONORABLE JEFFREY S. WHITE

13  Respectfully Submitted:

15 Dated: July 11, 2008                WILSON SONSINI GOODRICH & ROSATI

                                       By:_____/s/_____
                                              S. Michael Song

                                       Attorneys for Defendant
                                       NUANCE COMMUNICATIONS, INC

[PROPOSED] ORDER
GRANTING MOTION TO DISMISS                - 1 -
CASE NO.: CV-08-1035-JSW