IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABBYY USA SOFTWARE HOUSE, INC,

    Plaintiff,

v.

NUANCE COMMUNICATIONS INC,

    Defendant.

No. C 08-01035 JSW

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS**

This matter is set for a hearing on October 3, 2008 on Defendant Nuance Communications Inc.'s motion to dismiss. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 25, 2008 and a reply brief shall be filed by no later than August 1, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 11, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE