# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Abbyy USA Software House, Inc., <br><br>        Plaintiff(s), <br><br>  v. <br><br>Nuance Communications, Inc., <br><br>        Defendant(s). | 08-01035 JSW <br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-01035 JSW                                        -1-

1  450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment
2  to an e-mail directed to adr@cand.uscourts.gov.

4      It is the responsibility of counsel to schedule an ADR Phone Conference, if
5  required, to occur <u>before</u> the Case Management Conference.

8  Dated: September 4, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Lisa M. Salvetti

                _____
                ADR Administrative Assistant
                415-522-2032
                lisa_salvetti@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Re: Noncompliance With Court Order**
08-01035 JSW                                    -2-

PROOF OF SERVICE

Case Name:      Abbyy USA Software House, Inc. v. Nuance Communications, Inc.

Case Number:    08-01035 JSW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On September 4, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Naikang Tsao
> Foley & Lardner LLP
> 150 East Gilman Street
> Madison, WI 53703
> ntsao@foley.com
>
> Michael Junwhan Song
> Foley & Lardner LLP
> 975 Page Mill Road
> Palo Alto, CA 94304-1013
> msong@foley.com
>
> Ronald M. Wawrzyn
> Foley & Lardner
> 777 East Wisconsin Ave
> Milwaukee, WI 53202-5367
>
> Grant Edward Kinsel
> Foley & Lardner LLP
> 2029 Century Park East

Suite 3500
Los Angeles, CA 90067-3021
gkinsel@foley.com

Tung-On Kong
Wilson Sonsini Goodrich & Rosati
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
tkong@wsgr.com

Seungtaik Michael Song
Wilson Sonsini Goodrich & Rosati
650 Page Mill
Palo Alto, CA 94303
msong@wsgr.com

[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on September 4, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:   Lisa M. Salvetti

_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov