United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABBYY USA SOFTWARE HOUSE, INC,<br><br>    Plaintiff,<br><br>  v.<br><br>NUANCE COMMUNICATIONS INC,<br><br>    Defendant.<br>_____/ | No. C 08-01035 JSW<br><br>**ORDER REFERRING ALL DISCOVERY DISPUTES TO A MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, all discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: September 17, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom