| | |
|---|---|
| 1 | GRANT E. KINSEL (STATE BAR NO. 172407) |
| | E-MAIL: gkinsel@foley.com |
| 2 | **FOLEY & LARDNER LLP** |
| | 555 SOUTH FLOWER STREET, SUITE 3500 |
| 3 | LOS ANGELES, CA 90071-2411 |
| | TELEPHONE: 213.972.4500 |
| 4 | FACSIMILE: 213.486.0065 |
| 5 | MICHAEL J. SONG (STATE BAR NO. 243675) |
| | E-MAIL: msong@foley.com |
| 6 | **FOLEY & LARDNER LLP** |
| | 975 PAGE MILL ROAD |
| 7 | PALO ALTO, CA 94304-1125 |
| | TELEPHONE: (650) 856-3700 |
| 8 | FACSIMILE: (650) 856-3710 |
| 9 | ATTORNEYS FOR PLAINTIFF |
| | ABBYY USA SOFTWARE HOUSE, INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBYY USA SOFTWARE HOUSE, INC. | Case No: CV 08-1035 JSW |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF COUNSEL BY NAIKANG TSAO AND [PROPOSED] ORDER PERMITTING WITHDRAWAL** |
| vs. | |
| NUANCE COMMUNICATIONS, INC. | |
| Defendant. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Civil Local Rule 11-5(a), Naikang Tsao of Foley & Lardner LLP hereby withdraws as counsel for Plaintiff Abbyy USA Software House, Inc. in the above captioned action. Grant E. Kinsel of Foley & Lardner LLP, 555 South Flower Street Suite 3500, Los Angeles, CA 90071-2411, and Michael J. Song of Foley & Lardner LLP, 975 Page Mill Road, Palo Alto, California 94304-1125, will continue as counsel of record for Abbyy USA Software House, Inc.

| | | |
|---|---|---|
| 1 | DATED: September 16, 2008 | FOLEY & LARDNER LLP |
| 2 | | |
| 3 | | /s/ |
| | | Naikang Tsao |
| 4 | | |
| 5 | DATED: September 16, 2008 | FOLEY & LARDNER LLP |
| 6 | | |
| 7 | | /s/ |
| | | Michael J. Song |
| 8 | | |
| 9 | | Attorney for Plaintiff Abbyy USA Software House, Inc. |

### [PROPOSED] ORDER

IT IS SO ORDERED.

DATED: September 18, 2008

*Jeffrey S White* (signature)

HONORABLE JEFFREY S. WHITE
United States District Court Judge