IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABBYY USA SOFTWARE HOUSE, INC,

    Plaintiff,

    v.

NUANCE COMMUNICATIONS INC,

    Defendant.

No. C 08-01035 JSW

**ORDER VACATING HEARING**

Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion to dismiss which has been noticed for hearing on Friday, October 3, 2008 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

**IT IS SO ORDERED.**

Dated: September 30, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE