RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
TERRY KEARNEY, State Bar No. 160054
tkearney@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG State Bar No. 198656
msong@wsgr.com
TUNG-ON KONG, State Bar No. 205871
tkong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY SOFTWARE HOUSE, ABBYY USA SOFTWARE HOUSE, and LEXMARK INTERNATIONAL, INC., <br><br> Defendants. | Case No.: CV-08-02912 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING RELATED CASES** |

WHEREBY, Case No. 4:08-cv-4942-WDB, entitled *Image Recognition Integrated Systems, Inc. d/b/a I.R.I.S. Inc. v. Nuance Communications, Inc* (the "IRIS action"), was recently transferred to this district from the District of Massachusetts;

WHEREBY, the IRIS action is a declaratory judgment action that involves three patents at issue in this action;

WHEREBY, the IRIS action involves the same three patents at issue in Case No. 3:08-cv-4227-JSW, entitled *Nuance Communications, Inc. v. eCopy, Inc.* (the "eCopy action");

WHEREBY, the eCopy action was related to this action on September 17, 2008;

WHEREBY, it appears that the IRIS action, the eCopy action and this action meet the definition of related cases under Local Rule 3-12(a);

THEREFORE, pursuant to Local Rule 3-12(b), the parties stipulate that the IRIS action should be deemed related to this action and reassigned to the Honorable Jeffrey S. White. However, ABBYY USA, Lexmark, eCopy and IRIS enter into this stipulation only as it pertains to the reassignment of the IRIS action to Judge White, and do not stipulate that consolidation of the actions or other coordination between the actions is appropriate at this time.

ACCORDINGLY, pursuant to Local Rule 3-12(b), the IRIS action should be deemed related to this action and be reassigned to the Honorable Jeffrey S. White.

Dated: November 5, 2008     **NUANCE COMMUNICATIONS, INC.**

By its attorneys,

   /s/ Tung-On Kong
Tung-On Kong
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94303
Telephone: 650-493-9300
Facsimile: 650-493-6811

*Attorneys for Nuance Communications, Inc.*

Dated: November 5, 2008     **LEXMARK INTERNATIONAL, INC.**

By its attorneys,

   /s/ Eugene A. Feher
Harvey I. Saferstein
Eugene A. Feher
Nada I. Shamonki

|   |   |
|---|---|
| 1 | MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO, P.C. |
| 2 | Century Plaza Towers |
|   | 2029 Century Park East, Suite 1370 |
| 3 | Los Angeles, CA 90067 |
|   | Telephone: 310-586-3200 |
| 4 | Facsimile: 310-586-3202 |

*Attorneys for Lexmark International, Inc.*

Dated: November 5, 2008

**ABBYY USA SOFTWARE HOUSE**

By its attorneys,

/s/ Grant E. Kinsel
Grant E. Kinsel
FOLEY & LARDNER LLP
555 South Flower Street
Suite 3500
Los Angeles, CA 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065

*Attorneys for Abbyy USA Software House, Inc.*

Dated: November 5, 2008

**ECOPY, INC.**

By its attorneys,

/s/ Alison L. McCarthy
Alison L. McCarthy
PEPPER HAMILTON LLP
15th Floor, Oliver Street Tower
125 High Street
Boston, MA 02110-2736
Telephone: (617) 204-5109
Facsimile: (617) 204-5150

*Attorneys for eCopy, Inc.*

**PURSUANT TO STIPULATION,
IT IS SO ORDERED.**

Date: November 6, 2008

*[signature]*

JEFFREY S. WHITE
United States District Court

STIPULATION AND [PROPOSED] ORDER
CASE NO.: CV 08-02912 JSW

3