| | |
|---|---|
| RON E. SHULMAN, State Bar No. 178263<br>rshulman@wsgr.com<br>TERRY KEARNEY, State Bar No. 160054<br>tkearney@wsgr.com<br>JULIE M. HOLLOWAY, State Bar No. 196942<br>jholloway@wsgr.com<br>S. MICHAEL SONG State Bar No. 198656<br>jholloway@wsgr.com<br>TUNG-ON KONG, State Bar No. 205871<br>tkong@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>Telephone: (650) 493-9300<br>Facsimile: (650) 565-5100<br><br>M. CRAIG TYLER, *Pro Hac Vice*<br>ctyler@wsgr.com<br>WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation<br>900 South Capital of Texas Highway<br>Las Cimas IV, Fifth Floor<br>Austin, Texas 78746-5546<br>Telephone: (512) 338.5400<br>Facsimile: (512) 338.5499<br><br>Attorneys for Plaintiff (Case No. CV 08-02912 JSW)<br>**NUANCE COMMUNICATIONS, INC.** | Grant E. Kinsel (State Bar No. 172407)<br>E-Mail: gkinsel@foley.com<br>FOLEY & LARDNER LLP<br>555 South Flower Street, Suite 3500<br>Los Angeles, CA 90071-2411<br>Telephone: 213.972.4500<br>Facsimile: 213.486.0065<br><br>Michael J. Song (State Bar No. 243675)<br>E-Mail: msong@foley.com<br>FOLEY & LARDNER LLP<br>975 Page Mill Road<br>Palo Alto, CA 94304-1125<br>Telephone: (650) 856-3700<br>Facsimile: (650) 856-3710<br><br>Perry R. Clark (StateBar No. 197101)<br>E-Mail: pclark@kirkland.com<br>KIRKLAND & ELLIS LLP<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 859-7000<br>Facsimile: (650) 859-7500<br><br>Attorneys for<br>**ABBYY USA SOFTWARE HOUSE, INC.** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABBY SOFTWARE HOUSE, et al.<br><br>　　　　Defendant. | Case No.: C 08-02912 JSW<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATED MOTION FOR SETTING CASE SCHEDULE** |
| ABBY USA SOFTWARE HOUSE, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NUANCE COMMUNICATIONS, INC.<br><br>　　　　Defendant. | Case No.: C 08-1035 JSW<br><br>~~[PROPOSED]~~ **ORDER GRANTING STIPULATED MOTION FOR SETTING CASE SCHEDULE** |

1

**~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION FOR SETTING CASE SCHEDULE**
**Case Nos.: C 08-02912 JSW; C 08-1035 JSW**

Considering the Parties' STIPULATED MOTION FOR SETTING CASE SCHEDULE, filed on February 20, 2009, and pursuant to the Court's Civil Minute Order dated February 13, 2009, IT IS HEREBY ORDERED THAT the following schedule is set for these cases:

| **Schedule** | **Deadline** |
|---|---|
| Deadline for Nuance to File Amended Pleading; and Nuance's Infringement Contentions and Claim Charts and related disclosures: | April 3, 2009 |
| Defendants' Invalidity Contentions, Charts of Invalidity and related disclosures (including Disclosure of Source Code): | May 18, 2009 |
| Serve Lists of Disputed Claim Terms: | June 2, 2009 |
| Exchange Proposed Claim Constructions: | June 22, 2009 |
| Request for Leave to Designate Additional Terms for Construction: | July 3, 2009 |
| Joint Claim Construction and Prehearing Statement: | July 17, 2009 |
| Complete Claim Construction Discovery: | August 17, 2009 |
| Nuance's Opening Brief: | August 31, 2009 |
| Defendants' Opposition Brief: | September 14, 2009 |
| Nuance's Reply Brief: | September 23, 2009 |
| File Amended Final Joint Claim Construction Statement for Remaining Disputed Terms: | September 23, 2009 |
| Tutorial Re Technologies At Issue: | ~~September 30, 2009~~ October 21, 2009 at 1:30 p.m. |
| Markman Hearing: | ~~October 7, 2009~~ October 28, 2009 at 1:30 p.m. |

DATED: __February 23, 2009_____

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE

2

[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR SETTING CASE SCHEDULE
Case Nos.: C 08-02912 JSW; C 08-1035 JSW