Perry R. Clark (SBN 197101)
Zhuanjia Gu (SBN 244863)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, California 94304
P.O. Box 51827
Palo Alto, California 94303
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
pclark@kirkland.com
zgu@kirkland.com

Grant E. Kinsel (SBN 172407)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, California 90071-2411
Telephone: (213) 972-4500
Facsimile: (213) 486-0065
gkinsel@foley.com

Michael J. Song (SBN 243675)
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, California 94304-1125
Telephone: (650) 856-3700
Facsimile: (650) 856-3710
msong@foley.com

Attorneys for Plaintiff and Counter-Defendant,
ABBYY USA SOFTWARE HOUSE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ABBYY USA SOFTWARE HOUSE, INC.<br><br>Plaintiff,<br><br>vs.<br><br>NUANCE COMMUNICATIONS, INC.<br><br>Defendants. | Case No. CV 08-1035 JSW<br><br>**STIPULATION; NOTICE OF SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER**<br><br>Judge: Hon. Jeffrey S. White<br>Magistrate: Hon. Maria-Elena James |

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ABBYY SOFTWARE HOUSE, ET AL.<br><br>　　　　Defendants. | Case No. CV 08-2912 JSW<br><br>**STIPULATION; NOTICE OF SUBSTITUTION OF COUNSEL; AND [PROPOSED] ORDER**<br><br>Judge:  Hon. Jeffrey S. White<br>Magistrate:  Hon. Maria-Elena James |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

　　**PLEASE TAKE NOTICE** that Grant Kinsel and Michael J. Song of Foley & Lardner, LLP, hereby withdraw their appearance as counsel on behalf of Plaintiff ABBYY USA Software House, Inc. (hereinafter referred to as "ABBYY"). Further, Perry R. Clark and Zhuanjia Gu of Kirkland & Ellis, LLP hereby enter their appearance as counsel of record on behalf of ABBYY in the above-entitled matters.

　　ABBYY requests that all communications and all papers filed or served, or required to be filed or served in the above captioned matters, be directed to counsel for ABBYY at the address set below:

> Perry R. Clark (SBN 197101)
> Zhuanjia Gu (SBN 244863)
> KIRKLAND & ELLIS LLP
> 950 Page Mill Road
> Palo Alto, California 94304
> P.O. Box 51827
> Palo Alto, California 94303
> Telephone:  (650) 859-7000
> Facsimile:   (650) 859-7500
> pclark@kirkland.com
> zgu@kirkland.com

WHEREFORE, ABBYY respectfully requests that the Court grant this Joint Stipulation for Substitution of Counsel and allow Perry R. Clark and Zhuanjia Gu of Kirkland & Ellis LLP to substitute their appearances in this matter.

Stipulation and Notice of Substitution of Counsel　　　2　　　Case No. CV 08-1035 JSW
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. CV 08-2912 JSW

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated: February 25, 2009 | |
| 3 | By: //s// Michael J. Song | By: //s// Perry R. Clark |
| 4 | Michael J. Song | Perry R. Clark |

Grant E. Kinsel (SBN 172407)
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, California 90071-2411
Telephone:(213) 972-4500
Facsimile: (213) 486-0065
gkinsel@foley.com

Michael J. Song (SBN 243675)
FOLEY & LARDNER LLP
975 Page Mill Road
Palo Alto, California 94304-1125
Telephone:(650) 856-3700
Facsimile: (650) 856-3710
msong@foley.com

Attorneys for Plaintiff and Counter-Defendant
ABBYY USA SOFTWARE HOUSE, INC.

Perry R. Clark (SBN 197101)
Zhuanjia Gu (SBN 244863)
KIRKLAND & ELLIS LLP
950 Page Mill Road
Palo Alto, California 94304
P.O. Box 51827
Palo Alto, California 94303
Telephone: (650) 859-7000
Facsimile: (650) 859-7500
pclark@kirkland.com
zgu@kirkland.com

Attorneys for Plaintiff and Counter-Defendant
ABBYY USA SOFTWARE HOUSE, INC.

<u>Joint Filing Attestation</u>

Pursuant to General Order No. 45, Section X(B), I , Perry R. Clark, hereby attest that the signatories' concurrence in the filing of this document has been obtained

<u>//s// Perry R. Clark</u>

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Plaintiff's Joint Stipulation for Substitution of Perry R. Clark and Zhuanjia Gu of |
| 3 | Kirkland & Ellis, LLP as counsel of record for ABBYY USA SOFTWARE HOUSE, INC. is |
| 4 | hereby, GRANTED. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ____February 26, 2009_____

*/s/ Jeffrey S. White*

THE HON. JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE