| | |
|---|---|
| 1 | RON E. SHULMAN, State Bar No. 178263 |
|   | rshulman@wsgr.com |
| 2 | TERRY KEARNEY, State Bar No. 160054 |
|   | tkearney@wsgr.com |
| 3 | JULIE M. HOLLOWAY, State Bar No. 196942 |
|   | jholloway@wsgr.com |
| 4 | S. MICHAEL SONG State Bar No. 198656 |
|   | jholloway@wsgr.com |
| 5 | TUNG-ON KONG, State Bar No. 205871 |
|   | tkong@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 7 | 650 Page Mill Road |
|   | Palo Alto, CA 94304-1050 |
| 8 | Telephone:  (650) 493-9300 |
|   | Facsimile:   (650) 565-5100 |

10  M. CRAIG TYLER, *Pro Hac Vice*
    ctyler@wsgr.com
11  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
12  900 South Capital of Texas Highway
    Las Cimas IV, Fifth Floor
13  Austin, Texas 78746-5546
    Telephone:     (512) 338.5400
14  Facsimile:      (512) 338.5499

15  Attorneys for Plaintiff
    **NUANCE COMMUNICATIONS, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NUANCE COMMUNICATIONS, INC., | ) | Case No.: C 08-02912 JSW MEJ |
|---|---|---|
|   | ) |   |
| Plaintiff, | ) | **[PROPOSED] ORDER GRANTING** |
|   | ) | **STIPULATED MOTION FOR** |
| v. | ) | **REVISIONS TO CASE SCHEDULE** |
|   | ) |   |
| ABBY SOFTWARE HOUSE, et al. | ) |   |
|   | ) |   |
| Defendant. | ) |   |

1

**[PROPOSED] ORDER GRANTING STIPULATED MOTION FOR REVISIONS TO CASE SCHEDULE**
**Case No.: C 08-02912 JSW MEJ**

Considering the Parties' STIPULATED MOTION FOR REVISIONS TO CASE SCHEDULE, filed on May 7, 2009, IT IS HEREBY ORDERED THAT the following schedule is set for this case:

| Schedule | Deadline |
|---|---|
| Deadline for Nuance to File Amended Pleading; and Nuance's Infringement Contentions and Claim Charts and related disclosures: | April 3, 2009 |
| Defendants' Invalidity Contentions, Charts of Invalidity and related disclosures (including Disclosure of Source Code): | June 15, 2009 |
| Serve Lists of Disputed Claim Terms: | June 30, 2009 |
| Exchange Proposed Claim Constructions: | July 20, 2009 |
| Request for Leave to Designate Additional Terms for Construction: | July 31, 2009 |
| Joint Claim Construction and Prehearing Statement: | August 14, 2009 |
| Complete Claim Construction Discovery: | September 7, 2009 |
| Nuance's Opening Brief: | September 21, 2009 |
| Defendants' Opposition Brief: | October 5, 2009 |
| Nuance's Reply Brief: | October 14, 2009 |
| File Amended Final Joint Claim Construction Statement for Remaining Disputed Terms: | October 14, 2009 |
| Tutorial Re Technologies At Issue: | October 21, 2009 |
| Markman Hearing: | October 28, 2009 |

May 8, 2009

DATED: _____

_____
UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE