**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS INC,

    Plaintiff,

    v.

ABBYY SOFTWARE HOUSE, et al.,

    Defendants.

_____/

No. C 08-02912 JSW

**ORDER REGARDING CASE SCHEDULE AND VACATING CASE MANAGEMENT CONFERENCE**

    The Court has received the parties' joint case management conference statement in anticipation of the upcoming case management conference for ALL related cases set for Friday, June 26, 2009. In light of the fact that Defendants intend to submit a letter to Magistrate Judge James addressing alleged deficiencies in Nuance's infringement contentions, the Court HEREBY VACATES the case management conference.

    Defendants shall have until July 13, 2009 to file such a letter before Magistrate James and shall proceed to resolve that dispute before her. A hearing on a motion to dismiss may be set for any open day on this Court's calendar regardless of a conference scheduling deadlines. The rest of the parties' deadlines shall be set by the undersigned at a further case management conference to be set after Magistrate James has ruled on the parties' preliminary disputes. Upon such ruling, the parties shall submit a further joint case management conference statement setting out proposed deadlines and the Court shall set a case management conference for ALL

///

1 | related cases expediently.

**IT IS SO ORDERED.**

Dated:   June 22, 2009

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California