Roy Ching, State Bar No. 190151
Merit Law Group
201 San Antonio Circle, Suite 105
Mountain View, CA 94040
Telephone: (650) 941-2300
rching@mlgpc.com

Matthew M. Wawrzyn, *Pro Hac Vice*
Baker & Daniels LLP
311 South Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: 312.212.6556
Facsimile: 312.212.6501
matt.wawrzyn@bakerd.com

Attorneys for Defendants
ABBYY USA Software House, Inc. and
Lexmark International, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ABBYY USA SOFTWARE HOUSE, INC., *et al.* <br><br> Defendants. | Case No.: 3:08-cv-02912 JSW MEJ <br><br> **STIPULATION REGARDING WITHDRAWAL OF KIRKLAND & ELLIS AND OTHER ATTORNEYS AND SUBSTITUTION OF LOCAL CO-COUNSEL AND ORDER THEREON** |

WHEREAS, ABBYY USA Software House, Inc. ("ABBYY USA") and Lexmark International, Inc. ("Lexmark") elect to substitute Roy Ching, Esq. as Local Co-Counsel for the attorneys of Kirkland & Ellis LLP and Perry Clark;

WHEREAS, the attorneys of Kirkland & Ellis LLP and Perry Clark wish to withdraw from their representation of ABBYY USA and Lexmark in this action with the full knowledge and consent of ABBYY USA and Lexmark; and

WHEREAS, Plaintiff Nuance Communications, Inc. has no objection to the withdrawal of Kirkland & Ellis LLP attorneys and Perry Clark and the substitution of Mr. Ching as Local Co-Counsel.

NOW, THEREFORE, the parties to this Stipulation agree that the attorneys of Kirkland & Ellis LLP and Perry Clark hereby withdraw from representing ABBYY USA and Lexmark in this action and Mr. Roy Ching will be substituted as Local Co-Counsel for ABBYY USA and Lexmark.

Dated: February 16, 2010

ABBYY USA SOFTWARE HOUSE, INC. AND LEXMARK INTERNATIONAL, INC.

By: /s/ Matthew M. Wawrzyn
Matthew M. Wawrzyn

BAKER & DANIELS LLP
311 S. Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: (312) 212-6556
Facsimile: (312) 212-6501

By: /s/ Roy Ching
Roy Ching

Roy Ching
Merit Law Group
201 San Antonio Circle, Suite 105
Mountain View, CA 94040
Telephone: (650) 941-2300
rching@mlgpc.com

Attorneys for Defendants

6011134v1

|     |                                                         |
| --- | ------------------------------------------------------- |
| 1   | ABBYY USA Software House, Inc. and Lexmark International, Inc. |

NUANCE COMMUNICATIONS, INC.

By: /s/ Michael Song
     Michael Song

WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94303
Telephone: (650) 493-9300
Facsimile: (650) 493-6811

Attorneys for Plaintiff
Nuance Communications, Inc.

KIRKLAND & ELLIS LLP

By: /s/ Esha Bandyopadhyay
     Esha Bandyopadhyay

950 Page Mill Road
P. O. Box 51827
Palo Alto, CA 94303
Telephone: (650) 859-7000
Facsimile: (650) 859-7500

LAW OFFICES OF PERRY R. CLARK

By: /s/ Perry Clark
     Perry Clark

1245 Hamilton Ave.
Palo Alto, CA 94301
(650) 248 5817
Fax: (650) 859-7500
Email: perry_r_clark@yahoo.com

SO ORDERED

*/s/ Jeffrey S. White*
United States District Court Judge

Dated: February 16, 2010