IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC.,

    Plaintiff,

  v.

ECOPY, INC.,

    Defendant.

No. C 08-04227 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

In light of the pendency of discovery disputes before Magistrate Judge James, this Court VACATES the case management conferences set in this and related matters. The case management shall be CONTINUED until April 9, 2010 at 1:30 p.m. An updated joint case management statement shall be filed no later than April 2, 2010. If the discovery disputes are resolved earlier, the parties shall immediately notify the Court and submit a joint case management conference statement within 7 days of the resolution. The Court will then advance the case management conference, if possible.

**IT IS SO ORDERED.**

Dated: February 18, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE