**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9

10                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11    NUANCE COMMUNICATIONS, INC,

12            Plaintiff,                              No. C 08-02912 JSW

13       v.

14    ABBYY SOFTWARE HOUSE, ET AL.,          **ORDER RE PRIOR ART**
                                             **REFERENCES AND CASE**
15            Defendants.                    **MANAGEMENT**

16    AND ALL RELATED CASES.
                                          /

17

18         On July 2, 2010, during the case management conference, this Court entered an order

19    requiring Defendants to identify no more than 20 prior art references prior to claim

20    construction.  Since the time of that order, the Court has received three letters from the parties

21    contesting that ruling.  The Court has reviewed the parties' joint case management statement,

22    heard the oral argument, and reviewed the submitted letters.  For the reasons set forth during the

23    case management conference, the Court maintains the current schedule.  The parties must meet

24    and confer to arrive a mutually-agreeably schedule by no later than July 16, 2010, which shall

25    include the date for Defendants to provide their best prior art references prior to the *Markman*

26    process.  To the extent this Court's claim construction order provides good cause, Defendants

27    shall be permitted to exchange prior art terms, while presumptively maintaining the same

28    number of overall terms at issue.

1    To the extent the parties encounter difficult with determining precise interim dates and

2  deadlines in the claim construction process, including the deadline for Defendants to submit

3  their designated prior art references, the Court refers the parties to the Special Master for

4  assistance.

5

6    **IT IS SO ORDERED.**

7  Dated:   July 9, 2010

JEFFREY S. WHITE
8  UNITED STATES DISTRICT JUDGE

9

10

11

United States District Court
For the Northern District of California

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2