RON E. SHULMAN, State Bar No. 178263
rshulman@wsgr.com
JULIE M. HOLLOWAY, State Bar No. 196942
jholloway@wsgr.com
S. MICHAEL SONG, State Bar No. 198656
msong@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

M. CRAIG TYLER, *Pro Hac Vice*
ctyler@wsgr.com
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> ABBYY USA SOFTWARE HOUSE, INC., et al. <br><br> Defendants. | Case No.: C 08-02912 JSW MEJ <br><br> **JOINT STIPULATION REGARDING UPCOMING SCHEDULE AND [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, subject to the Court's approval, that the following upcoming schedule shall apply in this case:

1

| Events | Date |
|---|---|
| Nuance's Amended Infringement Contentions on 9 representative claims from the '009, '342, '489 patents | July 23, 2010 |
| Defendants to Provide Amended Invalidity Contentions for OCR Patents '342, '489 and '009, Limiting Prior Art References to 20 References per Defendant, and Providing Additional Claim Charts (Patent (P.R. 3-3/3-6) | September 7, 2010 |
| Exchange Proposed Claim Constructions for OCR Patents '342, '489 and '009 (P.R. 4-2) | September 17, 2010 |
| Request for Leave to Designate Additional Terms for Construction for OCR Patents '342, '489 and '009 | October 1, 2010 |
| Joint Claim Construction and Prehearing Statement for OCR Patents '342, '489 and '009 (P.R. 4-3) | October 15, 2010 |
| Complete Claim Construction Discovery for OCR Patents '342, '489 and '009 (P.R. 4-4) | November 16, 2010 |
| Nuance's Opening Brief on Claim Construction for OCR Patents '342, '489 and '009 (P.R. 4-5(a)) | December 1, 2010 |
| Defendants' Opposition Brief for OCR Patents '342, '489 and '009 (P.R. 4-5(b)) | December 15, 2010 |
| Nuance's Reply Brief for OCR Patents '342, '489 and '009 (P.R. 4-5(c)) | December 22, 2010 |
| File Amended Final Joint Claim Construction Statement for Remaining Disputed Terms for OCR Patents '342, '489 and '009 | December 22, 2010 |
| Tutorial Re Technologies At Issue in OCR Patents '342, '489 and '009: | January 26, 2011 |
| ***Claim Construction*** **Hearing for OCR Patents '342, '489 and '009 (P.R. 4-6)** | **February 2, 2011** |

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: July 16, 2010 | WILSON SONSINI GOODRICH & ROSATI |
|   | By: /s/ M. Craig Tyler <br>       M. Craig Tyler |

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
900 South Capital of Texas Highway
Las Cimas IV, Fifth Floor
Austin, Texas 78746-5546
Telephone: (512) 338.5400
Facsimile: (512) 338.5499

Attorneys for Plaintiff
NUANCE COMMUNICATIONS, INC.

Dated: July 16, 2010     By: /s/ Matthew M. Wawrzyn
                                                Matthew M. Wawrzyn

Matt@wawrzynlaw.com
WAWRZYN LLC
233 S. Wacker Drive, 84th Floor
Chicago, IL 60606
Telephone: (312) 283-8330
Facsimile: (312) 283-8331

***Attorneys for Plaintiffs and Counter-Defendants in Case No. C 08-02912***
ABBYY USA SOFTWARE HOUSE
LEXMARK INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 16 , 2010

_____
**UNITED STATES DISTRICT JUDGE
JEFFREY S. WHITE**

3

JOINT STIPULATION
Case No. C 08-02912 JSW MEJ