IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC, | |
| Plaintiff, | No. C 08-02912 JSW |
| v. | |
| ABBYY SOFTWARE HOUSE, ET AL., | **ORDER RE MOTION FOR RECONSIDERATION OF COURT'S ORDER RE JURISDICTIONAL DISCOVERY** |
| Defendants. | |
| AND ALL RELATED CASES. | |

Now before the Court is motion for leave to file a motion for reconsideration of this Court's order dated February 11, 2011. The Court ruled on the motion to enforce its own orders regarding the scope of jurisdictional discovery. The Court reiterates – for the third time – its clear instruction to the parties: Nuance Communications, Inc. shall be permitted to take Federal Rule of Civil Procedure 30(b)(6) depositions of a person or persons proffered by the foreign Abbyy Software putative party on the subject of personal jurisdiction. Abbyy Software must designate "one or more officers, directors, or managing agents, or designate other persons who consent to testify on its behalf ... [t]he persons designated must testify about information known or reasonably available to the organization." Fed. R. Civ. P. 30(b)(6). Nuance may also serve up to 25 written interrogatories in compliance with Federal Rule of Civil Procedure 33. This discovery shall be completed by no later than March 22, 2011.

Lastly, the parties shall meet and confer in person and seek joint permission of the Court to address any remaining disputes in the future. The Court has expended substantial resources of its own, as well as the services of a Magistrate Judge and a Special Master in its attempts to resolve the matters presented and focus the parties on resolution of this case on the merits. The parties must complete the jurisdictional discovery as limited by this Order by no later than March 22, 2011.

The parties are again admonished that failure to cooperate in meeting this deadline will result in sanctions ordered against the non-cooperating party.

**IT IS SO ORDERED.**

Dated: February 15, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE