IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE, ET AL.,

    Defendants.

AND ALL RELATED CASES.
_____/

No. C 08-02912 JSW

**ORDER SETTING BRIEFING SCHEDULE ON ABBYY SOFTWARE LLC'S MOTION TO DISMISS**

This matter is set for a hearing on May 6, 2011 on Defendant Abbyy Software LLC's motion to dismiss. Due to the Court's calendar, the hearing is CONTINUED to May 13, 2011. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than March 1, 2011 and a reply brief shall be filed by no later than March 8, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: February 15, 2011

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE