**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7        IN THE UNITED STATES DISTRICT COURT

8

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10   NUANCE COMMUNICATIONS, INC,

11          Plaintiff,                                    No. C 08-02912 JSW

12      v.

13   ABBYY SOFTWARE HOUSE, ET AL.,              **ORDER SETTING BRIEFING**
                                                **SCHEDULE ON ABBYY**
14          Defendants.                          **SOFTWARE LLC'S MOTION**
                                                **FOR SUMMARY JUDGMENT**
15   AND ALL RELATED CASES.
                                            /
16

17          This matter is set for a hearing on May 13, 2011 on Defendant Abbyy Software LLC's

18   motion for summary judgment.  The Court HEREBY ORDERS that an opposition to the motion

19   shall be filed by no later than March 11, 2011 and a reply brief shall be filed by no later than

20   March 18, 2011.

21          If the Court determines that the matter is suitable for resolution without oral argument, it

22   will so advise the parties in advance of the hearing date.  If the parties wish to modify this

23   schedule, they may submit for the Court's consideration a stipulation and proposed order

24   demonstrating good cause for any modification requested.

25          **IT IS SO ORDERED.**

26   Dated:   February 25, 2011

27                                              JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE
28