United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NUANCE COMMUNICATIONS INC, | |
| Plaintiff, | No. C 08-02912 JSW |
| v. | |
| ABBYY SOFTWARE HOUSE, et al., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO DISMISS** |
| Defendants. | |

This matter is set for a hearing on April 29, 2011 on Abbyy Software, Ltd's motion to dismiss. The Court CONTINUES the hearing to May 13, 2011. Further, the Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than April 8, 2011 and a reply brief shall be filed by no later than April 15, 2011.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: March 25, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE