Johnathan E. Mansfield, Cal Bar No. 214848
SCHWABE, WILLIAMSON & WYATT
1211 SW Fifth Avenue
Suite 1900
Portland, OR 97204
503.222.9981 (telephone)
503.796.2900 (facsimile)
jmansfield@schwabe.com

Ronald M. Wawrzyn, *Pro Hac Vice*
Matthew M. Wawrzyn, *Pro Hac Vice*
WAWRZYN LLC
233 South Wacker Drive
Willis Tower, 84th Floor
Chicago, IL 60606
312.283.8330 (telephone)
312.283-8331 (facsimile)
ron@wawrzynlaw.com
matt@wawrzynlaw.com

*Counsel for Defendants*
ABBYY USA SOFTWARE HOUSE, INC., et al.

[Additional attorneys on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANSISCO DIVISION

| | |
|---|---|
| NUANCE COMMUNICATIONS, INC.<br><br>Plaintiff,<br><br>v.<br><br>ABBYY USA SOFTWARE HOUSE, INC., et al.<br><br>Defendants. | Case No: 3:08-CV-02912 JSW<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATED MISCELLANEOUS ADMINISTRATIVE REQUEST RE ENTRY OF EQUIPMENT INTO COURT<br><br>(Civil L.R. 7-11, 7-12)<br>Honorable Jeffrey S. White |

      PURSUANT TO STIPULATION, IT IS ORDERED that Defendant ABBYY USA Software House, Inc. and plaintiff Nuance Communications, Inc. will be allowed to bring the following equipment into the Court on Tuesday, June 7, 2011, and Tuesday, June 14, 2011:

Equipment:

1. Laptop computers
2. Samsung 50" Plasma Display and stand
3. Three 17" LCD Monitors
4. Extron 1 in x 6 out VGA DA
5. Inline 6in x 1out VGA Switch IN3566
6. Video cables
7. Extension cords
8. Power surge protectors

      PURSUANT TO STIPULATION, IT IS FURTHER ORDERED that Defendant ABBYY USA Software House, Inc. and plaintiff Nuance Communications, Inc. will be allowed to enter the courtroom on June 7, 2011 and June 14, 2011 as early as 10:00 am to assemble the aforementioned equipment in advance of the tutorial and hearing.

Dated: June 3, 2011

                                */s/ Jeffrey S. White*
                                Honorable Jeffrey S. White
                                Judge of the United States District Court