**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NUANCE COMMUNICATIONS, INC,

    Plaintiff,

v.

ABBYY SOFTWARE HOUSE, ET AL.,

    Defendants.

AND ALL RELATED CASES.
                               /

No. C 08-02912 JSW

**ORDER RE MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER**

On December 10, 2012, Plaintiff Nuance Communications, Inc. filed a motion for relief from nondispositive pretrial order of Magistrate Judge James re Plaintiff's motion for discovery abuse sanctions. The Court GRANTS the relief sought by Nuance for an extension of eight weeks for discovery limited to the discrete issues relating to the ABBYY Defendants' later production and requires the ABBYY Defendants to timely re-produce relevant witnesses. Should Nuance require further time for complete discovery, it may renew its request. This extension of time for full discovery obviates the need for preclusion sanctions. However, should the ABBYY Defendants fail to comply with requests in a timely manner, the Court will revisit the issue of preclusion sanctions.

**IT IS SO ORDERED.**

Dated:   January 2, 2013

                                               JEFFREY S. WHITE
                                             UNITED STATES DISTRICT JUDGE